# 07 CV 2762



**MARK K. SCHONFELD (MS-2798)**
**REGIONAL DIRECTOR**
**Attorney for Plaintiff**
**SECURITIES AND EXCHANGE COMMISSION**
Northeast Regional Office
3 World Financial Center, Suite 400
New York, New York 10281-1022
(212) 336-1020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|   |   |   |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| -against- | : | |
| | : | 07 CV ____ (   ) |
| ALEXIS AMPUDIA, | : | |
| a/k/a ALEXIS GEANCARLOS AMPUDIA NAVALO, | : | |
| a/k/a ALEXIS EMIAS, a/k/a ALEXIS ROJAS, | : | |
| Defendant. | : | |

---

### DECLARATION OF DOREEN KRAUSE IN SUPPORT OF PLAINTIFF'S EMERGENCY *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, PRELIMINARY INJUNCTION, <u>ASSET FREEZE AND OTHER RELIEF</u>

I, DOREEN KRAUSE, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am employed as a Branch Chief in the Division of Enforcement at the United States

Securities and Exchange Commission ("Commission"), Northeast Regional Office, in New

York, New York.  I have been employed by the Commission since August 1995.  I have a B.A.

in Accounting and an M.B.A. in Finance.

2.    I make this declaration in support of the Commission's Emergency *Ex Parte* Application for a Temporary Restraining Order, Order to Show Cause, Preliminary Injunction, Asset Freeze and Other Relief involving Alexis Ampudia, also known as Alexis Geancarlos Ampudia Navalo, Alexis Emias and Alexis Rojas ("Ampudia").

3.    My duties as a Branch Chief include analyzing brokerage records, bank records, business records, market data and research regarding securities trading and related individuals, all in relation to Commission investigations to enforce the federal securities laws. During my tenure with the Commission, I have assisted the Division of Enforcement Staff (the "Staff") on numerous enforcement actions, including market manipulation investigations.

4.    During late December 2006, I was assigned to assist in the investigation that led to this action.

5.    I make this declaration based upon information and belief. The sources of my information and the bases of my belief are documents obtained by and/or reviewed by me or other members of the Staff under my supervision during the investigation that led to the present action, various analyses undertaken by me or other members of the Staff under my supervision, and interviews conducted by myself and other members of the Staff. The documents include detailed trading records, market data, account documents, sworn declarations, and other relevant data. Original or true and correct duplicates of these documents are annexed as exhibits to this declaration. Some of the exhibits contain redactions to protect the confidentiality of personal information. To the extent that there are assertions herein concerning dates and numbers, they are approximate, based upon information and evidence gathered to date. Because the Commission submits this Declaration for the purpose of supporting this Application, I have not set forth each and every fact that I know about concerning the investigation that led to this

2

action.

6.      Attached hereto as Exhibit 1 are true and accurate copies of online brokerage account

opening documents, account statements and other records the Staff obtained from Banc of

America Investment Services ("BAI"), TD Ameritrade, Inc. ("TD Ameritrade"), Scottrade, Inc.

("Scottrade"), Wells Fargo Investments, LLC ("Wells Fargo"), Penson Financial Services, Inc.

("Penson") and Track Data Securities Corp. ("Track Data") (collectively, the "Brokerage

Records").

7.      Attached hereto as Exhibit 2 is a true and accurate copy of a declaration from Lisa

Amodor, Senior Vice President, Compliance, for Wells Fargo, detailing the unauthorized

opening, funding and trading of a brokerage account at Wells Fargo ("Amodor Decl.").

8.      Attached hereto as Exhibit 3 is a true and accurate copy of a declaration from Cynthia

Temple, Senior Vice President, Business Executive - Operations, for BAI, detailing the

unauthorized opening, funding and trading of brokerage accounts at BAI ("Temple Decl.").

9.      Attached hereto as Exhibit 4 is a true and accurate copy of a declaration from James M.

Heeney, Managing Director, Compliance Operations, for TD Ameritrade, detailing the

unauthorized opening, funding and trading of brokerage accounts at TD Ameritrade ("Heeney

Decl.").

10.      Attached hereto as Exhibit 5 is a true and accurate copy of a declaration from Ellis

Hough, Supervisory Risk Management Analyst, Scottrade Inc., detailing the unauthorized

opening, funding and trading of an account at Scottrade ("Hough Decl.").

11.      Attached hereto as Exhibit 6 is a true and accurate copy of a declaration of Peter

Marshall, detailing the unauthorized opening, funding and trading of a brokerage account at BAI

in his name ("Marshall Decl.").

3

12.    Attached hereto as Exhibit 7 is a true and accurate copy of a declaration of Beth A. Rothstein, detailing the unauthorized opening, funding and trading of brokerage accounts at TD Ameritrade and Scottrade in her name ("Rothstein Decl.").

13.    Attached hereto as Exhibit 8 is a true and accurate copy of a Time Warner Inc. ("Time Warner") record, identifying the Internet Protocol address ("IP Address") of a computer located at Ampudia's home address.  That IP Address is 24.90.135.144.

14.    Attached hereto as Exhibit 9 is a true and accurate copy of an AutoTrackXP® Report, which the Staff accessed and printed through the AutoTrack® database, showing home addresses for Alexis Ampudia, having the same Social Security Number as the Alexis Ampudia described in the Brokerage Records.

15.    Attached hereto as Exhibit 10 are INS records showing Alexis Ampudia's citizenship as Panamanian.

16.    Since late December 2006, the Staff has been investigating the unauthorized opening of brokerage accounts in the names of certain identity theft Victims (the "Victims") and the use of those accounts to commit securities fraud.  The *modus operandi* for this fraud is usually the same.  First, the perpetrator misappropriates a Victim's identity by gaining access to certain of the Victim's personal information, such as the Victim's Social Security Number and date of birth.  Second, the perpetrator opens an online brokerage account in the Victim's name without the Victim's knowledge or consent.  Third, the perpetrator poses as the Victim and causes the Victim's bank to transfer the Victim's funds to the brokerage account fraudulently opened in the Victim's name.  Fourth, the perpetrator purchases thinly-traded securities (the securities chosen by the perpetrator usually have little or no trading volume), at market prices, using his own online brokerage account.  Shortly thereafter, the perpetrator, using the Victim's brokerage

4

account, enters a series of large purchase orders for the targeted securities. The large purchase orders for the thinly-traded securities create the appearance of trading activity, which causes an increase (or "pumps") the price of the targeted stocks. Finally, immediately or shortly thereafter, the perpetrator capitalizes on the artificially inflated share prices of the targeted securities when he sells (or "dumps") the shares in his own account.

17.    This identity theft/market manipulation scheme is a combination of a traditional identity theft scam combined with a "pump-and-dump" market manipulation scheme. This type of scheme is a growing problem that has resulted in large losses to the market and brokerage industry.

18.    The Staff was first alerted to this fraudulent scheme in late December 2006, when the New York Police Department informed the Staff of evidence that online brokerage accounts in the names of certain Victims ("Victim's Brokerage Accounts") had been opened, which were then used to trade thinly-traded securities in 6 different companies ("the targeted securities") as an apparent vehicle to commit securities fraud. The Staff promptly initiated an inquiry.

19.    In an effort to identify the potential perpetrators of the scheme, the Staff ran electronic Equity Cleared Reports for the targeted securities and trading dates in question. Equity Cleared Reports reflect, for a given security and a given date range, the identities of the clearing brokers whose customers and/or introducing brokers engage in trading activity, including the number of buy and sell items, the buy and sell trading volumes, and the buy and sell aggregate dollar amounts.

20.    Based on the information contained in the Equity Cleared Reports, the Staff "Blue Sheeted" the targeted securities for the trading dates in question. Blue Sheeting refers to an electronic program that allows broker-dealer firms to scan their account records and transmit to

5

the Commission the identities of individuals, entities and firms that traded a stock on a particular

day. Using this information, the Commission Staff can compile a detailed report which, among

other things, identifies the net proceeds realized by each account trading the stock. The Staff

also obtained the "Audit Trail" for each of the targeted securities for the trading dates in

question. An Audit Trail gives the chronological sequence of trading activity in a given security.

21.     A review of the Blue Sheet records for the dates on which the reporting broker-dealers

experienced unusually high trading volume in 3 of the targeted securities revealed than on each

of the days on which the Victims' Brokerage Accounts traded, an account in the name of Alexis

Ampudia ("Ampudia"), held at Track Data also bought and sold shares in the targeted securities

and realized trading profits. In the remaining 3 targeted securities, an account in the name of an

individual believed to be associated with Ampudia traded on the day on which the Victim's

Brokerage Account traded.

22.     Track Data is a registered broker-dealer located in Brooklyn, New York. Track Data's

trades are cleared through Penson. Based in part on the Staff's review of the Blue Sheet Reports,

and pursuant to the Staff's authority under Section 17(a) of the Securities Exchange Act of 1934

("Exchange Act"), the Staff sent written requests to Penson and Track Data requesting, among

other things, account opening documents for Ampudia's accounts, monthly account statements

for Ampudia's accounts, trade blotters indicating specific times that trades were placed in

Ampudia's accounts and incoming and outgoing wire information for Ampudia's accounts.

23.     A review of the Brokerage Records records reveal that Ampudia resides in Brooklyn,

New York.

24.     The Staff analyzed Ampudia's account statements and trade blotter information provided

by Penson, which confirmed that Ampudia's accounts traded in some of the same securities that

6

were traded in the Victims' Brokerage Accounts on or around the same dates. In each instance, Ampudia reaped a profit from the suspicious trading.

25.    Pursuant to § 17(a) of the Exchange Act, the Staff sent written requests for information to certain broker-dealers housing the Victims' Brokerage Accounts, requesting, among other information, account opening documents, monthly account statements, and records of electronic logins to these accounts, including the IP addresses used to log in and out of the Victims' Brokerage Accounts.

26.    A review of the Brokerage Records and Staff interviews with representatives of certain of the broker-dealers reveal that the opening and funding of the Victims' Brokerage Accounts were not authorized and that the trade orders placed in the Victims' Brokerage Accounts were not placed or authorized by the individuals in whose names the accounts are held. Based on these conversations, the Staff learned that the broker-dealers analyzed a combination of factors in reaching the conclusion that the Victims' Brokerage Accounts were fraudulently opened, funded and traded. This included reviewing the IP addresses used to access the Victims' Brokerage Accounts and contacting the individuals in whose names the accounts are held. The Brokerage Records further show that the Victims' Brokerage Accounts were accessed on multiple occasions from a computer having an IP Address of 24.90.135.144.

27.    I have reviewed records obtained from Time Warner Cable showing that the IP Address 24.90.135.144 is linked to an address that is also listed as belonging to Ampudia, in Brooklyn, New York. That same IP Address was used to access Ampudia's own Track Data brokerage account.

28.    After reviewing the investigative files, I have analyzed the following suspicious trading in Ampudia's brokerage accounts in five publicly-traded companies:

7

**Wendt-Bristol Health Services Corp.**

29.    Wendt-Bristol Health Services Corp. is a corporation located in Columbus, Ohio. Its common stock is quoted on the Pink Sheets[1] under the symbol WMDB. In the 30 trading days before November 17, 2006, its average daily trading volume was 966 shares, and its closing price on November 14, 2006 (the last date on which trading occurred in WMDB stock prior to November 17, 2006), was $0.002 per share.

30.    At 9:38 a.m. on November 17, 2006, Ampudia purchased 108,000 shares of WMBD at $0.005 per share, through his own brokerage account at Track Data.

31.    After Ampudia had completed his own purchases of WMDB stock, between 9:50 a.m. and 10:04 a.m., Ampudia purchased a total of 257,000 shares of WMDB stock in one of the Victim's Brokerage Accounts at TD Ameritrade, at prices ranging from $0.015 to $0.05 per share for a total of $12,225. The IP Logs of the Victim's Brokerage Account show that the account was accessed on that day by a computer linked to Ampudia's home address.

32.    While Ampudia was purchasing WMDB stock in the Victim's Brokerage Account, at 10:00 a.m., he sold all 108,000 shares of WMDB stock at $0.05 per share, through his Track Data account.

33.    The price of WMDB reached an intra-day high of $0.06 per share. By the end of the day, WMDB's price had fallen to close at $0.03 per share. Total volume for the day was 598,600 shares. Ampudia repeated this conduct in WMDB on November 22, 2006 and on November 24, 2006 (using a different Victim's Brokerage Account at TD Ameritrade).

34.    As a result of Ampudia's manipulative trading in WMDB securities, he obtained

---

[1] The "Pink Sheets" is an electronic quotation system that displays quotes from broker-dealers for many of the over-the-counter (OTC) securities. Market Makers and other brokers who buy and sell OTC securities, can use the Pink Sheets to publish their bid and ask quotation prices.

approximately $31,947.09 in illicit profits.

### Atomic Burrito Inc.

35.    Atomic Burrito Inc. is a corporation located in Oklahoma City, Oklahoma. Its common stock is quoted on the Pink Sheets under the symbol ATOM. In the 30 trading days before November 21, 2006, its average daily trading volume was 1,458 shares, and its closing price on November 20, 2006, was $0.001 per share.

36.    On November 21, 2006, between 9:42 a.m. and 9:50 a.m., Ampudia purchased 115,000 shares of ATOM, at prices ranging from $0.01 and $0.09 per share, through his Track Data brokerage account.

37.    After Ampudia had completed his purchase of ATOM stock, between 9:51 a.m. and 10:31 a.m., Ampudia purchased a total of 380,000 shares of ATOM stock in one of the Victim's Brokerage Accounts at TD Ameritrade, at prices ranging from $0.09 to $0.25 per share for a total of $75,302. The IP Logs show that the account was accessed that day by a computer linked to Ampudia's home address.

38.    While Ampudia was purchasing ATOM stock in the Victim's Brokerage Account, between 9:57 a.m. and 10:03 a.m., he sold all 115,000 shares of his ATOM stock at prices between $0.12 and $0.25 per share, through his Track Data account.

39.    The price of ATOM reached an intra-day high of $0.25 per share. By the end of the day, ATOM's price had fallen to close at $0.02 per share. Total volume for the day was 789,700 shares.

40.    As a result of Ampudia's manipulative trading in ATOM stock, he obtained approximately $18,450 in illicit profits.

9

### Carematrix Corp.

41.     Carematrix Corp. is a corporation located in Newton, Massachusetts. Its common stock is quoted on the Pink Sheets under the symbol CMDCQ. In the 30 trading days before November 21, 2006, its average daily trading volume was 56 shares, and its closing price on November 20, 2006, was $0.002 per share.

42.     On November 21, 2006, between 10:37 a.m. and 10:38 a.m., Ampudia purchased 18,450 shares of CMDCQ through his Track Data brokerage account at $0.04 per share.

43.     After Ampudia had completed his purchase of CMDCQ stock, between 10:49 a.m. and 10:56 a.m., Ampudia purchased a total of 85,800 shares of CMDCQ stock in one of the Victim's Brokerage Accounts at TD Ameritrade, at prices ranging from $0.04 to $0.1 per share for a total of $7,442. The IP Logs show that the account was accessed that day by a computer linked to Ampudia's home address.

44.     While Ampudia was purchasing CMDCQ stock in the Victim's Brokerage Account, at 10:53 a.m., he sold all 18,450 shares of CMDCQ at $0.10 per share through his own account at Track Data.

45.     The price of CMDCQ reached an intra-day high of $0.10 per share. By the end of the day, CMDCQ price had fallen to close at $0.09 per share. Total trading volume for the day was 215,452 shares.

46.     As a result of Ampudia's manipulative trading in CMDCQ stock, he obtained approximately $1,107 in illicit profits.

### Additional Issuers

47.     In addition to the three aforementioned securities, Ampudia used Victims' Brokerage Accounts to manipulate the stock of other securities, as recently as March 21, 2007.

10

48.    Locateplus Holdings Corp. is a corporation located in Newton, Massachusetts. Its warrants[2] are quoted on the OTC Bulletin Board under the symbol LPHCW.

49.    In November 2006, Ampudia purchased LPHCW through a Victim's Brokerage Account at TD Ameritrade. The IP Logs show that the account was accessed by a computer linked to Ampudia's home address.

50.    During this time, Ampudia bought and sold LPHCW through his own account at Track Data. As a result of Ampudia's manipulative trading in LPHCW, he obtained approximately $11,881.75 in illicit profits.

51.    Micro-Integration Corp. is a corporation located in Frostburg, Maryland. Its common stock is quoted on the Pink Sheets under the symbol MINT.

52.    In February 2007, Ampudia purchased shares of MINT through a Victim's Brokerage Account at Wells Fargo Investments, LLC. The IP Logs show that the account was accessed by a computer also used by Ampudia to trade in his own account.

53.    During this time, Ampudia bought and sold MINT through his own account at Track Data. As a result of Ampudia's manipulative trading in MINT, he obtained approximately $76,765 in illicit profits.

54.    Although the information the Staff has been able to obtain to date has been limited to intrusions involving certain securities, the broker-dealer and trading records reveal other suspicious trading by Ampudia's accounts that appear to fit the pattern of trading discussed herein with respect to the five manipulated securities detailed above. In addition, the Staff has learned from TD Ameritrade that, as recently as March 21, 2007, Ampudia was conducting suspicious trading in an account he holds at TD Ameritrade. TD Ameritrade reported to the Staff

---

[2] A "warrant" is a security that entitles the holder to buy stock of the company that issued it at a

that Ampudia had purchased two thinly-traded securities having ticker symbols GPAX and FULO and sold those securities within a relatively short period of time at a relatively large profit. The Staff has not yet analyzed the trading with respect to these additional securities; nevertheless, it appears likely that the Staff will uncover evidence of additional actual or attempted market manipulations which could further implicate Ampudia and result in even greater ill-gotten profits.

55.    A review of the documents reveals a pattern of identity theft and market manipulation pattern in certain securities, consistent trading profits realized by Ampudia in those securities, and links between unauthorized trading and the computer linked to Ampudia's home address. This compels the conclusion that Ampudia is deliberately perpetrating this fraudulent trading scheme.

56.    The evidence discussed herein and appended hereto shows that, since at least November 2006, Ampudia has misappropriated the identities of at least eight Victims and opened at least nine online brokerage accounts in the names of the Victims without their knowledge or consent. Ampudia then transferred at least a total of approximately $1,038,250 from the Victims' bank accounts to fund the Victims' Brokerage Accounts. Ampudia has then conducted market manipulation schemes in the securities of at least five issuers and has profited by at least approximately $140,000 by his conduct.

57.    In addition, the broker-dealers whose customer accounts were compromised suffered losses in excess of $269,704. These losses represent the cost to the broker-dealers of unwittingly providing the equity for Ampudia to place unauthorized trades in the fraudulently opened Victims' Brokerage Accounts.

---

specified price, which is higher than the stock price at the time of issue.

58.    From the Brokerage Records and other investigative files, I have identified the following brokerage accounts held in Alexis Ampudia's name:

| Brokerage House | Account Number |
| --- | --- |
| TD Ameritrade | 785-713771 |
| TD Ameritrade | 782-414221 |
| TD Ameritrade | 784-068011 |
| Pension | 074702913 |
| Fidelity | X-08-543748 |
| Scottrade | 13042904 |
| Scottrade | 13042905 |

59.    From the Brokerage Records and other investigative files, I have identified the following bank accounts held in Alexis Ampudia's name:

| Bank | Account Number |
| --- | --- |
| Commerce | 7917942109 |
| J. P. Morgan Chase | 907418196065 |
| J. P. Morgan Chase | 907419186065 |
| Washington Mutual | 3124466447 |
| Hudson United Bank | 3982516350 |

Wire transfer information found in the Brokerage Records show that, from November 2006 to the present, transfers of substantial funds were made from funds in Ampudia's brokerage accounts to certain of these bank accounts. As recently as March 27, 2007, Ampudia has continued to transfer funds from his brokerage accounts to certain of these bank accounts.

60.    Although Ampudia resides in Brooklyn, New York, he is a citizen of Panama. In my experience, perpetrators of market manipulations are likely to make efforts to dissipate or conceal the proceeds of their trading, often attempting to move assets offshore. This likelihood

is greater when residents have offshore ties.

I make this declaration pursuant to 29 U.S.C. §1746 and declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Executed:  New York, New York
Date: March 29, 2007

Doreen Krause

EXHIBIT 1

**Ronald Frankel**

BEGIN FORM - Terms and Conditions Effective Friday, March 16, 2007 at 10:15:31





 **AMERITRADE**

| For Internal Use Only | |
|---|---|
| Account Number: | 785-934420 |
| Type: | Individual |
| Registration: | Cash & Margin |
| Branch ID: | NYC 92392 |
| Referrer: | direct |
| Ad Code: | WEB |
| Offer Code: | 170 |

**Mailing Address**
Standard Delivery:            PO Box 2760, Omaha, NE 68103-2760
Overnight:                    1005 N. Ameritrade Place, Bellevue, NE 68005
Fax:                          816-243-3769

**New Account Information**
Type:                         Individual
Registration:                 Cash & Margin
Receive Corp. Communications: Yes
E-mail Address:               FRANRONALD@YAHOO.COM
Account Statement:            Monthly Electronic
Trade Confirmation:           Electronic
Funding:                      Express Funding
Sweep Vehicle:                TD AMERITRADE Cash (Protected by SIPC)

**Account Owner**
Name:                         RONALD FRANKEL
Street Address:

                              NEW YORK, NY 10022-4108
                              UNITED STATES OF AMERICA
Marital Status:               Single
Home Phone:
Social Security Number:
Date of Birth:
Mother's Maiden Name:
Citizenship:                  US Citizen/Permanent Resident
Employment Status:            Retired
Corporate Affiliation:        No
NASD Affiliation:             No

**Financial Questionnaire**
Income:                       $50,000 - 99,999
Networth:                     $500,000+
Liquid Networth:              $500,000+
Number of Dependents:         1

**ACH Information**
Deposit Amount:               95750.00
Bank Account Name:            RONALD FRANKEL
Bank Name:                    CITI BANK
Bank Nickname:
Bank City:                    NEW YORK

Bank State:                    NY
ABA Routing Number:
Bank Account Number:           4563
Bank Account Type:             S
EFT Tracking Number:           78593442013142711
EFT Transaction Date:          11/13/2006 14:29:04

---

### CASH & MARGIN AGREEMENT

Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding and (3) I am a U.S. person (including a resident alien); provided, however, if I am a non-resident alien as disclosed in this application, I do not certify that I am a U.S. person and I understand that I must submit a W-8BEN Form. If I have been notified by the IRS that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification.

I have received and read the terms and conditions, which are incorporated by this reference, that will govern my account. I agree to be bound by these terms and conditions, as amended from time to time, and request an account to be opened in the names(s) set forth below.

**The Terms and Conditions applicable to this Brokerage Account Agreement contain pre-dispute arbitration clauses. I agree to be bound by the terms of the agreement including the arbitration agreement located at paragraphs 92 - 94 of the Terms and Conditions.**

All securities, dividends and proceeds will be held at Ameritrade Clearing, Division of Ameritrade, Inc. unless otherwise instructed.

I understand that non-deposit investments purchased through TD AMERITRADE are not insured by the FDIC (Federal Deposit Insurance Corporation), are not obligations of or guaranteed by any financial institution and are subject to investment risk and loss that may exceed the principal invested.

I understand my available cash balance will earn interest in my brokerage account as TD AMERITRADE Cash (Covered by SIPC) based on current rates and policies, which may be changed without prior notice.

Important Information about procedures for opening a new account:
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents.

I understand that TD AMERITRADE may relate information regarding this account, including account delinquency and voluntary closures, to consumer or credit-reporting agencies. Upon my request, TD AMERITRADE shall inform me of each consumer or credit-reporting agency from which they have obtained and/or reported my consumer or credit report. TD AMERITRADE agrees to notify the consumer or credit-reporting agencies if I dispute the completeness or accuracy of the information furnished by TD AMERITRADE. By my signature below, I authorize TD AMERITRADE to obtain consumer or credit reports for the name(s) set forth below.

---

**Account Owner(s) must sign.**

```
            _____        X _____
               Date                RONALD  FRANKEL
                                Account Number: 785-934420
```

---

**For *Ameritrade Clearing* use only**
Margin account approval (initial & date):        New Accounts Opened By (initial & date):

```
_____                    _____
```

Account Number: 785-934420

**END FORM - Terms and Conditions Effective Friday, March 16, 2007 at 10:15:31**

| General Inquiry | Account History | Account Detail | Account Detail |
|---|---|---|---|

**785-934420: FRANKEL RONALD** | Margin: Yes | Option: None |

**Account Closed - BKR ALRT - KEEP CLSD (12/13/2006)**

### Restriction Summary

RESTR – FD3 – FDIC ACCT OPTED OUT
RESTR – PR – PREMIER ACCOUNT
RESTR – GK – GAINSKEEPER ACCESS
RESTR – AF – ACCOUNT FREEZE
NOTRAD -
NO$OUT -
RESTR – BE – BAD STATEMENTS EMAIL ADDRESS
RESTR – R3 – OTHER THAN NSF
RESTR – BC – BOUNCED CHECK
RESTR – U – UNDESIRABLE ACCOUNT
CLOSED -

### Demographics

| | | | |
|---|---|---|---|
| Short Name | FRANKEL RONALD | Account Type | C  CUSTOMER |
| Mailing Address | RONALD FRANKEL | Owner Type | R  INDIVIDUAL |
| | | Sub Owner Type | |
| | | Tax Identification | |
| | NEW YORK NY 10022-4108 | Nickname | |
| | | Email | E-MAIL |
| Physical Address | | Representative | FF  TD AMERITRADE |
| | | Branch ID | NYC92392 |
| | | Commission Schedule | TDA |
| Primary Phone | | Withholding Instructions | SHHH |
| Secondary Phone | | Date Opened | 11/13/2006 |
| Other Phone | | Date Changed | 12/14/2006 |
| Fax Phone | | Date Active | 01/02/2007 |
| | | Date Deceased | |
| | | W-8 Expiration Date | |
| | | W-8 Signature Date | |
| | | ACH Bank | |
| | | ACH Acct/Type | 4563 |

### Parties

**No Parties on File.**

General Inquiry : History

General Inquiry          Account History          Account Detail                              History

| 785-934420: FRANKEL RONALD | | | | **Margin:** Yes | | **Option:** None | | |
|---|---|---|---|---|---|---|---|---|---|

Account Closed - BKR ALRT - KEEP CLSD (12/13/2006)

**Default Display:** Transactions more recent than 06/18/2005
To view older dates set range in Recording Date Display Options at the bottom of the page.

| Transaction Number | Acct Type | Trans. Type | Cusip Number | Description | Recording Date | Effective Date | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| **2535671186** | 2 | EFNA | | EF RETURN - R10 - CUSTOMER ADVISES NOT AUTHORIZED | 12/13/2006 | 12/13/2006 | | | 95,750.00 |
| **2535660030** | 2 | EFFI | | ACH IN-RETURN- Customer Advises Not Authorized | 12/12/2006 | 12/12/2006 | | | 100,000.00 |

| | | | |
|---|---|---|---|

| **Display Options** | | | |
|---|---|---|---|
| **Account Types:**<br>All Types<br>Cash<br>Margin<br>Short<br>Income<br>Withholding | **Transaction Types:**<br>ALL<br>ACH DISBURSEMENTS<br>ACH RECEIPT<br>CASH DISBURSEMENT<br>CASH RECEIPT<br>DIVIDEND OR INTEREST | **Subtransaction Types:**<br>4 letter subtype: [ ]<br><br>Note: Subtran type overrides Tran type.<br>To include all sub types, delete subtype,<br>click on Tran type and submit.<br><br>Display Only overrides Include and<br>Subtran, unless the latter is TRTA | **Include:**<br>☐ Seg?<br>☐ Memo?<br>☐ TradeAways?<br><br>**Display Only:**<br>☐ Prime Broker? |

Effective Date Range **only** returns transactions since 06/18/2005.
Recording Date Range can return transactions older than 06/18/2005.

**Effective Date Range (mm/dd/yyyy):** [ ] to [ ]          **CUSIP:** [ ]

**Recording Date Range (mm/dd/yyyy):** 12/01/2006 to [ ]

| To Email results (instead of display) enter Email Address: | *advancedclearing.com, ameritrade.com, ameritradeclearing.com, tdameritrade.com |
|---|---|

Set/Send Display Options

Note: Asterisk on Transaction Type designates Prime Broker trade transactions

| 785-934420: FRANKEL RONALD | | Margin: Yes | | |
|---|---|---|---|---|
| Account Closed - BKR ALRT - KEEP CLSD (12/13/2006) | | | | |

| ACH Request Information: 1 (9587802) | | | |
|---|---|---|---|
| **Active Status:** | Active | **Created On:** | 11/29/2006 11:02:44 |
| **Request Type:** | ACH In | | |
| **Request Date:** | 11/29/2006 | **Created By:** | CLIENT/UNIFIED |
| **Amount:** | $100,000.00 | **Modified On:** | |
| **Frequency:** | One-Time | **Modified By:** | |
| **Email Reminder:** | No - | **Expired On:** | |
| | | **Expired By:** | |
| | | **Last Process Date:** | 11/29/2006 |
| | | **Next Process Date:** | 11/29/2006 |

| ACH Bank Information | | | |
|---|---|---|---|
| **Bank Name:** | citi bank | **Bank Active:** | Yes |
| **NickName:** | bank | **T&C Signed:** | new york, NY |
| **Account Type:** | | **Created On:** | 11/24/2006 10:56:49 |
| **Account #:** | 4563 | **Created By:** | CLIENT/UNIFIED |
| **Routing #:** | | **Expired On:** | |
| **Name On Acct:** | ronald frankel | **Expired By:** | |
| **City, State:** | new york, NY | | |

| Process History | | | |
|---|---|---|---|
| ACH Date | Amount | Transaction | Processing Information |
| 11/29/2006 | $100,000.00 | 2513121768 | Settle on 11/30/2006 |

| Close Window | Print Cash Disbursement | Show W-4P |
|---|---|---|



Our records indicate that an e-mail notification was returned as undeliverable. Please update or verify the e-mail address.

Account number: 785934420

Change Courtesy Fill Contacts

Beneficiary Owner: FRANKEL RONALD
(Select Beneficiary Owner for Update)

Change EMail Addresses:

Primary Email Address: FRANRONALD@YAHOO.COM

Secondary Email Address:

Subscription Changes:

| | | Statements | | Primary Email |
|---|---|---|---|---|
| | ☑ | Legal Trade Confirmations | | Primary Email |
| | ☑ | Customer News & Benefits (Marketing) | | Primary Email |



## Customer Contact Information
*This application requires Javascript in browser be turned on*

Fri Jan '05 2007 11:58:26 AM EST

Account number: 785979281

Change Courtesy Fill Contacts

Beneficiary Owners: MELINO ALBERT
(Select Beneficiary Owner for Update)

Change EMail Addresses:

Primary Email Address: FREDSTAR1@YAHOO.COM

Secondary Email Address:

Subscription Changes:

| | | Statements | | Primary Email |
|---|---|---|---|---|
| | ☑ | Legal Trade Confirmations | | Primary Email |
| | ☑ | Customer News & Benefits (Marketing) | | Primary Email |

| ACCOUNT NO. | YOUR REPRESENTATIVE |
|---|---|
| E785-934420 | FF |

\*1002241080\*
RONALD FRANKEL

NEW YORK, NY 10022-4108

| STATEMENT PERIOD | PAGE |
|---|---|
| 10/28/06-11/24/06 | 1-2 |

TD AMERITRADE

IMPROVED TD AMERITRADE WEB SITE.
THE WAY YOU TRADE AND CHECK YOUR
BALANCES IS THE SAME, BUT YOU'LL
FIND NEW MENU CHOICES, EXPANDED
RESEARCH AND SHORTCUTS LOG ON
AND CHECK OUT THE CHANGES TODAY!

ACCOUNT SUMMARY   AS OF 11/24/06

CUSTOMER ACCOUNTS PROTECTED UP TO $150,000,000.

## PORTFOLIO SUMMARY

| | Current Month Value | % of Long Value |
|---|---|---|
| Margin Account (2)  Balance | $95,850 | |
| \*Net Account Value | $95,850 | |
| \*Total Equity | $95,850 | |
| \*Excludes unpriced securities(NP) | $95,850 | |

## Money Balance Summary

| Account Type | Opening Balance | Closing Balance |
|---|---|---|
| Margin Account (2) | $0.00 | $95,850.00 |
| Net Cash Balance | $0.00 | $95,850.00 |
| Total Money Balance | $0.00 | $95,850.00 |

## Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| 11/13/06 | 11/14/06 | OPENING BAL CASH ACCOUNT | | | | $0.00 |
| 11/14/06 | | Electronic Funding JOURNAL | | | | 95,750.00 |
| | | Ef 11/14 Move Cash to Margin CLOSING BAL CASH ACCOUNT | | | 95,750.00 | $0.00 |
| 11/13/06 | 11/14/06 | OPENING BAL MARGIN ACCOUNT JOURNAL | | | | $0.00 |
| | | Cash Award JOURNAL | | | | 100.00 |
| 11/14/06 | | Ef 11/14 Move Cash to Margin CLOSING BAL MARGIN ACCOUNT | | | | 95,750.00 |
| | | TOTAL ACCOUNT BALANCE | | | | $95,850.00 |
| | | TOTAL ACCOUNT BALANCE | | | | $95,850.00 |

| ACCOUNT NO. |
|---|
| E785-934420 |

| CUSTOMER NAME |
|---|
| RONALD FRANKEL |

| STATEMENT PERIOD | PAGE |
|---|---|
| 10/28/06-11/24/06 | 2-2 |

TD AMERITRADE

## Trades Pending Settlement

| Description | Type | Trade Date | Settle Date | Quantity | Market Price | Amount Charged | Amount Credited |
|---|---|---|---|---|---|---|---|
| BUY Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | MGN | 11/24/06 | 11/29/06 | 250000 | .120 | 30,000.00 | |
| BUY Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | MGN | 11/24/06 | 11/29/06 | 50000 | .120 | 6,000.00 | |
| BUY Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | MGN | 11/24/06 | 11/29/06 | 20000 | .120 | 2,400.00 | |
| BUY Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | MGN | 11/24/06 | 11/29/06 | 50000 | .120 | 6,000.00 | |

### TD Ameritrade Cash Interest Credited

| Beg. Date | Credit Balance | Nbr./Days | Int. Rate | Interest Credited |
|---|---|---|---|---|
| 11/14/06 | $95,850.00 | .11 | 1.0500 | $30.33 |
| | | | TOTAL INTEREST TO BE CREDITED | $30.33 |

### Important Information

**KEEP THIS STATEMENT FOR INCOME TAX PURPOSES**

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT,
INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY.
AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE
VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN
ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE
ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE
THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES
INVESTOR PROTECTION CORPORATION (SIPC).

# Account Statement

account # 785-934420

report period: 11/25/06 - 12/29/06

**Account registration:**

RONALD FRANKEL

NEW YORK NY 10022-4128

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $95,850.00 | $(95,850.00) | (100.0%) | $363.96 | - | - |
| MMDA | - | - | - | - | - | - | - |
| Money Market | - | - | - | - | - | - | - |
| Short balance | - | - | - | - | - | - | - |
| Stocks | - | - | - | - | - | - | - |
| Short stocks | - | - | - | - | - | - | - |
| Bonds | - | - | - | - | - | - | - |
| Options | - | - | - | - | - | - | - |
| Short options | - | - | - | - | - | - | - |
| Mutual funds | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| **Total** | **$0.00** | **$95,850.00** | **$(95,850.00)** | **(100.0%)** | **$363.96** | **0.0%** | **0.0%** |
| Margin equity | 100.0% | | | | | | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening balance** | $95,850.00 | $0.00 |
| Securities purchased | - | - |
| Securities sold | - | - |
| Funds deposited | (95,750.00) | 95,850.00 |
| Funds disbursed | - | (95,750.00) |
| Income | 30.33 | 30.33 |
| Expense | (50.00) | (50.00) |
| Other | (80.33) | (80.33) |
| **Closing balance** | **$0.00** | **$0.00** |

## Income & Expense Summary

| | Taxable | Non-taxable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | 30.33 | - | 30.33 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | (50.00) | - | (50.00) |
| Other | - | - | - |
| **Net** | **$(19.67)** | **$0.00** | **$(19.67)** |

## Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 12/29/06** | $0.00 |
| Realized gains* | - |
| Realized losses* | - |
| Unrealized gains | - |
| Unrealized losses | - |
| Funds deposited/(disbursed) | 100.00 |
| Income/(expense) | (19.67) |
| Securities received/(delivered) | 0.00 |

*Coming in 2006

**Announcements:**

SHARE THE POWERFUL TOOLS, VALUE AND SERVICE OF TD AMERITRADE WITH YOUR FRIENDS AND EARN GREAT REWARDS. TO REFER A FRIEND, LOG ON TO YOUR ACCOUNT AND SELECT "PROMOTIONS & OFFERS" FROM THE ACCOUNT MENU.

amt103.cmp.20070105.GW3RD0.cds.0008641.0047980

page 1 of 6

# Account Statement

account # 785-934420                report period: 11/25/06 - 12/29/06

## Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | | | | | | | | $95,850.00 |
| 12/18/06 | 12/18/06 | Cash | Journal | Flatten Account | | | $0.00 | $(80.33) | 95,769.67 |
| 11/27/06 | 11/27/06 | Margin | Div/Int | Interest Credit Payable: 11/24/2006 | | | 0.00 | 30.33 | 95,800.00 |
| 11/29/06 | 11/30/06 | Margin | | Ach IN | | | 0.00 | 100,000.00 | 195,800.00 |
| 12/12/06 | 12/12/06 | Margin | | Ach IN-Return-Customer Advises Not Authorized | | | 0.00 | (100,000.00) | 95,800.00 |
| 12/12/06 | 12/12/06 | Margin | Journal | Ach Return Charge (Customer Advises Not Authorized) | | | 0.00 | (25.00) | 95,775.00 |
| 12/13/06 | 12/13/06 | Margin | | Ef Return - R10 - Customer Advises Not Authorized | | | 0.00 | (95,750.00) | 25.00 |
| 12/13/06 | 12/13/06 | Margin | Journal | Ach Return Charge (Customer Advises Not Authorized) | | | 0.00 | (25.00) | 0.00 |
| Closing balance | | | | | | | | | $0.00 |

## TD AMERITRADE Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 11/25/06 | $ | $95,850.00 | 2 | 1.0500 | $ | $5.51 |
| 11/27/06 | | 95,880.33 | 2 | 1.0500 | | 5.52 |
| 11/29/06 | | 51,480.33 | 1 | 1.0500 | | 1.48 |
| 11/30/06 | | 100,164.35 | 11 | 2.1500 | | 64.90 |
| 12/11/06 | | 195,880.33 | 1 | 2.1500 | | 11.54 |
| 12/12/06 | | 95,855.33 | 1 | 1.0500 | | 2.76 |
| **Total interest income/(expense)** | | | | | $0.00 | $91.71 |

page 2 of 6

# Account Statement

account # 785-934420

report period: 11/25/06 - 12/29/06

## Important Information

ABSENT SPECIFIC CUSTOMER DIRECTION, STOCK AND OPTION ORDERS ARE ROUTED VIA AN ELECTRONIC MATRIX TO A LISTED, NASDAQ, OR OVER-THE-COUNTER AGENT, OR OPTIONS EXCHANGE, DEPENDING UPON THE SECURITY BEING TRADED. ADVANCED CLEARING OR THE INTRODUCING BROKER MAY RECEIVE CASH PAYMENT FOR ROUTING SUCH CUSTOMER STOCK OR OPTION ORDERS FOR EXECUTION TO CERTAIN AGENTS ON SPECIFIC LISTED, NASDAQ, OVER-THE-COUNTER, OR OPTION SECURITIES. BECAUSE THESE AGENTS ARE MARKET MAKERS, THEY CARRY INVENTORY IN THEIR SPECIFIC SECURITIES, ALLOWING FOR PRICE IMPROVEMENT TO THE RETAIL CUSTOMER BY TRADING THROUGH THEIR INVENTORY. ACCORDINGLY, FOR STOCKS, THE CUSTOMER'S ORDER IS ALWAYS EXECUTED AT THE "BEST OFFER", "BEST BID", OR AT A PRICE SUPERIOR TO EITHER. FOR OPTIONS, THE CUSTOMER'S ORDER IS ALWAYS EXECUTED WITHIN THE PREVAILING QUOTE AT ONE OF THE OPTIONS EXCHANGES.

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

THE MOST RECENT STATEMENT OF FINANCIAL CONDITION FOR AMERITRADE, INC. MAY BE OBTAINED AT NO COST, VIA THE INTERNET AT HTTP://WWW.TDAMERITRADE.COM/FINANCIALSTATEMENT.HTML OR BY CONTACTING CLIENT SERVICES AT 1-800-669-3900. AS OF SEPTEMBER 29, 2006 AMERITRADE, INC. HAD NET CAPITAL AND A NET CAPITAL REQUIREMENT OF $397,033,179 AND $88,891,436, RESPECTIVELY. A COPY OF THE REPORT AND COMMENTS IS CURRENTLY AVAILABLE FOR CLIENTS' INSPECTION AT THE PRINCIPAL OFFICE OF THE COMMISSION IN WASHINGTON DC AND THE DENVER, CO OFFICE OF THE COMMISSION.

 amet103.cmp.20070105.GW3RTD0.cds 0008641 0047981

# Account Statement

account # 785-934420

report period: 11/25/06 - 12/29/06

## Important Information

--------ANTI-MONEY LAUNDERING REQUIREMENTS--------
---- THE USA PATRIOT ACT -- THE USA PATRIOT ACT IS DESIGNED TO DETECT, DETER, AND PUNISH TERRORIST IN THE UNITED STATES AND ABROAD. THE ACT IMPOSES ANTI-MONEY LAUNDERING REQUIREMENTS ON BROKERAGE FIRMS AND FINANCIAL INSTITUTIONS. ALL BROKERAGE FIRMS ARE REQUIRED TO HAVE COMPREHENSIVE ANTI-MONEY LAUNDERING PROGRAMS. TO HELP YOU UNDERSTAND THESE EFFORTS, WE WANT TO PROVIDE YOU WITH SOME INFORMATION ABOUT MONEY LAUNDERING AND OUR STEPS IMPLEMENTING THE USA PATRIOT ACT.

---- WHAT IS MONEY LAUNDERING? -- MONEY LAUNDERING IS THE PROCESS OF DISGUISING ILLEGALLY OBTAINED MONEY SO THAT THE FUNDS APPEAR TO COME FROM LEGITIMATE SOURCES OR ACTIVITIES. MONEY LAUNDERING OCCURS IN CONNECTION WITH A WIDE VARIETY OF CRIMES, INCLUDING ILLEGAL ARMS SALES, DRUG TRAFFICKING, ROBBERY, FRAUD, RACKETEERING, AND TERRORISM.
---- HOW BIG IS THE PROBLEM AND WHY IS IT IMPORTANT? -- THE USE OF THE U.S. FINANCIAL SYSTEM BY CRIMINALS TO FACILITATE TERRORISM OR OTHER CRIMES COULD WELL TAINT OUR FINANCIAL MARKETS. ACCORDING TO THE U.S. STATE DEPARTMENT, ONE RECENT ESTIMATE PUTS THE AMOUNT OF WORLDWIDE MONEY LAUNDERING ACTIVITY AT $1 TRILLION A YEAR.

# Account Statement

account # 785-934420

report period: 11/25/06 - 12/29/06

## Important Information

--------ANTI-MONEY LAUNDERING REQUIREMENTS CONTINUED --------
-----WHAT ARE WE REQUIRED TO DO TO ELIMINATE MONEY LAUNDERING? -- UNDER RULES
REQUIRED BY THE USA PATRIOT ACT, OUR ANTI-MONEY LAUNDERING PROGRAM MUST
DESIGNATE A SPECIAL COMPLIANCE OFFICER, SET UP EMPLOYEE TRAINING, CONDUCT
INDEPENDENT AUDITS, AND ESTABLISH AND MAINTAIN POLICIES AND PROCEDURES TO
DETECT AND REPORT SUSPICIOUS TRANSACTIONS AND ENSURE COMPLIANCE WITH THE NEW
LAWS. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY
LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO
OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS
AN ACCOUNT. AS PART OF OUR REQUIRED PROGRAM, WE MAY ASK YOU TO PROVIDE
VARIOUS IDENTIFICATION DOCUMENTS OR OTHER INFORMATION. UNTIL YOU PROVIDE THE
INFORMATION OR DOCUMENTS WE NEED, WE MAY NOT BE ABLE TO OPEN AN ACCOUNT OR
EFFECT ANY TRANSACTIONS FOR YOU. --------
-----WE THANK YOU FOR YOUR PATIENCE AND HOPE THAT YOU WILL SUPPORT US IN OUR
EFFORTS TO DENY TERRORIST GROUPS ACCESS TO AMERICA'S FINANCIAL SYSTEM. --------
----(C) 2002, NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD). ALL
RIGHTS RESERVED

PURSUANT TO SEC RULE 11AC1-6 A WRITTEN COPY OF THE AMERITRADE, INC. ORDER
ROUTING DISCLOSURES IS AVAILABLE UPON REQUEST.

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT,
INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY.
AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE
VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN
ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE
ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE
THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES
INVESTOR PROTECTION CORPORATION (SIPC).

amet03.cmp.20070105.GW3RD0.cds 0008641 0047982

## Account Statement

account # 785-934420

report period: 11/25/06 - 12/29/06

**Important Information**

TRADING ON MARGIN POSES ADDITIONAL RISKS AND IS NOT SUITABLE FOR ALL INVESTORS. A COMPLETE LIST OF THE RISKS ASSOCIATED WITH MARGIN TRADING IS AVAILABLE IN THE MARGIN RISK DISCLOSURE DOCUMENT. YOU MAY OBTAIN A COPY OF THIS DOCUMENT AT: WWW.TDAMERITRADE.COM, OR BY CONTACTING A TD AMERITRADE REPRESENTATIVE AT 800-669-3900.

# Account Statement

account # 785-934420

report period: 12/30/06 - 01/26/07

Account registration:

RONALD FRANKEL
NEW YORK NY 10022-4128

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

## Announcements:

*THE TD AMERITRADE EASY IRA.
DISCOVER MORE AT TDAMERITRADE.COM
OR CALL A RETIREMENT SPECIALIST
AT 866-680-5038. CONTRIBUTE TO YOUR
EXISTING TD AMERITRADE IRA
BEFORE APRIL 17, 2007!*

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $18.03 | $ - | $ - | - | $216.36 | - | 100.0% |
| MMDA | - | - | - | - | - | - | - |
| Money Market | - | - | - | - | - | - | - |
| Short balance | - | - | - | - | - | - | - |
| Stocks | - | - | - | - | - | - | - |
| Short stocks | - | - | - | - | - | - | - |
| Bonds | - | - | - | - | - | - | - |
| Options | - | - | - | - | - | - | - |
| Short options | - | - | - | - | - | - | - |
| Mutual funds | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| **Total** | **$18.03** | **$0.00** | **$18.03** | - | **$216.36** | **1200.0%** | **100.0%** |
| **Margin equity** | **100.0%** | | | | | | |

## Portfolio Allocation

Cash 100.0%

## Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 01/26/07** | $0.00 |
| Realized gains* | $ - |
| Realized losses* | 18.03 |
| Unrealized gains | - |
| Unrealized losses | - |
| Funds deposited/(disbursed) | 0.00 |
| Income/(expense) | 18.03 |
| Securities received/(delivered) | 0.00 |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening balance | $0.00 | $0.00 |
| Securities purchased | - | - |
| Securities sold | - | - |
| Funds deposited | 80.33 | 80.33 |
| Funds disbursed | (80.33) | (80.33) |
| Income | 18.03 | 18.03 |
| Expense | - | - |
| Other | - | - |
| **Closing balance** | **$18.03** | **$18.03** |

## Income & Expense Summary

| | Taxable | Non-taxable | YTD |
|---|---|---|---|
| **Income** | | | |
| Dividends | $ - | $ - | $ - |
| Interest | 18.03 | - | 18.03 |
| Other | - | - | - |
| **Expense** | | | |
| Interest | - | - | - |
| Fees | - | - | - |
| Other | - | - | - |
| **Net** | **$18.03** | **$0.00** | **$18.03** |

page 1 of 2

afme103.cmp.20070130.GW3WMI.cds 0015324.0058806

# Account Statement

account # 785-934420

report period: 12/30/06 - 01/26/07

## Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening balance** | | | | | | | | | $0.00 |
| 01/08/07 | 01/08/07 | Cash | Journal | Move To Cash | | | $0.00 | $80.33 | 80.33 |
| 01/02/07 | 01/02/07 | Margin | Div/Int | Interest Credit Payable: 12/29/2006 | | | 0.00 | 91.71 | 172.04 |
| 01/08/07 | 01/08/07 | Margin | Journal | Move To Cash | | | 0.00 | (80.33) | 91.71 |
| 01/17/07 | 01/17/07 | Margin | Div/Int | Credit Interest Adjustment Returned Ach Payable: 12/29/2006 | | | 0.00 | (73.68) | 18.03 |
| **Closing balance** | | | | | | | | | $18.03 |

## Important Information

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

EQUITY AND OPTION POSITIONS IN VOLT INFORMATION SCIENCES INC, WHICH IS SCHEDULED TO SPLIT WITH EX-DIVIDEND DATES OF 1/29/2007, ARE REFLECTED AFTER THE EFFECTS OF THE SPLIT IN THE SECURITY POSITIONS AND ACCOUNT ACTIVITY SECTIONS OF THIS STATEMENT.

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT, INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY. AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES INVESTOR PROTECTION CORPORATION (SIPC).

## Portfolio Report Guide

TD AMERITRADE provides monthly Portfolio Reports for accounts with activity and quarterly reports for inactive accounts with assets.

**Portfolio Summary**
Tracks the current value of your portfolio as of the report date and compares it to the prior month. The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be grouped into the category of "Other" in the pie chart.

Margin Equity = Total Account Equity/(Total Long Marginable Value + Total Short Value)

**Activity Summary**
All account activity is summarized for the current period and year-to-date.

**Retirement Account Summary (IRAs only)**
This section details the income and expense totals from the Activity Summary and classifies the tax treatment.

**Performance Summary**
Review the IRS regulated transactions for the current and prior years. IRS Form 5498 fair market value is based on the current value as of December 31 of the previous year and will be furnished to the Internal Revenue Service.

**Performance Summary**
Monitor your annual portfolio performance and the unrealized gains and losses for your future investment strategy.

**Account Positions**
View your investments at the current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned using the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The estimated investment income and average cost per share are displayed for your reference the oldest purchase date is shown for an indication of your holding period.¹

**Account Activity**
All account activity is clearly defined, listed in date order, and reflected in the closing cash balance.

**Positions Closed this Month**
Includes account activity this month showing the oldest trade date for the original purchase and the realized gain or loss.

**Trades Pending Settlement**
Confirm your executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Open Orders**
Review your open limit orders for accuracy and notify us immediately if you wish to change an order or orders.

**Cash Management Activity**
Cash management transactions (including check, debit card and ATM activity) that cleared during the month are listed in date order.

¹ Due to rounding adjustments, the statement details may not equal the statement totals.
² Estimated Income and Estimated Annual Yield values are based upon the number of shares owned as of the statement date and the most recent dividend rate provided.

## TD AMERITRADE

TD AMERITRADE does not provide investment, legal, or tax advice. Please consult your legal advisor or tax accountant when necessary. As a standard industry practice, phone conversations may be recorded for quality control and transaction verification purposes.

**Accuracy of Reports**
Please notify us promptly of any changes in your contact information. Transactions reflected on your report will be conclusively deemed accurate unless you notify TD AMERITRADE immediately.

**Account Protection**
Deposits made into a TD Bank USA, N.A. Money Market Deposit Account are insured by the FDIC for each ownership category, up to $100,000 per depositor (up to $250,000 of protection for the combined total of the traditional, Roth IRA, self-directed Keogh and certain other retirement accounts). Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not insured, and involve investment risks, including possible loss of principal. TD AMERITRADE, Inc. is a member of the Securities Investor Protection Corporation. Securities in your account protected up to $500,000. For details, please see www.sipc.org. Up to an aggregate of $250 million in additional securities protection, of which $900,000 may be applied to cash, is provided by London insurers, also linked to a combined return to any client from a Trustee, SIPC and London of $150 million. This coverage provides you protection against brokerage insolvency, and does not protect against loss in market value of the securities.

**Tax Reporting**
The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements. Includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds. Some payments are subject to reclassification which will be reflected on subsequent tax reports.

**Cost Basis**
Cost Basis, tax lot and performance reporting and Gain/Keeper are offered and conducted by CCH INCORPORATED. TD AMERITRADE is not responsible for the reliability or suitability of the information. TD AMERITRADE and its Information providers ("Providers") do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD AMERITRADE.

**Margin and Options Account Agreements**
Promptly advise TD AMERITRADE in writing of any change in your investment, objectives or financial situation as they pertain to your margin or options account agreements. A summary of commissions and charges incurred with the execution of options transactions is available.

**Current Market Prices**
The market values of securities have been obtained, if available, from quotation services and other independent sources. Values are based on the closing price, the mean between the bid and asking prices, or other methods. Non-Priced securities are indicated by "NP" and may affect statement balances and totals. The valuation of your portfolio report is provided as general information and we do not guarantee the accuracy of any market prices listed.

Limited Partnerships and non-traded Real Estate Investment Trusts are generally illiquid and have no public market: annual valuations are obtained from a third party or the general partner. The secondary market for Certificates of Deposits (CDs) is generally illiquid and the actual value may be different than the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Portfolio report valuations may not represent sales proceeds.

## Regulatory Disclosures

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market; and (ii) where applicable, (a) the provisions of such transactions are executed, (b) federal laws, including the Securities Act of 1933 and the Securities Exchange Act of 1934, each as amended to date; and in the future, and the rules and regulations promulgated thereunder; and (iii) the rules and regulations of the NASD and the Federal Reserve System.

For investor brochure that includes information describing the NASD's Public Disclosure Program, please contact the NASD at 800-289-9999 or www.nasd.com.

The interest rate shown for TD AMERITRADE Cash is taken from the applicable interest rate tier for the Market Value balance in the account. TD AMERITRADE Cash, as of the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance. Interest rates on TD AMERITRADE Cash balances are based on tiers as determined by balances held in those sweep vehicles as follows: $0.01 to $1,999, $2,000 to $9,999, $10,000 to $24,999, $25,000 to $99,999, $100,000 and above.

The annual percentage yield earned for the statement period on TD AMERITRADE Cash balance is an annualized rate that reflects the relationship between the amount of interest actually earned in your accounts during the statement period and the average daily balance in the account for the period.

**Financial Statement Notification**
A free copy of our financial condition for TD AMERITRADE is available online bi-annually at http://www.tdameritrade.com/financialstatement.html and for review at our main office.

**Allocation Method**
In the event any of your securities are called or assigned, the securities will be selected on an impartial, random basis.

**Penson Balances (Rule 15c3-2 & 3)**
Any free credit balance, including TD AMERITRADE Cash, represents funds payable upon demand which, although properly accounted for on our books of record, are not segregated, and may be used in the conduct of this firm's business as permissible under Securities and Exchange Commission Rule 15c3-2.

**Margin Accounts (Regulation T)**
If you have a margin account, this report is a combination of your margin account and a special memorandum account.

**Payment for Order Flow (Rule 11Ac1-3 & 1-6)**
In some circumstances, TD AMERITRADE receives compensation for directing certain over-the-counter and listed equity order flow to selected market makers, brokers or dealers. Compensation is in the form of a per share cash payment. We periodically report disclosing the source for order routing execution at www.tdameritrade.com. A written copy is available upon request.

It is our policy, absent client orders to the contrary, to select brokers, dealers, and market makers based on the ability to provide best execution and the history of seeking price improvement on market orders. Price improvement is available on certain market conditions, and we regularly monitor executions to test for such improvement if available.

**Trade confirmations (Rule 10b-10)**
All confirmations are transmitted on the transaction date.

```
+-----------+  +----------------------+
|ACCOUNT NO.|  | YOUR REPRESENTATIVE  |
+-----------+  +----------------------+
|785-934420 |  |FF                    |
+-----------+  +----------------------+
```

```
+-------------------+  +------+
| STATEMENT PERIOD  |  | PAGE |         TD AMERITRADE
+-------------------+  +------+
|01/27/07-02/28/07  |  | 1-2  |
+-------------------+  +------+
```

\*1002241080\*
RONALD FRANKEL

NEW YORK, NY  10022-4108

THE TD AMERITRADE EASY IRA.
DISCOVER MORE AT TDAMERITRADE.COM
OR CALL A RETIREMENT SPECIALIST
AT 866-680-5058. CONTRIBUTE TO YOUR
EXISTING TD AMERITRADE IRA
BEFORE APRIL 17, 2007!

ACCOUNT SUMMARY   AS OF 02/28/07        CUSTOMER ACCOUNTS PROTECTED UP TO $150,000,000.

PORTFOLIO SUMMARY

|                              | Current Month Value | % of Long Value |
|------------------------------|---------------------|-----------------|
| Margin Account (2) Balance   | $18                 |                 |
| \*Net Account Value          | $18                 |                 |
| \*Total Equity               | $18                 |                 |
| \*Excludes unpriced securities(NP) |               |                 |

Money Balance Summary

| Account Type         | Opening Balance | Closing Balance |
|----------------------|-----------------|-----------------|
| Margin Account (2)   | $18.03          | $18.03          |
| Net Cash Balance     | $18.03          | $18.03          |
| Total Money Balance  | $18.03          | $18.03          |

Income Summary

| Description                | Current | Year to Date |
|----------------------------|---------|--------------|
| Interest Income Credit Balance | $.00 | $91.71       |

Important Information

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

THE ABOVE PRICES ARE PROVIDED ONLY AS A GENERAL GUIDE TO VALUE YOUR PORTFOLIO. CURRENT
QUOTATIONS ARE AVAILABLE THROUGH YOUR BROKER. CERTIFICATES OF DEPOSIT ARE PRICED AT
PAR. SALE PRIOR TO MATURITY MAY RESULT IN A LOSS OF PRINCIPAL. MORTGAGE BACKED
POSITIONS ARE VALUED USING THE REMAINING BALANCE AND THE CURRENT MARKET PRICE.

-CONTINUED ON NEXT PAGE-

```
+-- ACCOUNT NO. --+   +------------------+        +-- STATEMENT PERIOD --+
|                 |   | CUSTOMER NAME    |        |                      |        PAGE
| 785-934420      |   |                  |        | 01/27/07-02/28/07    |                TD AMERITRADE
+-----------------+   | Ronald Frankel   |        +----------------------+        2-2
                      |                  |
                      +------------------+
```

                                    Important Information

                    KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

EQUITY AND OPTION POSITIONS IN VOLT INFORMATION SCIENCES INC, WHICH IS
SCHEDULED TO SPLIT WITH EX-DIVIDEND DATES OF 1/29/2007, ARE REFLECTED AFTER
THE EFFECTS OF THE SPLIT IN THE SECURITY POSITIONS AND ACCOUNT ACTIVITY
SECTIONS OF THIS STATEMENT.


NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT,
INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY.
AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE
VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN
ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE
ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE
THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES
INVESTOR PROTECTION CORPORATION (SIPC).


CERTAIN PURCHASES OF CLASS A MUTUAL FUNDS MAY BE ELIGIBLE FOR A BREAKPOINT
DISCOUNT ON THE SALES CHARGE. TO LEARN MORE ABOUT BREAKPOINT DISCOUNTS, GO TO
HTTP://WWW.NASD.COM/WEB/GROUPS/RULES_REGS/DOCUMENTS/RULES_REGS/NASDW_010543.PD
F


IN THE NEAR FUTURE, WE WILL BE MAKING IMPROVEMENTS TO THE TD AMERITRADE
DIVIDEND REINVESTMENT PROGRAM (DRIP). THERE WILL BE MORE THAN 5,000 SECURITIES
ELIGIBLE FOR THE DRIP. YOU WILL BE ABLE TO ENROLL IN THE DRIP AND ELECT TO
HAVE ALL ELIGIBLE SECURITIES IN YOUR ACCOUNT INCLUDED OR YOU CAN CHOOSE
INDIVIDUAL SECURITIES FROM THOSE THAT ARE ELIGIBLE. ONCE ENROLLED IN DRIP, ANY
FRACTIONAL SHARES RESULTING FROM A DRIP TRANSACTION WILL BE ADDED TO YOUR
ACCOUNT INSTEAD OF BEING PAID IN CASH AS BEFORE. IF YOU HAVE QUESTIONS, PLEASE
CONTACT A CLIENT SERVICES REPRESENTATIVE.

| Order timestamp | Order id | Buy/Sell | Original Size | Original Symbol | Order Type | Limit Price | Account | Order Status | Trd Timestamp | Exec Qty | Exec Price | Leaves Qty | Mkt Maker |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006-11-24 11:11:27 | 2503824880 | B | 250000 | WMDB | LMT | 0.12 | 785934420 | L | 2006-11-24 11:12:33 | 5000 | 0.12 | 245000 | UBSS |
| 2006-11-24 11:11:27 | 2503824880 | B | 250000 | WMDB | LMT | 0.12 | 785934420 | L | 2006-11-24 11:12:59 | 18500 | 0.12 | 226500 | UBSS |
| 2006-11-24 11:11:27 | 2503824880 | B | 250000 | WMDB | LMT | 0.12 | 785934420 | L | 2006-11-24 11:14:37 | 25000 | 0.12 | 201500 | UBSS |
| 2006-11-24 11:11:27 | 2503824880 | B | 250000 | WMDB | LMT | 0.12 | 785934420 | L | 2006-11-24 11:15:31 | 25000 | 0.12 | 176500 | UBSS |
| 2006-11-24 11:11:27 | 2503824880 | B | 250000 | WMDB | LMT | 0.12 | 785934420 | F | 2006-11-24 11:15:51 | 26500 | 0.12 | 150000 | UBSS |
| 2006-11-24 11:15:18 | 2503824357 | B | 50000 | WMDB | LMT | 0.12 | 785934420 | L | 2006-11-24 11:18:18 | 23500 | 0.12 | 26500 | UBSS |
| 2006-11-24 11:15:18 | 2503824357 | B | 50000 | WMDB | LMT | 0.12 | 785934420 | F | 2006-11-24 11:18:55 | 26500 | 0.12 | 0 | UBSS |
| 2006-11-24 11:17:55 | 2503853282 | B | 20000 | WMDB | LMT | 0.12 | 785934420 | F | 2006-11-24 11:18:55 | 20000 | 0.12 | 0 | UBSS |
| 2006-11-24 11:19:45 | 2503860808 | B | 50000 | WMDB | LMT | 0.12 | 785934420 | L | 2006-11-24 11:21:13 | 6900 | 0.12 | 43100 | UBSS |
| 2006-11-24 11:19:45 | 2503860808 | B | 50000 | WMDB | LMT | 0.12 | 785934420 | L | 2006-11-24 11:21:59 | 20000 | 0.12 | 23100 | UBSS |
| 2006-11-24 11:19:45 | 2503860808 | B | 50000 | WMDB | LMT | 0.12 | 785934420 | F | 2006-11-27 11:23:13 | 23100 | 0.12 | 0 | UBSS |
| 2006-11-27 10:22:33 | 2506129538 | B | 150000 | CDDJ | LMT | 0.12 | 785934420 | L | 2006-11-27 10:23:44 | 5000 | 0.12 | 145000 | UBSS |
| 2006-11-27 10:22:33 | 2506129538 | B | 150000 | CDDJ | LMT | 0.12 | 785934420 | F | 2006-11-27 10:26:52 | 145000 | 0.12 | 0 | UBSS |
| 2006-11-27 10:41:02 | 2506260774 | B | 150000 | CDDJ | LMT | 0.12 | 785934420 | F | 2006-11-27 10:41:37 | 150000 | 0.12 | 0 | UBSS |
| 2006-11-27 10:49:18 | 2506314745 | B | 128300 | CDDJ | LMT | 0.12 | 785934420 | L | 2006-11-27 09:49:55 | 5000 | 0.1 | 123300 | UBSS |
| 2006-11-27 10:49:18 | 2506314745 | B | 128300 | CDDJ | LMT | 0.12 | 785934420 | L | 2006-11-27 10:54:18 | 118300 | 0.12 | 5000 | UBSS |
| 2006-11-27 10:49:18 | 2506314745 | B | 128300 | CDDJ | LMT | 0.12 | 785934420 | F | 2006-11-27 10:54:18 | 5000 | 0.12 | 0 | UBSS |
| 2006-12-08 10:49:16 | 2536711534 | S | 50000 | CDDJ | LMT | 0.03 | 785934420 | L | 2006-12-08 10:50:45 | 5000 | 0.03 | 45000 | SBSH |
| 2006-12-08 10:49:16 | 2536711534 | S | 50000 | CDDJ | LMT | 0.03 | 785934420 | F | 2006-12-08 10:50:54 | 45000 | 0.03 | 0 | SBSH |
| 2006-12-08 10:53:32 | 2536736328 | S | 40000 | CDDJ | LMT | 0.02 | 785934420 | F | 2006-12-08 10:50:54 | 40000 | 0.02 | 0 | SBSH |
| 2006-12-08 10:55:09 | 2536745391 | S | 50000 | CDDJ | LMT | 0.02 | 785934420 | L | 2006-12-08 10:55:41 | 5000 | 0.02 | 45000 | SBSH |
| 2006-12-08 10:55:09 | 2536745391 | S | 50000 | CDDJ | LMT | 0.02 | 785934420 | L | 2006-12-08 10:55:49 | 5000 | 0.02 | 40000 | SBSH |
| 2006-12-08 10:55:09 | 2536745391 | S | 50000 | CDDJ | LMT | 0.02 | 785934420 | L | 2006-12-08 10:56:38 | 5000 | 0.02 | 35000 | SBSH |
| 2006-12-08 10:55:09 | 2536745391 | S | 50000 | CDDJ | LMT | 0.02 | 785934420 | L | 2006-12-08 11:51:54 | 5000 | 0.02 | 30000 | SBSH |
| 2006-12-08 10:55:09 | 2536745391 | S | 50000 | CDDJ | LMT | 0.02 | 785934420 | L | 2006-12-08 12:09:15 | 5000 | 0.02 | 25000 | SBSH |
| 2006-12-08 10:55:09 | 2536745391 | S | 50000 | CDDJ | LMT | 0.02 | 785934420 | F | 2006-12-08 14:03:02 | 25000 | 0.02 | 0 | SBSH |
| 2006-12-08 12:08:39 | 2537152760 | S | 328300 | CDDJ | LMT | 0.015 | 785934420 | L | 2006-12-08 14:04:21 | 20000 | 0.015 | 308300 | SBSH |
| 2006-12-08 14:02:28 | 2537572639 | S | 50000 | CDDJ | LMT | 0.01 | 785934420 | F | 2006-12-08 14:03:02 | 50000 | 0.01 | 0 | SBSH |
| 2006-12-08 14:03:58 | 2537577769 | S | 50000 | CDDJ | LMT | 0.01 | 785934420 | F | 2006-12-08 14:04:21 | 50000 | 0.01 | 0 | SBSH |
| 2006-12-08 14:04:53 | 2537581247 | S | 50000 | CDDJ | LMT | 0.01 | 785934420 | L | 2006-12-08 14:05:18 | 5000 | 0.01 | 45000 | SBSH |
| 2006-12-08 14:04:53 | 2537581247 | S | 50000 | CDDJ | LMT | 0.01 | 785934420 | L | 2006-12-08 14:05:27 | 5000 | 0.01 | 40000 | SBSH |
| 2006-12-08 14:04:53 | 2537581247 | S | 50000 | CDDJ | LMT | 0.01 | 785934420 | L | 2006-12-08 14:05:32 | 5000 | 0.01 | 35000 | SBSH |
| 2006-12-08 14:04:53 | 2537581247 | S | 50000 | CDDJ | LMT | 0.01 | 785934420 | F | 2006-12-08 14:06:03 | 35000 | 0.01 | 0 | SBSH |
| 2006-12-08 14:06:43 | 2537580032 | S | 50000 | CDDJ | LMT | 0.01 | 785934420 | L | 2006-12-08 14:07:42 | 5000 | 0.01 | 45000 | SBSH |
| 2006-12-08 15:28:02 | 2537885972 | S | 45000 | CDDJ | LMT | 0.007 | 785934420 | F | 2006-12-08 15:29:06 | 45000 | 0.007 | 0 | SBSH |
| 2006-12-08 15:29:30 | 2537892725 | S | 50000 | CDDJ | LMT | 0.007 | 785934420 | F | 2006-12-08 15:30:06 | 50000 | 0.007 | 0 | SBSH |
| 2006-12-08 15:30:36 | 2537897202 | S | 58300 | CDDJ | LMT | 0.007 | 785934420 | L | 2006-12-08 15:30:59 | 5000 | 0.007 | 53300 | SBSH |
| 2006-12-08 15:30:36 | 2537897202 | S | 58300 | CDDJ | LMT | 0.007 | 785934420 | L | 2006-12-08 15:31:02 | 48300 | 0.007 | 5000 | SBSH |
| 2006-12-08 15:30:36 | 2537897202 | S | 58300 | CDDJ | LMT | 0.007 | 785934420 | F | 2006-12-08 15:31:18 | 5000 | 0.007 | 0 | SBSH |
| 2006-12-08 10:56:17 | 2536751595 | S | 100000 | WMDB | LMT | 0.006 | 785934420 | L | 2006-12-08 10:57:02 | 5000 | 0.006 | 95000 | SBSH |
| 2006-12-08 10:56:17 | 2536751595 | S | 100000 | WMDB | LMT | 0.006 | 785934420 | L | 2006-12-08 10:57:15 | 5000 | 0.006 | 90000 | SBSH |

| Order Timestamp | Order ID | Buy/Sell | Order Size | Trading Symbol | Order Type | Limit Price | Account | Order Status | Switch Timestamp | Remain Qty | Exec Price | Leaves Qty | Mkt Maker |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006-12-08 10:56:17 | 2536751595 | S | 100000 | WMDB | LMT | 0.006 | 785934420 | L | 2006-12-08 10:57:26 | 5000 | 0.006 | 85000 | SBSH |
| 2006-12-08 12:05:59 | 2537140988 | S | 85000 | WMDB | LMT | 0.005 | 785934420 | L | 2006-12-08 12:07:12 | 5000 | 0.005 | 80000 | SBSH |
| 2006-12-08 12:05:59 | 2537140988 | S | 85000 | WMDB | LMT | 0.005 | 785934420 | L | 2006-12-08 12:07:14 | 25000 | 0.005 | 55000 | SBSH |
| 2006-12-08 12:05:59 | 2537140988 | S | 85000 | WMDB | LMT | 0.005 | 785934420 | L | 2006-12-08 12:09:56 | 5000 | 0.005 | 50000 | SBSH |
| 2006-12-08 12:05:59 | 2537140988 | S | 85000 | WMDB | LMT | 0.005 | 785934420 | L | 2006-12-08 13:22:58 | 5000 | 0.005 | 45000 | SBSH |
| 2006-12-08 13:24:33 | 2537439461 | S | 45000 | WMDB | LMT | 0.004 | 785934420 | F | 2006-12-08 13:26:00 | 45000 | 0.004 | 0 | SBSH |
| 2006-12-08 13:28:16 | 2537451713 | S | 50000 | WMDB | LMT | 0.004 | 785934420 | L | 2006-12-08 13:29:05 | 5000 | 0.004 | 45000 | SBSH |
| 2006-12-08 13:28:16 | 2537451713 | S | 50000 | WMDB | LMT | 0.004 | 785934420 | L | 2006-12-08 13:29:14 | 5000 | 0.004 | 40000 | SBSH |
| 2006-12-08 14:01:45 | 2537570220 | S | 30000 | WMDB | LMT | 0.004 | 785934420 | F | 2006-12-08 13:29:22 | 10000 | 0.004 | 30000 | SBSH |
| 2006-12-08 14:04:25 | 2537579438 | S | 50000 | WMDB | LMT | 0.003 | 785934420 | L | 2006-12-08 14:02:47 | 30000 | 0.003 | 0 | SBSH |
| 2006-12-08 14:04:25 | 2537579438 | S | 50000 | WMDB | LMT | 0.003 | 785934420 | F | 2006-12-08 14:04:56 | 25000 | 0.003 | 25000 | SBSH |
| 2006-12-08 14:06:12 | 2537586155 | S | 50000 | WMDB | LMT | 0.003 | 785934420 | F | 2006-12-08 14:05:07 | 25000 | 0.003 | 0 | SBSH |
| 2006-12-08 14:06:12 | 2537586155 | S | 50000 | WMDB | LMT | 0.003 | 785934420 | L | 2006-12-08 14:06:37 | 25000 | 0.003 | 25000 | SBSH |
| 2006-12-08 14:06:12 | 2537586155 | S | 50000 | WMDB | LMT | 0.003 | 785934420 | L | 2006-12-08 14:06:39 | 15000 | 0.003 | 15000 | SBSH |
| 2006-12-08 14:08:14 | 2537593440 | S | 50000 | WMDB | LMT | 0.003 | 785934420 | F | 2006-12-08 14:06:45 | 25000 | 0.003 | 25000 | SBSH |
| 2006-12-08 14:08:14 | 2537593440 | S | 50000 | WMDB | LMT | 0.003 | 785934420 | L | 2006-12-08 14:09:16 | 25000 | 0.003 | 25000 | SBSH |
| 2006-12-08 14:10:07 | 2537600625 | S | 70000 | WMDB | LMT | 0.003 | 785934420 | L | 2006-12-08 14:09:33 | 5000 | 0.003 | 65000 | SBSH |
| 2006-12-08 14:10:07 | 2537600625 | S | 70000 | WMDB | LMT | 0.003 | 785934420 | L | 2006-12-08 14:10:35 | 5000 | 0.003 | 60000 | SBSH |
| 2006-12-08 14:10:07 | 2537600625 | S | 70000 | WMDB | LMT | 0.003 | 785934420 | L | 2006-12-08 14:11:07 | 10000 | 0.003 | 50000 | SBSH |
| 2006-12-08 14:10:07 | 2537600625 | S | 70000 | WMDB | LMT | 0.003 | 785934420 | F | 2006-12-08 14:28:46 | 50000 | 0.003 | 0 | SBSH |

**Audit Report**

ALL-LIST    Clear All    L-ALL    Filled / Leaves

12/01/2006 - 02/28/2007    785934420

| Order Date/Time | Order # | B/S | Quantity | Firm | Account | Acct # | Type | Limit Price | CUSIP | L/F | Order Status Time | Action Qty | Leave Price | Contra | Leaves Qty | MMMaker |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006-12-08 15:31:23 | 2537789202 | S | 58300 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.007 | 785934420 | L | 2006-12-08 15:31:18 | 48300 | 0.007 | SBSH | 0 | SBSH |
| 2006-12-08 15:30:36 | 2537789202 | S | 58300 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.007 | 785934420 | L | 2006-12-08 15:31:02 | 5000 | 0.007 | SBSH | 48300 | SBSH |
| 2006-12-08 15:29:30 | 2537789725 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.007 | 785934420 | L | 2006-12-08 15:30:59 | 5000 | 0.007 | SBSH | 53300 | SBSH |
| 2006-12-08 15:03:32 | 2537588972 | S | 45000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.007 | 785934420 | F | 2006-12-08 15:29:06 | 45000 | 0.007 | SBSH | 0 | SBSH |
| 2006-12-08 14:08:41 | 2537588232 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.01 | 785934420 | F | 2006-12-08 14:07:42 | 45000 | 0.01 | SBSH | 45000 | SBSH |
| 2006-12-08 14:04:53 | 2537581247 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.01 | 785934420 | F | 2006-12-08 14:06:03 | 30000 | 0.01 | SBSH | 0 | SBSH |
| 2006-12-08 14:04:53 | 2537581247 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.01 | 785934420 | L | 2006-12-08 14:05:32 | 5000 | 0.01 | SBSH | 30000 | SBSH |
| 2006-12-08 14:04:53 | 2537581247 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.01 | 785934420 | L | 2006-12-08 14:05:28 | 5000 | 0.01 | SBSH | 40000 | SBSH |
| 2006-12-08 14:04:53 | 2537581247 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.01 | 785934420 | L | 2006-12-08 14:05:27 | 5000 | 0.01 | SBSH | 45000 | SBSH |
| 2006-12-08 14:03:58 | 2537577769 | S | 328000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.01 | 785934420 | L | 2006-12-08 14:04:21 | 50000 | 0.01 | SBSH | 0 | SBSH |
| 2006-12-08 14:02:28 | 2537572939 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.015 | 785934420 | F | 2006-12-08 14:00:02 | 35000 | 0.015 | SBSH | 30830 | SBSH |
| 2006-12-08 12:08:39 | 2537152760 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.02 | 785934420 | L | 2006-12-08 12:09:15 | 20000 | 0.02 | SBSH | 35000 | SBSH |
| 2006-12-08 10:55:09 | 2536745391 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.02 | 785934420 | L | 2006-12-08 11:51:34 | 5000 | 0.02 | SBSH | 40000 | SBSH |
| 2006-12-08 10:55:09 | 2536745391 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.02 | 785934420 | L | 2006-12-08 11:51:49 | 5000 | 0.02 | SBSH | 40000 | SBSH |
| 2006-12-08 10:53:32 | 2536736328 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.02 | 785934420 | L | 2006-12-08 10:56:38 | 5000 | 0.02 | SBSH | 45000 | SBSH |
| 2006-12-08 10:49:16 | 2536719534 | S | 40000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.02 | 785934420 | L | 2006-12-08 10:56:46 | 5000 | 0.02 | SBSH | 40000 | SBSH |
| 2006-12-08 10:49:16 | 2536711534 | S | 50000 | CDDJ | CREDIT DEPOT CORP | 225324409 | LMT | 0.03 | 785934420 | L | 2006-12-08 10:50:54 | 5000 | 0.03 | SBSH | 45000 | SBSH |
| 2006-12-08 14:10:07 | 2537600825 | S | 70000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.03 | 785934420 | L | 2006-12-08 10:50:45 | 5000 | 0.03 | SBSH | 45000 | SBSH |
| 2006-12-08 14:10:07 | 2537600625 | S | 70000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | L | 2006-12-08 14:28:46 | 50000 | 0.003 | SBSH | 0 | SBSH |
| 2006-12-08 14:10:07 | 2537600625 | S | 70000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | L | 2006-12-08 14:28:34 | 10000 | 0.003 | SBSH | 50000 | SBSH |
| 2006-12-08 14:10:07 | 2537600625 | S | 70000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | L | 2006-12-08 14:11:07 | 10000 | 0.003 | SBSH | 60000 | SBSH |
| 2006-12-08 14:08:14 | 2537593440 | S | 50000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | L | 2006-12-08 14:10:35 | 5000 | 0.003 | SBSH | 65000 | SBSH |
| 2006-12-08 14:08:14 | 2537593440 | S | 50000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | F | 2006-12-08 14:09:33 | 25000 | 0.003 | SBSH | 0 | SBSH |
| 2006-12-08 14:06:12 | 2537586155 | S | 50000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | L | 2006-12-08 14:09:16 | 25000 | 0.003 | SBSH | 25000 | SBSH |
| 2006-12-08 14:06:12 | 2537586155 | S | 50000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | L | 2006-12-08 14:08:41 | 5000 | 0.003 | SBSH | 15000 | SBSH |
| 2006-12-08 14:06:12 | 2537586155 | S | 50000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | L | 2006-12-08 14:08:39 | 20000 | 0.003 | SBSH | 15000 | SBSH |
| 2006-12-08 14:04:25 | 2537579438 | S | 30000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | L | 2006-12-08 14:06:37 | 25000 | 0.003 | SBSH | 25000 | SBSH |
| 2006-12-08 14:04:25 | 2537579438 | S | 50000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | L | 2006-12-08 14:05:07 | 25000 | 0.003 | SBSH | 25000 | SBSH |
| 2006-12-08 14:01:45 | 2537570220 | S | 50000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.003 | 785934420 | L | 2006-12-08 14:04:56 | 25000 | 0.003 | SBSH | 25000 | SBSH |
| 2006-12-08 13:28:16 | 2537451713 | S | 50000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.004 | 785934420 | L | 2006-12-08 14:04:25 | 30000 | 0.004 | SBSH | 0 | SBSH |
| 2006-12-08 13:28:16 | 2537451713 | S | 50000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.004 | 785934420 | L | 2006-12-08 13:29:22 | 10000 | 0.004 | SBSH | 30000 | SBSH |
| 2006-12-08 13:24:33 | 2537439461 | S | 45000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.004 | 785934420 | L | 2006-12-08 13:29:14 | 5000 | 0.004 | SBSH | 40000 | SBSH |
| 2006-12-08 12:05:59 | 2537140988 | S | 85000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.004 | 785934420 | L | 2006-12-08 13:28:05 | 5000 | 0.004 | SBSH | 45000 | SBSH |
| 2006-12-08 12:05:59 | 2537140988 | S | 85000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.005 | 785934420 | L | 2006-12-08 13:22:58 | 25000 | 0.005 | SBSH | 50000 | SBSH |
| 2006-12-08 12:05:59 | 2537140988 | S | 85000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.005 | 785934420 | L | 2006-12-08 12:29:05 | 5000 | 0.005 | SBSH | 50000 | SBSH |
| 2006-12-08 12:05:59 | 2537140988 | S | 85000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.005 | 785934420 | L | 2006-12-08 12:07:14 | 25000 | 0.005 | SBSH | 55000 | SBSH |
| 2006-12-08 10:56:17 | 2536751595 | S | 100000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.005 | 785934420 | L | 2006-12-08 12:07:12 | 5000 | 0.005 | SBSH | 80000 | SBSH |
| 2006-12-08 10:56:17 | 2536751595 | S | 100000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.006 | 785934420 | L | 2006-12-08 10:57:15 | 5000 | 0.006 | SBSH | 85000 | SBSH |
| 2006-12-08 10:56:17 | 2536751595 | S | 100000 | WMDB | WENDT-BRISTOL HEALTH | 95058.109 | LMT | 0.006 | 785934420 | L | 2006-12-08 10:57:02 | 5000 | 0.006 | SBSH | 95000 | SBSH |

| Client | | | | | |
|---|---|---|---|---|---|
| 785-934420 | Frankel, Ronald | | | | |
| | | | | Success or Fail | |
| Date and Time | UserID/Acct # | Auth ID | IP Address | | |
| 11/13/06 1:32 PM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 11/24/06 9:13 AM | ronaldfran1 | NULL | 24.90.135.144 | F | Road Runner HoldCo |
| 11/24/06 9:25 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 11/24/06 10:08 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 11/25/06 1:58 PM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 11/27/06 8:45 AM | ronaldfran1 | NULL | 67.102.52.250 | F | Covad Communications |
| 11/27/06 8:45 AM | ronaldfran1 | A000000018309177 | 67.102.52.250 | S | Covad Communications |
| 11/27/06 6:22 PM | ronaldfran1 | A000000018309177 | 67.102.52.250 | S | Covad Communications |
| 11/28/06 10:03 AM | ronaldfran1 | A000000018309177 | 67.102.52.250 | S | Covad Communications |
| 11/28/06 10:03 AM | ronaldfran1 | A000000018309177 | 67.102.52.250 | S | Covad Communications |
| 11/29/06 9:26 AM | ronaldfran1 | A000000018309177 | 207.44.237.130 | S | Everyones Internet |
| 11/29/06 11:00 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 11/29/06 2:38 PM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 11/29/06 2:38 PM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 11/29/06 11:43 PM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 11/30/06 8:18 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 12/1/06 10:46 PM | ronaldfran1 | A000000018309177 | 172.163.95.148 | S | America Online |
| 12/2/06 10:06 PM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 12/4/06 8:40 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 12/4/06 11:50 PM | ronaldfran1 | A000000018309177 | 172.164.2.6 | S | America Online |
| 12/5/06 2:21 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 12/5/06 3:00 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 12/5/06 3:34 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |
| 12/5/06 8:04 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | Road Runner HoldCo |

| Client Acct No. | Name | Username | | |
|---|---|---|---|---|
| 785-934420 | Ronald Frankel | ronaldfran1 | | |
| Date and Time | UserID/Acct # | Auth ID | IP Address | Success or Fail |
| 12/1/06 10:46 PM | ronaldfran1 | A000000018309177 | 172.163.95.148 | S |
| 12/2/06 10:06 PM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S |
| 12/4/06 8:40 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S |
| 12/4/06 11:50 PM | ronaldfran1 | A000000018309177 | 172.164.2.6 | S |
| 12/5/06 2:21 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S |
| 12/5/06 3:00 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S |
| 12/5/06 3:34 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S |
| 12/5/06 8:04 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S |
| | | | | |
| | | | | |
| Client Acct No. | Name | Username | | |
| 785-979281 | Albert Melino | bertomelino17 | | |
| Date and Time | UserID/Acct # | Auth ID | IP Address | Success or Fail |
| 12/1/06 10:42 PM | bertomelino17 | A000000018333910 | 172.163.95.148 | S |

**Peter Marshall**

BEGIN FORM - Terms and Conditions Effective Wednesday, March 21, 2007 at 16:03:52



 **TD AMERITRADE**

| For Internal Use Only | |
|---|---|
| Account Number: | 786-309355 |
| Type: | Individual |
| Registration: | Cash |
| Branch ID: | NYC 92392 |
| Referrer: | direct |
| Ad Code: | WEB |
| Offer Code: | 170 |

**Mailing Address**
Standard Delivery:          PO Box 2760, Omaha, NE 68103-2760
Overnight:                  1005 N. Ameritrade Place, Bellevue, NE 68005
Fax:                        816-243-3769

**New Account Information**
Type:                       Individual
Registration:               Cash
Receive Corp. Communications: Yes
E-mail Address:             PETERFS32@AOL.COM
Account Statement:          Monthly Electronic
Trade Confirmation:         Electronic
Funding:                    Express Funding
Sweep Vehicle:              TD AMERITRADE Cash (Protected by SIPC)

**Account Owner**
Name:                       PETER MARSHALL
Street Address:             ▓▓▓▓▓▓▓▓▓▓
                            NEW YORK, NY 10022-2945
                            UNITED STATES OF AMERICA
Marital Status:             Single
Home Phone:                 ▓▓▓▓▓▓▓▓▓▓
Social Security Number:     ▓▓▓▓▓▓▓▓▓▓
Date of Birth:              ▓▓▓▓▓▓▓▓▓▓
Mother's Maiden Name:       ▓▓▓▓▓▓▓▓▓▓
Citizenship:                US Citizen/Permanent Resident
Employment Status:          Unemployed
Corporate Affiliation:      No
NASD Affiliation:           No

**Financial Questionnaire**
Income:                     $100,000+
Networth:                   $500,000+
Liquid Networth:            $500,000+
Number of Dependents:       0

**ACH Information**
Deposit Amount:             150000.00
Bank Account Name:          PETER MARSHALL
Bank Name:                  CITI BANK
Bank Nickname:
Bank City:                  NEW YORK
Bank State:                 NY
ABA Routing Number:         ▓▓▓▓▓▓▓▓▓▓
Bank Account Number:        ▓▓▓▓▓▓1452
Bank Account Type:          C
EFT Tracking Number:        78630935512115123
EFT Transaction Date:       01/12/2007 11:51:34

**CASH AGREEMENT**

Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding and (3) I am a U.S. person (including a resident alien); provided, however, if I am a non-resident alien as disclosed in this application, I do not certify that I am a U.S. person and I understand that I must submit a W-8BEN Form. If I have been notified by the IRS that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification.

I have received and read the terms and conditions, which are incorporated by this reference, that will govern my account. I agree to be bound by these terms and conditions, as amended from time to time, and request an account to be opened in the names(s) set forth below.

**The Terms and Conditions applicable to this Brokerage Account Agreement contain pre-dispute arbitration clauses. I agree to be bound by the terms of the agreement including the arbitration agreement located at paragraphs 92 - 94 of the Terms and Conditions.**

All securities, dividends and proceeds will be held at Ameritrade Clearing, Division of Ameritrade, Inc. unless otherwise instructed.

I understand that non-deposit investments purchased through TD AMERITRADE are not insured by the FDIC (Federal Deposit Insurance Corporation), are not obligations of or guaranteed by any financial institution and are subject to investment risk and loss that may exceed the principal invested.

I understand my available cash balance will earn interest in my brokerage account as TD AMERITRADE Cash (Covered by SIPC) based on current rates and policies, which may be changed without prior notice.

Important Information about procedures for opening a new account:
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents.

I understand that TD AMERITRADE may relate information regarding this account, including account delinquency and voluntary closures, to consumer or credit-reporting agencies. Upon my request, TD AMERITRADE shall inform me of each consumer or credit-reporting agency from which they have obtained and/or reported my consumer or credit report. TD AMERITRADE agrees to notify the consumer or credit-reporting agencies if I dispute the completeness or accuracy of the information furnished by TD AMERITRADE. By my signature below, I authorize TD AMERITRADE to obtain consumer or credit reports for the name(s) set forth below.

**Account Owner(s) must sign.**

_____     X_____
Date                     PETER  MARSHALL
                              Account Number: 786-309355

**For Ameritrade Clearing  use only**
New Accounts Opened By (initial & date): _____

Account Number: 786-309355

**END FORM - Terms and Conditions Effective Wednesday, March 21, 2007 at 16:03:52**

```
            AWD History for Work object key 2007-01-12-14.38.32.232688
000786309355 ~ MARSHALL - 043404240 - 2007-01-12-14.38.32.232688
Primary SSN: [REDACTED]          Acct Type/Add Change: 000786309355
Last Name: MARSHALL
                   Printed on Wednesday, March 21, 2007 at 4:05:52PM
```

```
Begin Date:      2007-01-13        Flags:
Begin Time:      06:26:10          DTM Job Name:
User Id:         STA397            DTM Return Code:
Workstation Id:                    DTM Task Name:
Business Area:                     DTM Next Task:
Type:                              End Date:        2007-01-13
Status:                            End Time:        06:26:10
Queue:
User Name:       Stallings, Janette
DTM Description:
Comments:        I verified this one at Citibank.  Everything checked out-name, address, funds
                 and open more than 6 mos.  The TU was yellow for the address and the client
                 has no other accounts. Kristen Bickley
```

```
Begin Date:      2007-01-13        Flags:
Begin Time:      06:13:05          DTM Job Name:
User Id:         STA397            DTM Return Code:
Workstation Id:                    DTM Task Name:
Business Area:                     DTM Next Task:
Type:                              End Date:        2007-01-13
Status:                            End Time:        06:13:05
Queue:
User Name:       Stallings, Janette
DTM Description:
Comments:        Principal approval for cash and margin.
```

```
Begin Date:      2007-01-12        Flags:
Begin Time:      14:38:38          DTM Job Name:
User Id:         STA397            DTM Return Code:
Workstation Id:                    DTM Task Name:
Business Area:                     DTM Next Task:
Type:                              End Date:        2007-01-12
Status:                            End Time:        14:38:38
Queue:
User Name:       Stallings, Janette
DTM Description:
Comments:        The following account didn't automatically qualify for the requested
                 margin/option level. A principal will review the account for further approval.


                 Account Number:               786-309355

                 Account Type:                 Individual
                 Primary Account Holder Name:  Peter Marshall
                 Email Address:                Peterfs32@aol.com
                 Account Registration:         Cash & Margin
```

```
AWD History for Work object key 2007-01-12-14.38.32.232688
            PEND REVIEW - COMPLETED - END - Updateable
      000786309355 - MARSHALL - 043404240 - 2007-01-12-14.38.32.232688
Primary SSN:                    Acct Type/Add Change:  000786309355
Last Name:  MARSHALL
            Printed on Wednesday, March 21, 2007 at 4:05:52PM
=================================================================================
```

```
            Holder Name:              Peter Marshall

            Address:                              NEW YORK, NY, 10022
            Primary Phone:
            Marital Status:           Single
            SSN:
            Date of Birth:
            Citizenship:              US Citizen/Permanent Resident
            Corporate Affiliation:    No
            NASD Affiliation:         No
            SFPF Affiliation:         No


            Employment Information

            Status:                   Unemployed


            Option Information

            Options were not requested.


            Margin Information

            Number of Dependents      0
            Income                    $100,000 +
            Net Worth                 $500,000 +
            Liquid Net Worth          $500,000 +


            Assigned Margins:         No
            Requested Margins:        Yes
            Assigned Option Level:    N/A


            Options Requested         Peter Marshall

            Options were not requested.


    -------------------------------------------------------------------------------
```

```
+------------+    +----------------------+    +-----------------+
|ACCOUNT NO. |    | YOUR REPRESENTATIVE  |    | STATEMENT PERIOD |  PAGE
+------------+    +----------------------+    +-----------------+
|786-309355| |    |FF                    |    |12/30/06-01/26/07 |  1-3
+------------+    +----------------------+    +-----------------+
                                                              TD AMERITRADE
```

*1002229450*
PETER MARSHALL

NEW YORK, NY  10022-2945

THE TD AMERITRADE EASY IRA.
DISCOVER MORE AT TDAMERITRADE.COM
OR CALL A RETIREMENT SPECIALIST
AT 866-680-5058. CONTRIBUTE TO YOUR
EXISTING TD AMERITRADE IRA
BEFORE APRIL 17, 2007!

ACCOUNT SUMMARY   AS OF 01/26/07      CUSTOMER ACCOUNTS PROTECTED UP TO $150,000,000.

PORTFOLIO SUMMARY

|                              | Current Month Value | % of Long Value |
|------------------------------|---------------------|-----------------|
| Cash Account (1) Balance     | ($25)               |                 |
| *Net Account Value           | ($25)               |                 |
| *Total Equity                | ($25)               |                 |
| *Excludes unpriced securities (NP) |               |                 |

Money Balance Summary

| Account Type          | Opening Balance | Closing Balance |
|-----------------------|-----------------|-----------------|
| Cash Account (1)      | $0.00           | ($25.00)        |
| Net Cash Balance      | $0.00           | ($25.00)        |
| Total Money Balance   | $0.00           | ($25.00)        |

Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|------------|-------------|-------------|----------|------------|-------|--------|
| 01/12/07 | 01/12/07 | OPENING BAL CASH ACCOUNT | | | | $0.00 |
| 01/12/07 | 01/16/07 | JOURNAL Cash Award | | | | 100.00 |
| 01/16/07 | 01/16/07 | Electronic Funding | | | | 150,000.00 |
| | | JOURNAL Transfer From 786-309355-1 to 786-309355-2 | | | 150,100.00 | |
| 01/22/07 | 01/22/07 | JOURNAL Free Trade Promo - Reversal | | | 100.00 | |
| 01/24/07 | 01/24/07 | JOURNAL Move to Cash | | | | 75.00 |
| | | CLOSING BAL CASH ACCOUNT | | | $25.00 | |

-CONTINUED ON NEXT PAGE-

| ACCOUNT NO. | | CUSTOMER NAME | | STATEMENT PERIOD | | PAGE |
| --- | --- | --- | --- | --- | --- | --- |
| 786-309355 | | PETER MARSHALL | | 12/30/06-01/26/07 | | 2-3 |

TD AMERITRADE

## Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
| --- | --- | --- | --- | --- | --- | --- |
| 01/16/07 | 01/16/07 | OPENING BAL MARGIN ACCOUNT | | | | $0.00 |
| | | JOURNAL | | | | 150,100.00 |
| | | Transfer From 786-309355-1 to | | | | |
| | | 786-309355-2 | | | | |
| 01/19/07 | 01/19/07 | Ef Return - R16 - Account | | | 150,000.00 | |
| | | Frozen | | | | |
| 01/19/07 | 01/19/07 | JOURNAL | | | 25.00 | |
| | | Ach Return Charge (Account | | | | |
| | | Frozen) | | | | |
| 01/24/07 | 01/24/07 | JOURNAL | | | 75.00 | |
| | | Move to Cash | | | | |
| | | CLOSING BAL MARGIN ACCOUNT | | | | $0.00 |
| | | TOTAL ACCOUNT BALANCE | | | $25.00 | |

### TD Ameritrade Cash Interest Credited

| Beg. Date | Credit Balance | Nbr./Days | Int. Rate | Interest Credited |
| --- | --- | --- | --- | --- |
| 01/16/07 | $150,100.00 | 3 | 2.1500 | $26.52 |
| | | | TOTAL INTEREST TO BE CREDITED | $26.52 |

## Important Information

### KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

EQUITY AND OPTION POSITIONS IN VOLT INFORMATION SCIENCES INC. WHICH IS
SCHEDULED TO SPLIT WITH EX-DIVIDEND DATES OF 1/29/2007, ARE REFLECTED AFTER
THE EFFECTS OF THE SPLIT IN THE SECURITY POSITIONS AND ACCOUNT ACTIVITY
SECTIONS OF THIS STATEMENT.

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT,
INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY.
AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE
VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN
ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE
--CONTINUED ON NEXT PAGE----

```
+---------------+                    +------------------+
|ACCOUNT NO.|                        | STATEMENT PERIOD |      PAGE
+---------------+  | CUSTOMER NAME |  +------------------+
|786-309355|       +---------------+  |12/30/06-01/26/07 |      3-3
+----------+       |PETER MARSHALL |  +------------------+
                   +---------------+
```

                                    TD AMERITRADE

                        Important Information

ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE
THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES
INVESTOR PROTECTION CORPORATION (SIPC).

```
+------------+  +----------------------+  +------------------+
|ACCOUNT NO.|  | YOUR REPRESENTATIVE  |  | STATEMENT PERIOD |  PAGE    TD AMERITRADE
+------------+  +----------------------+  +------------------+
| 786-309355|  |FF                    |  |01/27/07-02/28/07 |  1-3
+------------+  +----------------------+  +------------------+
```

*1002229450*
PETER MARSHALL
NEW YORK, NY 10022-2945

THE TD AMERITRADE EASY IRA.
DISCOVER MORE AT TDAMERITRADE.COM
OR CALL A RETIREMENT SPECIALIST
AT 866-680-5058. CONTRIBUTE TO YOUR
EXISTING TD AMERITRADE IRA
BEFORE APRIL 17, 2007!

ACCOUNT SUMMARY    AS OF 02/28/07        CUSTOMER ACCOUNTS PROTECTED UP TO $150,000,000.

PORTFOLIO SUMMARY

| | Current Month Value | % of Long Value |
|---|---|---|
| Cash Account (1) Balance | $2 | |
| *Net Account Value | $2 | |
| *Total Equity | $2 | |

*Excludes unpriced securities(NP)

Money Balance Summary

| Account Type | Opening Balance | Closing Balance |
|---|---|---|
| Cash Account (1) | ($25.00) | $1.52 |
| Net Cash Balance | ($25.00) | $1.52 |
| Total Money Balance | ($25.00) | $1.52 |

Income Summary

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $26.52 | $26.52 |

Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| | | OPENING BAL CASH ACCOUNT | | | $25.00 | |
| 01/29/07 | 01/29/07 | DIV/INT  Interest Credit | | | | 26.52 |
| | | Payable: 01/26/2007 | | | | |
| | | CLOSING BAL CASH ACCOUNT | | | | $1.52 |

--CONTINUED ON NEXT PAGE--

| ACCOUNT NO. | | STATEMENT PERIOD | | PAGE |
|---|---|---|---|---|
| 786-309355 | CUSTOMER NAME | | 01/27/07-02/28/07 | 2-3 |
| | PETER MARSHALL | | | |

TD AMERITRADE

### Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| | | TOTAL ACCOUNT BALANCE | | | | $1.52 |

### Important Information

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

THE ABOVE PRICES ARE PROVIDED ONLY AS A GENERAL GUIDE TO VALUE YOUR PORTFOLIO. CURRENT QUOTATIONS ARE AVAILABLE THROUGH YOUR BROKER. CERTIFICATES OF DEPOSIT ARE PRICED AT PAR. SALE PRIOR TO MATURITY MAY RESULT IN A LOSS OF PRINCIPAL. MORTGAGE BACKED POSITIONS ARE VALUED USING THE REMAINING BALANCE AND THE CURRENT MARKET PRICE.

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

EQUITY AND OPTION POSITIONS IN VOLT INFORMATION SCIENCES INC, WHICH IS SCHEDULED TO SPLIT WITH EX-DIVIDEND DATES OF 1/29/2007, ARE REFLECTED AFTER THE EFFECTS OF THE SPLIT IN THE SECURITY POSITIONS AND ACCOUNT ACTIVITY SECTIONS OF THIS STATEMENT.

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT, INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY. AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES INVESTOR PROTECTION CORPORATION (SIPC).

CERTAIN PURCHASES OF CLASS A MUTUAL FUNDS MAY BE ELIGIBLE FOR A BREAKPOINT DISCOUNT ON THE SALES CHARGE. TO LEARN MORE ABOUT BREAKPOINT DISCOUNTS, GO TO HTTP://WWW.NASD.COM/WEB/GROUPS/RULES_REGS/DOCUMENTS/RULES_REGS/NASDW_010543.PD F

IN THE NEAR FUTURE, WE WILL BE MAKING IMPROVEMENTS TO THE TD AMERITRADE DIVIDEND REINVESTMENT PROGRAM (DRIP). THERE WILL BE MORE THAN 5,000 SECURITIES ELIGIBLE FOR THE DRIP. YOU WILL BE ABLE TO ENROLL IN THE DRIP AND ELECT TO HAVE ALL ELIGIBLE SECURITIES IN YOUR ACCOUNT INCLUDED OR YOU CAN CHOOSE INDIVIDUAL SECURITIES FROM THOSE THAT ARE ELIGIBLE. ONCE ENROLLED IN DRIP, ANY FRACTIONAL SHARES RESULTING FROM A DRIP TRANSACTION WILL BE ADDED TO YOUR ACCOUNT INSTEAD OF BEING PAID IN CASH AS BEFORE. IF YOU HAVE QUESTIONS, PLEASE CONTACT A CLIENT SERVICES REPRESENTATIVE.

-CONTINUED ON NEXT PAGE-

```
+-----------------+
| ACCOUNT NO.     |
+-----------------+
| 786-309355      |
+-----------------+
```

```
+-----------------+     +---------------------+
| CUSTOMER NAME   |     |  STATEMENT PERIOD   |        PAGE        TD AMERITRADE
+-----------------+     +---------------------+
| PETER MARSHALL  |     | 01/27/07-02/28/07   |        3-3
+-----------------+     +---------------------+
```

Important Information

| Client | | | | | |
|---|---|---|---|---|---|
| 786-309355: MARSHALL PETER | | | | | |
| **Date and Time** | **UserID/Acct #** | **Auth ID** | **IP Address** | **Success or Fail** | **Provider** |
| 1/12/07 10:53 AM | petty1picker | A000000018508898 | 24.90.135.144 | S | NY - Brooklyn - Road Runner |
| 1/17/07 11:02 AM | petty1picker | A000000018508898 | 67.102.52.250 | S | District Of Columbia - Covad |
| 1/17/07 2:27 PM | petty1picker | A000000018508898 | 67.102.52.250 | S | District Of Columbia - Covad |
| 1/17/07 3:31 PM | petty1picker | A000000018508898 | 67.102.52.250 | S | District Of Columbia - Covad |
| 1/17/07 11:54 PM | petty1picker | A000000018508898 | 67.102.52.250 | S | District Of Columbia - Covad |
| 1/18/07 7:23 AM | petty1picker | A000000018508898 | 67.102.52.250 | S | District Of Columbia - Covad |
| 1/18/07 12:14 PM | petty1picker | A000000018508898 | 67.102.52.250 | S | District Of Columbia - Covad |
| 1/18/07 2:34 PM | petty1picker | NULL | 67.102.52.250 | F | District Of Columbia - Covad |
| 1/18/07 2:35 PM | petty1picker | NULL | 67.102.52.250 | F | District Of Columbia - Covad |
| 1/18/07 2:36 PM | petty1picker | NULL | 67.102.52.250 | F | District Of Columbia - Covad |
| 1/18/07 2:47 PM | petty1picker | NULL | 67.102.52.250 | F | District Of Columbia - Covad |
| 1/18/07 2:51 PM | 786309355 | NULL | NULL | F | |
| 1/24/07 8:45 PM | 786309355 | NULL | NULL | F | |

**Banc of America
Investment Services, Inc.®**

**Electronic Funds Transfer
(EFT) Link Request**

Fax to:   704-487-1316 (Full Service Non-Nortionst Accounts)
617-790-1265 (Full Service Nortionst/Self-Directed Accounts)

Please complete a separate form for each Electronic Funds Transfer (EFT) link request.

This form will enable you to establish an Electronic Funds Transfer (EFT) link between your bank account and your Banc of America Investment Services, Inc. ("BAI") brokerage account. Note: This form creates an EFT link ONLY. No funds will be transferred into or out of BAI brokerage accounts. Please contact your registered representative to complete various funding facilities (a transfer of funds via an EFT link (i.e. complete and submit appropriate systematic account distribution form, Periodic Investment Plan ("PIP") form, etc.)

For all UTMA/UGMA Accounts:  The account title and registration of the Brokerage and bank accounts MUST match exactly.

**❶ Client Information**

Print your name as it appears on your BAI brokerage account.

Name(s) on Account: _Peter Marshall_    Account Number: _NY8064033_

Home Phone: _____    Work Phone: _____

**❷ Bank Information   (for routine money movements only - not for PIP EFT links.)**

Complete the following information. For all bank accounts that are NOT Bank of America accounts, a voided check is REQUIRED.

Establish EFT link to:    Account Type: (check one)  ☑ Checking    ☐ Savings

Bank Name: _Citi bank_

Name(s) on your Bank Account: _Peter Marshall_

Bank Account Number: _▓▓▓ 1452_    Bank ABA/Routing Number: ▓▓▓▓▓▓▓▓

☑ For all account proceeds (ONLY available for non-retirement brokerage accounts)    ☐ For Ad Hoc transaction

☐ For retirement distributions

**❸ Periodic Investment Plan (PIP) EFT Link Information (for PIP EFT links only)**

Complete the following information. For all bank accounts that are NOT Bank of America accounts, a voided check is REQUIRED.

☐ Debit my (our) Bank of America bank account.

Bank Account Number: _____    Bank ABA/Routing Number: _____    State: ____

Check type of bank account (check one):  ☐ Checking    ☐ Savings

☑ Debit other banking institution account. (Voided check is REQUIRED)

Bank Name: _Citi bank_

Bank Account Number: _▓▓▓ 1452_    Bank ABA/Routing Number: ▓▓▓▓▓▓▓▓    State: _NY_

Check type of bank account (check one):  ☑ Checking    ☐ Savings

Passbook savings accounts are not eligible and your bank must be a member of the Automated Clearing House (ACH) system.

**❹ Authorization**

_Peter Marshall_    _1/8/07_

BAI Brokerage Account Owner/Authorized Agent Signature    Date

_____    _____

Signature(s) of Brokerage/Bank Account Co-Owner(s)   (If applicable)    Date

We want you to know: Investment products such as stocks, bonds and mutual funds provided by Banc of America Investment Services, Inc.®:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |
|---|---|---|

Banc of America Investment Services, Inc. is a registered broker-dealer, member NASD and SIPC, and a nonbank subsidiary of Bank of America, N.A.
Banc of America Investment Services, Inc. is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.
00-25-3700NSB  02-2006

CMM
1/9/0·

Confidential Treatment Requested by BAI under FOIA    BAI-SEC-WBH000142



PETER MARSHALL

12-18    0120

Date

Pay to the order of

$

citibank

Dollars

Memo

⑈021000089⑈    0120

Confidential Treatment Requested by BAI under FOIA    BAI-SEC-WBH000143

```
MXMESI    CNB41030 MONEY LINE STANDING INSTRUCTION INQUIRY        01/09/07 11:25
                                                          LINE #: NY306403301
                                      MONEY MOVEMENT SWEEP: Y
                                      CREATED:  01/09/07  11:25  CNB41030
CUSTOMER A/C: NY3 064033 1            UPDATED:  01/09/07  11:25  CNB41030
                                      N&A: PETER MARSHALL
BENEFICIARY : PETER MARSHALL

BENEFICIARY A/C:    ████1452           NEW YORK                NY 10022

(S)AVING/(C)HECKING: C


ABA NUMBER:   █████████    BANK N&A: CITIBANK FSB
DISB STATUS:  P    RCPT STATUS:  P    111 SYLVAN AVENUE
                                      ENGLEWOOD CLIFFS         NJ  07632
DISB VALID:  01/09/07   RCPT VALID:  01/09/07


                                                  FASTPATH: _____


PF2:MAIN MENU   PF3/CLEAR:LAST MENU
```

Confidential Treatment Requested by BAI under FOIA          SEC_VPFEB07_000018

```
CUSIP        SYMBOL              NAME              TYP    DATE
PARENT         MKT   ORDER TYPE
*********************************************************************
REGTYP: I       PROD LEVEL:                ESTD: 01/03/2007   CHGD: 01/09/2007
                      PREF:                            TRT DTE:
PETER MARSHALL                     SSN ████████  DOB: ████████    CLASS: 00
████████████                                MULT MGN: N  CCC: 999   MNR ST:
NEW YORK             NY 10022   SHTNAME: MARSHA PET
                                US CERTIFIED                  CERT DTE:
                                CTR: USA
                                LEG:                            REG CODE:
PROCEEDS: EFT/LNK                               M+A:
     SEC: HOLD IN STREET NAME       B&R MAIL: N   LAST RAP: 01/04/2007
  DIVINC: HOLD IN ACCT/REINVEST IN MF
  DIVOUT: SELL FRACTION                        PRM BRK:
APPLIC: ON FILE              PAPERS:
MARGIN AGMT:                    MS:            BYPASS MISC FEE?:
OP LVL:                     OP ST:
NPL AGMT: N/A                      NAV:     MNGD ACCT: N        STYP:
RR: DST AGENCY:        RR2:              COMM TYP:   CDE: 00000 SCH:
#CONFIRMS: 01 #STMTS: 01         SPEC MARGIN: 000 NO-SEG: CO-MINGLE
NO PURGE:   NOBO:  AUTH: NO AUTHORIZATION    PARENT ACCT: 000 000000
NEXT CODE        ==> MEMO RECORD EXISTS <==
```

Case 1:07-cv-02762-HB    Document 5-2    Filed 04/09/2007    Page 44 of 57

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                              PROD:                  LAST CHANGE DATE 01/09/2007
      CUSTOMER NAME + ADDRESS  PREF:
  PETER MARSHALL                        VIP CODES: T              C

  NEW YORK              NY 10022



      CUST BANK ACCT            ROUT/TRAN NUMBER 000000000 TYPE
  SYMB:                                              EXCHANGE Y
  TRADING AUTHORIZATION INFO:   CODES    NAMES




  CALL BACK NUMBERS + NAMES: HOME
                      OFFICE 0000000000 0000


  NEXT CODE        ==> MEMO RECORD EXISTS <==
```

**Confidential Treatment Requested by BAI under FOIA**      **BAI-SEC-WBH000146**

# Data Archive for Account: NY3-064033
## Date: 01/03/2007 10:09:43

## Registration
### Registration
  **OSJ: NY3 - New York**
  **Associate: DST - House Primary**
  **Product Type: Standard Brokerage**
  **Registration Type: Individual**
  **Tax Status: U.S. Citizen**
  **SSN:** ▓▓▓▓▓▓
  **Check here if the client is a BofA employee: No**
  **Legal Country of Residence: United States**
  **Legal State of Residence: New York**
  **Annuity Related Account: No**
  **529 Related Account?: No**
  **Collateral Account: No**
  **Online Channel: Online**
  **Channel Type: Online**

## Account Parties
### PrimaryParty (Individual)
  **Inherent Risk Score:** ▓▓▓▓
  **Tax Status: U.S. Citizen**
  **SSN:** ▓▓▓▓▓▓▓▓
  **Legal Country of Residence: United States**
  **If a significant portion of the client's source of wealth/revenue/income is derived from a country other than those captured in the country of Citizenship or Residency, please select the country from the drop down.: N/A**

### Name and Tax Information
  **Salutation: N/A**
  **First Name: Peter**
  **Middle Name: N/A**
  **Last Name: Marsha**
  **Title: N/A**
  **Date of Birth:** ▓▓▓▓▓▓

### Identification Information
  **Identity Verification Method: Drivers License**

Driver's License/Government ID Number: ████████

Issuing State: New York

Expiration Date: ███/2008

Date Of Issuance: ███/2000

Did you physically review original ID?: No

Describe method of verification: KYC - IC Exception

Date of verification: ███/2007

Describe verification discrepancy results: KYC - IC Exception

## Legal Address

Mailing Address Same as Legal Address: Yes

Attention: N/A

Street Address Line 1: ████████

Street Address Line 2: N/A

City: new york

Legal State of Residence: New York

ZIP Code: 10022

## Employment Information

Source of Income/Revenue: Investment Income

Provide additional details on income: IC Exception

Employment Status: Not Employed

Previous Occupation/Employment: Movie Director

## Contact Information

E-mail Address: peterfs32@aol.com

Home Phone: ████████

Additional Contact: No

Work Phone: N/A

Additional Contact: No

## Affiliation Information

Are you employed by or related to an employee of Bank of America or any of its affiliates?: No

Director, Shareholder or Policy Making Officer of Publicly Traded Company: No

Affiliated with a Financial Institution: No

## Know Your Customer Information

Estimated Annual Income: $105,000

Comments (Explain any additional information or documentation, including source of funds for initial investment and source of net worth.): IC Exception

Are you, or any authorized signatories, beneficial owners, trustees, power of attorney or other individuals with authority to effect transactions, a Politically Exposed Person (PEP) also known as Senior Non U.S. Political Figure?: No

**Is the client a 25% owner of the following business types?: DEFAULT - Individual**

**Is the client a 25% owner of the additional following business types?: N/A**

# Instructions

## Instructions

### Trade Pending

**Trade Pending: No**

**All account information and agreements sent to each account holder?: No**

### Sweep Instructions

**Preferred Sweep Vehicle: Money Market**

**Money Market: NSHXX**

**Link an Account: No**

# Suitability

## Suitability

### General Suitability Information

**Marital Status: S**

**Number of Dependents: 0**

### Specific Investment Knowledge

**Stocks: 1982**

**Bonds: NA**

**Mutual Funds: NA**

**Options: NA**

**Other: NA**

### Investment Objectives

**Preservation of Capital: 2**

**Income: 3**

**Appreciation: 1**

**Speculation: 4**

**Other: No**

**Risk Tolerance: Moderate**

**Initial Portfolio Horizon: Long (Over 10 Years)**

### Net Worth (Primary and Additional Account Holders)

**Combined Annual Income: $105,000**

**Household net worth: $1,230,000**

**Describe source of net worth: KYC - IC Exception**

How was Estimated Net Worth determined?: Other - Explain
Other/Discussion: UNKNOWN
Combined Investable Assets: $500,000
Federal Tax Bracket: Over 27.5%

## Know Your Customer Information

Initial Funding Amount: $500,000
Primary Source of funds for Initial Investment: Savings
Provide additional details: KYC - IC Exception
Purpose Of Account: Children school/Ed Daily Exp
Expected number of monthly deposits (including wire transactions): 0
Expected monthly wire activity (Incoming): 0
Expected number of monthly withdrawals (including wire transactions): 0
Expected monthly wire activity (Outgoing): 0
Expected Balance to be maintained in the account: $500,001 - $1,000,000

# Authorization / Referral

There are no Authorizations for this account.

# Referral Information

## Referral

Referred Account: No

# Interested Party

There are no Interested Parties for this account.

# Beneficiary

There are no IRA Beneficiaries for this account.

# Submitted User

House Primary

# Principaled By

Thomas Fagan

# Comments

## Previous Comments

No comments have been logged to this account.

44314943

NY3064033

## New Account Request Information.

**Account Information**

**Account Type:** Standard Brokerage Account

**Registration Type:** Individual

Print

Signature Card

**Product Name:**
**Name:** Peter Marsha
**Social Security Number:** ███████
**Address:** ███████, new york, NY, 10022

Tracking Number: 44314943

I/we acknowledge that I/we have received, read, understand and agree to the disclosures set forth in this application and the terms set forth in the separate Customer Agreement, and agree to be bound by such terms and conditions as are currently in effect and may be amended from time to time with or without prior notice. The agreement shall cover individually and collectively all accounts which I/we may open or reopen and shall inure to any successor (whether by merger, consolidation, assignments, transfers, or otherwise) to Banc of America Investment Services, Inc. I/we understand that telephone calls to Banc of America Investment Services, Inc., National Financial Services LLC and Bank of America may be recorded and I/we consent to such recording. All securities and other property now or hereafter held in the brokerage account of the undersigned may be pledged, repledged, hypothecated or rehypothecated, either separately or together with securities of other customers either for the amount due Banc of America Investment Services, Inc. or for a greater sum. Interest on debit balances will be charged and compounded in accordance with the Customer Agreement. I/we acknowledge that information provided by me/us to Banc of America Investment Services, Inc. (whether on this application, verbally or otherwise) may be used to verify my/our identity. I/we acknowledge that you may share information regarding my activity with you among Bank of America affiliates. I/we also agree that you may share information which I/we have provided to you on applications or which you receive from outside sources among the Bank of America affiliates, provided that I/we may tell you that I/we prefer that you do not share this information as provided in the Customer Agreement. I/we acknowledge that by signing the Signature Card, Bank of America and its affiliates may transmit information about me to its brokerage affiliate, Banc of America Investment Services, Inc.

Under the penalties of perjury, I certify that (1) the number shown on this application is my correct taxpayer identification number and (2) I am exempt from back-up withholding or I have not been notified by the IRS that I am subject to back-up withholding as a result of failure to report all interest and dividends, or the IRS notified me that I am no longer subject to back-up withholding and (3) I am a U.S. person (including a U.S. resident alien). Please note: If the IRS notified you that you are subject to back-up withholding because of underreporting (and notice has not been terminated by the IRS), please disregard statement (2) above.

Investment products provided by Banc of America Investment Services, Inc. ®:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |
|---|---|---|

**Banc of America Investment Services, Inc.** is a registered broker-dealer,

https://admin.baisidirect.com/Shared/Modules/requestGet.php?tmpl=ReqStatus/ViewReque...   1/3/2007

Confidential Treatment Requested by BAI under FOIA

member NASD and SIPC and is a nonbank subsidiary of Bank of America, N.A. **Banc of America Investment Services, Inc.** is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.

I/we understand that Section 16 on page 3 of the Customer Agreement contains a predispute arbitration clause requiring all disputes under this agreement to be settled by binding arbitration. By signing the Signature Card, I/we have received, read, understand and agree to such arbitration provisions and also acknowledge receiving a copy of the agreement.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.*

Electronic signature provided by applicant    01-03-2007
Peter Marsha                                  Date (MM-DD-YYYY)

**Internal User Only**

**Banc Of America Investment Services, Inc.**

Registered rep signature                      Date (MM-DD-YYYY)

Registered rep name (print)

Registered rep number

Principal signature                           Date (MM-DD-YYYY)

Account carried by National Financial Services LLC

https://admin.baisidirect.com/Shared/Modules/requestGet.php?tmpl=ReqStatus/ViewReque...    1/3/2007

# Banc of America Investment Services, Inc. ™

070131 290 001172189 C 1
BANC OF AMERICA
INVESTMENT SERVICES INC.
PO BOX 863
RJI-541-02-05
LINCOLN, RI 02865

Account Number: NY3-064033

PETER MARSHALL
NEW YORK NY 10022

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Call Center                                    800 926 1111

Investment products provided by Banc of America Investment Services, Inc.:

| ARE NOT FDIC INSURED | MAY LOSE VALUE | ARE NOT BANK GUARANTEED |

Banc of America Investment Services, Inc. is a registered broker-dealer,
member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A.

## SNAPSHOT

**Statement Date: 01/01/07 to 01/31/07**

TOTAL PORTFOLIO
**$468.13**

**PORTFOLIO VALUE**

|  | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $468.13 | $0.00 |
| TOTAL PORTFOLIO VALUE | $468.13 | $0.00 |

**ACCOUNT ACTIVITY**

|  | This Period | Year-To-Date |
|---|---|---|
| Net Core Fund Activity | ($468.13) | ($468.13) |
| Net Income and Expenses | $468.13 | $468.13 |

Portfolio Value
(in dollars)

480 —
320 —
160 —
0 —

June 2006    September 2006    December 2006    This Period

A portfolio value less than $100.00 may not be displayed.

## LEGEND

( ) Numbers in parenthesis
are debits or subtractions
NFS = National Financial
Services LLC

Page 1 of 7
070131 290 001172189

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Confidential Treatment Requested by BAI under FOIA

BAI-SEC-WBH000041

# Banc of America
# Investment Services, Inc.™

Account Number: NY3-064033
Account Name: MARSHA PET
Statement Date: 01/01/2007 to 01/31/2007

# SUMMARY

## PORTFOLIO VALUE

| | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
| Money Markets | $468.13 | $0.00 |
| **TOTAL PORTFOLIO VALUE** | **$468.13** | **$0.00** |

## ACCOUNT ACTIVITY

| | This Period | Year-To-Date |
|---|---|---|
| BEGINNING BALANCE | $0.00 | |
| Core Fund Activity | | |
| Core Funds Purchased | ($250,468.13) | ($250,468.13) |
| Core Funds Sold | $250,000.00 | $250,000.00 |
| **NET CORE FUND ACTIVITY** | **($468.13)** | **($468.13)** |
| Income and Expenses | | |
| Taxable Income | | |
| Taxable Dividends | $468.13 | $468.13 |
| **NET TAXABLE INCOME** | **$468.13** | **$468.13** |
| **TOTAL INCOME** | **$468.13** | **$468.13** |
| **NET INCOME AND EXPENSES** | **$468.13** | **$468.13** |
| **ENDING BALANCE** | **$0.00** | |

# DETAIL

## PORTFOLIO VALUE

Mutual Funds, Annuities, and other investment products are not insured by the FDIC or any other government agency, are not deposits or obligations of, or guaranteed by, Banc of America Investment Services or any affiliate, and are subject to investment risks, including possible loss of principal invested.

### CASH AND CASH EQUIVALENTS 100.00%

| Description | Symbol/Cusip Account Type | Quantity | Price on 01/31/07 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| Money Markets | | | | | | |

Confidential Treatment Requested by BAI under FOIA

BAI-SEC-WBH000042

Account carried with National Financial Services LLC, Member NYSE, SIPC

See last page for important information about your brokerage account and this statement.

**ALERT:** Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in January of the subsequent year.

Account Number: NY3-064033
Account Name: MARSHA PET

Statement Date: 01/01/2007 to 01/31/2007

# Banc of America
## Investment Services, Inc.™

## CASH AND CASH EQUIVALENTS 100.00%

| Description | Symbol/Cusip Account Type | Quantity | Price on 01/31/07 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| COLUMBIA CASH RESERVES DAILY | NSHXX | 468.13 | $1.00 | $468.13 | unavailable | |
| 7 DAY AVG NET YIELD 4.56% | CASH | | | | | |
| Dividend Option Reinvest | | | | | | |
| Capital Gain Option Reinvest | | | | | | |
| **Total Cash and Cash Equivalents** | | | | **$468.13** | | |

## TOTAL PORTFOLIO VALUE

$468.13

## ACCOUNT ACTIVITY

### CORE FUND ACTIVITY

#### Core Funds Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 01/12/07 | CASH | YOU BOUGHT | COLUMBIA CASH RESERVES DAILY @ 1 | 250.000 | ($250,000.00) |
| 01/03/07 | CASH | REINVESTMENT | COLUMBIA CASH RESERVES DAILY NET DIV REINVEST | 468.13 | ($468.13) |

**Net Core Funds Purchased**      ($250,468.13 )

#### Core Funds Sold

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 01/31/07 | CASH | YOU SOLD | COLUMBIA CASH RESERVES DAILY @ 1 | (250.000) | $250,000.00 |

**Net Core Funds Sold**      $250,000.00

### NET CORE FUND ACTIVITY      ($468.13 )

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Confidential Treatment Requested by BAI under FOIA**      BAI-SEC-WBH000043

# Banc of America
## Investment Services, Inc.™

Account Number: NY3-064033
Account Name: MARSHA PET

Statement Date: 01/01/2007 to 01/31/2007

## INCOME AND EXPENSES
### Taxable Income

| Date | Account Type | Transaction | Description | Quantity | Amount |
|------|------|------|------|------|------|
| Taxable Dividends | | | | | |
| 01/30/07 | CASH | DIVIDEND RECEIVED | COLUMBIA CASH RESERVES DAILY DIVIDEND RECEIVED | | $468.13 |

| | | | | | |
|------|------|------|------|------|------|
| Net Taxable Income | | | | | $468.13 |
| Total Income | | | | | $468.13 |

### NET INCOME AND EXPENSES

| | | | | | |
|------|------|------|------|------|------|
| | | | | | $468.13 |

### MESSAGES

Did you know that you can access your Banc of America Investment Services, Inc. Self-Directed Brokerage account statements, trade confirms and tax documents online through bankofamerica.com/investments? Once you sign in to your account, simply click on the Statements and Documents link under the Account Info tab to view this information. We encourage you to make the most of your brokerage account's online resources.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Confidential Treatment Requested by BAI under FOIA        BAI-SEC-WBH000044

Account Number: NY3-J084033
Account Name: MARSHA PET
Statement Date: 01/01/2007 to 01/31/2007

# Banc of America
# Investment Services, Inc. ™

## CURRENT PERIOD FEES & EXPENSES

| Units | Fund Name | CUSIP | Annual Expense Ratio * | Current Period Fees & Expenses ** |
|---|---|---|---|---|
| 466.13 | COLUMBIA CASH RESERVES DAILY | 19765K605 | 0.80% | $0.31 |

| | Ending Market Value $468.13 |
|---|---|

The mutual funds, referenced above, are distributed by Columbia Management Distributors, Inc., an affiliate of Banc of America Investment Services, Inc.

Please note fees and expenses charged by these mutual fund providers are included in the share price of each fund and are not deducted from the ending balance on your statement.

* Annual Expense Ratio is based on amounts incurred during the most recent fiscal year, as shown in the fund's audited financial statement. Expense ratios are updated approximately 60 days after the fund's fiscal year-end. For new funds that do not yet have audited financial statements covering more than a six-month period, Annual Expense Ratio is estimated.

** Current Period Fees & Expenses are approximate. They represent a monthly calculation, assume that the investor held shares of the fund valued at the ending balance for the entire statement period, and do not include the effect of any transactions that may have been made during the period.

Additional Disclosures:

- Additional fee information, including a summary of an independent fee consultant's management fee evaluation, is available at www.columbiafunds.com and in shareholder reports.

- Fees disclosed here for a Fund that invests in multiple underlying Portfolios do not include the Fund's portion of the fees and expenses deducted from the assets of the underlying Portfolios, which varies depending on the amount the Fund invests in particular underlying Portfolios.

- Fees disclosed here for a feeder Fund that invests all of its assets in a single underlying master Portfolio include the Fund's portion of the fees and expenses deducted from the assets of the underlying master Portfolio.

- Fees disclosed here for a Fund that is held through a wrap fee program do not include the separate fees and expenses that are imposed under your wrap fee program.

An investment in a money market mutual fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although money market mutual funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in money market mutual funds. Past performance is no guarantee of future results. You should carefully consider a fund's investment objectives, risks, charges and expenses before investing. This and other important information is included in the fund's prospectus, which should be read carefully before investing.

The following section details the hypothetical future fee and expense structure associated with your mutual funds distributed by Columbia Management Distributors, Inc.. The following tables are produced for illustrative purposes only and do not guarantee future results. Actual results may vary. The illustrations are based on the assumptions appearing at the end of this section.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Confidential Treatment Requested by BAI under FOIA**

BAI-SEC-WBH000045

# Banc of America Investment Services, Inc.™

Account Number: NY3-064033
Account Name: MARSHA PET

Statement Date: 01/01/2007 to 01/31/2007

## HYPOTHETICAL FUTURE FEES & EXPENSES
COLUMBIA CASH RESERVES DAILY

Initial Hypothetical Investment ****    $10,000.00
Assumed Rate of Return    5.00%

1976K605

| Year | Cumulative Return Before Fees & Expenses | Annual Expense Ratio *** | Cumulative Return After Fees & Expenses | Hypothetical Year-End Balance After Fees & Expenses | Annual Fees & Expenses |
|---|---|---|---|---|---|
| 01 | 5.00% | 0.80% | 4.20% | 10,420.00 | 81.68 |
| 02 | 10.25% | 0.87% | 8.50% | 10,850.35 | 92.53 |
| 03 | 15.76% | 0.87% | 12.98% | 11,286.47 | 96.35 |
| 04 | 21.55% | 0.87% | 17.65% | 11,765.09 | 100.33 |
| 05 | 27.63% | 0.87% | 22.51% | 12,250.99 | 104.47 |
| 06 | 34.01% | 0.87% | 27.57% | 12,756.96 | 108.78 |
| 07 | 40.71% | 0.87% | 32.84% | 13,283.82 | 113.28 |
| 08 | 47.75% | 0.87% | 38.32% | 13,832.44 | 117.96 |
| 09 | 55.13% | 0.87% | 44.04% | 14,403.72 | 122.83 |
| 10 | 62.89% | 0.87% | 49.99% | 14,998.59 | 127.90 |

Total Gain After Fees & Expenses    $4,998.59
Total Annual Fees & Expenses    $1,066.09

**Hypothetical Fees & Expenses:**

*** Annual Expense Ratios are based on amounts incurred during the most recent fiscal year, as shown in the fund's audited financial statement, may have been restated to reflect current service provider fees, and are net of any waivers, reimbursement or caps that the fund's manager has committed to the fund for the period of the commitment. Annual Expense Ratio is updated in conjunction with annual updates to the fund's prospectus. For new funds that do not yet have audited financial statements covering more than a six-month period, Annual Expense Ratio is estimated.

**** The Hypothetical Information shown above calculates the approximate fees & expenses that would be charged on the Initial Hypothetical Investment of $10,000, based on a 5% return each year. Actual results may vary. The fee and expense information shown assumes that all dividends and distributions are reinvested in the fund.

Assumptions:
- Annual Fees & Expenses are approximate and assume that the investor had an initial investment of $10,000 and held shares of the fund for an entire 10-year period and do not include contingent deferred sales charges.
- For Class B and G shares, the expense ratios reflect fee reductions resulting from conversion to Class A and Class T shares, respectively, for shares held after year eight.
- For Class A shares, the year one Annual Fees & Expenses & Hypothetical Year-End Balance After Fees & Expenses information shown include the dollar amount and effect of any applicable front-end sales charge of the fund.
- Annual Fees & Expenses are calculated based on the average balance between the beginning and ending balance for each year. All Information is calculated on an annual compounding basis.
- Hypothetical Future Fees & Expenses are hypothetical and should not be used or construed as an offer to buy, or a recommendation or endorsement of any specific mutual fund. Mutual fund fees & expenses fluctuate over time and actual expenses may be higher or lower than those shown. You should carefully review the fund's prospectus to consider the investment objectives, risks, expenses and charges of the fund prior to investing.

Account carried with National Financial Services LLC, Member NYSE, SIPC

Confidential Treatment Requested by BAI under FOIA    BAI-SEC-WBH00046

**GLOSSARY** **Short Account Balances** - If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases in the original sale price will be marked to the market and will be transferred to your Margin Account when the transaction closes. **Total Market Value** - The Total Market Value has been calculated out to 9 decimal places, however, the Individual Market Value is displayed at 5 decimal places. This amount represents values obtained from various quotation sources which may, in certain instances, reflect prices based on closing prices and/or the mean bid and ask on the last day of the statement period. Although appraisals accuracy of such prices cannot be guaranteed. The securities may be unpriced for various reasons including, but not limited to, unavailability of pricing or the securities may not have value. Securities are identified to the front of the statement. Investment decisions should be made only after consulting your broker/dealer for an adjustment quote. **Estimated Yield and Estimated Annual Income** - When available, the coupon rate of some fixed income securities is divided by the current market value of the fixed income security to create the

**CUSTOMER SERVICE** Inquiries or concerns regarding your brokerage account or the activity therein should be directed to your broker/dealer or to the telephone number and address reflected on the front of this statement. National Financial Services, LLC ("NFS") is the custodian for funds and securities deposited with us directly by you, through your broker/dealer, or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your brokerage account only may be directed to NFS at **(617) 563-5977**. When contacting either NFS or your broker/dealer, remember to include your entire brokerage account number to ensure a prompt reply. Please notify us promptly in writing of any change of address. Please review your statement and report any inaccuracy or discrepancy promptly in writing of any change of address. Please review

**ADDITIONAL INFORMATION** **Free credit balances** are not segregated and may be used in NFS business, subject to the limitations of 17CFR Section 240.15c3-2 under the Securities and Exchange Act of 1934. You have the right to receive from NFS in the course of normal business operations, subject to your commitments in any of your brokerage accounts, any free credit balances to which you are entitled or any funds held in your brokerage account. Interest on free credit balances purchased on margin upon full payment of any indebtedness in NFS, interest on free credit balances awaiting reinvestment may be paid out at rates that may vary with current short-term market rates your brokerage account balances, set at the discretion of your broker/dealer and/or NFS.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional estimated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit

**Options Customers** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker/dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker/dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, stock dividend, or other distribution of shares and interest payable information has been provided by third parties and may be subject to change. Information is not responsible for inaccurate or missing information. Please consult your broker/dealer for more information about expected stock split, next dividend payable, and may interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from trades made through NFS as agent by either: 1) Your broker/dealer for your investment account, or 2) through the Depository Trust Corporation (DTC) reinvestment program. For broker/dealer effected transactions, the time of the transactions, the exchange upon which the transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in "over-the-counter" securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions for you in the activity summary section of your statement.

**Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after the 5 year holding period requirement and certain other conditions.

**A financial statement** of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon written request.

**Statement Mailing.** NFS will mail statements to customers who have had transactions that affect their cash balances or security positions held in their brokerage accounts during the last monthly reporting period. All other brokerage customers will receive customer statements at least four times during a calendar year as long as the brokerage account contains cash or securities balances. Please keep these statements for your records, as they will be required to prepare your income tax returns.

**Loads and Fees.** In addition to sales loads and 12b-1 fees described in the prospectus, NFS or your

Estimated Yield figure and/or the current interest rate or most recently declared dividends for certain securities are annualized to create the Estimated Annual Income figure. These figures are estimates only, based on mathematical calculations of available data, and have been derived from information providers believed to be reliable, but no assurance can be made as to accuracy. Since the income and dividend rates are subject to change at any time, and may be made up by current and future economic, political and market conditions, they should not be relied on for making investment, trading decisions, or tax decisions. **Estimated Value** - If this statement contains an estimated value, you should be aware that this value may be based on a limited number of trades or quotes. Therefore, you may not be able to sell these securities at a price equal or near to the value. However, the broker/dealer furnishing this statement would not refuse to accept your order to sell these securities. In some cases, the estimated value you receive from a sale may be reduced by the amount of any commissions or similar charges. Since the estimated value is not shown for a security, a value could not be determined because of lack of information.

broker/dealer may receive compensation up to 35 basis points of the average daily net assets of certain mutual funds in connection with your purchase of those mutual funds and/or the ongoing maintenance of your brokerage account with respect to those shares. The compensation is paid by the mutual fund and/or its affiliate. Additional information about the source and amount of compensation will be furnished to you upon written request.

**Fixed Income.** The prices given for fixed income securities on this statement are approximations, not actual market bids or prices and are provided only as a pricing guide.

**Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified as Fully Paid For securities. If you have a margin account, this is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account, as required by Regulation T, is available for your inspection.

**NYSE and NASD.** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and it's clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the National Association of Securities Dealers, Inc. ("NASD"). The NASD requires that we notify you in writing of the availability of an investor brochure that includes information describing NASD Regulation's Public Disclosure Program ("Program"). To obtain a brochure or information about the Program, contact the NASD Regulation Public Disclosure Program Hotline at (800) 289-9999 or NASD's Web site at www.nasdr.com.

**New York Stock Exchange Rule 382** requires that your broker/dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker/dealer and NFS. A more complete description is available upon request.

**NFS** is responsible for: (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate instructions to NFS with respect to your account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs.

**NFS is responsible for:** (1) the execution of your broker/dealer: (1) execute, clear and settle transactions processed through NFS by your broker/dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker/dealer has undertaken to do so). Certain pricing and other information may be provided by your broker/dealer or obtained from the market place, (3) act as custodian for funds and securities received by NFS on your behalf (and not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker/dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker/dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin requirements, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.

**Securities** in accounts carried by National Financial Services LLC ("NFS"), a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, please see **www.sipc.org.** NFS has arranged for additional insurance coverage for cash and securities to supplement its SIPC coverage. This additional insurance covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities. Assets Held Away, commodities, futures contracts, and investments in the market value of securities. Assets Held Away, Mutual funds and other securities investments may not be covered. FDIC and involve investment risk including possible loss of principal.

**End of Statement**

051112

07013129000117218

BAI-SEC-WBH000047

Confidential Treatment Requested by BAI under FOIA

Page 7 of 7

BAI-SEC-WBH00048

Confidential Treatment Requested by BAI under FOIA

# Banc of America
# Investment Services, Inc.™

Account Number: NY3-064033

070228  290  007109668  C  1
BANC OF AMERICA
INVESTMENT SERVICES INC.
PO BOX 863
R11-341-02-05
LINCOLN, RI 02865

PETER MARSHALL
NEW YORK NY 10022

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Call Center                800 926 1111

Investment products provided by Banc of America Investment Services, Inc.:

| ARE NOT FDIC INSURED | MAY LOSE VALUE | ARE NOT BANK GUARANTEED |
|---|---|---|

Banc of America Investment Services, Inc. is a registered broker-dealer,
member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A.

Portfolio Value
(in dollars)

510
340
170
0

June 2006    December 2006
September 2006    This Period

A portfolio value less than $100.00 may not be displayed.

Statement Date: 02/01/07 to 02/28/07

## SNAPSHOT

TOTAL PORTFOLIO
**$501.02**

### PORTFOLIO VALUE

|  | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $501.02 | $468.13 |
| TOTAL PORTFOLIO VALUE | $501.02 | $468.13 |

### ACCOUNT ACTIVITY

|  | This Period | Year-To-Date |
|---|---|---|
| Net Core Fund Activity | ($32.89) | ($501.02) |
| Net Income and Expenses | $32.89 | $501.02 |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**LEGEND**
( ) Numbers in parenthesis
are debits or subtractions
NFS = National Financial
Services LLC

Page 1 of 7
070228 290 007109668

**Confidential Treatment Requested by BAI under FOIA**        BAI-SEC-WBH000049

# Banc of America
## Investment Services, Inc.™

Account Number: NY3-064033
Account Name: MARSHA PET

Statement Date:  02/01/2007 to 02/28/2007

**ALERT** Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in January of the subsequent year.

## SUMMARY

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
| Money Markets | $501.02 | $468.13 |
| **TOTAL PORTFOLIO VALUE** | **$501.02** | **$468.13** |

| ACCOUNT ACTIVITY | This Period | Year-To-Date |
|---|---|---|
| BEGINNING BALANCE | $0.00 | |
| Core Fund Activity | | |
| Core Funds Purchased | ( $32.89) | ($250,501.02) |
| Core Funds Sold | $0.00 | $250,000.00 |
| NET CORE FUND ACTIVITY | ($32.89) | ($501.02) |
| Income and Expenses | | |
| Taxable Income | | |
| Taxable Dividends | $32.89 | $501.02 |
| NET TAXABLE INCOME | $32.89 | $501.02 |
| TOTAL INCOME | $32.89 | $501.02 |
| NET INCOME AND EXPENSES | $32.89 | $501.02 |
| ENDING BALANCE | $0.00 | |

## DETAIL

### PORTFOLIO VALUE

Mutual Funds, Annuities, and other investment products are not insured by the FDIC or any other government agency, are not deposits or obligations of, or guaranteed by, Banc of America Investment Services or any affiliate, and are subject to investment risks, including possible loss of principal invested.

### CASH AND CASH EQUIVALENTS 100.00%

| Description | Symbol/Cusip Account Type | Quantity | Price on 02/28/07 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| Money Markets | | | | | | |

See last page for important information about your brokerage account and this statement.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Confidential Treatment Requested by BAI under FOIA          BAI-SEC-WBH000050

# Banc of America
# Investment Services, Inc.™

Account Number: NY3-064033
Account Name: MARSHA PET

Statement Date: 02/01/2007 to 02/28/2007

## CASH AND CASH EQUIVALENTS 100.00%

| Description | Symbol/Cusip Account Type | Quantity | Price on 02/28/07 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| COLUMBIA CASH RESERVES DAILY | NSHXX | 501.02 | $1.00 | $501.02 | $468.13 | |
| 7 DAY AVG NET YIELD  4.59% | CASH | | | | | |
| Dividend Option Reinvest | | | | | | |
| Capital Gain Option Reinvest | | | | | | |
| **Total Cash and Cash Equivalents** | | | | $501.02 | | |

## TOTAL PORTFOLIO VALUE

$501.02

## ACCOUNT ACTIVITY

### CORE FUND ACTIVITY
Core Funds Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 02/27/07 | CASH | REINVESTMENT | COLUMBIA CASH RESERVES DAILY NET DIV REINVEST | 32.89 | ($32.89 ) |
| **Net Core Funds Purchased** | | | | | ($32.89 ) |

## NET CORE FUND ACTIVITY

($32.89 )

## INCOME AND EXPENSES
Taxable Income

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| Taxable Dividends | | | | | |
| 02/27/07 | CASH | DIVIDEND RECEIVED | COLUMBIA CASH RESERVES DAILY DIVIDEND RECEIVED | | $32.89 |
| **Net Taxable Income** | | | | | $32.89 |
| **Total Income** | | | | | $32.89 |

Account carried with National Financial Services LLC, Member NYSE, SIPC

Confidential Treatment Requested by BAI under FOIA    BAI-SEC-WBH000051

Account Number: NY3-064033
Account Name: MARSHA PET

Statement Date: 02/01/2007 to 02/28/2007

# Banc of America
# Investment Services, Inc.™

## NET INCOME AND EXPENSES                    $32.89

### MESSAGES

IRA contributions to your brokerage account not only allow you to invest for your future, but may also be tax-deductible, up to $4,000 in 2006 and 2007. While you have until April 17, 2007 to make your 2006 contribution, you can start making 2007 contributions today. To take advantage of this investing opportunity, open a Self-Directed Brokerage IRA with Banc of America Investment Services, Inc. Visit bankofamerica.com/investments to get started.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Confidential Treatment Requested by BAI under FOIA**

BAI-SEC-WBH000052

# Banc of America
## Investment Services, Inc. ™

Account Number: NY3-064033
Account Name: MARSHA PET

Statement Date:    02/01/2007 to 02/28/2007

## CURRENT PERIOD FEES & EXPENSES

| Units | Fund Name | CUSIP | Annual Expense Ratio * | Current Period Fees & Expenses ** | Ending Market Value |
|---|---|---|---|---|---|
| 501.02 | COLUMBIA CASH RESERVES DAILY | 19765K605 | 0.80% | $0.33 | $501.02 |

The mutual funds, referenced above, are distributed by Columbia Management Distributors, Inc., an affiliate of Banc of America Investment Services, Inc.

Please note fees and expenses charged by these mutual fund providers are included in the share price of each fund and are not deducted from the ending balance on your statement.

* Annual Expense Ratio is based on amounts incurred during the most recent fiscal year, as shown in the fund's audited financial statement. Expense ratios are updated approximately 60 days after the fund's fiscal year-end. For new funds that do not yet have audited financial statements covering more than a six-month period, Annual Expense Ratio is estimated.

** Current Period Fees & Expenses are approximate, they represent a monthly calculation, assume that the investor held shares of the fund valued at the ending balance for the entire statement period, and do not include the effect of any transactions that may have been made during the period.

Additional Disclosures:

- Additional fee information, including a summary of an independent fee consultant's management fee evaluation, is available at www.columbiafunds.com and in shareholder reports.

- Fees disclosed here for a Fund that invests in multiple underlying Portfolios do not include the Fund's portion of the fees and expenses deducted from the assets of the underlying Portfolios, which varies depending on the amount the Fund invests in particular underlying Portfolios.

- Fees disclosed here for a feeder Fund that invests all of its assets in a single underlying master Portfolio include the Fund's portion of the fees and expenses deducted from the assets of the underlying master Portfolio.

- Fees disclosed here for a Fund that is held through a wrap fee program do not include the separate fees and expenses that are imposed under your wrap fee program.

An investment in a money market mutual fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although money market mutual funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in money market mutual funds. Past performance is no guarantee of future results. You should carefully consider a fund's investment objectives, risks, charges and expenses before investing. This and other important information is included in the fund's prospectus, which should be read carefully before investing.

The following section details the hypothetical future fee and expense structure associated with your mutual funds distributed by Columbia Management Distributors, Inc. The following tables are produced for illustrative purposes only and do not guarantee future results. Actual results may vary. The illustrations are based on the assumptions appearing at the end of this section.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Confidential Treatment Requested by BAI under FOIA**        BAI-SEC-WBH000053

# Banc of America Investment Services, Inc.™

Account Number: NY3-064033
Account Name: MARSHA PET

Statement Date: 02/01/2007 to 02/28/2007

## HYPOTHETICAL FUTURE FEES & EXPENSES

COLUMBIA CASH RESERVES DAILY
I9765K605
Initial Hypothetical Investment **** $10,000.00
Assumed Rate of Return 5.00%

| Year | Cumulative Return Before Fees & Expenses | Annual Expense Ratio *** | Cumulative Return After Fees & Expenses | Hypothetical Year-End Balance After Fees & Expenses | Annual Fees & Expenses |
|---|---|---|---|---|---|
| 01 | 5.00% | 0.80% | 4.20% | $10,420.00 | $81.68 |
| 02 | 10.25% | 0.87% | 8.50% | $10,850.35 | $92.53 |
| 03 | 15.76% | 0.87% | 12.98% | $11,298.47 | $96.35 |
| 04 | 21.55% | 0.87% | 17.65% | $11,765.09 | $100.33 |
| 05 | 27.63% | 0.87% | 22.51% | $12,250.99 | $104.47 |
| 06 | 34.01% | 0.87% | 27.57% | $12,756.96 | $108.78 |
| 07 | 40.71% | 0.87% | 32.84% | $13,283.82 | $113.28 |
| 08 | 47.75% | 0.87% | 38.32% | $13,832.44 | $117.96 |
| 09 | 55.13% | 0.87% | 44.04% | $14,403.72 | $122.83 |
| 10 | 62.89% | 0.87% | 49.99% | $14,998.59 | $127.90 |

Total Gain After Fees & Expenses $4,998.59
Total Annual Fees & Expenses $1,066.09

**Hypothetical Fees & Expenses:**

*** Annual Expense Ratios are based on amounts incurred during the most recent fiscal year, as shown in the fund's audited financial statement, may have been restated to reflect current service provider fees, and are net of any waivers, reimbursement or caps that the fund's manager has committed to the fund for the period of the commitment. Annual Expense Ratio is updated in conjunction with annual updates to the fund's prospectus. For new funds that do not yet have audited financial statements covering more than a six-month period, Annual Expense Ratio is estimated.

**** The hypothetical information shown above calculates the approximate fees & expenses that would be charged on the Initial Hypothetical Investment of $10,000, based on a 5% return each year. Actual results may vary. The fee and expense information shown assumes that all dividends and distributions are reinvested in the fund.

Assumptions:
- Annual Fees & Expenses are approximate and assume that the investor had an initial investment of $10,000 and held shares of the fund for an entire 10-year period and do not include contingent deferred sales charges.
- For Class B and G shares, the expense ratios reflect fee reductions resulting from conversion to Class A and Class T shares, respectively, for shares held after year eight.
- For Class A shares, the year one Annual Fees & Expenses & Hypothetical Year-End Balance After Fees & Expenses information shown include the dollar amount and effect of any applicable front-end sales charge of the fund.
- Annual Fees & Expenses are calculated based on the average between the beginning and ending balance for each year. All information is calculated on an annual compounding basis.
- Hypothetical Future Fees & Expenses are hypothetical and should not be used or construed as an offer to sell, a solicitation of an offer to buy, or a recommendation or endorsement of any specific mutual fund. Mutual fund fees & expenses fluctuate over time and actual expenses may be higher or lower than those shown. You should carefully review the fund's prospectus to consider the investment objectives, risks, expenses and charges of the fund prior to investing.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Confidential Treatment Requested by BAI under FOIA**     **BAI-SEC-WBH000054**

**GLOSSARY Short Account Balances** -If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be transferred to or from your Margin Account on a weekly basis. **Market Value -** The Total Market Value has been calculated out to 5 decimal places, but is displayed at 5 decimal places. This amount represents values obtained from various quotation services, but in turn, obtain appraisals based on closing prices and/or the mean bid and ask on the last day of the statement period. Accordingly, the accuracy of such prices cannot be guaranteed. The securities may be unpriced for various reasons including, but not limited to, unavailability of pricing or the security not have value. Securities are identified on the front of the statement. Investment decisions should be made only after consulting your broker/dealer for an actual quote. **Estimated Yield and Estimated Annual Income -** When available, the coupon rate of some fixed income securities is divided by the current market value of the fixed income security to create the

**CUSTOMER SERVICE** Inquiries or concerns regarding your brokerage account or the activity therein should be directed to your broker/dealer at the telephone number and address reflected on the front of this statement. National Financial Services LLC ("NFS") provides certain back office securities processing services for your broker/dealer. Inquiries, concerns or complaints regarding the handling of any of your brokerage accounts may be directed to NFS or your broker/dealer. If you have a question concerning the status of your transactions, we process for your account. Inquiries concerning the positions and balances in your brokerage account only may be directed to NFS at (617) 563-5977. When contacting either NFS or your broker/dealer, remember to include your entire brokerage account number to ensure a prompt reply. Please notify us promptly in writing of any change of address. Please report any inaccuracies or discrepancies in your statement promptly in writing of any change of address. Please review your statement and report any inaccuracies promptly.

**ADDITIONAL INFORMATION Customer free credit balances** are not segregated and may be used in NFS business, subject to the limitations of 17CFR Section 240.15c3-2 under the Securities and Exchange Act of 1934. You have the right to receive from NFS in the course of normal business operations, subject to open commitments in any of your brokerage accounts, any free credit balances to which you are entitled or any fully paid securities to which you are entitled and any securities purchased on margin upon full payment of indebtedness to NFS. Interest on the credit balances awaiting reinvestment may be paid out at rates that may vary with current short-term money market rates and/or your brokerage account balances, set at the discretion of your broker/dealer and/or NFS.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options Customers.** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker/dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker/dealer promptly of any material change in your investment objectives or financial situation. Dividends, and Interest. Expected stock split, next dividend payable, and market value items have been provided by third parties and may be subject to change. Information for certain securities may be missing if not provided to us by third parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please consult your broker/dealer for more information about expected stock split, next dividend payable, and max interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions effected as agent by NFS (or 1) your brokerage account for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For dividend reinvestment transactions, the time of the transactions, the exchange upon which these transactions occurred and the name of the other person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in over-the-counter securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement.

**Income Reporting.** NFS reports earnings from Investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions.

**A financial statement** of NFS is available for your personal inspection at it's office or a copy of it will be mailed to you upon written request.

**Statement Mailing.** NFS will mail statements to customers who have had transactions that affect their cash balances or security positions held in their brokerage accounts during the last monthly reporting period. All other brokerage accounts will receive customer statements at least four times during a calendar year as long as they will help you prepare your income tax returns. Please keep these statements for your records.

**Loads and Fees.** In addition to sales loads and 12b-1 fees described in the prospectus, NFS or your

Estimated Yield figure and/or the current interest rate or most recently declared dividends for certain securities are annualized to create the Estimated Annual Income figure. These figures are estimates only, based on mathematical calculations of available data, and have been obtained from various quotation providers believed to be reliable, but no assurance can be made as to accuracy. Since the interest and dividend rates are subject to change at any time, and may be affected by current and future economic, political and business conditions, they should not be relied on for making investment, trading decisions, or tax decisions. **Estimated Value -** If this statement contains an estimated value, you should be aware that this value may be based on a price equal to near to the value from the value shown. Therefore, you may not be able to sell these securities at a price equal or order to sell these securities. Also, the broker/dealer furnishing this statement may not refuse to accept your amount of any commissions or similar charges. If an estimated value is not shown for a security, a value could not be determined because of lack of information.

broker/dealer may receive compensation up to 35 basis points of the average daily net assets of certain mutual funds in connection with your purchase of those mutual funds and/or the ongoing maintenance of your brokerage account with respect to those shares. The compensation is paid by the mutual fund and/or its affiliate. Additional information about the source and amount of the compensation will be furnished to you upon written request.

**Fixed Income.** The prices given for fixed income securities on this statement are approximations, not actual market bids or prices and are provided only as a general guide. **Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loan. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account maintained pursuant to Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. Section 220.5 of Regulation T, is available for your inspection upon request. NYSE and NASD. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and it's clearing house. If any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the National Association of Securities Dealers, Inc ("NASD"). The NASD requires that we notify you in writing of the availability of an investor brochure that includes information describing NASD Regulation's Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program contact the NASD Regulation Public Disclosure Program Hotline at (800) 289-9999 or access the NASD's web site at www.nasd.com. New York Stock Exchange Rule 382 requires that your broker/dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocations of functions performed by your broker/dealer and NFS. A more complete description is available upon request.

**Your broker/dealer is responsible for:** (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your brokerage account, if applicable, and (6) maintaining required books and records for the services that it performs.

**NFS shall, at the direction of your broker/dealer:** (1) execute, clear and settle transactions processed through NFS by your broker/dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker/dealer has undertaken to do so). Certain pricing and other information may be provided by your broker/dealer or obtained from third parties, which has not been verified by NFS, (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker/dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker/dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.

**Securities in accounts carried by National Financial Services LLC ("NFS"),** a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, please see www.sipc.org. NFS has arranged for additional insurance protection for cash and securities to supplement its SIPC coverage. This additional protection covers total account net equity in excess of $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities. Assets Held Away, commodities, unregistered investment contracts, futures accounts and other investments may not be covered. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

**End of Statement**

051112

070228 290 007109668    BAI-SEC-WBH000055

Confidential Treatment Requested by BAI under FOIA

BAI-SEC-WBH000056

Confidential Treatment Requested by BAI under FOIA

| ACUSIP | Security Price | Price Type | Electronic Order Number | Execution Time | Execution Price | Execution Quantity | Order Condition | Time in Force | Security Description | FBSI Order Number |
|--------|---------------|------------|-------------------------|----------------|-----------------|--------------------|-----------------|---------------|---------------------|-------------------|
| | 0.015 | LIMIT | 01IK5213 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | TRIMOL GROUP INC | 07011BMZBN |
| | 0.015 | LIMIT | 01IK5213 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | TRIMOL GROUP INC | 07011BMZBN |
| | 0.015 | LIMIT | 01IK5213 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | TRIMOL GROUP INC | 07011BMZBN |
| | 0.015 | LIMIT | 01IK5213 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | TRIMOL GROUP INC | 07011BMZBN |
| | 0.011 | LIMIT | 01IK5213 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | TRIMOL GROUP INC | 07011BMZBN |
| | 0.011 | LIMIT | 01IK5213 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | TRIMOL GROUP INC | 07011BTZXG |
| | 0.007 | LIMIT | 01IK5830 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | |
| | 0.007 | LIMIT | 01IK5830 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | 07011BPHBB |
| | 0.007 | LIMIT | 01IK5830 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | 07011BPHBB |
| | 0.007 | LIMIT | 01IK5830 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | 07011BPHBB |
| | 0.007 | LIMIT | 01IK5830 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | 07011BTX04W |
| | 0.12 | LIMIT | 01L2509 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | 07011BPHBB |
| | 0.12 | LIMIT | 01L2509 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | |
| | 0.05 | LIMIT | 01L2947 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | |
| | 0.05 | LIMIT | 01L2947 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | |
| | 0.05 | LIMIT | 01L3713 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | |
| | 0.05 | LIMIT | 01L3713 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | |
| | 0.05 | LIMIT | 01L4144 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | |
| | 0.05 | LIMIT | 01L4144 | n/a | n/a | n/a | UNSOLICITED | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | |

| Account # | Account Name | IP Address |
|-----------|--------------|------------|
| CV4208256 | PETER MORGAN | 70.116.107.167 |
| NY3057860 | JOHN MURPHY | 70.5.118.15 |
| NY3056871 | DONNA MURPHY | 69.122.128.66 |
| NY3060003 | LARISA KORSHAK | 70.5.159.171 |
| NY3060160 | ROBERT MCKEON | 70.5.144.233 |
| NY3064033 | PETER MARSHALL | 67.102.52.250 / 24.90.135.144 |
| NY3065714 | JOSEFA ROSA | 24.90.135.144 |
| NY3064068 | Ralph Saal | 24.90.135.144 |

| User peter2468 | Account CW408256 | Date 12/20/2006 10:15 | IP 70.116.107.167 | Location houston,texas,united states,rr(fixed) | Referrer Address refrhttps://www.baisdirect.com/login.html |
|---|---|---|---|---|---|
| johnmurtko417 | NY3057860 | N/A | N/A | N/A | N/A |
| DONNAMUR56 | NY3056971 | N/A | N/A | N/A | N/A |
| lettor129 | NY3560003 | 12/27/2006 12:29 | 70.5.159.171 | new york,new york,united states,xpce(no)/mobile gateway) | refrhttps://www.baisdirect.com/index.html |
| | | 12/26/2006 9:44 | 64.39.38.145 | frankfurt am main,hessen,germany,baisdirect(none) | refrhttps://www.baisdirect.com/shared/modules/authenticate.php |
| | | 12/24/2006 3:23 | 70.5.111.161 | new york,new york,united states,xpce(none)/mobile gateway) | refrhttps://www.baisdirect.com/login.html |
| | | 12/24/2006 10:10 | 68.80.85.114 | bensalem,pennsylvania,united states,ratios:comcast(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 12/20/2006 4:16 | 70.116.107.167 | houston,texas,united states,rr(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 12/20/2006 3:41 | 70.116.107.167 | houston,texas,united states,rr(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 12/20/2006 1:06 | 70.116.107.167 | houston,texas,united states,rr(fixed) | refrhttps://www.baisdirect.com/login.html |
| pettypacker | NY3564033 | 1/23/2007 2:02 | 24.60.135.144 | new york,new york,united states,rr(encompher) | refrhttps://www.baisdirect.com/index.html |
| | | 1/18/2007 10:08 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/index.html |
| | | 1/18/2007 9:36 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/18/2007 1:14 | 171.169.51.245 | vienna,virginia,united states,aol(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/17/2007 9:40 | 171.159.192.10 | richmond,virginia,united states,tanto/america(international proxy) | refrhttps://www.baisdirect.com/login.html |
| | | 1/17/2007 9:34 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/shared/modules/authenticate.php |
| | | 1/17/2007 8:32 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/index.html |
| | | 1/17/2007 6:50 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/shared/modules/passwordlogin.php |
| | | 1/17/2007 6:37 | 70.5.172.209 | new york,new york,united states,xpce(none)/mobile gateway) | refrhttps://www.baisdirect.com/shared/modules/authenticate.php |
| | | 1/17/2007 2:47 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/index.html |
| | | 1/16/2007 9:51 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/16/2007 8:40 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/16/2007 5:41 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/16/2007 2:00 | 70.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/index.html |
| | | 1/13/2007 10:12 | 69.114.217.133 | new york,new york,united states,optonline(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/13/2007 10:02 | 68.244.245.113 | pennsauken,new jersey,united states,xpce(no)/mobile gateway) | refrhttps://www.baisdirect.com/shared/modules/authenticate.php |
| | | 1/12/2007 11:25 | 69.114.217.133 | new york,new york,united states,optonline(fixed) | refrhttps://www.baisdirect.com/index.html |
| | | 1/12/2007 11:55 | 69.114.217.133 | new york,new york,united states,optonline(fixed) | refrhttps://www.baisdirect.com/index.html |
| | | 1/12/2007 1:37 | 68.244.241.154 | pennsauken,new jersey,united states,xpce(no)/mobile gateway) | refrhttps://www.baisdirect.com/index.html |
| | | 1/9/2007 12:18 | 70.5.24.3 | new york,new york,united states,xpce(none)/mobile gateway) | refrhttps://www.baisdirect.com/login.html |
| | | 1/9/2007 11:17 | 70.5.205.38 | new york,new york,united states,unknown(/mobile gateway) | refrhttps://www.baisdirect.com/login.html |
| | | 1/8/2007 9:45 | 68.246.192.07 | new york,new york,united states,xpce(no)/mobile gateway) | refrhttps://www.baisdirect.com/index.html |
| | | 1/8/2007 2:46 | 24.60.135.144 | new york,new york,united states,rr(encompher) | refrhttps://www.baisdirect.com/index.html |
| | | 1/7/2007 11:04 | 64.39.38.145 | frankfurt am main,hessen,germany,baisdirect(none) | refrhttps://www.baisdirect.com/shared/modules/authenticate.php |
| jbligman07 | NY3065714 | 1/23/2007 2:03 | 24.60.135.144 | new york,new york,united states,rr(encompher) | refrhttps://www.baisdirect.com/login.html |
| | | 1/18/2007 3:19 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/18/2007 3:19 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/17/2007 11:08 | 67.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/17/2007 9:55 | 171.159.192.10 | richmond,virginia,united states,tanto/america(international proxy) | refrhttps://www.baisdirect.com/login.html |
| | | 1/17/2007 9:41 | 171.102.52.250 | mclean,virginia,united states,coved(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/17/2007 6:38 | 70.5.127.209 | palm springs,california,united states,verizon(fixed) | refrhttps://www.baisdirect.com/operatedlogin.html |
| | | 1/17/2007 5:35 | 70.5.127.209 | new york,new york,united states,xpce(none)/mobile gateway) | refrhttps://www.baisdirect.com/shared/modules/passwordlogin.php |
| | | 1/16/2007 12:30 | 153.21.11.60 | ramet,south carolina,united states,unknown(fixed) | refrhttps://www.baisdirect.com/login.html |
| | | 1/9/2007 12:30 | 70.5.24.3 | new york,new york,united states,xpce(none)/mobile gateway) | refrhttps://www.baisdirect.com/login.html |
| | | 1/9/2007 10:42 | 68.246.136.57 | new york,new york,united states,xpce(no)/mobile gateway) | refrhttps://www.baisdirect.com/login.html |
| | | 1/9/2007 9:07 | 172.165.83.189 | vienna,virginia,united states,aol(estdalup) | refrhttps://www.baisdirect.com/szatmog.php |

Confidential Treatment Requested by BAI under FOIA

BAI-SEC-WBH000131

**Albert Melino**

BEGIN FORM - Terms and Conditions Effective Friday, January 5, 2007 at 11:12:18





| For Internal Use Only | |
|---|---|
| Account Number: | 785-979281 |
| Type: | Individual |
| Registration: | Cash |
| Branch ID: | NYC 92455 |
| Referrer: | direct |
| Ad Code: | WEB |
| Offer Code: | 170 |

**Mailing Address**
Standard Delivery:
Overnight:
Fax:

PO Box 2760, Omaha, NE 68103-2760
1005 N. Ameritrade Place, Bellevue, NE 68005
816-243-3769

**New Account Information**
Type:
Registration:
Receive Corp. Communications:
E-mail Address:
Account Statement:
Trade Confirmation:
Funding:
Sweep Vehicle:

Individual
Cash
Yes
FREDSTAR1@YAHOO.COM
Monthly Electronic
Electronic
Express Funding
TD AMERITRADE Cash (Protected by SIPC)

**Account Owner**
Name:
Street Address:

ALBERT MELINO

BROOKLYN, NY 11226-2302
UNITED STATES OF AMERICA

Marital Status:
Home Phone:
Social Security Number:
Date of Birth:
Mother's Maiden Name:
Citizenship:
Employment Status:
Corporate Affiliation:
NSD Affiliation:

Single



US Citizen/Permanent Resident
Unemployed
No
No

**Financial Questionnaire**
Income:
Networth:
Liquid Networth:
Number of Dependents:

$50,000 - 99,999
$50,000 - 99,999
$50,000 - 99,999
1

**ACH Information**
Deposit Amount:
Bank Account Name:
Bank Name:
Bank Nickname:
Bank City:
Bank State:
ABA Routing Number:
Bank Account Number:
Bank Account Type:
EFT Tracking Number:
EFT Transaction Date:

55000.00
ALBERT MELINO
CITIBANK

NEW YORK
NY

6537
C
7859792812021 0801
11/20/2006 21:08:06

## CASH AGREEMENT

Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding and (3) I am a U.S. person (including a resident alien); provided, however, if I am a non-resident alien as disclosed in this application, I do not certify that I am a U.S. person and I understand that I must submit a W-8BEN Form. If I have been notified by the IRS that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification.

I have received and read the terms and conditions, which are incorporated by this reference, that will govern my account. I agree to be bound by these terms and conditions, as amended from time to time, and request an account to be opened in the names(s) set forth below.

**The Terms and Conditions applicable to this Brokerage Account Agreement contain pre-dispute arbitration clauses. I agree to be bound by the terms of the agreement including the arbitration agreement located at paragraphs 92 - 94 of the Terms and Conditions.**

All securities, dividends and proceeds will be held at Ameritrade Clearing, Division of Ameritrade, Inc. unless otherwise instructed.

I understand that non-deposit investments purchased through TD AMERITRADE are not insured by the FDIC (Federal Deposit Insurance Corporation), are not obligations of or guaranteed by any financial institution and are subject to investment risk and loss that may exceed the principal invested.

I understand my available cash balance will earn interest in my brokerage account as TD AMERITRADE Cash (Covered by SIPC) based on current rates and policies, which may be changed without prior notice.

Important Information about procedures for opening a new account:
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents.

I understand that TD AMERITRADE may relate information regarding this account, including account delinquency and voluntary closures, to consumer or credit-reporting agencies. Upon my request, TD AMERITRADE shall inform me of each consumer or credit-reporting agency from which they have obtained and/or reported my consumer or credit report. TD AMERITRADE agrees to notify the consumer or credit-reporting agencies if I dispute the completeness or accuracy of the information furnished by TD AMERITRADE. By my signature below, I authorize TD AMERITRADE to obtain consumer or credit reports for the name(s) set forth below.

**Account Owner(s) must sign.**

_____    X_____
Date              ALBERT MELINO
                  Account Number: 785-979281

For *Ameritrade Clearing* use only
New Accounts Opened By (initial & date): _____

Account Number: 785-979281

**END FORM - Terms and Conditions Effective Friday, January 5, 2007 at 11:12:18**

AWD History for Work object key 2006-11-21-06.53.11.598648T01
AMTD - PRINREVIEW - COMPLETED - END - Updateable
000785979281 - MELINO - 108642357 - 2006-11-21-06.53.11.598648

Primary SSN: ██████████
Last Name:  MELINO                    Acct Type/Add Change:  000785979281

Printed on Friday, January 05, 2007 at 11:04:47AM

===============================================================================

Begin Date:        2006-11-22
Begin Time:        06:07:06              Flags:
User Id:           CLICLA               DTM Job Name:
Workstation Id:                         DTM Return Code:
Business Area:                          DTM Task Name:
Type:                                   DTM Next Task:
Status:                                 End Date:        2006-11-22
Queue:                                  End Time:        06:07:06
User Name:         Click, Lisa A
DTM Description:
Comments:          Account approved for Cash. Denied Margin.

-------------------------------------------------------------------------------

Begin Date:        2006-11-21
Begin Time:        06:53:15              Flags:
User Id:           CLICLA               DTM Job Name:
Workstation Id:                         DTM Return Code:
Business Area:                          DTM Task Name:
Type:                                   DTM Next Task:
Status:                                 End Date:        2006-11-21
Queue:                                  End Time:        06:53:15
User Name:         Click, Lisa A
DTM Description:
Comments:          The following account didn't automatically qualify for the requested
                   margin/option level. A principal will review the account for further approval.


Account Number:                         785-979281

Account Type:                           Individual
Primary Account Holder Name:            albert melino
Email Address:                          fredstarl@yahoo.com
Account Registration:                   Cash & Margin


Holder Name:                            albert melino

Address:                                ██████████    BROOKLYN, NY, 11226
Primary Phone:
Marital Status:                         Single
SSN:                                    ██████████
Date of Birth:                          ██████████
Citizenship:                            US Citizen/Permanent Resident
Corporate Affiliation:                  No
NASD Affiliation:                       No
SFPF Affiliation:                       No


Employment Information

AWD History for Work object key 2006-11-21-06.53.11.598648T01
AMTD - PRINREVIEW - COMPLETED - END - Updateable
000785979281 - MELINO - 108642357 - 2006-11-21-06.53.11.598648
Primary SSN: ███████████    Acct Type/Add Change:  000785979281
Last Name:  MELINO

Printed on Friday, January 05, 2007 at 11:04:47AM
================================================================

Status:                        Unemployed

Option Information

Options were not requested.

Margin Information

Number of Dependents            1
Income                          $50,000 - 99,999
Net Worth                       $50,000 - 99,999
Liquid Net Worth                $50,000 - 99,999

Assigned Margins:               No
Requested Margins:              Yes
Assigned Option Level:          N/A

Options Requested               albert melino

Options were not requested.

Acct: 785-979281

Date: 11/20/2006

Amount: $55,000

Bank: Citibank █████████

Acct: ████5537

```
+-----------+    +---------------------+
|ACCOUNT NO.|    | YOUR REPRESENTATIVE |
+-----------+    +---------------------+
|E785-979281|    |FF                   |
+-----------+    +---------------------+
```

```
+------------------+--------+
| STATEMENT PERIOD | PAGE   |
+------------------+--------+
| 10/28/06-11/24/06|  1-2   |
+------------------+--------+
```

TD AMERITRADE

*1122623023*
ALBERT MELINO
BROOKLIN, NY  11226-2302

IMPROVED TD AMERITRADE WEB SITE.
THE WAY YOU TRADE AND CHECK YOUR
BALANCES IS THE SAME, BUT YOU'LL
FIND NEW MENU CHOICES, EXPANDED
RESEARCH AND SHORTCUTS LOG ON
AND CHECK OUT THE CHANGES TODAY!

ACCOUNT SUMMARY     AS OF 11/24/06

CUSTOMER ACCOUNTS PROTECTED UP TO $150,000,000.

**PORTFOLIO SUMMARY**

| Cash Account (1) Balance | Current Month Value | % of Long Value |
|---|---|---|
| | $55,100 | |
| *Net Account Value | $55,100 | |
| *Total Equity | $55,100 | |
| *Excludes unpriced securities (NP) | | |

**Money Balance Summary**

| Account Type | Opening Balance | Closing Balance |
|---|---|---|
| Cash Account (1) | $0.00 | $55,100.00 |
| Net Cash Balance | $0.00 | $55,100.00 |
| Total Money Balance | $0.00 | $55,100.00 |

**Account Activity**

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| 11/20/06 | 11/20/06 | OPENING BAL CASH ACCOUNT | | | | $0.00 |
| | | JOURNAL | | | | 100.00 |
| | | Cash Award | | | | |
| 11/20/06 | 11/21/06 | Electronic Funding | | | | $5,000.00 |
| | | CLOSING BAL CASH ACCOUNT | | | | $55,100.00 |
| | | TOTAL ACCOUNT BALANCE | | | | $55,100.00 |

```
+-------------+            +-----------------+
|ACCOUNT NO.  |            | STATEMENT PERIOD|
+-------------+            +-----------------+
|E785-979281  |            |10/28/06-11/24/06|
+-------------+            +-----------------+

+-------------+            +-----------------+
| CUSTOMER NAME|           |    PAGE         |
+-------------+            +-----------------+
|ALBERT MELINO|            |    2-2          |
+-------------+            +-----------------+
                                        TD AMERITRADE
```

TD Ameritrade Cash Interest Credited

| Beg. Date | Credit Balance | Nbr./Days | Int. Rate | Interest Credited |
|-----------|----------------|-----------|-----------|-------------------|
| 11/21/06  | $55,100.00     | 4         | 1.0500    | $6.34             |

TOTAL INTEREST TO BE CREDITED                                    $6.34

Important Information

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT,
INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY.
AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE
VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN
ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE
ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE
THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES
INVESTOR PROTECTION CORPORATION (SIPC).

| +-----ACCOUNT NO.-----+ |
| 785-9792811 |

| YOUR REPRESENTATIVE |
| FF |

*10583681366*
ALBERT MELINO
SCARSDALE, NY  10583-6836

| +----STATEMENT PERIOD----+ | PAGE |
| 11/25/06-12/29/06 | 1-4 |

TD AMERITRADE

TD AMERITRADE INVESTMENT SOLUTIONS.
VISIT THE BRANCH NEAR YOU FOR A
FREE INVESTMENT CONSULTATION AND
DISCOVER WHICH LEVEL OF SUPPORT
BEST SUITS YOUR NEEDS. USE THE
ONLINE BRANCH LOCATOR.

---

ACCOUNT SUMMARY   AS OF 12/29/06          CUSTOMER ACCOUNTS PROTECTED UP TO $150,000,000.

### PORTFOLIO SUMMARY

| | Current Month Value | % of Long Value |
|---|---|---|
| Cash Account (1) Balance | ($19) | |
| *Net Account Value | ($19) | |
| *Total Equity | ($19) | |

*Excludes unpriced securities(NP)

### Money Balance Summary

| Account Type | Opening Balance | Closing Balance |
|---|---|---|
| Cash Account (1) | $55,100.00 | ($18.66) |
| Net Cash Balance | $55,100.00 | ($18.66) |
| Total Money Balance | $55,100.00 | ($18.66) |

### Income Summary

| Description | Current | Year to Date |
|---|---|---|
| Interest Income Credit Balance | $6.34 | $6.34 |

### Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| | | OPENING BAL CASH ACCOUNT | | | | $55,100.00 |
| 11/27/06 | 11/27/06 | DIV/INT Interest Credit Payable: 11/24/2006 | | | | 6.34 |
| 11/28/06 | 11/28/06 | Ef Return - ROI - Insufficient | | | 55,000.00 | |

-CONTINUED ON NEXT PAGE-

| ACCOUNT NO. | | CUSTOMER NAME | | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|---|
| 785-979281 | | ALBERT MELINO | | 11/25/06-12/29/06 | 2-4 |

TD AMERITRADE

## Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| | | Funds | | | | |
| 11/28/06 | 11/28/06 | JOURNAL | | | | |
| | | Ach Return Charge | | | 25.00 | |
| | | (Insufficient Funds) | | | | |
| 12/01/06 | 12/01/06 | JOURNAL | | | | |
| | | Promo Adjustment | | | 100.00 | |
| | | CLOSING BAL CASH ACCOUNT | | | $18.66 | |
| | | TOTAL ACCOUNT BALANCE | | | $18.66 | |

### TD Ameritrade Cash Interest Credited

| Beg. Date | Credit Balance | Nbr./Days | Int. Rate | Interest Credited |
|---|---|---|---|---|
| 11/25/06 | $55,100.00 | 2 | 1.0500 | $3.17 |
| 11/27/06 | $5,106.34 | 1 | 1.0500 | 1.59 |
| | TOTAL INTEREST TO BE CREDITED | | | $4.76 |

### Important Information

ABSENT SPECIFIC CUSTOMER DIRECTION, STOCK AND OPTION ORDERS ARE ROUTED VIA AN
ELECTRONIC MATRIX TO A LISTED, NASDAQ, OR OVER-THE-COUNTER AGENT, OR OPTIONS EXCHANGE,
DEPENDING UPON THE SECURITY BEING TRADED.  ADVANCED CLEARING OR THE INTRODUCING BROKER
MAY RECEIVE CASH PAYMENT FOR ROUTING SUCH CUSTOMER STOCK OR OPTION ORDERS FOR
EXECUTION TO CERTAIN AGENTS ON SPECIFIC LISTED, NASDAQ, OVER-THE-COUNTER, OR OPTION
SECURITIES. BECAUSE THESE AGENTS ARE MARKET MAKERS, THEY CARRY INVENTORY IN THEIR
SPECIFIC SECURITIES, ALLOWING FOR PRICE IMPROVEMENT TO THE RETAIL CUSTOMER BY TRADING
THROUGH THEIR INVENTORY. ACCORDINGLY, FOR STOCKS, THE CUSTOMER'S ORDER IS ALWAYS
EXECUTED AT THE "BEST OFFER, "BEST BID", OR AT A PRICE SUPERIOR TO EITHER.  FOR
OPTIONS, THE CUSTOMER'S ORDER IS ALWAYS EXECUTED WITHIN THE PREVAILING QUOTE AT ONE OF
THE OPTIONS EXCHANGES.

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

THE MOST RECENT STATEMENT OF FINANCIAL CONDITION FOR AMERITRADE, INC. MAY BE
OBTAINED AT NO COST, VIA THE INTERNET AT
HTTP://WWW.TDAMERITRADE.COM/FINANCIALSTATEMENT.HTML OR BY CONTACTING CLIENT
SERVICES AT 1-800-669-3900. AS OF SEPTEMBER 29, 2006 AMERITRADE, INC. HAD NET

-CONTINUED ON NEXT PAGE-

| ACCOUNT NO. | CUSTOMER NAME | STATEMENT PERIOD | PAGE | |
|---|---|---|---|---|
| 785-979281 | ALBERT MELINO | 11/25/06-12/29/06 | 3-4 | TD AMERITRADE |

## Important Information

CAPITAL AND A NET CAPITAL REQUIREMENT OF $397,031,179 AND $88,891,436, RESPECTIVELY. A COPY OF THE REPORT AND COMMENTS IS CURRENTLY AVAILABLE FOR CLIENTS' INSPECTION AT THE PRINCIPAL OFFICE OF THE COMMISSION IN WASHINGTON DC AND THE DENVER, CO OFFICE OF THE COMMISSION.

-----ANTI-MONEY LAUNDERING REQUIREMENTS-----

---- THE USA PATRIOT ACT -- THE USA PATRIOT ACT IS DESIGNED TO DETECT, DETER, AND PUNISH TERRORIST IN THE UNITED STATES AND ABROAD. THE ACT IMPOSES ANTI-MONEY LAUNDERING REQUIREMENTS ON BROKERAGE FIRMS AND FINANCIAL INSTITUTIONS. ALL BROKERAGE FIRMS ARE REQUIRED TO HAVE COMPREHENSIVE ANTI-MONEY LAUNDERING PROGRAMS. TO HELP YOU UNDERSTAND THESE EFFORTS, WE WANT TO PROVIDE YOU WITH SOME INFORMATION ABOUT MONEY LAUNDERING AND OUR STEPS IMPLEMENTING THE USA PATRIOT ACT.

---- WHAT IS MONEY LAUNDERING? -- MONEY LAUNDERING IS THE PROCESS OF DISGUISING ILLEGALLY OBTAINED MONEY SO THAT THE FUNDS APPEAR TO COME FROM LEGITIMATE SOURCES OR ACTIVITIES. MONEY LAUNDERING OCCURS IN CONNECTION WITH A WIDE VARIETY OF CRIMES, INCLUDING ILLEGAL ARMS SALES, DRUG TRAFFICKING, ROBBERY, FRAUD, RACKETEERING, AND TERRORISM.

---- HOW BIG IS THE PROBLEM AND WHY IS IT IMPORTANT? -- THE USE OF THE U.S. FINANCIAL SYSTEM BY CRIMINALS TO FACILITATE TERRORISM OR OTHER CRIMES COULD WELL TAINT OUR FINANCIAL MARKETS. ACCORDING TO THE U.S. STATE DEPARTMENT, ONE RECENT ESTIMATE PUTS THE AMOUNT OF WORLDWIDE MONEY LAUNDERING ACTIVITY AT $1 TRILLION A YEAR.

-----ANTI-MONEY LAUNDERING REQUIREMENTS (CONTINUED)-----

---- WHAT ARE WE REQUIRED TO DO TO ELIMINATE MONEY LAUNDERING? -- UNDER RULES REQUIRED BY THE USA PATRIOT ACT, OUR ANTI-MONEY LAUNDERING PROGRAM MUST DESIGNATE A SPECIAL COMPLIANCE OFFICER, SET UP EMPLOYEE TRAINING, CONDUCT INDEPENDENT AUDITS, AND ESTABLISH AND MAINTAIN POLICIES AND PROCEDURES TO DETECT AND REPORT SUSPICIOUS TRANSACTIONS AND ENSURE COMPLIANCE WITH THE NEW LAWS. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. AS PART OF OUR REQUIRED PROGRAM, WE MAY ASK YOU TO PROVIDE VARIOUS IDENTIFICATION DOCUMENTS OR OTHER INFORMATION. UNTIL YOU PROVIDE THE INFORMATION OR DOCUMENTS WE NEED, WE MAY NOT BE ABLE TO OPEN AN ACCOUNT OR EFFECT ANY TRANSACTIONS FOR YOU.

----WE THANK YOU FOR YOUR PATIENCE AND HOPE THAT YOU WILL SUPPORT US IN OUR EFFORTS TO DENY TERRORIST GROUPS ACCESS TO AMERICA'S FINANCIAL SYSTEM.
---- (C) 2002. NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD). ALL RIGHTS RESERVED

PURSUANT TO SEC RULE 11AC1-6 A WRITTEN COPY OF THE AMERITRADE, INC. ORDER ROUTING DISCLOSURES IS AVAILABLE UPON REQUEST.

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT, INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY.

-CONTINUED ON NEXT PAGE-

```
+--ACCOUNT NO.--+     +------------------+              +---STATEMENT PERIOD---+
|               |     |  CUSTOMER NAME   |              |                 PAGE |
| 785-979281    |     |  ALBERT MELINO   |              | 11/25/06-12/29/06  | 4-4 |
+---------------+     +------------------+              +----------------------+
```

                                    Important Information

AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE
VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN
ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE
ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE
THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES
INVESTOR PROTECTION CORPORATION (SIPC).

TRADING ON MARGIN POSES ADDITIONAL RISKS AND IS NOT SUITABLE FOR ALL
INVESTORS. A COMPLETE LIST OF THE RISKS ASSOCIATED WITH MARGIN TRADING IS
AVAILABLE IN THE MARGIN RISK DISCLOSURE DOCUMENT. YOU MAY OBTAIN A COPY OF
THIS DOCUMENT AT: WWW.TDAMERITRADE.COM, OR BY CONTACTING A TD AMERITRADE
REPRESENTATIVE AT 800-669-3900.

TD AMERITRADE

| Client Acct No. | Name | Username | | | |
|---|---|---|---|---|---|
| 785-934420 | Ronald Frankel | ronaldfran1 | | | |
| Date and Time | UserID/Acct # | Auth ID | IP Address | Success or Fail | |
| 12/1/06 10:46 PM | ronaldfran1 | A000000018309177 | 172.163.95.148 | S | |
| 12/2/06 10:06 PM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | |
| 12/4/06 8:40 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | |
| 12/4/06 11:50 PM | ronaldfran1 | A000000018309177 | 172.164.2.6 | S | |
| 12/5/06 2:21 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | |
| 12/5/06 3:00 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | |
| 12/5/06 3:34 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | |
| 12/5/06 8:04 AM | ronaldfran1 | A000000018309177 | 24.90.135.144 | S | |
| | | | | | |
| | | | | | |
| Client Acct No. | Name | Username | | | |
| 785-979281 | Albert Melino | bertomelino17 | | | |
| Date and Time | UserID/Acct # | Auth ID | IP Address | Success or Fail | |
| 12/1/06 10:42 PM | bertomelino17 | A000000018333910 | 172.163.95.148 | S | |

| Client | | | | | |
|---|---|---|---|---|---|
| 785-979281 | Melino, Albert | | | | |
| Date and Time | UserID/Acct # | Auth ID | IP Address | Success or Fail | |
| 11/20/06 8:09 PM | bertomelino17 | A000000018333910 | 24.90.135.144 | S | Road Runner HoldCo |
| 12/1/06 10:42 PM | bertomelino17 | A000000018333910 | 172.163.95.148 | S | America Online |

**John & Donna Murphy**

**FOR OFFICE USE ONLY**

| 003 | PD01 |
|---|---|
| SUB FIRM NUMBER | REP CODE |
| | 678511 |
| ACCOUNT NUMBER | ACCOUNT WIZARD REFERENCE NUMBER |
| ████4471 | 3290835 |
| TAX ID NUMBER | CHAMP CASE ID |

**WELLS FARGO** INVESTMENTS

# Account Wizard Record (AWR)

**REVIEWER'S SIGNATURE**

| REP CODE | REP NAME |
|---|---|
| PD01 | WELLS FARGO ONLINE REP |

ORIGINATING REP CODE/SOLD REP CODE | ORIGINATING REP NAME/SOLD REP NAME

NAME OF BRANCH AUTHORIZED PRINCIPAL | AUTHORIZED PRINCIPAL SIGNATURE *S. Wolfe* | DATE 2/8/07

Note: Branch Authorized Principal's signature is required here for accounts not opened through the Account Wizard which includes DVP, Coogan, Beneficiary IRAs, Prime Broker, Executing Prime Broker accounts or accounts with an NASD Class Affiliation of W.

☑ New Account  ☐ Change To Existing Account | ACCOUNT CLASSIFICATION **WELLSTRADE** | CHAMP CASE ID **3290835**

**ACCOUNT CLASSIFICATION**

**INVESTMENT ACCESS (MK01) SCREENING AND INFORMATION**

APPROXIMATE ACCOUNT VALUE WITHIN 120 DAYS OF ACCOUNT OPENING | CLIENTLINK RELATIONSHIP VALUE (EXCLUDING MORTGAGE)

ASSIGN REP CODE MK01 | REASON FOR EXCLUSION

**REGISTRATION – ACCOUNT TYPE AND TITLE**

REGISTRATION TYPE
**JOINT TENANTS**

ACCOUNT TITLE
**JOHN J MURPHY & DONNA M MURPHY JTTEN**

**ACCOUNT ATTRIBUTES**

PERIODIC INVESTMENT/WITHDRAWAL PLAN ☐ Yes ☑ No | DUPLICATE CONFIRM/STATEMENT ☐ Yes ☑ No

MARGIN ☐ Yes ☑ No | OPTIONS ☐ Yes ☑ No | PROVIDED CLIENT WITH REQUIRED DOCUMENTS ☐ Yes ☑ No

**OPEN INQUIRY**

INITIAL TRANSACTION (Type and dollar amount) | MOTHER'S MAIDEN NAME ████

INTRODUCED BY ☐ A Walk In ☐ B Phone In ☐ C Known Personally ☐ D Advertisement ☐ E Existing Client ☐ G Direct Mail ☐ H Telephone Solicitation ☐ I Specific Promotion ☐ J WF Employee Referral ☐ O Other

AU | EMPLOYEE NAME | EMPLOYEE NUMBER

APP SOURCE **INET** | PROMO CODE

ANY CLIENT A SPOUSE OR A DOMESTIC PARTNER OF A WELLS FARGO & CO EMPLOYEE ☐ Yes ☑ No | EMPLOYEE NAME | EMPLOYEE NUMBER

WELLS FARGO & CO EMPLOYEE ☐ Yes ☐ No

ARE ANY CLIENTS ASSOCIATED WITH THIS ACCOUNT A RETIRED EMPLOYEE OR IMMEDIATE BENEFICIAL FAMILY MEMBER ☐ Yes ☑ No

**PRIMARY CLIENT IDENTITY INFORMATION**

CLIENT TYPE (Internal use) **PRIMARY OWNER** | APPLIED TAX ID ☐ Yes ☑ No | TAX ID ████

FIRST NAME **JOHN** | MIDDLE INITIAL **J** | LAST NAME **MURPHY**

ENTITY NAME (1) | ENTITY NAME (2)

FOR OFFICE USE ONLY

| 678511 |
| ACCOUNT NUMBER | ACCOUNT WIZARD REFERENCE NUMBER |

## PRIMARY CLIENT IDENTITY INFORMATION (Continued)

| TAX STATUS | VERIFIED PROOF OF RESIDENT ALIEN STATUS |
| ☑ U.S. PERSON/ENTITY    ☐ RESIDENT ALIEN | ☐ VISA    ☐ GREEN CARD |

| COUNTRY OF CITIZENSHIP | COUNTRY OF RESIDENCE |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA |

**GOVERNMENT ISSUED PICTURE ID**

☐ A Consular Identification   ☐ B U.S. State Drivers License   ☐ C U.S. Issued Employment Authorization Card   ☐ D Foreign Passport
☐ E U.S. Issued Permanent Resident/Green Card   ☐ F State Issued Identification   ☐ G U.S. Armed Forces Identification   ☐ H U.S. Passport
☐ I Other U.S./State ID   ☐ J Other International ID   ☐ K International Drivers License   ☐ L Matricula Consular Identification
☐ M Equifax – Non-documentary

| SPECIFY ID (IF OTHER) | ID NUMBER | ID STATE/COUNTRY OF ISSUANCE |

| ISSUE DATE | EXPIRATION DATE |

| IS THE CLIENT A SENIOR FOREIGN POLITICAL FIGURE OR FAMILY MEMBER OR ASSOCIATE OF A SENIOR FOREIGN POLITICAL FIGURE? (If left blank, No will be assumed)  ☐ Yes  ☑ No | IDENTIFY RELATIONSHIP |

| RELATIONSHIP TO OWNER | OWNER PERCENTAGE |

**PRIMARY SOURCE OF FUNDS USED TO FUND THIS ACCOUNT – SOURCE OF FUTURE CASH FUNDING (Choose only one)**

☐ H Salary/Wages   ☐ G Retirement Funds   ☐ D Inheritance/Gift   ☐ A Alimony   ☑ E Investment Income
☐ I Social Security   ☐ J Unemployment   ☐ B Disability Insurance   ☐ C Estate Assets   ☐ F Operations   ☐ K Other

| SPECIFY OTHER FUNDS | DATE OF BIRTH |

| INVESTMENT EXPERIENCE (For each of the following)    A Less than 1 year    B 1-5 years    C Over 5 years    Z Refused (Collect only if Options are being added to the account.) |

Stocks _____   Options _____   Mutual Funds _____

Annuities _____   Bonds _____

| OTHER INVESTMENT EXPERIENCE (TYPE) | OTHER INVESTMENT EXPERIENCE (Years) |

**NASD CLASS AFFILIATION(S) (Check all that apply)**

☐ C 10% or greater shareholder of a public corp   ☐ W Employee of other securities firm, the NASD, NYSE or a stock exchange
☐ N Control person of a publicly held company   ☐ Y WF & Co. employees and immediate beneficial family members
☐ U WFI brokerage employees and immediate beneficial family members   ☐ Z WF & Co. employee related family members
☐ V WFI brokerage employee related family members

| CUSIP | COMPANY NAME |

## ADDRESS & PHONE INFORMATION

| LEGAL ADDRESS |

| CITY | STATE/PROVINCE | ZIP/POSTAL CODE | COUNTRY |
| MANHASSET | NY | 11030 | UNITED STATES OF AMERICA |

| RESIDENCE PHONE COUNTRY | RESIDENCE PHONE | BUSINESS PHONE COUNTRY | BUSINESS PHONE |

| FAX COUNTRY | FAX NUMBER | OTHER PHONE COUNTRY | OTHER PHONE |

## EMPLOYMENT INFORMATION

| EMPLOYMENT STATUS |
| ☐ Employed    ☐ Not Employed    ☑ Retired |

**OCCUPATION TYPE**   ☐ A Professional, technical Kindred workers   ☐ B Managers, proprietors and public officials   ☐ C Craftsmen and other skilled workers
☐ D Sales, clerical and white collar workers   ☐ E Operative and other semi-skilled workers   ☐ F Farm Related   ☐ G Other

| EMPLOYER NAME | EMPLOYER ADDRESS |

| EMPLOYER CITY | EMPLOYER STATE/PROVINCE | EMPLOYER ZIP/POSTAL CODE | EMPLOYER COUNTRY |

| SPOUSE (If spouse has an NASD affiliation) | ☐ C 10% or greater shareholder of a public corp |
| INDICATE NASD CLASS AFFILIATION(S) (Check all that apply) | ☐ N Control person of a publicly held company |

**FOR OFFICE USE ONLY**

678511

ACCOUNT NUMBER          ACCOUNT WIZARD REFERENCE NUMBER

| FIRST NAME | | MIDDLE INITIAL | LAST NAME |
|---|---|---|---|

| CUSIP | COMPANY NAME | EMPLOYER NAME (If employed by another securities firm) |
|---|---|---|

EMPLOYER ADDRESS

| EMPLOYER CITY | EMPLOYER STATE/PROVINCE | EMPLOYER ZIP/POSTAL CODE | EMPLOYER COUNTRY |
|---|---|---|---|

**IMMEDIATE FAMILY MEMBER** (If immediate family member has an NASD affiliation)

INDICATE NASD CLASS AFFILIATION(S) (Check all that apply)

☐ C 10% or greater shareholder of a public corp    ☐ N Control person of a publicly held company

| FIRST NAME | | MIDDLE INITIAL | LAST NAME |
|---|---|---|---|

| CUSIP | COMPANY NAME | EMPLOYER NAME (If employed by another securities firm) |
|---|---|---|

EMPLOYER ADDRESS

| EMPLOYER CITY | EMPLOYER STATE/PROVINCE | EMPLOYER ZIP/POSTAL CODE | EMPLOYER COUNTRY |
|---|---|---|---|

**DEMOGRAPHICS – RESOURCES & EXPERIENCE**

**ACCOUNT MAILING ADDRESS**

ADDRESS

| CITY | STATE | ZIP/POSTAL CODE | COUNTRY |
|---|---|---|---|

| E-MAIL ADDRESS | SECOND E-MAIL ADDRESS |
|---|---|
| BAGHOLDER@GOOWY.COM | BAGHOLDER1@GOOWY.COM |

**ALTERNATE MAILING INSTRUCTIONS**

| SEND 1099 TO THIS ADDRESS | USE ON ANNUAL BASIS | START DATE | END DATE |
|---|---|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☐ No | | |

ADDRESS

| CITY | STATE | ZIP/POSTAL CODE | COUNTRY |
|---|---|---|---|

**FINANCIAL INFORMATION**

| ESTIMATED NET WORTH (Excluding residence) | LIQUID NET WORTH | COMBINED ANNUAL INCOME |
|---|---|---|
| ☐ A Under $99,999  ☐ B $100,000 – $499,999 | ☐ A Under $99,999  ☐ B $100,000 – $499,999 | ☐ A Under $49,999  ☐ B $50,000 – $99,999 |
| ☑ C $500,000 – $999,999  ☐ D Over $1,000,000 | ☑ C $500,000 – $999,999  ☐ D Over $1,000,000 | ☐ C $100,000 – $249,999  ☑ D Over $250,000 |

**MONEY MANAGEMENT – INSTRUCTIONS**

**SETTLEMENT INSTRUCTIONS**

| SECURITY INSTRUCTIONS | CASH INSTRUCTIONS |
|---|---|
| ☑ A Hold In Account  ☐ 1 Register & Mail to Client Address | ☐ A Issue Check  ☑ C Hold Funds in Account |

**CASH INSTRUCTIONS OPTION**

☑ Automatic Sweep (Complete Money Market Section)  ☐ Auto Banklink (Complete Banklink Section)  ☐ None (Hold Funds in Cash)

| BANKLINK OPTIONS | ESTABLISH MANUAL MONEY MARKET | ESTABLISH MANUAL BANKLINK |
|---|---|---|
| ☐ Both Settlements  ☑ Debit Settlements only  ☑ Credit Settlements Only | ☐ Yes  ☑ No | ☑ Yes  ☐ No |

| BANK NAME | BANK ROUTING NUMBER (ABA) |
|---|---|
| CITIBANK | ▮▮▮▮▮ |

| BANK ACCOUNT NUMBER | NAME ON BANK ACCOUNT | TYPE OF BANK ACCOUNT |
|---|---|---|
| ▮▮0858 | JOHN J MURPHY | ☑ Checking*  ☐ Savings** |

**DIVIDENDS & INTEREST INSTRUCTIONS**

☑ 1 Hold in the Account    ☐ 3 Pay out Weekly via ACH    ☐ 5 Pay out Monthly via ACH
☐ 1 Pay out Daily via ACH    ☐ 3 Pay out Weekly via Check    ☐ 5 Pay out Monthly via Check

| BANK NAME | BANK ROUTING NUMBER (ABA) |
|---|---|

| BANK ACCOUNT NUMBER | NAME ON BANK ACCOUNT | TYPE OF BANK ACCOUNT |
|---|---|---|
| | | ☐ Checking*  ☐ Savings** |

**FOR OFFICE USE ONLY**

| | 678511 |
|---|---|
| ACCOUNT NUMBER | ACCOUNT WIZARD REFERENCE NUMBER |

## MONEY MARKET INSTRUCTIONS

MONEY MARKET (Specify)
**WF ADV LIQUIDITY RESERVE MONEY MARKET INVESTOR CLASS**

### INITIAL FUNDING INSTRUCTIONS

TYPE OF TRANSACTION TO FUND AND AMOUNT

☑ ACH  98500.00          ☐ Check _____          ☐ Account Transfer _____
☐ Stock/Bond Certificate _____   ☐ Journal from WF brokerage account _____   ☐ Other Funding _____
Other _____

| BANK NAME | BANK ROUTING NUMBER (ABA) | BANK ACCOUNT NUMBER | NAME ON BANK ACCOUNT |
|---|---|---|---|
| CITIBANK | ███████ | ████0858 | JOHN J MURPHY |

WELLS FARGO BANK ACCOUNT          TYPE OF BANK ACCOUNT
☐ Yes   ☐ No                     ☑ Checking *   ☐ Savings **

### PMA RELATIONSHIP

| PMA RELATIONSHIP NAME | PMA QUALIFYING BALANCE | HV FLAG |
|---|---|---|
| | | |

### COMMISSION INSTRUCTIONS

| COMMISSION SCHEDULE | EQUITY COMMISSION DISCOUNT | OPTION COMMISSION DISCOUNT |
|---|---|---|
| 10 | | |

### CUSTOM INSTRUCTIONS

ESTABLISH STOCK DIVIDEND REINVESTMENT          ADD ACCOUNT TO EXISTING HOUSEHOLD FOR STATEMENTS
☐ Yes   ☑ No                                  ☐ Yes   ☑ No   Account Number _____

PERIODIC DEPOSIT/PAYMENT TYPE
☐ Deposit into the Brokerage Account
  (All periodic contributions to retirement accounts will be credited as current year contributions)
☐ Disbursement out of the Brokerage Account

CONTRIBUTION TYPE (For retirement accounts)

AMOUNT
$

FREQUENCY
☐ Daily  ☐ Weekly  ☐ Bi-monthly  ☐ Monthly  ☐ Quarterly  ☐ Semiannually  ☐ Annually  ☐ One Time Only

| FIRST PAYMENT DATE | SECOND PAYMENT DATE (For Bi-monthly) | END DATE (If applicable) |
|---|---|---|
| | | |

PAYMENT METHOD
☐ Establish ACH for Deposit (Provide bank information below)
☐ Establish ACH for Disbursement (Provide bank information below)
☐ Brokerage Account (to fund the deposit and/or receive the disbursement-non-IRA account number) _____
☐ Check (For disbursement only)

| BANK NAME | BANK ROUTING NUMBER (ABA) |
|---|---|
| | |

| BANK ACCOUNT NUMBER | NAME ON BANK ACCOUNT | TYPE OF BANK ACCOUNT |
|---|---|---|
| | | ☐ Checking*  ☐ Savings** |

☐ **CONTRIBUTION ON DEMAND** (Allows for contributions on demand using the bank information indicated below)

PAYMENT METHOD
☐ Establish ACH for Contribution (Provide bank information below)     ☐ Brokerage Account (non-IRA account number) _____

| BANK NAME | BANK ROUTING NUMBER (ABA) |
|---|---|
| | |

| BANK ACCOUNT NUMBER | NAME ON BANK ACCOUNT | TYPE OF BANK ACCOUNT |
|---|---|---|
| | | ☐ Checking*  ☐ Savings** |

*Please attach an original pre-printed voided or cancelled check to this application.   **Please attach a savings withdrawal slip to this application.

### INTERESTED PARTY – MAILING ADDRESS AND INSTRUCTIONS

| DIVERT CODE (Internal use) | USE FOR DUPLICATE CONFIRMS | # OF CONFIRMS | USE FOR DUPLICATE STATEMENTS | # OF STATEMENTS |
|---|---|---|---|---|
| | ☐ Yes  ☐ No | | ☐ Yes  ☐ No | |

NAME

ADDRESS

| CITY | STATE/PROVINCE | ZIP/POSTAL CODE | COUNTRY |
|---|---|---|---|
| | | | |

**FOR OFFICE USE ONLY**

| 003 | PD01 |
|---|---|
| SUB FIRM NUMBER | REP CODE |

ACCOUNT NUMBER

| 678511 | ████████7894 |
|---|---|
| ACCOUNT WIZARD REFERENCE NUMBER | TAX ID NUMBER |

WELLS FARGO INVESTMENTS

# Account Wizard Addendum
### Other Client Information

☑ NEW ACCOUNT    ☐ EXISTING ACCOUNT

**OTHER CLIENT INFORMATION**

| CLIENT TYPE (Internal use) **ADDITIONAL OWNER** | APPLIED FOR TAX ID ☐ Yes ☑ No | TAX ID ████████ |
|---|---|---|

| FIRST NAME **DONNA** | MIDDLE INITIAL **M** | LAST NAME **MURPHY** |
|---|---|---|

| ENTITY NAME (1) | ENTITY NAME (2) |
|---|---|

**TAX STATUS**
☑ U.S. Person/Entity    ☐ Resident Alien

| COUNTRY OF CITIZENSHIP **UNITED STATES OF AMERICA** | COUNTRY OF RESIDENCE **UNITED STATES OF AMERICA** | VERIFIED PROOF OF RESIDENT ALIEN STATUS ☐ Visa  ☐ Green Card |
|---|---|---|

**GOVERNMENT ISSUED PICTURE ID**

☐ A Consular Identification     ☐ B U.S. State Drivers License     ☐ C U.S. Issued Employment Authorization Card     ☐ D Foreign Passport
☐ E U.S. Issued Permanent Resident/Green Card     ☐ F State Issued Identification     ☐ G U.S. Armed Forces Identification     ☐ H U.S. Passport
☐ I Other U.S./State ID     ☐ J Other International ID     ☐ K International Drivers License     ☐ L Matricula Consular Identification
☐ M Equifax – Non-documentary

| SPECIFY ID (if other) | ID NUMBER | ID STATE/COUNTRY OF ISSUANCE |
|---|---|---|

| ISSUE DATE | EXPIRATION DATE |
|---|---|

| IS THE CLIENT A SENIOR FOREIGN POLITICAL FIGURE OR FAMILY MEMBER OR ASSOCIATE OF A SENIOR FOREIGN POLITICAL FIGURE?  ☐ Yes ☑ No (if left blank No will be assumed) | IDENTIFY RELATIONSHIP |
|---|---|

| RELATIONSHIP TO OWNER | OWNER PERCENTAGE |
|---|---|

**PRIMARY SOURCE OF FUNDS USED TO FUND THIS ACCOUNT (Choose only one)**

☐ H Salary/Wages     ☐ G Retirement Funds     ☐ D Inheritance/Gift     ☐ A Alimony     ☑ E Investment Income
☐ I Social Security     ☐ J Unemployment     ☐ B Disability Insurance     ☐ C Estate Assets     ☐ F Operations     ☐ K Other

| SPECIFY OTHER FUNDS | DATE OF BIRTH ████████ | MARITAL STATUS ☐ A Married   ☐ B Single | # OF DEPENDENTS (If left blank, zero will be assumed) |
|---|---|---|---|

**INVESTMENT EXPERIENCE**   A =Less than 1 year   B =1-5 years   C =Over 5 years   Z Refused (Collect Only if Options are being added to the account.)

Stocks _____     Options _____     Mutual Funds _____
Annuities _____     Bonds _____

| OTHER INVESTMENT EXPERIENCE (Type) | OTHER INVESTMENT EXPERIENCE (Years) |
|---|---|

**NASD CLASS AFFILIATION(S) (Check all that apply)**

☐ C 10% or greater shareholder of a public corp     ☐ W Employee of other securities firm, the NASD, NYSE or a stock exchange
☐ N Control person of a publicly held company     ☐ Y WF & Co. employees and immediate beneficial family members
☐ U WFI brokerage employees and immediate beneficial family members     ☐ Z WF & Co. employee related family members
☐ V WFI brokerage employee related family members

| CUSIP | COMPANY NAME |
|---|---|

FOR OFFICE USE ONLY

| ACCOUNT NUMBER | ACCOUNT WIZARD REFERENCE NUMBER |
|---|---|
| | 678511 |

## OTHER CLIENT INFORMATION (Continued)

### ADDRESS AND PHONE INFORMATION

LEGAL ADDRESS

| CITY | STATE | ZIP/POSTAL CODE | COUNTRY |
|---|---|---|---|
| MANHASSET | NY | 11030 | UNITED STATES OF AMERICA |

| RESIDENCE PHONE COUNTRY | RESIDENCE PHONE | BUSINESS PHONE COUNTRY | BUSINESS PHONE |
|---|---|---|---|
| | | | |

| FAX COUNTRY | FAX NUMBER | OTHER PHONE COUNTRY | OTHER PHONE |
|---|---|---|---|
| | | | |

### EMPLOYMENT INFORMATION

EMPLOYMENT STATUS

☐ Employed    ☐ Not Employed    ☑ Retired

YEARS EMPLOYED

OCCUPATION TYPE

☐ A Professional, technical Kindred workers    ☐ B Managers, proprietors and public officials    ☐ C Craftsmen and other skilled workers
☐ D Sales, clerical and white collar workers    ☐ E operative and other semi-skilled workers    ☐ F Farm Related    ☑ G Other

| EMPLOYER NAME | EMPLOYER ADDRESS |
|---|---|
| | |

| EMPLOYER CITY | EMPLOYER STATE/PROVINCE | EMPLOYER ZIP/POSTAL CODE | EMPLOYER COUNTRY |
|---|---|---|---|
| | | | |

### SPOUSE (if spouse has an NASD affiliation)

INDICATE NASD CLASS AFFILIATION(S) (Check all that apply)

☐ C 10% or greater shareholder of a public corp    ☐ N Control person of a publicly held company

| FIRST NAME | MIDDLE INITIAL | LAST NAME |
|---|---|---|
| | | |

| CUSIP | COMPANY NAME | EMPLOYER NAME (if employed by another securities firm) |
|---|---|---|
| | | |

EMPLOYER ADDRESS

| EMPLOYER CITY | EMPLOYER STATE/PROVINCE | EMPLOYER ZIP/POSTAL CODE | EMPLOYER COUNTRY |
|---|---|---|---|
| | | | |

### IMMEDIATE FAMILY MEMBER (if immediate family member has an NASD affiliation)

INDICATE NASD CLASS AFFILIATION(S) (Check all that apply)

☐ C 10% or greater shareholder of a public corp    ☐ N Control person of a publicly held company

| FIRST NAME | MIDDLE INITIAL | LAST NAME |
|---|---|---|
| | | |

| CUSIP | COMPANY NAME | EMPLOYER NAME (if employed by another securities firm) |
|---|---|---|
| | | |

EMPLOYER ADDRESS

| EMPLOYER CITY | EMPLOYER STATE/PROVINCE | EMPLOYER ZIP/POSTAL CODE | EMPLOYER COUNTRY |
|---|---|---|---|
| | | | |

Attention: Brad Coch

Fax: 612 332 6593



(0003787 78826 02282007 A 99)

JOHN J MURPHY
& DONNA M MURPHY JTTEN
MANHASSET NY 11030

**WellsTrade**
Return Mail Processing Only
Not For Client Correspondence
P.O. Box 5275
Sioux Falls, SD 57117-5275

**Last Statement Date:**
New Account

**Account Number:**
W68007022

FOR SERVICES, FORMS AND ADDITIONAL
INFORMATION ABOUT YOUR ACCOUNT
VISIT US AT WELLSFARGO.COM OR CALL
1-800-TRADERS (800-872-3377).

**Please direct correspondence, written inquiries and deposits to:**
WellsTrade®
MAC N9311-13Z
625 Marquette Ave S
Minneapolis, MN 55402

See Page 2 for important messages about your account. You may also review your
account information online at http://www.wellsfargo.com. Ask us for more details.

## Portfolio Summary

### February 1, 2007 - February 28, 2007

| | | Current Value | Previous Value |
|---|---|---|---|
| 🏦 100 % | Cash & Money Market Funds | $30.37 | $0.00 |
| | **Total Portfolio Value** | **$30.37** | **$0.00** |



—MMF/Cash

### Year to Date Change in Assets

| | |
|---|---|
| Total Asset Value as of February 28, 2007 | $30.37 |
| Total Asset Value as of December 31, 2006 | N/A |
| Net Change | N/A |

## Income Summary

| | February 28, 2007 | Year to Date |
|---|---|---|
| Taxable Money Market Funds | $99.68 | $99.68 |
| Other | 30.37 | 30.37 |
| **Total Income** | **$130.05** | **$130.05** |

Wells Fargo Investments, LLC (Member SIPC),
a non-bank affiliate of Wells Fargo & Company.

**Investment Products offered through Wells Fargo Investments:**
- Are NOT insured by the FDIC or any other federal government agency
- Are NOT obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate
- Involve investment risk, including possible loss of principal

PRIVATE CLIENT

Page 1 of 4

003787 1/2

1. This statement is provided to clients of Wells Fargo Investments, LLC ("WFI"). All orders and transactions shall be solely for your account and risk, shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled and to all applicable laws and regulations.

2. If you have any questions after reviewing your statement, your WFI financial consultant or customer service representative will be pleased to answer them for you. We will consider your statement correct unless we receive a written inquiry from you about the correctness of your statement promptly and to seek immediate clarification about entries you do not clearly understand.

3. WFI is a member of the Securities Investor Protection Corporation (SIPC). SIPC protects securities customers of its members against broker-dealer insolvency up to $500,000 (including $100,000 for claims for cash). Explanatory brochure available upon request by calling 202-371-8300 or at www.sipc.org.  Please refer to your Brokerage Account Agreement under the section titled Not FDIC Insured or contact us for further information. Please be aware that account protection features do not protect against investment losses.

4. If you maintain a margin account, this is a combined statement of your general account and of a special memorandum account maintained for you under Regulation T of the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon written request.

Free credit balances may be used in the conduct of WFI's business subject to applicable rules and regulations. Any free credit balance in your account is payable immediately on demand.

5. If you trade options in your account, you are responsible to inform WFI of any change in your investment objectives or financial situation. Exercise notices for option contracts are allocated among client's short positions pursuant to a procedure that selects those contracts from among customer short option positions including positions established on the date of assignment. All short options positions are liable for assignment at any time. Commissions and other charges incurred in connection with the execution of option transactions have been included in confirmations of these transactions previously furnished to you. A summary of this information will be furnished upon written request.

6. Taxable dividends and interest reported on this statement for retirement plan accounts are generally exempt from year-end government reporting; if earnings are taxable in the tax year reported, you will receive a Form 1099 at year-end. The information is provided as a convenience only, and may vary from the year-end tax report. There is no representation regarding the taxability of earnings at the state or local levels.

7. A copy of the financial statements for WFI is available for personal inspection at its main offices in Minneapolis, Minnesota or a copy will be furnished upon written request.

8. Under the NASD Regulation's Public Disclosure Program, the NASDR provides certain information regarding the disciplinary history of broker/dealers and their associated persons. Such information can be obtained from the NASDR Public Disclosure Program hotline number (1-800-289-9999) or the NASDR web site www.nasdr.com. An investor brochure that includes information describing the NASDR Public Disclosure Program will be furnished upon written request.

9. Payment for Order Flow: WFI may receive payment for order flow from various market centers, but payment for order flow is not a consideration for any routing decisions. Unless otherwise instructed, WFI routes equity orders taking into consideration, among other factors, the quality and speed of execution, price improvement statistics, liquidity enhancements, NASDAQ report cards, and T+1 reports. WFI uses several mechanisms received from market centers to help offset costs associated with executing orders. Payment information on specific market centers can be found by selecting the Wells Fargo Investments Equity Order Routing Information link on the bottom of the Wells Fargo Brokerage web site at www.wellsfargo.com/investing/styles/ and clicking on the Material Aspects of the Relationship link for each market center. Information on payments and/or credits received in connection with a specific transaction will be furnished upon written request.

Notice of Availability of Order Routing Information: WFI prepares quarterly reports describing its order routing practices for non-directed orders routed to a particular venue for execution. These reports are publicly available through a link at the bottom of the Wells Fargo Brokerage web site, www.wellsfargo.com/investing/styles/. WFI will furnish a printed copy of the quarterly report upon written request. In addition, WFI will furnish upon request more detailed information relating to the routing of any order in the six months prior to the request.

10. Dividend reinvestment transactions were effected by WFI acting as agent. Additional information regarding these transactions will be furnished upon written request.

11. Open orders will remain in effect until executed or canceled by you or until the expiration date on the open order confirmation previously sent to you. Failure to cancel an open order must result in the transaction being executed for your account. WFI has no responsibility to cancel an open order at its own initiative.

12. The prices of securities displayed on your statement are derived from various sources, and in some cases may be higher or lower than the price you would actually receive in the market. For securities listed on an exchange or trading continuously in an active marketplace, the price reflects market quotations at the close of your statement period. For certificates of deposit ("CDs"), the value shown reflects the market value of the CDs. The actual value of the CDs may be different from their purchase price. CDs held until maturity are

redeemed by the issuer at their face value. If CDs are sold prior to maturity, the result could be a significant loss of principal. The secondary market for CDs may be limited. The maturity value of CDs can be found under the "Quantity" section.  If the CD market value listed appears as "N/A", the market value was not available at the time this statement was prepared. Please note that any unpriced positions are not reflected in the total account value reported on this statement. For bonds trading at less frequently, we generally rely on outside pricing services or a computerized pricing model which cannot always give us actual market values. Similarly, some annuity values provided by outside carriers may be estimates.

If we cannot obtain a price or estimate, "N/A" appears. Direct Participation Program (DPP) and Real Estate Investment Trust (REIT) securities are generally illiquid; the value of the security will be different than its purchase price.

13. In the event of a partial CALL of corporate or municipal bonds, or preferred stock held in bulk segregation, the securities to be called will automatically be selected on a random basis, as is customary in the securities industry. The probability that your securities will be selected is proportional to the amount of your holdings relative to the total holdings. A detailed description of the random selection procedure is available upon request.

14. All information provided with respect to cost basis is derived from transactions in the account or information supplied by you or other sources. There is no guarantee as to the accuracy of cost basis information or the profit and loss information provided. Accordingly cost basis information is not intended for tax reporting purposes. Please inform us in the event that a cost basis is not accurate.

Reported gains and losses are based on a tax lot basis and are not based on an average cost. This information should not be used for tax purposes.

15. The information provided in this statement is for informational purposes only and should not be used for tax preparation. This information is not intended and should not be construed as tax, accounting or legal advice. Please consult your tax advisor regarding the tax consequences of your investment decisions.

When reporting your taxes please rely exclusively on Form 1099 and other tax reporting forms that WFI will provide to you at year-end.

16. Complaints should be directed to the Branch Office Manager. If you are unable to reach the Branch Office Manager, complaints may be directed to Wells Fargo Investments, Attn: Compliance Department, P.O. Box 7896, San Francisco, CA, 94120-9816 or by calling 866-415-6982.

17. For a change of address, please send your request to WFI at the address shown on the front of this statement.

WFI/WT

REV. 05/06 v.06

Account number:    **W6800T022**
Contact Us At:    1-800-TRADERS
(000) 000-0000

## ⬥ Activity Summary

| | Amount |
|---|---|
| **Total Asset Value as of February 1, 2007** | **$0.00** |
| **Cash/Money Market Activity for February** | |
| Closing Balance as of 02/01/2007 | 0.00 |
| Income | 130.05 |
| Deposits | 98,500.00 |
| Other | (99.68) |
| Withdrawals | (98,500.00) |
| **Closing Balance as of 02/28/2007** | **$30.37** |

## ⬥ Important Information About Your Account

Great News! One of the best deals in online investing just got even better. As a *WellsTrade(R)* customer you can receive 100 commission-free online trades a year. Just link your *WellsTrade* account to a *Wells Fargo(R) PMA(R) Package* -- our premier offering for investment and banking customers. To qualify for a *PMA Package*, just maintain a combined balance of $25,000 or more in any combination of brokerage, banking, and credit balances. To learn more, visit **www.wellsfargo.com/freetrades** or call 1-866-243-0931. Other fees and commissions apply to a WellsTrade account. For complete information regarding fees and commissions refer to **wellsfargo.com**. *PMA Package* offered through Wells Fargo Bank, N.A., Member FDIC.

**Starting this month**
Debt Securities that pay interest-income based on variable coupons will be updated to include the current coupon which can be found in the security description.

## ⬥ Portfolio Value

| CASH & MONEY MARKET FUNDS | | | | 100% |
|---|---|---|---|---|

| Quantity | Description | Transaction Total | Market Price | Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| | CASH BALANCE | | | $30.37 | |
| | **Cash & Money Market Funds Subtotal** | | | **$30.37** | |

| | Transaction Total | Total Market Value | Gain/ (Loss) | Total Estimated Annual Income |
|---|---|---|---|---|
| **TOTAL PORTFOLIO VALUE** | **$0.00** | **$30.37** | **$0.00** | |

PRIVATE CLIENT SERVICES

Page 2 of 4

February 2007

Account number: **W68007022**
Contact Us At: 1-800-TRADERS
(000) 000-0000

# Activity Details

## PURCHASES AND SALES

### SETTLED TRADES

| Trade Date | As Of Date | Description | Symbol/CUSIP | Settle Date | Activity | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/12/07 | 02/12/07 | WF ADVANTAGE FDS TR LIQUIDITY RESERVE MONEY | 09999783 | 02/12/07 | PURCHASE | | $1.00 | | ($98,500.00) |
| 02/20/07 | 02/20/07 | WF ADVANTAGE FDS TR LIQUIDITY RESERVE MONEY | 09999783 | 02/20/07 | SALE | | 1.00 | | 98,500.00 |
| 02/21/07 | 02/21/07 | WF ADVANTAGE FDS TR LIQUIDITY RESERVE MONEY | 09999783 | 02/21/07 | PURCHASE | | 1.00 | | (99.67) |
| 02/22/07 | 02/22/07 | WF ADVANTAGE FDS TR LIQUIDITY RESERVE MONEY | 09999783 | 02/22/07 | SALE | | 1.00 | | 99.67 |
| | | **TOTAL** | | | | | | | **$0.00** |

## INCOME

### MONEY MARKET FUNDS

| Date | Description | Activity | Amount |
|---|---|---|---|
| 02/20/07 | WF ADVANTAGE FDS TR LIQUIDITY RESERVE MONEY | DIVIDEND | $99.67 |
| 02/22/07 | WF ADVANTAGE FDS TR LIQUIDITY RESERVE MONEY | DIVIDEND | 0.01 |
| | **TOTAL** | | **$99.68** |

### OTHER

| Date | Description | Activity | Amount |
|---|---|---|---|
| 02/27/07 | INTEREST 01/30 - 02/26 | CREDIT INT | $30.37 |
| | AVG RATE= 3.750% | | |
| | **TOTAL** | | **$30.37** |

# Cash Flow Analysis

## CHRONOLOGICAL TRANSACTION SUMMARY

| Date | As Of Date | Description | Activity | Quantity | Price | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| 02/09/07 | | Beginning Cash Balance | | | | | | $0.00 |
| 02/12/07 | | ACH PERIODIC WITHDRAWAL | | | | | $98,500.00 | $98,500.00 |
| 02/20/07 | | WF ADVANTAGE FDS TR | PURCHASE | | 1.00 | (98,500.00) | | 0.00 |
| 02/20/07 | | ACH REJ 02/12 NOT AUTH | | | | (98,500.00) | | (98,500.00) |
| 02/20/07 | | WF ADVANTAGE FDS TR | DIVIDEND | | | | 99.67 | (98,400.33) |
| 02/20/07 | | WF ADVANTAGE FDS TR | SALE | | 1.00 | | 98,500.00 | 99.67 |
| 02/21/07 | | WF ADVANTAGE FDS TR | PURCHASE | | 1.00 | (99.67) | | 0.00 |
| 02/22/07 | | REV MMKTINT 98500.00 | JOURNAL | | 1.00 | (99.68) | | (99.68) |

PRIVATE CLIENT SER

February 2007

003787 2/2 *

Account number: **W68007022**
Contact Us At: 1-800-TRADERS
(000) 000-0000

## ⊘ Cash Flow Analysis    (continued)

### CHRONOLOGICAL TRANSACTION SUMMARY (continued)

| Date | As Of Date | Description | Activity | Quantity | Price | Debit | Credit | Balance |
|------|-----------|-------------|----------|----------|-------|-------|--------|---------|
| 02/22/07 | 02/22/07 | WF ADVANTAGE FDS TR | DIVIDEND | | | | 0.01 | (99.67) |
| 02/22/07 | 02/22/07 | WF ADVANTAGE FDS TR | SALE | | 1.00 | | 99.67 | 0.00 |
| 02/27/07 | 02/27/07 | INTEREST 01/30 - 02/26 | CREDIT INT | | | | 30.37 | 30.37 |
| | | **Ending Cash Balance** | | | | | | **$30.37** |

PRIVATE CLIENT SERVICES





**WELLS FARGO**
Return Mail Processing Only
Not For Client Correspondence
PO Box 5275
Sioux Falls, SD 57117-5275

**TRANSACTION CONFIRMATION**

| You Bought | Symbol | Price | Account Type | Trade Date | Settlement Date | CUSIP | Mkt/Cap |
|---|---|---|---|---|---|---|---|
| 50,000 | MINT | .4900 | CASH | 02/09/07 | 02/14/07 | 594846107 | 06 |

Security Description:
**MICRO-INTEGRATION CORP**

Additional Remarks:
UNSOLICITED

| Principal Amount | $24,500.00 |
|---|---|
| Commission | $857.50 |
| **Net Amount** | **$25,357.50** |

Account Number: **w68007022**

THIS TRANSACTION ( # 088343192 ) IS CONFIRMED IN ACCORDANCE WITH THE EXPLANATIONS AND CONDITIONS STATED ON THE REVERSE SIDE .

Visit us at wellsfargo.com or call us at
1-800-TRADERS (1-800-872-3377) for more
information about your account.

JOHN J MURPHY
& DONNA M MURPHY JTTEN

MANHASSET   NY   11030

Wells Fargo Investments, LLC, (Member SIPC),
a non-bank affiliate of Wells Fargo & Company.

Investment Products offered through Wells Fargo Investments:
• Are **NOT** insured by the FDIC or any other federal government agency
• Are **NOT** obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate
• Involve investment risk, including possible loss of principal

---

**WELLS FARGO INVESTMENTS** **WellsTrade**
Return Mail Processing Only
Not For Client Correspondence
PO Box 5275
Sioux Falls, SD 57117-5275

**TRANSACTION CONFIRMATION**

| You Bought | Symbol | Price | Account Type | Trade Date | Settlement Date | CUSIP | Mkt/Cap |
|---|---|---|---|---|---|---|---|
| 50,000 | MINT | .4500 | CASH | 02/09/07 | 02/14/07 | 594846107 | 06 |

Security Description:
**MICRO-INTEGRATION CORP**

Additional Remarks:
UNSOLICITED

| Principal Amount | $22,500.00 |
|---|---|
| Commission | $787.50 |
| **Net Amount** | **$23,287.50** |



Account Number: **w68007022**

THIS TRANSACTION ( # 088343779 ) IS CONFIRMED IN ACCORDANCE WITH THE EXPLANATIONS AND CONDITIONS STATED ON THE REVERSE SIDE .

Visit us at wellsfargo.com or call us at
1-800-TRADERS (1-800-872-3377) for more
information about your account.

JOHN J MURPHY
& DONNA M MURPHY JTTEN

MANHASSET   NY   11030

Wells Fargo Investments, LLC, (Member SIPC),
a non-bank affiliate of Wells Fargo & Company.

Investment Products offered through Wells Fargo Investments:
• Are **NOT** insured by the FDIC or any other federal government agency
• Are **NOT** obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate
• Involve investment risk, including possible loss of principal

It is agreed between you ("Client"), and Wells Fargo Investments, LLC ("WFI"):

**1. Orders and Transactions:** All orders and transactions shall be solely for your account and risk, shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled and to all applicable laws and regulations.

**2. Mkt./Cap.:** The market and capacity in WFI acted in this transaction is indicated on the front side of this confirmation.*

**Legend of Mkt./Cap. Codes:**
01. Acting as principal, WFI has sold to or bought from you and may have received a profit from the transaction.
For the following codes, WFI acted as agent for your account on:
02. New York Stock Exchange
03. Chicago Stock Exchange
04. American Stock Exchange
05. Other Exchange
06. Over-the-counter (Note: This may include listed securities that have been executed OTC. See item 9 "Payment for Order Flow.")
07. Your brokerage firm has acted as agent for and charged a commission to the other side of the transaction.
08. Your brokerage firm has acted as agent for both the buyer and the seller, charging a commission to both parties.
15. Chicago Board Options Exchange
19. Canadian Exchange
25. Pacific Stock Exchange
35. Philadelphia Stock Exchange
40. International Securities Exchange
70. International Exchange

*The name of the other broker or party, the time, date, and exchange the transaction was executed through; and the amount of compensation received by WFI will be provided upon written request.

**3. Commission Rates:** Commission rates are subject to negotiation and may be more or less than commissions charged to or by others in similar transactions.

**4. Failure to Pay:** If full payment for securities purchased is not received on or before the settlement date, or if securities sold are not delivered in proper form on or before the settlement date, WFI may at its option cancel or otherwise liquidate this transaction without further notice, and you will be liable for any resulting loss.

**5. Hypothecation:** Securities purchased on a cash or margin basis may be hypothecated under circumstances which will permit the commingling of the securities purchased with securities carried for other clients.

**6. Odd Lot Differential:** The execution price for this security may reflect an odd lot differential if the number of shares, units or principal amount transacted is less than a round lot or if all of the shares, units or principal amount transacted cannot be executed in round lot increments. The amount of any such differential or fee will be provided upon written request.

**7. Asset-Backed Securities:** If this transaction involves an asset-backed security which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such asset-backed security may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions underlying yield) will be provided upon written request.

**8. Zero Coupon Bonds:** Zero coupon bonds provide for no periodic payments, and, if applicable, they are callable below maturity value. If callable and available in bearer form, they are callable without notice by mail to the holder unless registered.

**9. Payment for Order Flow:** Unless otherwise instructed, WFI routes equity orders taking into consideration, among other factors, the quality and speed of execution, as well as the credits and cash payments receivable from any exchange, other broker dealers and other market centers. Whenever possible, WFI will route executions at prices equal or superior to the nationally displayed best bid or best offer. WFI will also attempt to obtain the best execution regardless of any compensation your brokerage firm may receive. WFI may use the compensation received to help keep costs competitive and provide clients with quality execution services. The nature and source of payments and/or credits received in connection with a specific transaction will be furnished upon written request.

**10. Miscellaneous:** Proceeds of a sale transaction will be reported to the Internal Revenue Service in accordance with applicable law. Call features may exist for bonds that could affect yield. Complete information will be provided upon written request. Other fee refers to mandated regulatory agency fees applicable for certain orders.

**11. Open Orders:** If this is an open order confirmation, the order will remain in effect until executed or canceled by you or until market close on the expiration date indicated. Failure to cancel an open order may result in the transaction being executed for your account. WFI has no responsibility to cancel an open order at their own initiative.

**This confirmation is acknowledged by the client to be correct unless written notice is immediately given to WFI, but in no event no later than ten (10) business days of receipt.**

It is agreed between you ("Client"), and Wells Fargo Investments, LLC ("WFI"):

**1. Orders and Transactions:** All orders and transactions shall be solely for your account and risk, shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled and to all applicable laws and regulations.

**2. Mkt./Cap.:** The market and capacity in WFI acted in this transaction is indicated on the front side of this confirmation.*

**Legend of Mkt./Cap. Codes:**
01. Acting as principal, WFI has sold to or bought from you and may have received a profit from the transaction.
For the following codes, WFI acted as agent for your account on:
02. New York Stock Exchange
03. Chicago Stock Exchange
04. American Stock Exchange
05. Other Exchange
06. Over-the-counter (Note: This may include listed securities that have been executed OTC. See item 9 "Payment for Order Flow.")
07. Your brokerage firm has acted as agent for and charged a commission to the other side of the transaction.
08. Your brokerage firm has acted as agent for both the buyer and the seller, charging a commission to both parties.
15. Chicago Board Options Exchange
19. Canadian Exchange
25. Pacific Stock Exchange
35. Philadelphia Stock Exchange
40. International Securities Exchange
70. International Exchange

*The name of the other broker or party, the time, date, and exchange the transaction was executed through; and the amount of compensation received by WFI will be provided upon written request.

**3. Commission Rates:** Commission rates are subject to negotiation and may be more or less than commissions charged to or by others in similar transactions.

**4. Failure to Pay:** If full payment for securities purchased is not received on or before the settlement date, or if securities sold are not delivered in proper form on or before the settlement date, WFI may at its option cancel or otherwise liquidate this transaction without further notice, and you will be liable for any resulting loss.

**5. Hypothecation:** Securities purchased on a cash or margin basis may be hypothecated under circumstances which will permit the commingling of the securities purchased with securities carried for other clients.

**6. Odd Lot Differential:** The execution price for this security may reflect an odd lot differential if the number of shares, units or principal amount transacted is less than a round lot or if all of the shares, units or principal amount transacted cannot be executed in round lot increments. The amount of any such differential or fee will be provided upon written request.

**7. Asset-Backed Securities:** If this transaction involves an asset-backed security which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such asset-backed security may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the prepayment assumptions underlying yield) will be provided upon written request.

**8. Zero Coupon Bonds:** Zero coupon bonds provide for no periodic payments, and, if applicable, they are callable below maturity value. If callable and available in bearer form, they are callable without notice by mail to the holder unless registered.

**9. Payment for Order Flow:** Unless otherwise instructed, WFI routes equity orders taking into consideration, among other factors, the quality and speed of execution, as well as the credits and cash payments receivable from any exchange, other broker dealers and other market centers. Whenever possible, WFI will route executions at prices equal or superior to the nationally displayed best bid or best offer. WFI will also attempt to obtain the best execution regardless of any compensation your brokerage firm may receive. WFI may use the compensation received to help keep costs competitive and provide clients with quality execution services. The nature and source of payments and/or credits received in connection with a specific transaction will be furnished upon written request.

**10. Miscellaneous:** Proceeds of a sale transaction will be reported to the Internal Revenue Service in accordance with applicable law. Call features may exist for bonds that could affect yield. Complete information will be provided upon written request. Other fee refers to mandated regulatory agency fees applicable for certain orders.

**11. Open Orders:** If this is an open order confirmation, the order will remain in effect until executed or canceled by you or until market close on the expiration date indicated. Failure to cancel an open order may result in the transaction being executed for your account. WFI has no responsibility to cancel an open order at their own initiative.

**This confirmation is acknowledged by the client to be correct unless written notice is immediately given to WFI, but in no event no later than ten (10) business days of receipt.**



WELLS FARGO

Return Mail Processing Only
Not For Client Correspondence
PO Box 5275
Sioux Falls, SD 57117-5275

**TRANSACTION CONFIRMATION**

| You Bought | Symbol | Price | Account Type | | Trade Date | Settlement Date | CUSIP |
|---|---|---|---|---|---|---|---|
| **35,000** | MINT | .3914 | CASH | | 02/09/07 | 02/14/07 | 594846107 |

Security Description:                Additional Remarks:
**MICRO-INTEGRATION CORP**    UNSOLICITED

| | |
|---|---|
| Total Principal Amount | $13,700.00 |
| Total  Commission | $479.50 |
| **Total Net Amount** | **$14,179.50** |

Account Number:  **w68007022**

THIS TRANSACTION ( # 088344445 ) IS CONFIRMED IN ACCORDANCE WITH THE EXPLANATIONS AND CONDITIONS STATED ON THE REVERSE SIDE .

Visit us at wellsfargo.com or call us at
1-800-TRADERS (1-800-872-3377) for more
information about your account.

JOHN J MURPHY
& DONNA M MURPHY JTTEN
███████████████
MANHASSET  NY  11030

**Wells Fargo Investments, LLC, (Member SIPC),**
a non-bank affiliate of Wells Fargo & Company.

Investment Products offered through Wells Fargo Investments:
• Are **NOT** insured by the FDIC or any other federal government agency
• Are **NOT** obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate
• Involve investment risk, including possible loss of principal



**WellsTrade**
Return Mail Processing Only
Not For Client Correspondence
PO Box 5275
Sioux Falls, SD 57117-5275

**TRANSACTION CONFIRMATION**

## MULTIPLE EXECUTION TRANSACTION DETAIL

The average price and totals for transaction ( #  088344445) listed above are the result of the following executions:

| Control No. | Quantity | Price | Principal | Commission | Other Fees | Net Amount | Market/Cap |
|---|---|---|---|---|---|---|---|
| 0406473 | 30,000 | $0.3900 | $11,700.00 | $409.50 | $0.00 | $12,109.50 | 06 |
| 0406413 | 5,000 | $0.4000 | $2,000.00 | $70.00 | $0.00 | $2,070.00 | 06 |



Investment Products offered through Wells Fargo Investments:
• Are **NOT** insured by the FDIC or any other federal government agency
• Are **NOT** obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate
• Involve investment risk, including possible loss of principal

**Wells Fargo Investments, LLC, (Member SIPC),**
a non-bank affiliate of Wells Fargo & Company.

309828  F01D  14172 0OZ  14172/18564 -------  1

It is agreed between you ("Client"), and Wells Fargo Investments, LLC ("WFI"):

**1. Orders and Transactions:** All orders and transactions shall be solely for your account and risk, shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled and to all applicable laws and regulations.

**2. Mkt./Cap.:** The market and capacity in WFI acted in this transaction is indicated on the front side of this confirmation.*

**Legend of Mkt./Cap. Codes:**
  **01.** Acting as principal, WFI has sold to or bought from you and may have received a profit from the transaction.
  For the following codes, WFI acted as agent for your account on:
  **02.** New York Stock Exchange
  **03.** Chicago Stock Exchange
  **04.** American Stock Exchange
  **05.** Other Exchange
  **06.** Over-the-counter  (Note: This may include listed securities that have been executed OTC. See item 9 "Payment for Order Flow.")
  **07.** Your brokerage firm has acted as agent for and charged a commission to the other side of the transaction.
  **08.** Your brokerage firm has acted as agent for both the buyer and the seller, charging a commission to both parties.
  **15.** Chicago Board Options Exchange
  **19.** Canadian Exchange
  **25.** Pacific Stock Exchange
  **35.** Philadelphia Stock Exchange
  **40.** International Securities Exchange
  **70.** International Exchange

*The name of the other broker or party, the time, date, and exchange the transaction was executed through; and the amount of compensation received by WFI will be provided upon written request.

**3. Commission Rates:** Commission rates are subject to negotiation and may be more or less than commissions charged to or by others in similar transactions.

**4. Failure to Pay:** If full payment for securities purchased is not received on or before the settlement date, or if securities sold are not delivered in proper form on or before the settlement date, WFI may at its option cancel or otherwise liquidate this transaction without further notice, and you will be liable for any resulting loss.

**5. Hypothecation:** Securities purchased on a cash or margin basis may be hypothecated under circumstances which will permit the commingling of the securities purchased with securities carried for other clients.

**6. Odd Lot Differential:** The execution price for this security may reflect an odd lot differential if the number of shares, units or principal amount transacted is less than a round lot or if all of the shares, units or principal amount transacted cannot be executed in round lot increments. The amount of any such differential or fee will be provided upon written request.

**7. Asset-Backed Securities:** If this transaction involves an asset-backed security which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such asset-backed security may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the pre-payment assumptions underlying yield) will be provided upon written request.

**8. Zero Coupon Bonds:** Zero coupon bonds provide for no period payments, and, if applicable, they are callable below maturity value. If callable and available in bearer form, they are callable without notice by mail to the holder unless registered.

**9. Payment for Order Flow:** Unless otherwise instructed, WFI routes equity orders taking into consideration, among other factors, the quality and speed of execution, as well as the credits and cash payments receivable from any exchange, other broker dealers and other market centers. Whenever possible, WFI will route executions at prices equal or superior to the nationally displayed best bid or best offer. WFI will also attempt to obtain the best execution regardless of any compensation your brokerage firm may receive. WFI may use the compensation received to help keep costs competitive and provide clients with quality execution services. The nature and source of payments and/or credits received in connection with a specific transaction will be furnished upon written request.

**10. Miscellaneous:** Proceeds of a sale transaction will be reported to the Internal Revenue Service in accordance with applicable law. Call features may exist for bonds that could affect yield. Complete information will be provided upon written request. Other fee refers to mandated regulatory agency fees applicable for certain orders.

**11. Open Orders:** If this is an open order confirmation, the order will remain in effect until executed or canceled by you or until market close on the expiration date indicated. Failure to cancel an open order may result in the transaction being executed for your account. WFI has no responsibility to cancel an open order at their own initiative.

This confirmation is acknowledged by the client to be correct unless written notice is immediately given to WFI, but in no event no later than ten (10) business days of receipt.

---

It is agreed between you ("Client"), and Wells Fargo Investments, LLC ("WFI"):

**1. Orders and Transactions:** All orders and transactions shall be solely for your account and risk, shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled and to all applicable laws and regulations.

**2. Mkt./Cap.:** The market and capacity in WFI acted in this transaction is indicated on the front side of this confirmation.*

**Legend of Mkt./Cap. Codes:**
  **01.** Acting as principal, WFI has sold to or bought from you and may have received a profit from the transaction.
  For the following codes, WFI acted as agent for your account on:
  **02.** New York Stock Exchange
  **03.** Chicago Stock Exchange
  **04.** American Stock Exchange
  **05.** Other Exchange
  **06.** Over-the-counter  (Note: This may include listed securities that have been executed OTC. See item 9 "Payment for Order Flow.")
  **07.** Your brokerage firm has acted as agent for and charged a commission to the other side of the transaction.
  **08.** Your brokerage firm has acted as agent for both the buyer and the seller, charging a commission to both parties.
  **15.** Chicago Board Options Exchange
  **19.** Canadian Exchange
  **25.** Pacific Stock Exchange
  **35.** Philadelphia Stock Exchange
  **40.** International Securities Exchange
  **70.** International Exchange

*The name of the other broker or party, the time, date, and exchange the transaction was executed through; and the amount of compensation received by WFI will be provided upon written request.

**3. Commission Rates:** Commission rates are subject to negotiation and may be more or less than commissions charged to or by others in similar transactions.

**4. Failure to Pay:** If full payment for securities purchased is not received on or before the settlement date, or if securities sold are not delivered in proper form on or before the settlement date, WFI may at its option cancel or otherwise liquidate this transaction without further notice, and you will be liable for any resulting loss.

**5. Hypothecation:** Securities purchased on a cash or margin basis may be hypothecated under circumstances which will permit the commingling of the securities purchased with securities carried for other clients.

**6. Odd Lot Differential:** The execution price for this security may reflect an odd lot differential if the number of shares, units or principal amount transacted is less than a round lot or if all of the shares, units or principal amount transacted cannot be executed in round lot increments. The amount of any such differential or fee will be provided upon written request.

**7. Asset-Backed Securities:** If this transaction involves an asset-backed security which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such asset-backed security may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the pre-payment assumptions underlying yield) will be provided upon written request.

**8. Zero Coupon Bonds:** Zero coupon bonds provide for no period payments, and, if applicable, they are callable below maturity value. If callable and available in bearer form, they are callable without notice by mail to the holder unless registered.

**9. Payment for Order Flow:** Unless otherwise instructed, WFI routes equity orders taking into consideration, among other factors, the quality and speed of execution, as well as the credits and cash payments receivable from any exchange, other broker dealers and other market centers. Whenever possible, WFI will route executions at prices equal or superior to the nationally displayed best bid or best offer. WFI will also attempt to obtain the best execution regardless of any compensation your brokerage firm may receive. WFI may use the compensation received to help keep costs competitive and provide clients with quality execution services. The nature and source of payments and/or credits received in connection with a specific transaction will be furnished upon written request.

**10. Miscellaneous:** Proceeds of a sale transaction will be reported to the Internal Revenue Service in accordance with applicable law. Call features may exist for bonds that could affect yield. Complete information will be provided upon written request. Other fee refers to mandated regulatory agency fees applicable for certain orders.

**11. Open Orders:** If this is an open order confirmation, the order will remain in effect until executed or canceled by you or until market close on the expiration date indicated. Failure to cancel an open order may result in the transaction being executed for your account. WFI has no responsibility to cancel an open order at their own initiative.

This confirmation is acknowledged by the client to be correct unless written notice is immediately given to WFI, but in no event no later than ten (10) business days of receipt.

Rev.03 05/06 (WFI / WT)

DST - 45457



Return Mail Processing Only
Not For Client Correspondence
PO Box 5275
Sioux Falls, SD 57117-5275

| **Canceled Buy** | Symbol | Price | Account Type | As of Date | Trade Date | Settlement Date | CUSIP | Mkt/Cap |
|---|---|---|---|---|---|---|---|---|
| **50,000** | MINT | .4900 | CASH | 02/09/07 | 02/13/07 | 02/14/07 | 594846107 | 06 |

Security Description:
**MICRO-INTEGRATION CORP**

Additional Remarks:
UNSOLICITED

| Principal Amount | $24,500.00 |
|---|---|
| Commission | $857.50 |
| **Net Amount** | **$25,357.50** |

Account Number: **w68007022**

THIS TRANSACTION ( # 088343192 ) IS CONFIRMED IN ACCORDANCE WITH THE EXPLANATIONS AND CONDITIONS STATED ON THE REVERSE SIDE .

Visit us at wellsfargo.com or call us at
1-800-TRADERS (1-800-872-3377) for more
information about your account.

JOHN J MURPHY
& DONNA M MURPHY JTTEN
MANHASSET    NY   11030

Wells Fargo Investments, LLC, (Member SIPC),
a non-bank affiliate of Wells Fargo & Company.

| Investment Products offered through Wells Fargo Investments: |
|---|
| • Are **NOT** insured by the FDIC or any other federal government agency |
| • Are **NOT** obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate |
| • Involve investment risk, including possible loss of principal |

---

 **WellsTrade**

Return Mail Processing Only
Not For Client Correspondence
PO Box 5275
Sioux Falls, SD 57117-5275

**TRANSACTION CONFIRMATION**

| **Canceled Buy** | Symbol | Price | Account Type | As of Date | Trade Date | Settlement Date | CUSIP | Mkt/Cap |
|---|---|---|---|---|---|---|---|---|
| **50,000** | MINT | .4500 | CASH | 02/09/07 | 02/13/07 | 02/14/07 | 594846107 | 06 |

Security Description:
**MICRO-INTEGRATION CORP**

Additional Remarks:
UNSOLICITED

| Principal Amount | $22,500.00 |
|---|---|
| Commission | $787.50 |
| **Net Amount** | **$23,287.50** |

Account Number: **w68007022**

THIS TRANSACTION ( # 088343779 ) IS CONFIRMED IN ACCORDANCE WITH THE EXPLANATIONS AND CONDITIONS STATED ON THE REVERSE SIDE .

Visit us at wellsfargo.com or call us at
1-800-TRADERS (1-800-872-3377) for more
information about your account.

JOHN J MURPHY
& DONNA M MURPHY JTTEN
MANHASSET    NY   11030

Wells Fargo Investments, LLC, (Member SIPC),
a non-bank affiliate of Wells Fargo & Company.

| Investment Products offered through Wells Fargo Investments: |
|---|
| • Are **NOT** insured by the FDIC or any other federal government agency |
| • Are **NOT** obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate |
| • Involve investment risk, including possible loss of principal |

310406  591C  13860-007-13860/18149

It is agreed between you ("Client"), and Wells Fargo Investments, LLC ("WFI"):

**1. Orders and Transactions:** All orders and transactions shall be solely for your account and risk, shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled and to all applicable laws and regulations.

**2. Mkt./Cap.:** The market and capacity in WFI acted in this transaction is indicated on the front side of this confirmation.*

**Legend of Mkt./Cap. Codes:**
01. Acting as principal, WFI has sold to or bought from you and may have received a profit from the transaction.
For the following codes, WFI acted as agent for your account on:
02. New York Stock Exchange
03. Chicago Stock Exchange
04. American Stock Exchange
05. Other Exchange
06. Over-the-counter (Note: This may include listed securities that have been executed OTC. See item 9 "Payment for Order Flow.")
07. Your brokerage firm has acted as agent for and charged a commission to the other side of the transaction.
08. Your brokerage firm has acted as agent for both the buyer and the seller, charging a commission to both parties.
15. Chicago Board Options Exchange
19. Canadian Exchange
25. Pacific Stock Exchange
35. Philadelphia Stock Exchange
40. International Securities Exchange
70. International Exchange

*The name of the other broker or party, the time, date, and exchange the transaction was executed through; and the amount of compensation received by WFI will be provided upon written request.

**3. Commission Rates:** Commission rates are subject to negotiation and may be more or less than commissions charged to or by others in similar transactions.

**4. Failure to Pay:** If full payment for securities purchased is not received on or before the settlement date, or if securities sold are not delivered in proper form on or before the settlement date, WFI may at its option cancel or otherwise liquidate this transaction without further notice, and you will be liable for any resulting loss.

**5. Hypothecation:** Securities purchased on a cash or margin basis may be hypothecated under circumstances which will permit the commingling of the securities purchased with securities carried for other clients.

**6. Odd Lot Differential:** The execution price for this security may reflect an odd lot differential if the number of shares, units or principal amount transacted is less than a round lot or if all of the shares, units or principal amount transacted cannot be executed in round lot increments. The amount of any such differential or fee will be provided upon written request.

**7. Asset-Backed Securities:** If this transaction involves an asset-backed security which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such asset-backed security may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the pre-payment assumptions underlying yield) will be provided upon written request.

**8. Zero Coupon Bonds:** Zero coupon bonds provide for no period payments, and, if applicable, they are callable below maturity value. If callable and available in bearer form, they are callable without notice by mail to the holder unless registered.

**9. Payment for Order Flow:** Unless otherwise instructed, WFI routes equity orders taking into consideration, among other factors, the quality and speed of execution, as well as the credits and cash payments receivable from any exchange, other broker dealers and other market centers. Whenever possible, WFI will route executions at prices equal or superior to the nationally displayed best bid or best offer. WFI will also attempt to obtain the best execution regardless of any compensation your brokerage firm may receive. WFI may use the compensation received to help keep costs competitive and provide clients with quality execution services. The nature and source of payments and/or credits received in connection with a specific transaction will be furnished upon written request.

**10. Miscellaneous:** Proceeds of a sale transaction will be reported to the Internal Revenue Service in accordance with applicable law. Call features may exist for bonds that could affect yield. Complete information will be provided upon written request. Other fee refers to mandated regulatory agency fees applicable for certain orders.

**11. Open Orders:** If this is an open order confirmation, the order will remain in effect until executed or canceled by you or until market close on the expiration date indicated. Failure to cancel an open order may result in the transaction being executed for your account. WFI has no responsibility to cancel an open order at their own initiative.

**This confirmation is acknowledged by the client to be correct unless written notice is immediately given to WFI, but in no event no later than ten (10) business days of receipt.**

It is agreed between you ("Client"), and Wells Fargo Investments, LLC ("WFI"):

**1. Orders and Transactions:** All orders and transactions shall be solely for your account and risk, shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled and to all applicable laws and regulations.

**2. Mkt./Cap.:** The market and capacity in WFI acted in this transaction is indicated on the front side of this confirmation.*

**Legend of Mkt./Cap. Codes:**
01. Acting as principal, WFI has sold to or bought from you and may have received a profit from the transaction.
For the following codes, WFI acted as agent for your account on:
02. New York Stock Exchange
03. Chicago Stock Exchange
04. American Stock Exchange
05. Other Exchange
06. Over-the-counter (Note: This may include listed securities that have been executed OTC. See item 9 "Payment for Order Flow.")
07. Your brokerage firm has acted as agent for and charged a commission to the other side of the transaction.
08. Your brokerage firm has acted as agent for both the buyer and the seller, charging a commission to both parties.
15. Chicago Board Options Exchange
19. Canadian Exchange
25. Pacific Stock Exchange
35. Philadelphia Stock Exchange
40. International Securities Exchange
70. International Exchange

*The name of the other broker or party, the time, date, and exchange the transaction was executed through; and the amount of compensation received by WFI will be provided upon written request.

**3. Commission Rates:** Commission rates are subject to negotiation and may be more or less than commissions charged to or by others in similar transactions.

**4. Failure to Pay:** If full payment for securities purchased is not received on or before the settlement date, or if securities sold are not delivered in proper form on or before the settlement date, WFI may at its option cancel or otherwise liquidate this transaction without further notice, and you will be liable for any resulting loss.

**5. Hypothecation:** Securities purchased on a cash or margin basis may be hypothecated under circumstances which will permit the commingling of the securities purchased with securities carried for other clients.

**6. Odd Lot Differential:** The execution price for this security may reflect an odd lot differential if the number of shares, units or principal amount transacted is less than a round lot or if all of the shares, units or principal amount transacted cannot be executed in round lot increments. The amount of any such differential or fee will be provided upon written request.

**7. Asset-Backed Securities:** If this transaction involves an asset-backed security which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such asset-backed security may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the pre-payment assumptions underlying yield) will be provided upon written request.

**8. Zero Coupon Bonds:** Zero coupon bonds provide for no period payments, and, if applicable, they are callable below maturity value. If callable and available in bearer form, they are callable without notice by mail to the holder unless registered.

**9. Payment for Order Flow:** Unless otherwise instructed, WFI routes equity orders taking into consideration, among other factors, the quality and speed of execution, as well as the credits and cash payments receivable from any exchange, other broker dealers and other market centers. Whenever possible, WFI will route executions at prices equal or superior to the nationally displayed best bid or best offer. WFI will also attempt to obtain the best execution regardless of any compensation your brokerage firm may receive. WFI may use the compensation received to help keep costs competitive and provide clients with quality execution services. The nature and source of payments and/or credits received in connection with a specific transaction will be furnished upon written request.

**10. Miscellaneous:** Proceeds of a sale transaction will be reported to the Internal Revenue Service in accordance with applicable law. Call features may exist for bonds that could affect yield. Complete information will be provided upon written request. Other fee refers to mandated regulatory agency fees applicable for certain orders.

**11. Open Orders:** If this is an open order confirmation, the order will remain in effect until executed or canceled by you or until market close on the expiration date indicated. Failure to cancel an open order may result in the transaction being executed for your account. WFI has no responsibility to cancel an open order at their own initiative.

**This confirmation is acknowledged by the client to be correct unless written notice is immediately given to WFI, but in no event no later than ten (10) business days of receipt.**



**WELLS FARGO**

Return Mail Processing Only
Not For Client Correspondence
PO Box 5275
Sioux Falls, SD 57117-5275

**TRANSACTION CONFIRMATION**

| Canceled Buy | Symbol | Price | Account Type | As of Date | Trade Date | Settlement Date | CUSIP | Mkt/Cap |
|---|---|---|---|---|---|---|---|---|
| **30,000** | MINT | .3900 | CASH | 02/09/07 | 02/13/07 | 02/14/07 | 594846107 | 06 |

Security Description:
**MICRO-INTEGRATION CORP**

Additional Remarks:
UNSOLICITED

| Principal Amount | $11,700.00 |
|---|---|
| Commission | $409.50 |
| **Net Amount** | **$12,109.50** |

Account Number:  **w68007022**

THIS TRANSACTION ( # 088344445 ) IS CONFIRMED IN ACCORDANCE WITH THE EXPLANATIONS AND CONDITIONS STATED ON THE REVERSE SIDE .

Visit us at wellsfargo.com or call us at
1-800-TRADERS (1-800-872-3377) for more
information about your account.

JOHN J MURPHY
& DONNA M MURPHY JTTEN

MANHASSET   NY   11030

| Investment Products offered through Wells Fargo Investments: |
|---|
| • Are **NOT** insured by the FDIC or any other federal government agency |
| • Are **NOT** obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate |
| • Involve investment risk, including possible loss of principal |

**Wells Fargo Investments, LLC, (Member SIPC),**
**a non-bank affiliate of Wells Fargo & Company.**

---

**WELLS FARGO INVESTMENTS**

**WellsTrade**
Return Mail Processing Only
Not For Client Correspondence
PO Box 5275
Sioux Falls, SD 57117-5275

**TRANSACTION CONFIRMATION**

| Canceled Buy | Symbol | Price | Account Type | As of Date | Trade Date | Settlement Date | CUSIP | Mkt/Cap |
|---|---|---|---|---|---|---|---|---|
| **5,000** | MINT | .4000 | CASH | 02/09/07 | 02/13/07 | 02/14/07 | 594846107 | 06 |

Security Description:
**MICRO-INTEGRATION CORP**

Additional Remarks:
UNSOLICITED

| Principal Amount | $2,000.00 |
|---|---|
| Commission | $70.00 |
| **Net Amount** | **$2,070.00** |



Account Number:  **w68007022**

THIS TRANSACTION ( # 088344445 ) IS CONFIRMED IN ACCORDANCE WITH THE EXPLANATIONS AND CONDITIONS STATED ON THE REVERSE SIDE .

Visit us at wellsfargo.com or call us at
1-800-TRADERS (1-800-872-3377) for more
information about your account.

JOHN J MURPHY
& DONNA M MURPHY JTTEN
MANHASSET   NY   11030

| Investment Products offered through Wells Fargo Investments: |
|---|
| • Are **NOT** insured by the FDIC or any other federal government agency |
| • Are **NOT** obligations or deposits of or guaranteed by any Wells Fargo Bank or by any Bank affiliate |
| • Involve investment risk, including possible loss of principal |

**Wells Fargo Investments, LLC, (Member SIPC),**
**a non-bank affiliate of Wells Fargo & Company.**

310406  591C  13861-007  13861/18149

It is agreed between you ("Client"), and Wells Fargo Investments, LLC ("WFI"):

**1. Orders and Transactions:** All orders and transactions shall be solely for your account and risk, shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled and to all applicable laws and regulations.

**2. Mkt./Cap.:** The market and capacity in WFI acted in this transaction is indicated on the front side of this confirmation.*

**Legend of Mkt./Cap. Codes:**
01. Acting as principal, WFI has sold to or bought from you and may have received a profit from the transaction.
For the following codes, WFI acted as agent for your account on:
02. New York Stock Exchange
03. Chicago Stock Exchange
04. American Stock Exchange
05. Other Exchange
06. Over-the-counter  (Note: This may include listed securities that have been executed OTC. See item 9 "Payment for Order Flow.")
07. Your brokerage firm has acted as agent for and charged a commission to the other side of the transaction.
08. Your brokerage firm has acted as agent for both the buyer and the seller, charging a commission to both parties.
15. Chicago Board Options Exchange
19. Canadian Exchange
25. Pacific Stock Exchange
35. Philadelphia Stock Exchange
40. International Securities Exchange
70. International Exchange

*The name of the other broker or party, the time, date, and exchange the transaction was executed through; and the amount of compensation received by WFI will be provided upon written request.

**3. Commission Rates:** Commission rates are subject to negotiation and may be more or less than commissions charged to or by others in similar transactions.

**4. Failure to Pay:** If full payment for securities purchased is not received on or before the settlement date, or if securities sold are not delivered in proper form on or before the settlement date, WFI may at its option cancel or otherwise liquidate this transaction without further notice, and you will be liable for any resulting loss.

**5. Hypothecation:** Securities purchased on a cash or margin basis may be hypothecated under circumstances which will permit the commingling of the securities purchased with securities carried for other clients.

**6. Odd Lot Differential:** The execution price for this security may reflect an odd lot differential if the number of shares, units or principal amount transacted is less than a round lot or if all of the shares, units or principal amount transacted cannot be executed in round lot increments. The amount of any such differential or fee will be provided upon written request.

**7. Asset-Backed Securities:** If this transaction involves an asset-backed security which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such asset-backed security may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the pre-payment assumptions underlying yield) will be provided upon written request.

**8. Zero Coupon Bonds:** Zero coupon bonds provide for no period payments, and, if applicable, they are callable below maturity value. If callable and available in bearer form, they are callable without notice by mail to the holder unless registered.

**9. Payment for Order Flow:** Unless otherwise instructed, WFI routes equity orders taking into consideration, among other factors, the quality and speed of execution, as well as the credits and cash payments receivable from any exchange, other broker dealers and other market centers. Whenever possible, WFI will route executions at prices equal or superior to the nationally displayed best bid or best offer. WFI will also attempt to obtain the best execution regardless of any compensation your brokerage firm may receive. WFI may use the compensation received to help keep costs competitive and provide clients with quality execution services. The nature and source of payments and/or credits received in connection with a specific transaction will be furnished upon written request.

**10. Miscellaneous:** Proceeds of a sale transaction will be reported to the Internal Revenue Service in accordance with applicable law. Call features may exist for bonds that could affect yield. Complete information will be provided upon written request. Other fee refers to mandated regulatory agency fees applicable for certain orders.

**11. Open Orders:** If this is an open order confirmation, the order will remain in effect until executed or canceled by you or until market close on the expiration date indicated. Failure to cancel an open order may result in the transaction being executed for your account. WFI has no responsibility to cancel an open order at their own initiative.

**This confirmation is acknowledged by the client to be correct unless written notice is immediately given to WFI, but in no event no later than ten (10) business days of receipt.**

It is agreed between you ("Client"), and Wells Fargo Investments, LLC ("WFI"):

**1. Orders and Transactions:** All orders and transactions shall be solely for your account and risk, shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled and to all applicable laws and regulations.

**2. Mkt./Cap.:** The market and capacity in WFI acted in this transaction is indicated on the front side of this confirmation.*

**Legend of Mkt./Cap. Codes:**
01. Acting as principal, WFI has sold to or bought from you and may have received a profit from the transaction.
For the following codes, WFI acted as agent for your account on:
02. New York Stock Exchange
03. Chicago Stock Exchange
04. American Stock Exchange
05. Other Exchange
06. Over-the-counter  (Note: This may include listed securities that have been executed OTC. See item 9 "Payment for Order Flow.")
07. Your brokerage firm has acted as agent for and charged a commission to the other side of the transaction.
08. Your brokerage firm has acted as agent for both the buyer and the seller, charging a commission to both parties.
15. Chicago Board Options Exchange
19. Canadian Exchange
25. Pacific Stock Exchange
35. Philadelphia Stock Exchange
40. International Securities Exchange
70. International Exchange

*The name of the other broker or party, the time, date, and exchange the transaction was executed through; and the amount of compensation received by WFI will be provided upon written request.

**3. Commission Rates:** Commission rates are subject to negotiation and may be more or less than commissions charged to or by others in similar transactions.

**4. Failure to Pay:** If full payment for securities purchased is not received on or before the settlement date, or if securities sold are not delivered in proper form on or before the settlement date, WFI may at its option cancel or otherwise liquidate this transaction without further notice, and you will be liable for any resulting loss.

**5. Hypothecation:** Securities purchased on a cash or margin basis may be hypothecated under circumstances which will permit the commingling of the securities purchased with securities carried for other clients.

**6. Odd Lot Differential:** The execution price for this security may reflect an odd lot differential if the number of shares, units or principal amount transacted is less than a round lot or if all of the shares, units or principal amount transacted cannot be executed in round lot increments. The amount of any such differential or fee will be provided upon written request.

**7. Asset-Backed Securities:** If this transaction involves an asset-backed security which represents an interest in or is secured by a pool of receivables or other financial assets that are subject continuously to prepayment, then the actual yield of such asset-backed security may vary according to the rate at which the underlying receivable or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life, and the pre-payment assumptions underlying yield) will be provided upon written request.

**8. Zero Coupon Bonds:** Zero coupon bonds provide for no period payments, and, if applicable, they are callable below maturity value. If callable and available in bearer form, they are callable without notice by mail to the holder unless registered.

**9. Payment for Order Flow:** Unless otherwise instructed, WFI routes equity orders taking into consideration, among other factors, the quality and speed of execution, as well as the credits and cash payments receivable from any exchange, other broker dealers and other market centers. Whenever possible, WFI will route executions at prices equal or superior to the nationally displayed best bid or best offer. WFI will also attempt to obtain the best execution regardless of any compensation your brokerage firm may receive. WFI may use the compensation received to help keep costs competitive and provide clients with quality execution services. The nature and source of payments and/or credits received in connection with a specific transaction will be furnished upon written request.

**10. Miscellaneous:** Proceeds of a sale transaction will be reported to the Internal Revenue Service in accordance with applicable law. Call features may exist for bonds that could affect yield. Complete information will be provided upon written request. Other fee refers to mandated regulatory agency fees applicable for certain orders.

**11. Open Orders:** If this is an open order confirmation, the order will remain in effect until executed or canceled by you or until market close on the expiration date indicated. Failure to cancel an open order may result in the transaction being executed for your account. WFI has no responsibility to cancel an open order at their own initiative.

**This confirmation is acknowledged by the client to be correct unless written notice is immediately given to WFI, but in no event no later than ten (10) business days of receipt.**

| TRANSACTION_DATE | IMPL_NM | CUSTSSN | ACCT_NUM | IP_ADDRESS |
|---|---|---|---|---|
| 2/9/2007 18:26 | CGIEnrollSignon | ███████ | 68007022 | Data Unavailable |
| 2/9/2007 18:26 | CGISessionLogin | ███████ | | 69.114.217.133 |
| 2/9/2007 18:26 | AMSNOTIFY | ███████ | | |
| 2/9/2007 18:27 | IT_Consent | ███████ | | |
| 2/9/2007 18:27 | OnlineActivation | ███████ | | |
| 2/9/2007 18:27 | IT_OAA | ███████ | | |
| 2/9/2007 18:27 | ITCreateUsername | ███████ | | |
| 2/9/2007 18:27 | CGIAccountSummary | ███████ | | |
| 2/9/2007 18:28 | CGIAccountSummary | ███████ | | |
| 2/9/2007 18:28 | CGIBrokerageLink | ███████ | | |
| 2/9/2007 18:39 | SHUTDOWN_TYPE | ███████ | | |
| 2/9/2007 20:28 | CGISessionLogin | ███████ | | 69.114.217.133 |
| 2/9/2007 20:28 | CGIAccountSummary | ███████ | | |
| 2/9/2007 20:28 | SAMLLink | ███████ | | |
| 2/9/2007 20:29 | CGIAccountSummary | ███████ | | |
| 2/9/2007 20:29 | CGIBrokerageLink | ███████ | | |
| 2/9/2007 20:29 | AccountServices | ███████ | | |
| 2/9/2007 20:29 | CGIBrokerageLink | ███████ | | |
| 2/9/2007 20:40 | SHUTDOWN_TYPE | ███████ | | |
| 2/9/2007 21:03 | CGISessionLogin | ███████ | | 69.114.217.133 |
| 2/9/2007 21:03 | CGIAccountSummary | ███████ | | |
| 2/9/2007 21:03 | CGIAccountSummary | ███████ | | |
| 2/9/2007 21:03 | CGIBrokerageLink | ███████ | | |
| 2/9/2007 21:14 | SHUTDOWN_TYPE | ███████ | | |
| 2/12/2007 0:33 | CGISessionLogin | ███████ | | 69.114.217.133 |
| 2/12/2007 0:33 | CGIAccountSummary | ███████ | | |
| 2/12/2007 0:34 | CGIBrokerageLink | ███████ | | |
| 2/12/2007 0:34 | CGIAccountSummary | ███████ | | |
| 2/12/2007 0:34 | CGIBrokerageLink | ███████ | | |
| 2/12/2007 0:44 | SHUTDOWN_TYPE | ███████ | | |
| 2/12/2007 20:45 | CGISessionLogin | ███████ | | 71.246.111.239 |
| 2/12/2007 20:45 | CGIAccountSummary | ███████ | | |
| 2/12/2007 20:45 | SHUTDOWN_TYPE | ███████ | | |
| 2/12/2007 21:01 | CGIAccountSummary | ███████ | | |
| 2/12/2007 21:01 | CGISessionLogin | ███████ | | 71.246.111.239 |
| 2/12/2007 21:03 | CGIAccountSummary | ███████ | | |
| 2/12/2007 21:03 | CGIBrokerageLink | ███████ | | |
| 2/12/2007 21:14 | SHUTDOWN_TYPE | ███████ | | |
| 2/13/2007 20:20 | CGISessionLogin | ███████ | | 24.90.135.144 |
| 2/13/2007 20:20 | CGIAccountSummary | ███████ | | |
| 2/13/2007 20:20 | CGIBrokerageLink | ███████ | | |
| 2/13/2007 20:31 | SHUTDOWN_TYPE | ███████ | | |
| 2/13/2007 21:02 | CGISessionLogin | ███████ | | 24.90.135.144 |
| 2/13/2007 21:02 | CGISessionLogin | ███████ | | 24.90.135.144 |
| 2/14/2007 15:19 | CGISessionLogin | ███████ | | 24.90.135.144 |
| 2/15/2007 20:34 | CGISessionLogin | ███████ | | 68.163.73.222 |

**Josefa Rosa**

```
                        TREMENT MENU                              BATCH
JSIP          SYMBOL         NAME              ZIP            DATE
ARENT         MKT   ORDER TYPE
********************************************************************
```

MUTUAL FUND MAIN MENU

ACCOUNT INFORMATION                    MUTUAL FUND SECURITY INFORMATION

A1. DISTRIBUTION OPTIONS      (MDIS)   M1. MUTUAL FUND TRADING DATA   (BSEC)
A2. PERIODIC INVESTMENTS      (MPIP)   M2. MUTUAL FUND QUERY SCREENS  (MQRY)
A3. SHARE CLASS DETAILS       (MSHR)   M3. MUTUAL FUND PROSPECTUS     (MPRS)
A4. ROA PIP                   (MPOA)
A5. ROA AGGREGATED ASSET      (MROA)
A6. ROA HOUSHOLDING           (MHSE)
A7. LOI AGREEMENTS            (LOIL)
A8. SHARE CONVERSIONS         (MSRC)


     SELECTION   __               ACTION (ADD/A,CHANGE/C,DISPLAY/D)  _
                                  (HISTORY/H -FOR MPIP ONLY)


ACCOUNT NUMBER MAY BE ENTERED FOR OPTIONS A1,A2,A3,A5,A6,A7 AND A8
CUSIP MAY BE ENTERED FOR OPTIONS M1,A3,A5,A7 AND A8
     ===> REQUESTED PIPS ARE NOT ON THE SYSTEM <===
```

Confidential Treatment Requested by BAI under FOIA          BAI-SEC-WBH000150

MESI    CNB42697 MONEY LINE STANDING INSTRUCTION INQUIRY     01/09/07 19:41

                                                    LINE #: NY306571401
                                     MONEY MOVEMENT SWEEP: N
STOMER A/C: NY3 065714 1             CREATED:  01/09/07  19:41  CNB42697
                                     UPDATED:  01/09/07  19:41  CNB42697
NEFICIARY : JOSEFA ROSA              N&A: JOSEFA ROSA

NEFICIARY A/C: ██████5357            ███████████████

                                        BRONX                    NY 10466
)AVING/(C)HECKING: C


A NUMBER: ███████████
3B STATUS:    P    RCPT STATUS:   P       BANK N&A: WASHINGTON MUTUAL BANK
                                           20855 STONE OAK PARKWAY
3B VALID: 01/10/07   RCPT VALID:  01/10/07  SAN ANTONIO          TX  78258


):MAIN MENU  PF3/CLEAR:LAST MENU   PF5:SUMMARY  PF10:FWD  PF11:BWD          FASTPATH: _____

Confidential Treatment Requested by BAI under FOIA          BAI-SEC-WBH000151

```
       TFC=> BNAM DISP MEMO BR/ACCT NY3 065714 ORDER            BATCH
 SIP        SYMBOL                    NAME              ZIP       DATE
 RENT       MKT    ORDER TYPE
 ************************************************************************
 EPT/ORG DATE/TYPE STATUS   MEMO

 EN      01/09/07 OPEN      EFT, WAMU/ABA#█████████ ACCT#██████5357
               01           ALM/RIMO
```

```
 XT CODE
         ==>            HIT PF3 TO QUIT              <==
```

Confidential Treatment Requested by BAI under FOIA        BAI-SEC-WBH000152

# Data Archive for Account: NY3-065714
# Date: 01/08/2007 09:10:05

## Registration
### Registration
OSJ: NY3 - New York
Associate: DST - House Primary
Product Type: Standard Brokerage
Registration Type: Individual
Tax Status: U.S. Citizen
SSN: ███████
Check here if the client is a BofA employee: No
Legal Country of Residence: United States
Legal State of Residence: New York
Annuity Related Account: No
529 Related Account?: No
Collateral Account: No
Online Channel: Online
Channel Type: Online

## Account Parties
### PrimaryParty (Individual)
Inherent Risk Score: ████
Tax Status: U.S. Citizen
SSN: ████████
Legal Country of Residence: United States
If a significant portion of the client's source of wealth/revenue/income is derived from a country other than those captured in the country of Citizenship or Residency, please select the country from the drop down.: N/A
### Name and Tax Information
Salutation: N/A
First Name: Josefa
Middle Name: N/A
Last Name: Rosa
Title: N/A
Date of Birth: ████████
## Identification Information
Identity Verification Method: Drivers License

Confidential Treatment Requested by BAI under FOIA

**Driver's License/Government ID Number:** █████████
**Issuing State:** New York
**Expiration Date:** ██████/2007
**Date Of Issuance:** ██████/1999
**Did you physically review original ID?:** No
**Describe method of verification:** KYC - IC Exception
**Date of verification:** ██████/2007
**Describe verification discrepancy results:** KYC - IC Exception

## Legal Address
**Mailing Address Same as Legal Address:** Yes
**Attention:** N/A
**Street Address Line 1:** ███████████
**Street Address Line 2:** ██████
**City:** Bronx
**Legal State of Residence:** New York
**ZIP Code:** 10466

## Employment Information
**Source of Income/Revenue:** Retirement Income
**Provide additional details on income:** IC Exception
**Employment Status:** Not Employed
**Previous Occupation/Employment:** hair dresser

## Contact Information
**E-mail Address:** jjbigman07@mail.com
**Home Phone:** ███████████
**Additional Contact:** No
**Work Phone:** N/A
**Additional Contact:** No

## Affiliation Information
**Are you employed by or related to an employee of Bank of America or any of its affiliates?:** No
**Director, Shareholder or Policy Making Officer of Publicly Traded Company:** No
**Affiliated with a Financial Institution:** No

## Know Your Customer Information
**Estimated Annual Income:** $175,000
**Comments (Explain any additional information or documentation, including source of funds for initial investment and source of net worth.):** IC Exception
**Are you, or any authorized signatories, beneficial owners, trustees, power of attorney or other individuals with authority to effect transactions, a Politically Exposed Person (PEP) also known as Senior Non U.S. Political Figure?:** No

Confidential Treatment Requested by BAI under FOIA

Is the client a 25% owner of the following business types?: DEFAULT - Individual

Is the client a 25% owner of the additional following business types?: N/A

# Instructions

## Instructions

### Trade Pending

**Trade Pending: No**

**All account information and agreements sent to each account holder?: No**

### Sweep Instructions

**Preferred Sweep Vehicle: Money Market**

**Money Market: NSHXX**

**Link an Account: No**

# Suitability

## Suitability

### General Suitability Information

**Marital Status: S**

**Number of Dependents: 0**

### Specific Investment Knowledge

**Stocks: 2001**

**Bonds: NA**

**Mutual Funds: NA**

**Options: NA**

**Other: NA**

### Investment Objectives

**Preservation of Capital: 2**

**Income: 3**

**Appreciation: 1**

**Speculation: 4**

**Other: No**

**Risk Tolerance: Moderate**

**Initial Portfolio Horizon: Long (Over 10 Years)**

### Net Worth (Primary and Additional Account Holders)

**Combined Annual Income: $175,000**

**Household net worth: $400,000**

**Describe source of net worth: KYC - IC Exception**

Confidential Treatment Requested by BAI under FOIA

How was Estimated Net Worth determined?: Other - Explain
Other/Discussion: UNKNOWN
Combined Investable Assets: $350,000
Federal Tax Bracket: 25-27.5%

## Know Your Customer Information

Initial Funding Amount: $350,000
Primary Source of funds for Initial Investment: Savings
Provide additional details: KYC - IC Exception
Purpose Of Account: Savings for retirement
Expected number of monthly deposits (including wire transactions): 0
Expected monthly wire activity (Incoming): 0
Expected number of monthly withdrawals (including wire transactions): 0
Expected monthly wire activity (Outgoing): 0
Expected Balance to be maintained in the account: $250,001 - $500,000

# Authorization / Referral

There are no Authorizations for this account.

# Referral Information

## Referral

Referred Account: No

# Interested Party

There are no Interested Parties for this account.

# Beneficiary

There are no IRA Beneficiaries for this account.

# Submitted User

House Primary

# Principaled By

Rande Benz

# Comments

## Previous Comments

No comments have been logged to this account.

01/09/07  12:42 FAX 3477152789          QUICK COPY CENTER                    ☑002

**Banc of America**
**Investment Services, Inc.**

**Electronic Funds Transfer**
**(EFT) Link Request**

Fax to:    704-489-1310 (Full Service Non-Northeast Accounts)
           617-790-1265 (Full Service Northeast/Self-Directed Accounts)

Please complete a separate form for each Electronic Funds Transfer (EFT) link request.

This form will enable you to establish an Electronic Funds Transfer (EFT) link between your bank account and your Banc of America Investment Services, Inc. ("BAI") brokerage account. Note: This form cannot be used for EFT links ONLY, this form will be transferred into or out of BAI brokerage accounts. Please contact your registered representative to conveniently facilitate a transfer of funds via an EFT link (the completed schedule appropriate authorization and required distribution form, Periodic Investment Plan ("PIP") form etc.)

For all UТМA/UGMA Accounts: The account title and registration of the brokerage and bank accounts MUST match exactly.

**① Client Information**

Print your name as it appears on your BAI brokerage account.

Name(s) on Account _Joseph Ross_        Account Number: _104 306 5714_

Home Phone: ▓▓▓▓▓▓▓▓▓▓    Work Phone: _____

**② Bank Information** (For routine money movements only - not for PIP EFT links.)

Complete the following information. For all bank accounts that are NOT Bank of America accounts, a voided check is REQUIRED.

Establish EFT link to:    Account Type: (check one)   ☐ Checking    ☐ Savings

Bank Name: _____

Name(s) on your Bank Account _____

Bank Account Number: _____    Bank ABA/Routing Number: _____

☐ For all account proceeds (ONLY available for non-retirement brokerage accounts)    ☐ For Ad Hoc transaction
☐ For subsequent distribution

**③ Periodic Investment Plan (PIP) EFT Link Information** (For PIP EFT links only)

Complete the following information. For all bank accounts that are NOT Bank of America accounts, a voided check is REQUIRED.

☐ Debit my (our) Bank of America bank account.

Bank Account Number: _____    Bank ABA/Routing Number: _____    State: _____

Check type of bank account (check one)  ☑ Checking  ☐ Savings

☐ Debit other banking institution account. (Voided check is REQUIRED)

Bank Name: _Washington Mutual_

Bank Account Number: ▓▓▓▓▓▓▓▓▓    Bank ABA/Routing Number: ▓▓▓▓▓▓2723 State: _NY_

Check type of bank account (check one)  ☑ Checking  ☐ Savings

Passbook savings accounts are not eligible and your bank must be a member of the Automated Clearing House (ACH) system.

(handwritten left margin: _NO PIP_)

**④ Authorization**

_Joseph Ross_                                                    _1/9/07_
BAI Brokerage Account Owner/Authorized Agent Signature                Date

Signature(s) of Brokerage/Bank Account Co-Owner(s)  (If applicable)        Date

We want you to know investment products such as stocks, bonds and mutual funds provided by Banc of America Investment Services, Inc.:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |

Banc of America Investment Services, Inc. is a registered broker-dealer, member NASD and SIPC, and a nonbank subsidiary of Bank of America, N.A. Banc of America Investment Services, Inc. is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.
08-25-3797285  02-2006

(handwritten bottom right: _art 1-9-07_)

Confidential Treatment Requested by BAI under FOIA

SEC_VPFEB07_000037



44929892

NY3065714

## New Account Request Information.

**Account Information**

**Account Type:**          Standard Brokerage Account

**Registration Type:**     Individual

Print

**Signature Card**

**Product Name:**
Name: Josefa Rosa
Social Security Number: ████████
Address: ███████ Bronx, NY, 10466

Tracking Number: 44929892

I/we acknowledge that I/we have received, read, understand and agree to the
disclosures set forth in this application and the terms set forth in the separate
Customer Agreement, and agree to be bound by such terms and conditions as are
currently in effect and may be amended from time to time with or without prior
notice. The agreement shall cover individually and collectively all accounts which
I/we may open or reopen and shall inure to any successor (whether by merger,
consolidation, assignments, transfers, or otherwise) to Banc of America Investment
Services, Inc. I/we understand that telephone calls to Banc of America Investment
Services, Inc., National Financial Services LLC and Bank of America may be recorded
and I/we consent to such recording. All securities and other property now or
hereafter held in the brokerage account of the undersigned may be pledged,
repledged, hypothecated or rehypothecated, either separately or together with
securities of other customers either for the amount due Banc of America Investment
Services, Inc. or for a greater sum. Interest on debit balances will be charged and
compounded in accordance with the Customer Agreement. I/we acknowledge that
information provided by me/us to Banc of America Investment Services, Inc.
(whether on this application, verbally or otherwise) may be used to verify my/our
identity. I/we acknowledge that you may share information regarding my activity
with you among Bank of America affiliates. I/we also agree that you may share
information which I/we have provided to you on applications or which you receive
from outside sources among the Bank of America affiliates, provided that I/we may
tell you that I/we prefer that you do not share this information as provided in the
Customer Agreement. I/we acknowledge that by signing the Signature Card, Bank of
America and its affiliates may transmit information about me to its brokerage
affiliate, Banc of America Investment Services, Inc.

Under the penalties of perjury, I certify that (1) the number shown on this
application is my correct taxpayer identification number and (2) I am exempt from
back-up withholding or I have not been notified by the IRS that I am subject to
back-up withholding as a result of failure to report all interest and dividends, or the
IRS notified me that I am no longer subject to back-up withholding and (3) I am a
U.S. person (including a U.S. resident alien). Please note: If the IRS notified you
that you are subject to back-up withholding because of underreporting (and notice
has not been terminated by the IRS), please disregard statement (2) above.

Investment products provided by Banc of America Investment Services, Inc. ®:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |
|---|---|---|

Banc of America Investment Services, Inc. is a registered broker-dealer.

https://admin.baisidirect.com/Shared/Modules/requestGet.php?tmpl=ReqStatus/ViewReque...   1/8/2007

member NASD and SIPC and is a nonbank subsidiary of Bank of America, N.A. **Banc of America Investment Services, Inc.** is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.

I/we understand that Section 16 on page 3 of the Customer Agreement contains a predispute arbitration clause requiring all disputes under this agreement to be settled by binding arbitration. By signing the Signature Card, I/we have received, read, understand and agree to such arbitration provisions and also acknowledge receiving a copy of the agreement.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.*

Electronic signature provided by applicant     01-07-2007
Josefa Rosa     Date (MM-DD-YYYY)

**Internal User Only**

**Banc Of America Investment Services, Inc.**

_____     _____
Registered rep signature     Date (MM-DD-YYYY)

_____
Registered rep name (print)

_____
Registered rep number

_____     _____
Principal signature     Date (MM-DD-YYYY)

Account carried by National Financial Services LLC

Confidential Treatment Requested by BAI under FOIA      SEC_VPFEB07_000040

# Banc of America
# Investment Services, Inc. ™

Account Number: NY3-065714

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Call Center                                                800 926 1111

Investment products provided by Banc of America Investment Services, Inc.:

| ARE NOT FDIC INSURED | MAY LOSE VALUE | ARE NOT BANK GUARANTEED |
|---|---|---|

Banc of America Investment Services, Inc. is a registered broker-dealer,
member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A.

Portfolio Value
(in dollars)

A portfolio value less than $100.00 may not be displayed.

TOTAL PORTFOLIO
**$82.11**

070131  290  001172242  C  1
BANC OF AMERICA
INVESTMENT SERVICES INC.
PO BOX 863
RII-541-02-05
LINCOLN, RI 02865

JOSEFA ROSA
BRONX NY 10466

## SNAPSHOT
Statement Date: 01/01/07 to 01/31/07

### PORTFOLIO VALUES

| | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $82.11 | $0.00 |
| **TOTAL PORTFOLIO VALUE** | **$82.11** | **$0.00** |

### ACCOUNT ACTIVITY

| | This Period | Year-To-Date |
|---|---|---|
| Net Core Fund Activity | ($82.11) | ($82.11) |
| Net Income and Expenses | $82.11 | $82.11 |

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Confidential Treatment Requested by BAI under FOIA**          **BAI-SEC-WBH000057**

## LEGEND
( ) Numbers in parenthesis
are debits or subtractions
NFS * National Financial
Services LLC

Page 1 of 7
070131 290 001172242

# Banc of America
# Investment Services, Inc.™

Account Number: NY3-065714
Account Name: ROSA JOSEF

Statement Date: 01/01/2007 to 01/31/2007

**ALERT** Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in January of the subsequent year.

# SUMMARY

## PORTFOLIO VALUE

| | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
| Money Markets | $82.11 | $0.00 |
| **TOTAL PORTFOLIO VALUE** | **$82.11** | **$0.00** |

## ACCOUNT ACTIVITY

| | This Period | Year-To-Date |
|---|---|---|
| BEGINNING BALANCE | $0.00 | |
| Core Fund Activity | | |
| Core Funds Purchased | ($155,082.11) | ($155,082.11) |
| Core Funds Sold | $155,000.00 | $155,000.00 |
| NET CORE FUND ACTIVITY | ($82.11) | ($82.11) |
| Income and Expenses | | |
| Taxable Income | | |
| Taxable Dividends | $82.11 | $82.11 |
| NET TAXABLE INCOME | $82.11 | $82.11 |
| TOTAL INCOME | $82.11 | $82.11 |
| NET INCOME AND EXPENSES | $82.11 | $82.11 |
| ENDING BALANCE | $0.00 | |

# DETAIL

## PORTFOLIO VALUE

Mutual Funds, Annuities, and other investment products are not insured by the FDIC or any other government agency, are not deposits or obligations of, or guaranteed by, Banc of America Investment Services or any affiliate, and are subject to investment risks, including possible loss of principal invested.

## CASH AND CASH EQUIVALENTS 100.00%

| Description | Symbol/Cusip Account Type | Quantity | Price on 01/31/07 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| Money Markets | | | | | | |
| COLUMBIA CASH RESERVES DAILY 7 DAY AVG NET YIELD  4.56% | NSHXX CASH | $82.11 | $1.00 | $82.11 | unavailable | |
| **Total Cash and Cash Equivalents** | | | | **$82.11** | | |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

See last page for important information about your brokerage account and this statement.

**Confidential Treatment Requested by BAI under FOIA**

**BAI-SEC-WBH000058**

Account Number: NY3-065714
Account Name: ROSA JOSEF
Statement Date: 01/01/2007 to 01/31/2007

# Banc of America
## Investment Services, Inc.™

| TOTAL PORTFOLIO VALUE | $82.11 |
|---|---|

## ACCOUNT ACTIVITY

### CORE FUND ACTIVITY

**Core Funds Purchased**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 01/12/07 | CASH | YOU BOUGHT | COLUMBIA CASH RESERVES DAILY @ 1 | 155,000 | ($155,000.00 ) |
| 01/31/07 | CASH | YOU BOUGHT | COLUMBIA CASH RESERVES DAILY @ 1 | 82.11 | ($82.11 ) |

**Net Core Funds Purchased** ($155,082.11 )

**Core Funds Sold**

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 01/17/07 | CASH | YOU SOLD | COLUMBIA CASH RESERVES DAILY @ 1 | (97,000 ) | $97,000.00 |
| 01/23/07 | CASH | YOU SOLD | COLUMBIA CASH RESERVES DAILY @ 1 | (58,000 ) | $58,000.00 |

**Net Core Funds Sold** $155,000.00

**NET CORE FUND ACTIVITY** ($82.11 )

### INCOME AND EXPENSES

**Taxable Income**

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| Taxable Dividends | | | | | |
| 01/3/07 | CASH | DIVIDEND RECEIVED | COLUMBIA CASH RESERVES DAILY DIVIDEND RECEIVED | | $82.11 |

**Net Taxable Income** $82.11

**Total Income** $82.11

**NET INCOME AND EXPENSES** $82.11

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Confidential Treatment Requested by BAI under FOIA          BAI-SEC-WBH000059

# Banc of America
# Investment Services, Inc. ™

Account Number: NY3-065714
Account Name: ROSA JOSEF

Statement Date:  01/01/2007 to 01/31/2007

## MESSAGES

Did you know that you can access your Banc of America Investment Services, Inc. Self-Directed Brokerage account statements, trade confirms and tax documents online through bankofamerica.com/investments? Once you sign in to your account, simply click on the Statements and Documents link under the Account Info tab to view this information. We encourage you to make the most of your brokerage account's online resources.

Account carried with National Financial Services LLC, Member NYSE, SIPC

Confidential Treatment Requested by BAI under FOIA      BAI-SEC-WBH000060

**Account Number: NY3-065714**
**Account Name: ROSA JOSEF**

**Statement Date:  01/01/2007 to 01/31/2007**

# Banc of America
# Investment Services, Inc. ™

## CURRENT PERIOD FEES & EXPENSES

| Units | Fund Name | CUSIP | Annual Expense Ratio * | Current Period Fees & Expenses ** | Ending Market Value $82.11 |
|-------|-----------|-------|------------------------|-----------------------------------|----------------------------|
| 82.11 | COLUMBIA CASH RESERVES DAILY | 19765/605. | 0.80% | $0.05 | |

The mutual funds, referenced above, are distributed by Columbia Management Distributors, Inc., an affiliate of Banc of America Investment Services, Inc.

Please note fees and expenses charged by these mutual fund providers are included in the share price of each fund and are not deducted from the ending balance on your statement.

* Annual Expense Ratio is based on amounts incurred during the most recent fiscal year, as shown in the fund's audited financial statement. Expense ratios are updated approximately 60 days after the fund's fiscal year-end. For new funds that do not yet have audited financial statements covering more than a six-month period, Annual Expense Ratio is estimated.

** Current Period Fees & Expenses are approximate, they represent a monthly calculation, assume that the investor held shares of the fund valued at the ending balance for the entire statement period, and do not include the effect of any transactions that may have been made during the period.

Additional Disclosures:

- Additional fee information, including a summary of an independent fee consultant's management fee evaluation, is available at www.columbiafunds.com and in shareholder reports.

- Fees disclosed here for a Fund that invests in multiple underlying Portfolios do not include the Fund's portion of the fees and expenses deducted from the assets of the underlying Portfolios, which varies depending on the amount the Fund invests in particular underlying Portfolios.

- Fees disclosed here for a feeder Fund that invests all of its assets in a single underlying master Portfolio include the Fund's portion of the fees and expenses deducted from the assets of the underlying master Portfolio.

- Fees disclosed here for a Fund that is held through a wrap fee program do not include the separate fees and expenses that are imposed under your wrap fee program.

An investment in a money market mutual fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although money market mutual funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in money market mutual funds. Past performance is no guarantee of future results. You should carefully consider a fund's investment objectives, risks, charges and expenses before investing. This and other important information is included in the fund's prospectus, which should be read carefully before investing.

**The following section details the hypothetical future fee and expense structure associated with your mutual funds distributed by Columbia Management Distributors, Inc.  The following tables are produced for illustrative purposes only and do not guarantee future results.  Actual results may vary.  The illustrations are based on the assumptions appearing at the end of this section.**

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**BAI-SEC-WBH000061**

**Confidential Treatment Requested by BAI under FOIA.**

# Banc of America Investment Services, Inc. ™

Account Number: NY3-065714
Account Name: ROSA JOSEF

Statement Date: 01/01/2007 to 01/31/2007

## HYPOTHETICAL FUTURE FEES & EXPENSES
COLUMBIA CASH RESERVES DAILY

Initial Hypothetical Investment    $10,000.00
Assumed Rate of Return    5.00%

19765X605

| Year | Cumulative Return Before Fees & Expenses | Annual Expense Ratio *** | Cumulative Return After Fees & Expenses | Hypothetical Year-End Balance After Fees & Expenses | Annual Fees & Expenses |
|---|---|---|---|---|---|
| 01 | 5.00% | 0.80% | 4.20% | $10,420.00 | $81.68 |
| 02 | 10.25% | 0.87% | 8.50% | $10,850.35 | $82.53 |
| 03 | 15.76% | 0.87% | 12.98% | $11,298.47 | $86.35 |
| 04 | 21.55% | 0.87% | 17.65% | $11,765.09 | $100.33 |
| 05 | 27.63% | 0.87% | 22.51% | $12,250.99 | $104.47 |
| 06 | 34.01% | 0.87% | 27.57% | $12,756.96 | $108.76 |
| 07 | 40.71% | 0.87% | 32.84% | $13,283.82 | $113.28 |
| 08 | 47.75% | 0.87% | 38.32% | $13,832.44 | $117.96 |
| 09 | 55.13% | 0.87% | 44.04% | $14,403.72 | $122.83 |
| 10 | 62.89% | 0.87% | 49.99% | $14,998.59 | $127.90 |

Total Gain After Fees & Expenses    $4,998.59
Total Annual Fees & Expenses    $1,066.09

**Hypothetical Fees & Expenses:**

*** Annual Expense Ratios are based on amounts incurred during the most recent fiscal year, as shown in the fund's audited financial statement, may have been restated to reflect current service provider fees, and are net of any waivers, reimbursement or caps that the fund's manager has committed to the fund for the period of the commitment. Annual Expense Ratio is updated in conjunction with annual updates to the fund's prospectus. For new funds that do not yet have audited financial statements covering more than a six-month period, Annual Expense Ratio is estimated.

**** The Hypothetical Information shown above calculates the approximate fees & expenses that would be charged on the Initial Hypothetical Investment of $10,000, based on a 5% return each year. Actual results may vary. The fee and expense information shown assumes that all dividends and distributions are reinvested in the fund.

Assumptions:

- Annual Fees & Expenses are approximate and assume that the investor had an initial investment of $10,000 and held shares of the fund for an entire 10-year period and do not include contingent deferred sales charges.

- For Class B and G shares, the expense ratios reflect fee reductions resulting from conversion to Class A and Class T shares, respectively, for shares held after year eight.

- For Class A shares, the year one Annual Fees & Expenses & Hypothetical Year-End Balance After Fees & Expenses information shown include the dollar amount and effect of any applicable front-end sales charge of the fund.

- Annual Fees & Expenses are calculated based on the average between the beginning and ending balance for each year. All information is calculated on an annual compounding basis.

- Hypothetical Future Fees & Expenses are hypothetical and should not be used or construed as an offer to sell, a solicitation of an offer to buy, or a recommendation or endorsement of any specific mutual fund. Mutual fund fees & expenses fluctuate over time and actual expenses may be higher or lower than those shown. You should carefully review the fund's prospectus to consider the investment objectives, risks, expenses and charges of the fund prior to investing.

Account carried with National Financial Services, LLC, Member NYSE, SIPC

Confidential Treatment Requested by BAI under FOIA

BAI-SEC-WBH000062

**GLOSSARY** Short Account Balances -If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in your Short Account. Any market increases or decreases from the original sale price will be marked to the market and will be traded in your Margin Account on a weekly basis. **Market Value** - The Total Market Value has been calculated out to 9 decimal places, however, the individual unit price is displayed at 3 decimal places. This amount represents values obtained from information providers, which may in turn, obtain appraisals based on closing prices and/or the mean bid and ask on the last day of the statement period. Accordingly, accuracy of such prices cannot be guaranteed. The securities may be unpriced for various reasons including but not limited to, unavailability of pricing or the securities may not have value. Securities are identified on the front of the statement. Investment decisions should be made only after consulting your broker/dealer for an actual quote. **Estimated Yield and Estimated Annual Income** - When available, the coupon rate of some fixed income securities is divided by the current market value of the fixed income security to create the

**CUSTOMER SERVICE** Inquiries or concerns regarding your brokerage account or the activity therein should be directed to your broker/dealer at the telephone number and address reflected on the front of this statement. National Financial Services LLC carries your brokerage account and acts as your custodian for funds and securities deposited with us directly by you, through your broker/dealer, or as a result of transactions we process for your account. Inquiries concerning the positions and balances in your brokerage account only may be directed to NFS at (617) 563-5977. When contacting either NFS or your broker/dealer, remember to include your entire brokerage account number to ensure a prompt reply. Please notify us promptly of any change of your broker/dealer promptly in writing of any change of address. Please review your statement and report any discrepancies immediately.

**ADDITIONAL INFORMATION** Free credit balances are not segregated and may be used in NFS business, subject to the limitations of 17CFR Section 240.15c3-2 under the Securities Exchange Act of 1934. You have the right to receive from NFS in the course of normal business operations, subject to any commitments in your brokerage account, any free credit balances to which you are entitled or any fully paid securities to which you are entitled and any securities purchased on margin upon full payment of any indebtedness to you. Interest on free credit balances awaiting reinvestment may be paid out at rates that may vary with current short-term market rates and/or your brokerage account balances, set at the discretion of your broker/dealer and/or NFS.

**Credit Adjustment Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive credit adjustments intended to help cover additional associated federal tax burdens. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

Openly to customers: Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker/dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description of which is available upon request. American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker/dealer promptly of any material change in your investment objectives or financial situation. **Splits, Dividends, and Interest.** Expected stock split, dividend and next interest payable information has been provided by third parties and may be subject to change. Information concerning mis-posting or missing information for these parties in time for printing. NFS is not responsible for inaccurate, missing information. Please consult your broker/dealer for more information about expected stock split, next dividend payable, and next interest payable for certain securities.

**Equity Dividend Reinvestment Customers.** Shares credited to your brokerage account resulted from transactions reflected as agent by either: 1) Your broker/dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker/dealer effected transactions, the time of the transactions, the exchange upon which the transactions occurred and the name of the person from whom the security was purchased will be furnished upon written request. NFS may have acted as market maker in effecting trades in "over-the-counter" securities.

**Retirement Contributions/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement.

**Income Reporting.** NFS reports earnings from investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keogh's as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting certain conditions.

A financial statement of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.

**Statement Mailing.** NFS will mail statements to customers who have had transactions that affect their cash balances or security positions held in their brokerage accounts during the last monthly reporting period. All other brokerage customers will receive customer statements at least four times during a calendar year as long as the brokerage account contains cash or securities balances. Please keep these statements for your records.

**Loads** and **Fees.** In addition to sales loads and 12b-1 fees described in the prospectus, NFS or your

broker/dealer may receive compensation up to 35 basis points of the average daily net assets of certain mutual funds in connection with your purchase of those mutual funds and/or the maintenance of your brokerage account with respect to those shares. The compensation is paid by the mutual fund and/or its affiliate. Additional information about the source and amount of the compensation will be furnished to you upon written request.

Estimated Yield figure and/or the current interest rate or most recently declared dividends for certain securities are annualized to create the Estimated Annual Income figure. These figures are estimates only, based on mathematical calculations of available financial data. The figures are believed to be reliable, but no assurance can be made as to accuracy. These have been obtained from information providers are subject to change at any time, and may be affected by current and future economic, market and other conditions, they should not be relied on for making investment, trading decisions, or tax decisions. Estimated Value - if this statement contains an estimated value, you should be aware that this value may be based on a limited number of trades or quotes. Therefore, you may not be able to sell these securities at a price equal or near to the value shown, and you may not be able to sell these securities at all.

**Fixed Income.** The prices given for fixed income securities on this statement are approximations, not actual market bids or prices and are provided only as a general guide.

**Margin.** If you have applied for margin privileges and have been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loans. The amount you may borrow is based on the value of securities in your margin account, which is identified on your statement. If you have a margin account, this is a combined statement of your margin account and special miscellaneous account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request.

NYSE and NASD. All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and it's clearing house, if any, where the transactions are executed, and of the New York Stock Exchange (NYSE) and of the National Association of Securities Dealers, Inc. ('NASD'). The NASD requires that we notify you in writing of the availability of an investor brochure that includes information describing NASD Regulation's Public Disclosure Program ('Program'). To obtain a brochure or more information about the Program, contact the NASD's web site at www.nasdr.com or contact the NASD Regulation Public Disclosure Program Hotline at (800) 289-9999.

New York Stock Exchange Rule 382 requires that your broker/dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker/dealer and NFS. A more complete description is available upon request.

**Your broker/dealer is responsible for:** (1) obtaining and verifying brokerage account information and documentation, (2) opening, approving and monitoring your brokerage account, (3) transmitting timely and accurate instructions to NFS with respect to your brokerage account, (4) determining the suitability of investment recommendations and advice, (5) operating, and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services it provides.

**NFS shall, at the direction of your broker/dealer:** (1) execute, clear and settle transactions processed through NFS by your broker/dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker/dealer has undertaken to do so), (3) act as custodian for funds and securities received by NFS on your behalf, (4) follow the instructions of your broker/dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker/dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.

**Securities in accounts carried by National Financial Services LLC ("NFS"), a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") coverage** (including cash claims limited to $100,000). For details, please see www.sipc.org. NFS has arranged for additional insurance protection for cash and securities to supplement its SIPC coverage. This additional insurance covers total account net equity in excess of the $500,000/$100,000 coverage provided by SIPC. Neither coverage protects against a decline in the market value of securities. Assets Held Away. Mutual funds and/or other securities are not held by or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal.

**End of Statement**

070131 290 001172242

BAI-SEC-WBH000063

Confidential Treatment Requested by BAI under FOIA

051112

Confidential Treatment Requested by BAI under FOIA

BAI-SEC-WBH000064

# Banc of America
# Investment Services, Inc. ™

Account Number: NY3-065714

070228  300  007108550  C  1
BANC OF AMERICA
INVESTMENT SERVICES INC.
PO BOX 863
R11-541-02-05
LINCOLN, RI 02865

JOSEFA ROSA
BRONX NY 10466

FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:
Call Center                                            800 926 1111

Investment products provided by Banc of America Investment Services, Inc.:

| ARE NOT FDIC INSURED | MAY LOSE VALUE | ARE NOT BANK GUARANTEED |
|---|---|---|

Banc of America Investment Services, Inc. is a registered broker-dealer,
member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A.

Portfolio Value
(in dollars)

A portfolio value less than $100.00 may not be displayed.

# SNAPSHOT

Statement Date:  02/01/07  to  02/28/07

TOTAL PORTFOLIO
$82.39

## PORTFOLIO VALUE

|  | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | $82.39 | $82.11 |
| TOTAL PORTFOLIO VALUE | $82.39 | $82.11 |

## ACCOUNT ACTIVITY

|  | This Period | Year-To-Date |
|---|---|---|
| Net Core Fund Activity | ($0.28) | ($82.39) |
| Net Income and Expenses | $0.28 | $82.39 |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Confidential Treatment Requested by BAI under FOIA          BAI-SEC-WBH000065

LEGEND
( ) Numbers in parentheses
are debits or subtractions
NFS = National Financial
Services LLC

Page 1 of 7
070228 300 007108550

# Banc of America
# Investment Services, Inc.™

Account Number: NY3-065714
Account Name: ROSA JOSEF

Statement Date: 02/01/2007 to 02/28/2007

**ALERT** Taxable Income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in January of the subsequent year.

## SUMMARY

### PORTFOLIO VALUE

| | This Period | Prior Period |
|---|---|---|
| Cash and Cash Equivalents | | |
| Money Markets | $82.39 | $82.11 |
| **TOTAL PORTFOLIO VALUE** | **$82.39** | **$82.11** |

### ACCOUNT ACTIVITY

| | This Period | Year-To-Date |
|---|---|---|
| BEGINNING BALANCE | $0.00 | |
| Core Fund Activity | | |
| Core Funds Purchased | ($0.28) | ($155,082.39) |
| Core Funds Sold | $0.00 | $155,000.00 |
| NET CORE FUND ACTIVITY | ($0.28) | ($82.39) |
| Income and Expenses | | |
| Taxable Income | | |
| Taxable Dividends | $0.28 | $82.39 |
| NET TAXABLE INCOME | $0.28 | $82.39 |
| TOTAL INCOME | $0.28 | $82.39 |
| **NET INCOME AND EXPENSES** | **$0.28** | **$82.39** |
| **ENDING BALANCE** | **$0.00** | |

## DETAIL

### PORTFOLIO VALUE

Mutual Funds, Annuities, and other investment products are not insured by the FDIC or any other government agency, are not deposits or obligations of, or guaranteed by, Banc of America Investment Services or any affiliate, and are subject to investment risks, including possible loss of principal invested.

### CASH AND CASH EQUIVALENTS 100.00%

| Description Symbol/Cusip Account Type | Quantity | Price on 02/28/07 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|
| Money Markets | | | | | |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

See last page for important information about your brokerage account and this statement.

**Confidential Treatment Requested by BAI under FOIA**

BAI-SEC-WBH000066

**Account Number: NY3-065714**
**Account Name: ROSA JOSEF**

**Statement Date:  02/01/2007 to 02/28/2007**

# Banc of America
# Investment Services, Inc.™

## CASH AND CASH EQUIVALENTS 100.00%

| Description | Symbol/Cusip Account Type | Quantity | Price on 02/28/07 | Current Market Value | Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| COLUMBIA CASH RESERVES DAILY 7 DAY AVG NET YIELD  4.58% | NSHXX CASH | 82.39 | $1.00 | $82.39 | $82.11 | |
| Dividend Option Reinvest | | | | | | |
| Capital Gain Option Reinvest | | | | | | |
| **Total Cash and Cash Equivalents** | | | | **$82.39** | | |

## TOTAL PORTFOLIO VALUE                                    **$82.39**

## ACCOUNT ACTIVITY

### CORE FUND ACTIVITY
### Core Funds Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 02/27/07 | CASH | REINVESTMENT | COLUMBIA CASH RESERVES DAILY NET DIV REINVEST | 0.28 | ( $0.28 ) |
| **Net Core Funds Purchased** | | | | | **( $0.28 )** |

### NET CORE FUND ACTIVITY                                          **( $0.28 )**

## INCOME AND EXPENSES
### Taxable Income

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| Taxable Dividends | | | | | |
| 02/27/07 | CASH | DIVIDEND RECEIVED | COLUMBIA CASH RESERVES DAILY DIVIDEND RECEIVED | | $0.28 |
| **Net Taxable Income** | | | | | **$0.28** |
| **Total Income** | | | | | **$0.28** |

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Confidential Treatment Requested by BAI under FOIA**          **BAI-SEC-WBH000067**

# Banc of America
# Investment Services, Inc.™

**Account Number:** NY3-065714
**Account Name:** ROSA JOSEF

**Statement Date:** 02/01/2007 to 02/28/2007

---

## NET INCOME AND EXPENSES

$0.28

## MESSAGES

IRA contributions to your brokerage account not only allow you to invest for your future, but may also be tax-deductible, up to $4,000 in 2006 and 2007. While you have until April 17, 2007 to make your 2006 contribution, you can start making 2007 contributions today. To take advantage of this investing opportunity, open a Self-Directed Brokerage IRA with Banc of America Investment Services, Inc. Visit bankofamerica.com/investments to get started.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

Confidential Treatment Requested by BAI under FOIA          BAI-SEC-WBH000068

Account Number: NY3-065714
Account Name: ROSA JOSEF
Statement Date: 02/01/2007 to 02/28/2007

# Banc of America
# Investment Services, Inc. ™

## CURRENT PERIOD FEES & EXPENSES

| Units | Fund Name | CUSIP | Annual Expense Ratio* | Current Period Fees & Expenses ** | Ending Market Value |
|---|---|---|---|---|---|
| 82.39 | COLUMBIA CASH RESERVES DAILY | 19765K605 | 0.80% | $0.05 | $82.39 |

The mutual funds, referenced above, are distributed by Columbia Management Distributors, Inc., an affiliate of Banc of America Investment Services, Inc.

Please note fees and expenses charged by these mutual fund providers are included in the share price of each fund and are not deducted from the ending balance on your statement.

* Annual Expense Ratio is based on amounts incurred during the most recent fiscal year, as shown in the fund's audited financial statement. Expense ratios are updated approximately 60 days after the fund's fiscal year-end. For new funds that do not yet have audited financial statements covering more than a six-month period, Annual Expense Ratio is estimated.

** Current Period Fees & Expenses are approximate. they represent a monthly calculation, assume that the investor held shares of the fund valued at the ending balance for the entire statement period, and do not include the effect of any transactions that may have been made during the period.

Additional Disclosures:

- Additional fee information, including a summary of an independent fee consultant's management fee evaluation, is available at www.columbiafunds.com and in shareholder reports.

- Fees disclosed here for a Fund that invests in multiple underlying Portfolios do not include the Fund's portion of the fees and expenses deducted from the assets of the underlying Portfolios, which varies depending on the amount the Fund invests in particular underlying Portfolios.

- Fees disclosed here for a feeder Fund that invests all of its assets in a single underlying master Portfolio include the Fund's portion of the fees and expenses deducted from the assets of the underlying master Portfolio.

- Fees disclosed here for a Fund that is held through a wrap fee program do not include the separate fees and expenses that are imposed under your wrap fee program.

An investment in a money market mutual fund is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. Although money market mutual funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in money market mutual funds. Past performance is no guarantee of future results. You should carefully consider a fund's investment objectives, risks, charges and expenses before investing. This and other important information is included in the fund's prospectus, which should be read carefully before investing.

The following section details the hypothetical future fee and expense structure associated with your mutual funds distributed by Columbia Management Distributors, Inc.. The following tables are produced for illustrative purposes only and do not guarantee future results. Actual results may vary. The illustrations are based on the assumptions appearing at the end of this section.

*Account carried with National Financial Services LLC, Member NYSE, SIPC*

**Confidential Treatment Requested by BAI under FOIA**          **BAI-SEC-WBH000069**

Account Number: NY3-065714
Account Name: ROSA JOSEF

Statement Date: 02/01/2007 to 02/28/2007

# Banc of America
# Investment Services, Inc.™

## HYPOTHETICAL FUTURE FEES & EXPENSES
COLUMBIA CASH RESERVES DAILY

Initial Hypothetical Investment ****    19765W605
Assumed Rate of Return    $10,000.00
5.00%

| Year | Cumulative Return Before Fees & Expenses | Annual Expense Ratio **** | Cumulative Return After Fees & Expenses | Hypothetical Year-End Balance After Fees & Expenses | Annual Fees & Expenses |
|------|------|------|------|------|------|
| 01 | 5.00% | 0.86% | 4.20% | $10,420.00 | $81.68 |
| 02 | 10.25% | 0.87% | 8.50% | $10,850.35 | $92.53 |
| 03 | 15.76% | 0.87% | 12.99% | $11,298.47 | $96.35 |
| 04 | 21.55% | 0.87% | 17.65% | $11,765.09 | $100.33 |
| 05 | 27.63% | 0.87% | 22.51% | $12,250.99 | $104.47 |
| 06 | 34.01% | 0.87% | 27.57% | $12,756.96 | $108.78 |
| 07 | 40.71% | 0.87% | 32.84% | $13,283.82 | $113.28 |
| 08 | 47.75% | 0.87% | 38.32% | $13,832.44 | $117.96 |
| 09 | 55.13% | 0.87% | 44.04% | $14,403.72 | $122.83 |
| 10 | 62.89% | 0.87% | 49.99% | $14,998.59 | $127.90 |

| | |
|---|---|
| Total Gain After Fees & Expenses | $4,998.59 |
| Total Annual Fees & Expenses | $1,066.09 |

**Hypothetical Fees & Expenses:**

**** Annual Expense Ratios are based on amounts incurred during the most recent fiscal year, as shown in the fund's audited financial statement, may have been restated to reflect current service providers' fees, and are net of any waivers, reimbursement or caps that the fund's manager has committed to the fund for the period of the commitment. Annual Expense Ratio is updated in conjunction with annual updates to the fund's prospectus. For new funds that do not yet have audited financial statements covering more than a six-month period, Annual Expense Ratio is estimated.

**** The hypothetical information shown above calculates the approximate fees & expenses that would be charged on the Initial Hypothetical Investment of $10,000, based on a 5% return each year. Actual results may vary. The fee and expense information shown assumes that all dividends and distributions are reinvested in the fund.

Assumptions:
- Annual Fees & Expenses are approximate and assume that the investor had an initial investment of $10,000 and held shares of the fund for an entire 10-year period and do not include contingent deferred sales charges.
- For Class B and G shares, the expense ratios reflect fee reductions resulting from conversion to Class A and Class T shares, respectively, for shares held after year eight.
- For Class A shares, the year one Annual Fees & Expenses & Hypothetical Year-End Balance After Fees & Expenses information shown include the dollar amount and effect of any applicable front-end sales charge of the fund.
- Annual Fees & Expenses are calculated based on the average between the beginning and ending balance for each year. All information is calculated on an annual compounding basis.
- Hypothetical Future Fees & Expenses are hypothetical and should not be used or construed as an offer to sell, a solicitation of an offer to buy, or a recommendation or endorsement of any specific mutual fund. Mutual fund fees & expenses fluctuate over time and actual expenses may be higher or lower than those shown. You should carefully review the fund's prospectus to consider the investment objectives, risks, expenses and charges of the fund prior to investing.

Account carried with National Financial Services LLC, Member NYSE, SIPC

Confidential Treatment Requested by BAI under FOIA          BAI-SEC-WBH000070

**GLOSSARY**

**Short Account Balances** If you have sold securities under the short sale rule, we have, in accordance with regulations, segregated the proceeds from your Short Account. Any market increases or decreases from the original sale price will be transferred to your Margin Account on a weekly basis. **Market Value** - The Total Market Value has been calculated using 9 decimal places, however, the individual unit price is displayed at 5 decimal places and represents values obtained from various quotation services, which may in turn, obtain appraisals based on closing prices and/or the mean bid and ask on the last day of the statement period. Accordingly, the accuracy of such prices cannot be guaranteed. The securities may be unpriced for various reasons including, but not limited to, unavailability of pricing or the securities may not have value. Securities are identified on the front of the statement. Investment decisions should be made only after consulting your broker/dealer for an actual quote. **Estimated Yield and Estimated Annual Income** - Where available, an estimate based on the current market value of the fixed income securities is divided by the current market value of the fixed income security to create the

**CUSTOMER SERVICE** Inquiries or concerns regarding your brokerage account should be directed to your broker/dealer at the telephone number and address reflected on the front of this statement. National Financial Services LLC ("NFS") carries your brokerage account and acts as your custodian for funds and securities deposited with us directly by you, through your broker/dealer, or as a result of transactions on your brokerage account. Inquiries concerning the positions and balances in your brokerage account only may be directed to NFS at **(617) 563-5977.** When contacting either NFS or your broker/dealer, remember to include your entire brokerage account number to ensure a prompt reply. Please notify the service center of your broker/dealer promptly in writing of any change of address. Please review your statement and report any discrepancies immediately.

**ADDITIONAL INFORMATION Customer free credit balances** are not segregated and may be used in the conduct of this business by NFS, within the limitations of 17CFR Section 240.15c3-2 under the Securities and Exchange Act of 1934. You have the right to receive at any time any free credit balances in your account which is identified on this statement, subject to any open commitments in any of your brokerage accounts. In the course of normal business operations, subject to open commitments in any of your brokerage accounts, NFS may use free credit balances to which you are entitled or as a result of transactions to which you are entitled and any indebtedness in NFS. Interest on free credit balances and/or any instruments that may be paid out at rates that may vary with current short-term money market rates and/or your brokerage account balances, set at the Credit and Disbursement Program.

**Retirement Account Program.** Accountholders receiving payments in lieu of qualified dividends may not be eligible to receive certain tax benefits. NFS reserves the right to deny the adjustment to any accountholder and to amend or terminate the credit adjustment program.

**Options** Customers. Each transaction confirmation previously delivered to you contains full information about commissions and other charges. If you require further information, please contact your broker/dealer. Assignments of American and European-style options are allocated among customer short positions pursuant to Americanstyle and allocation procedure, a description of which is available upon request. Short positions in American-style options are liable for assignment at any time. The writer of a European-style option is subject to exercise assignment only during the exercise period. You should advise your broker/dealer promptly of any material change in your investment objectives or financial situation. Information for certain securities may be subject to change. Information for certain securities may be missing or incomplete for various reasons including stock split, next dividend payable, and next interest payable. Information provided by third parties parties in time for printing. NFS is not responsible for inaccurate, incomplete, or missing information. Please contact your broker/dealer for more information about expected stock split, next dividend payable, and next interest payable on these securities.

**Equity Dividend Reinvestment Customers,** Shares credited to your brokerage account resulted from transactions effected as agent by either: 1) Your broker/dealer for your investment account, or 2) through the Depository Trust Company (DTC) dividend reinvestment program. For broker/dealer affected transactions, the time of the transactions, the exchange upon which these transactions occurred or the name of the person from whom the security was purchased will be furnished upon request, NFS may have acted as market maker in effecting trades in over-the-counter securities.

**Retirement/Distributions.** A summary of retirement contributions/distributions is displayed for you in the activity summary section of your statement.

**Income Reporting,** NFS reports earnings on interests in Traditional IRAs, Rollover IRAs, SEP-IRAs and, Keoghs as tax-deferred income. Earnings from Roth IRAs are reported as tax-free income, since distributions may be tax-free after meeting the 5 year aging requirement and certain other conditions.

A **financial statement** of NFS is available for your personal inspection at its office or a copy of it will be mailed to you upon your written request.

**Statement Mailing.** NFS will mail statements to customers who have had transactions that affect their cash balances or security positions held in their brokerage accounts during the last monthly reporting period. All other brokerage customers will receive statements at least four times during a calendar year as long as they will help you prepare your income tax returns. Please keep these statements for your records.

**Loads and Fees.** In addition to sales loads and 12b-1 fees described in the prospectus, the fund or your

Estimated Yield figure and/or the current interest rate or most recently declared dividends for certain securities are annualized to create the Estimated Annual Income figure. These figures are estimates only, based on mathematical calculations of available data, and have been believed to be reliable, but no assurance can be made as to accuracy. Since the information from information providers are subject to change at any time, and may be affected by current and future economic, political and business considerations, as well as your individual financial decisions, it is possible that dividend rates and/or bond prices are provided only as a general guide. **Estimated Value** - If this value should not be relied on for making investment, trading decisions, or tax decisions. Estimated limited number of shares. The NASD quote, you should be aware that this value may be based on a value near to the value shown. However, the broker/dealer furnishing this statement may not refuse to accept your order to sell these securities. Therefore, you may not be able to sell these securities at a price equal or order to sell these securities. Also, the amount you receive from a sale generally will be reduced by the amount of any commissions or similar charges. If an estimated value is not shown for a security, a value could not be determined because of lack of information.

**Fixed Income.** The prices given for fixed income securities on this statement are approximations, not actual market bids or prices and are provided only as a general guide.

**Margin.** If you have applied for margin privileges and been approved, you may borrow money from NFS in exchange for pledging the assets in your account as collateral for any outstanding margin loans. The amount you may borrow is based on the value of securities in your margin account, which is identified on this statement. If you have a margin account, this is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve Board. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request.

**NYSE and NASD.** All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange market and it's clearing house, if any, where the transactions are executed, and if not so executed, of the New York Stock Exchange (NYSE) and of the National Association of Securities Dealers, Inc. ("NASD"), or its rules and to all applicable federal and state laws and regulations. If you notify you in writing of the availability of an investor brochure that includes information describing the NASD Regulation. Public Disclosure Program ("Program"). To obtain a brochure or more information about the NASD Regulation, contact the NASD Regulation Public Disclosure Program Hotline at (800) 289-9999 or access the NASD's web site at www.nasd.com.

**New York Stock Exchange Rule 382** requires that your broker/dealer and NFS allocate between them certain functions regarding the administration of your brokerage account. The following is a summary of the allocation services performed by your broker/dealer and NFS. A more complete description is available upon request.

**Your broker/dealer is responsible for** (1) obtaining and verifying brokerage account information and accurate instructions to NFS with respect to your brokerage account, (2) transmitting timely and accurate instructions to NFS with respect to your brokerage account, (3) determining the suitability of investment recommendations and advice, (5) operating and supervising your brokerage account and its own activities in compliance with applicable laws and regulations including compliance with margin rules pertaining to your margin account, if applicable, and (6) maintaining required books and records for the services that it performs.

**NFS shall,** in the absence of your broker/dealer: (1) execute, clear and settle transactions processed through NFS by your broker/dealer, (2) prepare and send transaction confirmations and periodic statements of your brokerage account (unless your broker/dealer has undertaken to do so), (3) act as custodian for funds and securities received by NFS, (4) follow the instructions of your broker/dealer with respect to transactions and the receipt and delivery of funds and securities for your brokerage account, and (5) extend margin credit for purchasing or carrying securities on margin. Your broker/dealer is responsible for ensuring that your brokerage account is in compliance with federal, industry and NFS margin rules, and for advising you of margin requirements. NFS shall maintain the required books and records for the services it performs.

**Securities** in accounts carried by National Financial Services LLC ("NFS"), a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $100,000). For details, please see www.sipc.org. NFS has arranged for additional insurance protection for cash and securities to supplement its SIPC coverage. This additional insurance protection is provided by Lloyd's of London together with other insurance companies. Neither coverage protects against a decline in the market value of securities. Assets Held Away, Mutual funds and/or other securities accounts, futures accounts and other investments may not be covered. FDIC and involve investment risk including possible loss of principal.

**End of Statement**

Confidential Treatment Requested by BAI under FOIA

BAI-SEC-WBH000071

07022B 300 007108550

051112

Page 7 of 7

| Quantity Symbol/CUSIP | Security Price | Price Type | Activity Date | Execution Time | Execution Quantity | Execution Price | Time in Force | Security Description | Electronic Order Number |
|---|---|---|---|---|---|---|---|---|---|
| 100000 STEK | | 0.05 LIMIT | 1/11/2007 | n/a | n/a | n/a | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | 01IR1815 |
| 100000 STEK | | 0.07 LIMIT | 1/11/2007 | n/a | n/a | n/a | DAY ORDER | SYSTEMONE TECHNOLOGIES INC | 01IR1815 |
| 100000 DKGR | | 0.00375 LIMIT | 1/11/2007 | n/a | n/a | n/a | DAY ORDER | DRAKE GOLD RES INC COM | 01IR1850 |
| 100000 DKGR | | 0.0075 LIMIT | 1/11/2007 | n/a | n/a | n/a | DAY ORDER | DRAKE GOLD RES INC COM | 01IR2360 |
| 45000 FCCN | | 0.044 LIMIT | 1/12/2007 | n/a | n/a | n/a | DAY ORDER | DRAKE GOLD RES INC COM | 01IR2360 |
| 45000 FCCN | | 0.041 LIMIT | 1/12/2007 | n/a | n/a | n/a | DAY ORDER | FRANCHISE CAP CORP | 01IR2651 |
| 200 GOOG | | 495.22 LIMIT | 1/11/2007 | n/a | n/a | n/a | DAY ORDER | FRANCHISE CAP CORP | 01IR2651 |
| 200 GOOG | | 495.22 LIMIT | 1/10/2007 | n/a | n/a | n/a | DAY ORDER | GOOGLE INC CL A | 01IR2957 |
| | | | | | | | DAY ORDER | GOOGLE INC CL A | 01IR2957 |

Confidential Treatment Requested by BAI under FOIA

BAI-SEC-WBH000072

| Account # | Account Name | IP Address |
|-----------|--------------|------------|
| CV4208256 | PETER MORGAN | 70.116.107.167 |
| NY3057860 | JOHN MURPHY | 70.5.118.15 |
| NY3056871 | DONNA MURPHY | 69.122.128.66 |
| NY3060003 | LARISA KORSHAK | 70.5.159.171 |
| NY3060160 | ROBERT MCKEON | 70.5.144.233 |
| NY3064033 | PETER MARSHALL | 67.102.52.250 / 24.90.135.144 |
| NY3065714 | JOSEFA ROSA | 24.90.135.144 |
| NY3064068 | Ralph Saal | 24.90.135.144 |

| User | Account | Date | IP | Location | Referrer Address |
|---|---|---|---|---|---|
| peter2468 | CV4206256 | 12/20/2006 10:15 | 70.116.107.167 | houston,texas,united states,rr(fixed) | ref:https://www.baisidirect.com/login.html |
| johnmarko317 | NY3367960 | N/A | N/A | N/A | N/A |
| DONNAMU956 | NY3056671 | N/A | N/A | N/A | N/A |
| larkov129 | NY3060003 | 12/27/2006 12:29 | 70.5.159.171 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/index.html |
| | | 12/26/2006 9:54 | 64.39.38.145 | frankfurt am main,hessen,germany,btc(direct)(none) | ref:https://www.baisidirect.com/index.html |
| | | 12/26/2006 2:34 | 70.5.113.161 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/klient/modules/authenticate.php |
| | | 12/20/2006 8:10 | 69.80.88.114 | benelden,pennsylvania,united states,comcast(fixed) | ref:https://www.baisidirect.com/login.html |
| | | 12/20/2006 4:06 | 70.116.107.167 | houston,texas,united states,rr(fixed) | ref:https://www.baisidirect.com/login.html |
| | | 12/20/2006 3:41 | 70.116.107.167 | houston,texas,united states,rr(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 12/20/2006 1:06 | 70.116.107.167 | houston,texas,united states,rr(fixed) | ref:https://www.baisidirect.com/login.html |
| pettyjackier | NY3064033 | 1/23/2007 2:03 | 24.90.135.144 | new york,new york,united states,rr(anonymizer) | ref:https://www.baisidirect.com/index.html |
| | | 1/18/2007 11:08 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/login.html |
| | | 1/18/2007 9:56 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/login.html |
| | | 1/18/2007 1:14 | 172.169.31.245 | vienna,virginia,united states,aol(volatile) | ref:https://www.baisidirect.com/login.html |
| | | 1/17/2007 9:46 | 172.129.152.10 | richmond,virginia,united states,aol(volatile) | ref:https://www.baisidirect.com/index.html |
| | | 1/17/2007 9:34 | 67.102.52.230 | mclean,virginia,united states,bankofamerica(international proxy) | ref:https://www.baisidirect.com/klient/modules/authenticate.php |
| | | 1/17/2007 9:32 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/17/2007 6:50 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/17/2007 6:37 | 70.5.127.209 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/index.html |
| | | 1/17/2007 2:47 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/16/2007 8:51 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/16/2007 9:40 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/16/2007 9:41 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/16/2007 2:00 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/13/2007 10:12 | 69.114.217.133 | new york,new york,united states,optonline(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/13/2007 10:02 | 69.114.217.133 | new york,new york,united states,optonline(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/12/2007 11:05 | 69.114.241.154 | new york,new york,united states,optonline(mobile gateway) | ref:https://www.baisidirect.com/klient/modules/authenticate.php |
| | | 1/12/2007 1:37 | 68.244.241.154 | new york,new york,united states,optonline(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/12/2007 1:37 | 70.5.24.1 | permasallem,new jersey,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/klient/modules/passwordmngr.php |
| | | 1/9/2007 2:14 | 70.5.256.18 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/index.html |
| | | 1/9/2007 5:45 | 68.246.128.37 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/klient/modules/authenticate.php |
| | | 1/8/2007 9:41 | 68.246.128.64 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/index.html |
| | | 1/7/2007 11:04 | 64.30.38.145 | frankfurt am main,hessen,germany,btc(direct)(none) | ref:https://www.baisidirect.com/klient/modules/authenticate.php |
| jj8cynem07 | NY3065714 | 1/23/2007 2:03 | 24.90.135.144 | new york,new york,united states,rr(anonymizer) | ref:https://www.baisidirect.com/login.html |
| | | 1/18/2007 10:04 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/18/2007 2:19 | 67.102.52.230 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/17/2007 11:06 | 67.102.52.250 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/index.html |
| | | 1/17/2007 9:35 | 67.102.52.250 | mclean,virginia,united states,cavad(fixed) | ref:https://www.baisidirect.com/login.html |
| | | 1/17/2007 9:41 | 71.159.102.10 | palm springs,california,united states,bankofamerica(international proxy) | ref:https://www.baisidirect.com/klient/modules/passwordmngr.php |
| | | 1/17/2007 9:41 | 71.102.55.62 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/klient/modules/authenticate.php |
| | | 1/17/2007 6:36 | 153.25.111.60 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/index.html |
| | | 1/17/2007 5:35 | 65.127.209 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/index.html |
| | | 1/16/2007 11:22 | 70.122.209 | sumter,south carolina,united states,ctc(fixed) | ref:https://www.baisidirect.com/klient/modules/passwordmngr.php |
| | | 1/12/2007 12:10 | 65.246.128.37 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/login.html |
| | | 1/8/2007 10:42 | 68.246.128.37 | new york,new york,united states,spcsdns(mobile gateway) | ref:https://www.baisidirect.com/klient/modules/passwordmngr.php |
| | | 1/7/2007 9:07 | 172.165.83.189 | vienna,virginia,united states,aol(volatile) | ref:https://www.baisidirect.com/klient/modules/acctmngr.php |

Confidential Treatment Requested by BAI under FOIA

BAI-SEC-WBH000131

**Beth Rothstein**

Account Accepted by Scottrade Branch on 11/8/2006.
Account Accepted by Mark Finnegan on 11/8/2006.

# Scottrade®
## More broker for your money.


SF1000

Account #:     70611570

## BROKERAGE ACCOUNT APPLICATION

| | |
|---|---|
| Branch Address: | 230 Park Ave Ground Floor (entrance on 45th St) |
| | ~~New York NY 10169~~ |

| | |
|---|---|
| Branch Phone Number: | 212-681-1980 |
| Branch 800 Number: | 877-395-1980 |
| Branch Fax Number: | 212-681-6114 |

### Account Information

| | |
|---|---|
| Account Type: | Individual |
| Trading Type: | Internet |
| Margin Borrowing: | Yes |
| Options Trading: | No |
| Referred By: | |

### Applicant Information

| | |
|---|---|
| Name: | beth ROTHSTEIN |
| E-mail Address: | bethstein1@yahoo.com |
| Home Phone: | |
| Work Phone: | ▮▮▮▮▮▮▮▮ |
| Cell Phone: | |
| Fax Number: | |
| Date of Birth: | ▮▮▮▮▮ |
| Social Security Number: | ▮▮▮▮▮▮ |
| **Applicant Street Address** | ▮▮▮▮▮▮▮▮ |
| | New York NY 10017-1808 |
| **Applicant Mailing Address** | ▮▮▮▮▮▮▮▮ |
| | New York NY 10017-1808 |

### Applicant Citizenship

| | |
|---|---|
| Are you a U.S. Citizen? | Yes |
| Country of Citizenship: | USA |
| Are you a U.S. Permanent Resident? | NA |
| Alien Registration Number: | NA |
| Visa Type: | NA |

### Applicant Employment Information

| | |
|---|---|
| Status: | Retired |
| Occupation: | |
| Employer: | |
| Employer Address: | |
| City, State, Zip | |

### Applicant Regulatory Information

Is any applicant employed by or affiliated with a securities firm, a securities exchange, or the NASD?     Yes ☐   No ☒

    Name and Address of Compliance

Is an applicant a "control person" or "affiliate" of a public company as defined by the SEC?     Yes ☐   No ☒

    Company Name:
    Trading Symbol:

| Is any applicant or member of immediate family or business associate a senior foreign political official? | Yes | No | X |
|---|---|---|---|

**Electronic Delivery**

Electronic Delivery of Account          Yes
Electronic Delivery of Trade            Yes

**Broker Assisted Trading**      (Traditional Accounts Only)

Mail or Hold Proceeds:          NA
Mail or Hold Dividends:          NA

I certify under penalties of perjury (1) the number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien). The IRS does not require your consent to any provision of this Agreement other than the certification required to avoid backup withholding.

☐  I have been notified by the IRS that I am subject to backup withholding.

**By signing this agreement I acknowledge that I have received, read and agree to abide by the terms of the accompanying Brokerage Account Agreement which contains a pre-dispute arbitration clause at paragraph 29.**

Electronically Signed By beth_ROTHSTEIN ON Nov_7 2006  4:35PM(Eastern)
_Date_                                      _Applicant/Authorized Person's Signature_

| MARGIN AGREEMENT - ALSO SIGN BELOW ONLY IF YOU DESIRE A MARGIN ACCOUNT |
|---|
| By signing this agreement I acknowledge that I have received and read the accompanying Brokerage Account Agreement Paragraphs 53 through 58, and addendum 7, and agree to be bound by the terms and conditions described therein. |

Electronically Signed By beth_ROTHSTEIN ON Nov_7 2006  4:35PM(Eastern)
_Date_                                      _Applicant/Authorized Person's Signature_

Valerie Szczepank
Division of Enforcement
U.S. Securities and Exchange Commission
3 World Financial Center Ste. 400
New York, NY 10281

Ms. Szczepank:

Per our phone conversation on March 27, 2007, account 70611570 was funded via ACH transfers from Citibank. The account information used to fund this account was:

Citibank Routing Number:    021000089
Citibank Account Number:    ███3714

On 11/20/06 an initial deposit for $98,500 was made to the account, which was subsequently returned to Citibank on 12/06/06. On 11/24/06 a second deposit was made for $100,000, which was also returned to Citibank on 11/27/06.

If you need further assistance or have additional questions please feel free to contact me.

Sincerely,


Paul Sieben
Risk Management Analyst
Scottrade Inc.
12800 Corporate Hill Dr.
St. Louis MO, 63131
314-965-1555 x1989
psieben@scottrade.com

Page: 1

# Scottrade
### More broker for your money.

BETH ROTHSTEIN

NEW YORK NY 10017-1808

| | |
|---|---|
| SCOTTRADE, INC | |
| 230 PARK AVE | |
| NEW YORK NY 10169-0005 | |
| (212) 681-1980 | |

| 70611570 | 31D |
|---|---|
| 11 / 01 / 2006 | 11 / 30 / 2006 |

Scottrade was named the "Best Low-Cost IRA" for its variety of no-fee IRA products by Kiplinger's Personal Finance magazine, November 2006 special issue, "The Best of Everything 2006." Check out Scottrade's Retirement Center today, or visit your local branch office to learn more about IRA investing.

| | VALUE THIS PERIOD |
|---|---|
| VALUE SECURITIES IN POSITION | 10,358.00 |
| ACCOUNT MONEY BALANCES | 15,866.59 |
| **ACCOUNT TOTAL VALUE** | **26,224.59** |

| | |
|---|---|
| OPENING BALANCE | 0.00 |
| CREDITS: | |
| OTHER CREDITS | 198,612.05 |
| TOTAL CREDITS | 198,612.05 |
| DEBITS: | |
| OTHER DEBITS | -182,745.46 |
| TOTAL DEBITS | -182,745.46 |
| CLOSING BALANCE | 15,866.59 |

| Type | Symbol / Cusip | Quantity | Description | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Cur. Yld |
|---|---|---|---|---|---|---|---|
| MARGIN | ATOM | 380,000 | ATOMIC BURRITO INC | 0.025 | 9,500.00 | | |
| MARGIN | CMDCQ | 85,800 | CAREMATRIX CORP NEW | 0.01 | 858.00 | | |
| | | | TOTAL | | 10,358.00 | | |

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | OPENING BALANCE | | | 0.00 |
| 11/20/06 | ADJUSTMENT | | MONEY DIRECT DEPOSIT | | 98,500.00 | 98,500.00 |
| 11/27/06 | BOUGHT | 20,000 | ATOMIC BURRITO INC ATOM | 0.09 | -1,816.00 | 96,684.00 |
| 11/27/06 | BOUGHT | 5,000 | ATOMIC BURRITO INC ATOM | 0.09 | -452.25 | 96,231.75 |
| 11/27/06 | BOUGHT | 5,000 | ATOMIC BURRITO INC ATOM | 0.10 | -502.50 | 95,729.25 |

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | OPENING BALANCE | | | 0.00 |
| 11/27/06 | BOUGHT | 5,000 | ATOMIC BURRITO INC ATOM | 0.10 | -502.50 | 95,226.75 |
| 11/27/06 | BOUGHT | 10,000 | ATOMIC BURRITO INC ATOM | 0.10 | -1,005.00 | 94,221.75 |
| 11/27/06 | BOUGHT | 10,000 | ATOMIC BURRITO INC ATOM | 0.14 | -1,414.00 | 92,807.75 |
| 11/27/06 | BOUGHT | 10,000 | ATOMIC BURRITO INC ATOM | 0.15 | -1,507.50 | 91,300.25 |
| 11/27/06 | BOUGHT | 10,000 | ATOMIC BURRITO INC ATOM | 0.15 | -1,507.50 | 89,792.75 |
| 11/27/06 | BOUGHT | 10,000 | ATOMIC BURRITO INC ATOM | 0.15 | -1,507.50 | 88,285.25 |
| 11/27/06 | BOUGHT | 10,000 | ATOMIC BURRITO INC ATOM | 0.20 | -2,010.00 | 86,275.25 |
| 11/27/06 | BOUGHT | 5,000 | ATOMIC BURRITO INC ATOM | 0.20 | -1,005.00 | 85,270.25 |
| 11/27/06 | BOUGHT | 10,000 | ATOMIC BURRITO INC ATOM | 0.20 | -2,010.00 | 83,260.25 |
| 11/27/06 | BOUGHT | 10,000 | ATOMIC BURRITO INC ATOM | 0.20 | -2,010.00 | 81,250.25 |
| 11/27/06 | BOUGHT | 5,000 | ATOMIC BURRITO INC ATOM | 0.20 | -1,005.00 | 80,245.25 |
| 11/27/06 | BOUGHT | 5,000 | ATOMIC BURRITO INC ATOM | 0.25 | -1,263.25 | 78,982.00 |
| 11/27/06 | BOUGHT | 10,000 | ATOMIC BURRITO INC ATOM | 0.25 | -2,512.50 | 76,469.50 |
| 11/27/06 | BOUGHT | 10,000 | ATOMIC BURRITO INC ATOM | 0.25 | -2,512.50 | 73,957.00 |
| 11/27/06 | BOUGHT | 50,000 | ATOMIC BURRITO INC ATOM | 0.25 | -12,562.50 | 61,394.50 |
| 11/27/06 | BOUGHT | 25,000 | ATOMIC BURRITO INC ATOM | 0.25 | -6,281.25 | 55,113.25 |
| 11/27/06 | BOUGHT | 25,000 | ATOMIC BURRITO INC ATOM | 0.25 | -6,288.25 | 48,825.00 |
| 11/27/06 | BOUGHT | 75,000 | ATOMIC BURRITO INC ATOM | 0.24 | -18,090.00 | 30,735.00 |
| 11/27/06 | BOUGHT | 5,000 | ATOMIC BURRITO INC ATOM | 0.20 | -1,005.00 | 29,730.00 |
| 11/27/06 | BOUGHT | 15,000 | ATOMIC BURRITO INC ATOM | 0.20 | -3,015.00 | 26,715.00 |
| 11/27/06 | BOUGHT | 5,000 | ATOMIC BURRITO INC ATOM | 0.10 | -502.50 | 26,212.50 |
| 11/27/06 | BOUGHT | 20,000 | ATOMIC BURRITO INC ATOM | 0.10 | -2,010.00 | 24,202.50 |
| 11/27/06 | BOUGHT | 5,000 | ATOMIC BURRITO INC ATOM | 0.10 | -502.50 | 23,700.00 |
| 11/27/06 | BOUGHT | 5,000 | ATOMIC BURRITO INC ATOM | 0.10 | -502.50 | 23,197.50 |
| 11/27/06 | BOUGHT | 12,300 | CAREMATRIX CORP NEW CMDCQ | 0.04 | -501.46 | 22,696.04 |
| 11/27/06 | BOUGHT | 5,000 | CAREMATRIX CORP NEW CMDCQ | 0.05 | -251.25 | 22,444.79 |
| 11/27/06 | BOUGHT | 10,000 | CAREMATRIX CORP NEW CMDCQ | 0.08 | -811.00 | 21,633.79 |
| 11/27/06 | BOUGHT | 40,000 | CAREMATRIX CORP NEW CMDCQ | 0.10 | -4,020.00 | 17,613.79 |

Page: 3

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|------|-------------|----------|-------------|-------|--------|---------|
| | | | OPENING BALANCE | | | 0.00 |
| 11/27/06 | BOUGHT | 5,000 | CAREMATRIX CORP NEW CMDCQ | 0.10 | -502.50 | 17,111.29 |
| 11/27/06 | BOUGHT | 4,500 | CAREMATRIX CORP NEW CMDCQ | 0.10 | -452.25 | 16,659.04 |
| 11/27/06 | BOUGHT | 9,000 | CAREMATRIX CORP NEW CMDCQ | 0.10 | -904.50 | 15,754.54 |
| 11/30/06 | CREDIT INTEREST | | CR INT 11 DAYS @ 3 1/2% ANNUAL PERCENT YIELD EARNED 3.56 | | 112.05 | 15,866.59 |
| | | | CLOSING BALANCE | | | 15,866.59 |

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|------|-------------|----------|-------------|-------|--------|---------|
| | | | OPENING BALANCE | | | 0.00 |
| 11/24/06 | ADJUSTMENT | | MONEY DIRECT DEPOSIT PJB | | 100,000.00 | 100,000.00 |
| 11/28/06 | JOURNAL ENTRY | | REV MONEY DIRECT T5 70611570 | | -100,000.00 | 0.00 |
| | | | CLOSING BALANCE | | | 0.00 |

| Date | Symbol | Description | Commission/Fees | Interest | Amount |
|------|--------|-------------|-----------------|----------|--------|
| 12/8/2006 | | CREDIT INTEREST 6 DAYS @ 3% AVERAGE CREDIT BALANCE 13,240.83 | $0.00 | $0.00 | $6.62 |
| 12/8/2006 | | MARGIN INTEREST 1 DAY @ 9 1/2% AVERAGE DEBIT BALANCE 82,633.41 | $0.00 | $0.00 | ($21.81) |
| 12/8/2006 | | REL TO ID THEFT % 70/61/1570 | $0.00 | $0.00 | ($96.86) |
| 12/6/2006 | | REV MD DEPOSIT 11/20/06 % 70/61/1570 | $0.00 | $0.00 | ($98,500.00) |
| 11/30/2006 | | CREDIT INTEREST 11 DAYS @ 3 1/2% AVERAGE CREDIT BALANCE 104,774.38 ANNUAL PERCENT YIELD EARNED 3.56 | $0.00 | $0.00 | $112.05 |
| 11/28/2006 | | REV MONEY DIRECT T5 % 70/61/1570 | $0.00 | $0.00 | ($100,000.00) |
| 11/24/2006 | | MONEY DIRECT DEPOSIT PJB | $0.00 | $0.00 | $100,000.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 5000 SHARES OF ATOM AT $0.25 | $13.25 | $0.00 | $1,263.25 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 5000 SHARES OF ATOM AT $0.20 | $5.00 | $0.00 | $1,005.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 10000 SHARES OF ATOM AT $0.20 | $10.00 | $0.00 | $2,010.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 10000 SHARES OF ATOM AT $0.25 | $12.50 | $0.00 | $2,512.50 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 25000 SHARES OF ATOM AT $0.25 | $31.25 | $0.00 | $6,281.25 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 50000 SHARES OF ATOM AT $0.25 | $62.50 | $0.00 | $12,562.50 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 10000 SHARES OF ATOM AT $0.25 | $12.50 | $0.00 | $2,512.50 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 10000 SHARES OF ATOM AT $0.20 | $10.00 | $0.00 | $2,010.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 10000 SHARES OF ATOM AT $0.15 | $7.50 | $0.00 | $1,507.50 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 10000 SHARES OF ATOM AT $0.14 | $14.00 | $0.00 | $1,414.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 10000 SHARES OF ATOM AT $0.10 | $5.00 | $0.00 | $1,005.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 10000 SHARES OF ATOM AT $0.15 | $7.50 | $0.00 | $1,507.50 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 5000 SHARES OF ATOM AT $0.20 | $5.00 | $0.00 | $1,005.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 10000 SHARES OF ATOM AT $0.20 | $10.00 | $0.00 | $2,010.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 10000 SHARES OF ATOM AT $0.15 | $7.50 | $0.00 | $1,507.50 |
| 11/21/2006 | CMDCQ | CANCEL TRADE: BOUGHT 10000 SHARES OF CMDCQ AT $0.08 | $11.00 | $0.00 | $811.00 |
| 11/21/2006 | CMDCQ | CANCEL TRADE: BOUGHT 5000 SHARES OF CMDCQ AT $0.05 | $1.25 | $0.00 | $251.25 |

| Date | Symbol | Description | | | |
|---|---|---|---|---|---|
| 11/21/2006 | CMDCQ | CANCEL TRADE: BOUGHT 12300 SHARES OF CMDCQ AT $0.04 | $9.46 | $0.00 | $501.46 |
| 11/21/2006 | CMDCQ | CANCEL TRADE: BOUGHT 40000 SHARES OF CMDCQ AT $0.10 | $20.00 | $0.00 | $4,020.00 |
| 11/21/2006 | CMDCQ | CANCEL TRADE: BOUGHT 9000 SHARES OF CMDCQ AT $0.10 | $4.50 | $0.00 | $904.50 |
| 11/21/2006 | CMDCQ | CANCEL TRADE: BOUGHT 4500 SHARES OF CMDCQ AT $0.10 | $2.25 | $0.00 | $452.25 |
| 11/21/2006 | CMDCQ | CANCEL TRADE: BOUGHT 5000 SHARES OF CMDCQ AT $0.10 | $2.50 | $0.00 | $502.50 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 5000 SHARES OF ATOM AT $0.10 | $2.50 | $0.00 | $502.50 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 5000 SHARES OF ATOM AT $0.20 | $5.00 | $0.00 | $1,005.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 75000 SHARES OF ATOM AT $0.24 | $90.00 | $0.00 | $18,090.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 25000 SHARES OF ATOM AT $0.25 | $38.25 | $0.00 | $6,288.25 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 15000 SHARES OF ATOM AT $0.20 | $15.00 | $0.00 | $3,015.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 5000 SHARES OF ATOM AT $0.10 | $2.50 | $0.00 | $502.50 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 20000 SHARES OF ATOM AT $0.10 | $10.00 | $0.00 | $2,010.00 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 5000 SHARES OF ATOM AT $0.10 | $2.50 | $0.00 | $502.50 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 5000 SHARES OF ATOM AT $0.10 | $2.50 | $0.00 | $502.50 |
| 11/21/2006 | ATOM | BOUGHT 5000 SHARES OF ATOM AT $0.10 | ($2.50) | $0.00 | ($502.50) |
| 11/21/2006 | ATOM | BOUGHT 10000 SHARES OF ATOM AT $0.15 | ($7.50) | $0.00 | ($1,507.50) |
| 11/21/2006 | ATOM | BOUGHT 10000 SHARES OF ATOM AT $0.15 | ($7.50) | $0.00 | ($1,507.50) |
| 11/21/2006 | ATOM | BOUGHT 10000 SHARES OF ATOM AT $0.25 | ($12.50) | $0.00 | ($2,512.50) |
| 11/21/2006 | ATOM | BOUGHT 50000 SHARES OF ATOM AT $0.25 | ($62.50) | $0.00 | ($12,562.50) |
| 11/21/2006 | ATOM | BOUGHT 25000 SHARES OF ATOM AT $0.25 | ($31.25) | $0.00 | ($6,281.25) |
| 11/21/2006 | ATOM | BOUGHT 5000 SHARES OF ATOM AT $0.20 | ($5.00) | $0.00 | ($1,005.00) |
| 11/21/2006 | ATOM | BOUGHT 10000 SHARES OF ATOM AT $0.10 | ($5.00) | $0.00 | ($1,005.00) |
| 11/21/2006 | ATOM | BOUGHT 10000 SHARES OF ATOM AT $0.20 | ($10.00) | $0.00 | ($2,010.00) |
| 11/21/2006 | ATOM | BOUGHT 5000 SHARES OF ATOM AT $0.25 | ($13.25) | $0.00 | ($1,263.25) |
| 11/21/2006 | ATOM | BOUGHT 25000 SHARES OF ATOM AT | ($38.25) | $0.00 | ($6,288.25) |

| | | | | | |
|---|---|---|---|---|---|
| | | $0.25 | | | |
| 11/21/2006 | ATOM | BOUGHT 20000 SHARES OF ATOM AT $0.09 | ($16.00) | $0.00 | ($1,816.00) |
| 11/21/2006 | ATOM | BOUGHT 10000 SHARES OF ATOM AT $0.14 | ($14.00) | $0.00 | ($1,414.00) |
| 11/21/2006 | ATOM | BOUGHT 5000 SHARES OF ATOM AT $0.09 | ($2.25) | $0.00 | ($452.25) |
| 11/21/2006 | ATOM | BOUGHT 75000 SHARES OF ATOM AT $0.24 | ($90.00) | $0.00 | ($18,090.00) |
| 11/21/2006 | ATOM | BOUGHT 5000 SHARES OF ATOM AT $0.10 | ($2.50) | $0.00 | ($502.50) |
| 11/21/2006 | ATOM | BOUGHT 10000 SHARES OF ATOM AT $0.15 | ($7.50) | $0.00 | ($1,507.50) |
| 11/21/2006 | ATOM | BOUGHT 10000 SHARES OF ATOM AT $0.25 | ($12.50) | $0.00 | ($2,512.50) |
| 11/21/2006 | ATOM | BOUGHT 5000 SHARES OF ATOM AT $0.10 | ($2.50) | $0.00 | ($502.50) |
| 11/21/2006 | CMDCQ | BOUGHT 40000 SHARES OF CMDCQ AT $0.10 | ($20.00) | $0.00 | ($4,020.00) |
| 11/21/2006 | CMDCQ | BOUGHT 5000 SHARES OF CMDCQ AT $0.10 | ($2.50) | $0.00 | ($502.50) |
| 11/21/2006 | CMDCQ | BOUGHT 10000 SHARES OF CMDCQ AT $0.08 | ($11.00) | $0.00 | ($811.00) |
| 11/21/2006 | CMDCQ | BOUGHT 5000 SHARES OF CMDCQ AT $0.05 | ($1.25) | $0.00 | ($251.25) |
| 11/21/2006 | CMDCQ | BOUGHT 4500 SHARES OF CMDCQ AT $0.10 | ($2.25) | $0.00 | ($452.25) |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 5000 SHARES OF ATOM AT $0.09 | $2.25 | $0.00 | $452.25 |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 5000 SHARES OF ATOM AT $0.10 | $2.50 | $0.00 | $502.50 |
| 11/21/2006 | CMDCQ | BOUGHT 9000 SHARES OF CMDCQ AT $0.10 | ($4.50) | $0.00 | ($904.50) |
| 11/21/2006 | ATOM | CANCEL TRADE: BOUGHT 20000 SHARES OF ATOM AT $0.09 | $16.00 | $0.00 | $1,816.00 |
| 11/21/2006 | ATOM | BOUGHT 5000 SHARES OF ATOM AT $0.10 | ($2.50) | $0.00 | ($502.50) |
| 11/21/2006 | ATOM | BOUGHT 5000 SHARES OF ATOM AT $0.20 | ($5.00) | $0.00 | ($1,005.00) |
| 11/21/2006 | ATOM | BOUGHT 10000 SHARES OF ATOM AT $0.20 | ($10.00) | $0.00 | ($2,010.00) |
| 11/21/2006 | ATOM | BOUGHT 10000 SHARES OF ATOM AT $0.20 | ($10.00) | $0.00 | ($2,010.00) |
| 11/21/2006 | ATOM | BOUGHT 20000 SHARES OF ATOM AT $0.10 | ($10.00) | $0.00 | ($2,010.00) |
| 11/21/2006 | CMDCQ | BOUGHT 12300 SHARES OF CMDCQ AT $0.04 | ($9.46) | $0.00 | ($501.46) |
| 11/21/2006 | ATOM | BOUGHT 15000 SHARES OF ATOM AT $0.20 | ($15.00) | $0.00 | ($3,015.00) |

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 11/21/2006 | ATOM | BOUGHT 5000 SHARES OF ATOM AT $0.10 | ($2.50) | $0.00 | ($502.50) |
| 11/21/2006 | ATOM | BOUGHT 5000 SHARES OF ATOM AT $0.20 | ($5.00) | $0.00 | ($1,005.00) |
| 11/20/2006 | | MONEY DIRECT DEPOSIT | $0.00 | $0.00 | $98,500.00 |



**More broker for your money.**

| Branch Office | |
|---|---|
| SCOTTRADE, INC | |
| 230 PARK AVE | |
| NEW YORK NY 10169-0005 | |
| (212) 681-1980 | |

BETH ROTHSTEIN

NEW YORK NY 10017-1808

| Account Number | Office |
|---|---|
| 70611570 | 31D |
| Period Beginning | Period Ending |
| 12 / 01 / 2006 | 12 / 31 / 2006 |

### INFORMATION UPDATE

The net capital of Scottrade, Inc. as of 9/30/06 was $343,161,242, which was $308,185,312 in excess of the minimum required. On 11/30/06 the company had net capital of $385,135,424 which was $345,548,153 in excess of the minimum required.

### ACCOUNT SUMMARY

| | VALUE THIS PERIOD |
|---|---|
| ACCOUNT MONEY BALANCES | 0.00 |
| ACCOUNT TOTAL VALUE | 0.00 |

### TRANSACTION SUMMARY

| | |
|---|---|
| OPENING BALANCE | 15,866.59 |
| CREDITS: | |
| OTHER CREDITS | 82,752.08 |
| TOTAL CREDITS | 82,752.08 |
| DEBITS: | |
| OTHER DEBITS | -98,618.67 |
| TOTAL DEBITS | -98,618.67 |
| CLOSING BALANCE | 0.00 |

### MARGIN ACCOUNT ACTIVITY

| Date | Transaction | Quantity | Description | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| | | | OPENING BALANCE | | | 15,866.59 |
| 11/27/06 | SOLD | 20,000 | ATOMIC BURRITO INC CANCEL TRANS NO. 325-CATOM (12/07) TRADED AS OF 11/21/2006 | 0.09 | 1,816.00 | 17,682.59 |
| 11/27/06 | SOLD | 5,000 | ATOMIC BURRITO INC CANCEL TRANS NO. 325-CATOM (12/07) TRADED AS OF 11/21/2006 | 0.09 | 452.25 | 18,134.84 |
| 11/27/06 | SOLD | 5,000 | ATOMIC BURRITO INC CANCEL TRANS NO. 325-CATOM (12/07) TRADED AS OF 11/21/2006 | 0.10 | 502.50 | 18,637.34 |
| 11/27/06 | SOLD | 5,000 | ATOMIC BURRITO INC CANCEL TRANS NO. 325-CATOM (12/07) TRADED AS OF 11/21/2006 | 0.10 | 502.50 | 19,139.84 |
| 11/27/06 | SOLD | 10,000 | ATOMIC BURRITO INC CANCEL TRANS NO. 325-CATOM (12/07) TRADED AS OF 11/21/2006 | 0.10 | 1,005.00 | 20,144.84 |
| 11/27/06 | SOLD | 10,000 | ATOMIC BURRITO INC CANCEL TRANS NO. 325-CATOM (12/07) TRADED AS OF 11/21/2006 | 0.14 | 1,414.00 | 21,558.84 |
| 11/27/06 | SOLD | 10,000 | ATOMIC BURRITO INC CANCEL TRANS NO. 325-CATOM (12/07) TRADED AS OF 11/21/2006 | 0.15 | 1,507.50 | 23,066.34 |
| 11/27/06 | SOLD | 10,000 | ATOMIC BURRITO INC CANCEL TRANS NO. 325-CATOM (12/07) TRADED AS OF 11/21/2006 | 0.15 | 1,507.50 | 24,573.84 |

| | MARGIN ACCOUNT ACTIVITY | | | | | |
|---|---|---|---|---|---|---|
| Date | Transaction | Quantity | Description | Price | Amount | Balance |
| | | | OPENING BALANCE | | | 15,866.59 |
| 11/27/06 | SOLD | 10,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.15 | 1,507.50 | 26,081.34 |
| 11/27/06 | SOLD | 10,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.20 | 2,010.00 | 28,091.34 |
| 11/27/06 | SOLD | 5,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.20 | 1,005.00 | 29,096.34 |
| 11/27/06 | SOLD | 10,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.20 | 2,010.00 | 31,106.34 |
| 11/27/06 | SOLD | 10,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.20 | 2,010.00 | 33,116.34 |
| 11/27/06 | SOLD | 5,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.20 | 1,005.00 | 34,121.34 |
| 11/27/06 | SOLD | 5,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.25 | 1,263.25 | 35,384.59 |
| 11/27/06 | SOLD | 10,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.25 | 2,512.50 | 37,897.09 |
| 11/27/06 | SOLD | 10,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.25 | 2,512.50 | 40,409.59 |
| 11/27/06 | SOLD | 50,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.25 | 12,562.50 | 52,972.09 |
| 11/27/06 | SOLD | 25,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.25 | 6,281.25 | 59,253.34 |
| 11/27/06 | SOLD | 25,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.25 | 6,288.25 | 65,541.59 |
| 11/27/06 | SOLD | 75,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.24 | 18,090.00 | 83,631.59 |
| 11/27/06 | SOLD | 5,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.20 | 1,005.00 | 84,636.59 |
| 11/27/06 | SOLD | 15,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.20 | 3,015.00 | 87,651.59 |
| 11/27/06 | SOLD | 5,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.10 | 502.50 | 88,154.09 |
| 11/27/06 | SOLD | 20,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-CATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.10 | 2,010.00 | 90,164.09 |
| 11/27/06 | SOLD | 5,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-DATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.10 | 502.50 | 90,666.59 |
| 11/27/06 | SOLD | 5,000 | ATOMIC BURRITO INC<br>CANCEL TRANS NO. 325-DATOM<br>(12/07) TRADED AS OF 11/21/2006 | 0.10 | 502.50 | 91,169.09 |
| 11/27/06 | SOLD | 12,300 | CAREMATRIX CORP NEW<br>CANCEL TRANS NO. 325-DCMDCQ<br>(12/07) TRADED AS OF 11/21/2006 | 0.04 | 501.46 | 91,670.55 |
| 11/27/06 | SOLD | 5,000 | CAREMATRIX CORP NEW<br>CANCEL TRANS NO. 325-DCMDCQ<br>(12/07) TRADED AS OF 11/21/2006 | 0.05 | 251.25 | 91,921.80 |
| 11/27/06 | SOLD | 10,000 | CAREMATRIX CORP NEW<br>CANCEL TRANS NO. 325-DCMDCQ<br>(12/07) TRADED AS OF 11/21/2006 | 0.08 | 811.00 | 92,732.80 |

| | | | MARGIN ACCOUNT ACTIVITY | | | | |
|---|---|---|---|---|---|---|---|
| Date | Transaction | Quantity | Description | Price | Amount | | Balance |
| | | | OPENING BALANCE | | | | 15,866.59 |
| 11/27/06 | SOLD | 40,000 | CAREMATRIX CORP NEW CANCEL TRANS NO. 325-DCMDCQ (12/07) TRADED AS OF 11/21/2006 | 0.10 | 4,020.00 | | 96,752.80 |
| 11/27/06 | SOLD | 5,000 | CAREMATRIX CORP NEW CANCEL TRANS NO. 325-DCMDCQ (12/07) TRADED AS OF 11/21/2006 | 0.10 | 502.50 | | 97,255.30 |
| 11/27/06 | SOLD | 4,500 | CAREMATRIX CORP NEW CANCEL TRANS NO. 325-DCMDCQ (12/07) TRADED AS OF 11/21/2006 | 0.10 | 452.25 | | 97,707.55 |
| 11/27/06 | SOLD | 9,000 | CAREMATRIX CORP NEW CANCEL TRANS NO. 325-DCMDCQ (12/07) TRADED AS OF 11/21/2006 | 0.10 | 904.50 | | 98,612.05 |
| 12/06/06 | JOURNAL ENTRY | | REV MD DEPO 11/20/06 70611570 | | -98,500.00 | | 112.05 |
| 12/08/06 | JOURNAL ENTRY | | REL TO ID THEFT 70611570 | | -96.86 | | 15.19 |
| 12/08/06 | CREDIT INTEREST | | CR INT 6 DAYS @ 3% AVG CREDIT BALANCE 13,240.83 | | 6.62 | | 21.81 |
| 12/08/06 | MARGIN INTEREST | | MGN INT 1 DAY @ 9 1/2% AVG DEBIT BALANCE 82,633.41 | | -21.81 | | 0.00 |
| | | | CLOSING BALANCE | | | | 0.00 |

## Accont Logins

| Account | IP Address | Action Time |
|---|---|---|
| 70611570 | 68.246.172.185 | 11/7/2006 4:37:27 PM |
| 70611570 | 68.246.172.185 | 11/7/2006 4:43:51 PM |
| 70611570 | 70.5.205.232 | 11/7/2006 5:00:12 PM |
| 70611570 | 172.129.77.98 | 11/7/2006 5:24:33 PM |
| 70611570 | 24.90.135.144 | 11/8/2006 1:28:02 PM |
| 70611570 | 24.90.135.144 | 11/9/2006 1:09:57 PM |
| 70611570 | 24.90.135.144 | 11/9/2006 1:15:19 PM |
| 70611570 | 24.90.135.144 | 11/10/2006 11:17:30 AM |
| 70611570 | 24.90.135.144 | 11/10/2006 11:20:22 AM |
| 70611570 | 24.90.135.144 | 11/15/2006 12:22:28 PM |
| 70611570 | 24.90.135.144 | 11/19/2006 4:06:50 PM |
| 70611570 | 24.90.135.144 | 11/20/2006 12:19:02 AM |
| 70611570 | 24.90.135.144 | 11/20/2006 8:48:14 AM |
| 70611570 | 24.90.135.144 | 11/20/2006 10:24:08 AM |
| 70611570 | 24.90.135.144 | 11/20/2006 2:49:29 PM |
| 70611570 | 24.90.135.144 | 11/20/2006 7:15:44 PM |
| 70611570 | 24.90.135.144 | 11/20/2006 7:23:58 PM |
| 70611570 | 24.90.135.144 | 11/21/2006 9:08:16 AM |
| 70611570 | 209.144.55.6 | 11/21/2006 11:18:54 AM |
| 70611570 | 209.144.55.6 | 11/21/2006 2:48:46 PM |
| 70611570 | 24.90.135.144 | 11/21/2006 3:58:19 PM |

Internet Session Lookup

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---------|------|-----------|-------------|----------|-------------|--------------|
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/20/2006 12:19:30 AM | 11/20/2006 12:19:30 AM | WWWWSTL25 | 3=&4=Symbol or Name&5=8&6=2291273&7=25&8=5& |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/20/2006 12:19:03 AM | 11/20/2006 12:19:03 AM | WWWWSTL25 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/20/2006 12:19:02 AM | 11/20/2006 12:19:03 AM | WWWWSTL25 | 12601939|24.90.135.144|11/20/2006 12:19:02 AM|Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; IEMB3; IEMB3)|WinXP |
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/20/2006 12:19:02 AM | 11/20/2006 12:19:03 AM | WWWWSTL25 | |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/10/2006 11:20:23 AM | 11/10/2006 11:20:26 AM | WWWWSTL45 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/10/2006 11:20:22 AM | 11/10/2006 11:20:26 AM | WWWWSTL45 | 12601939|24.90.135.144|11/10/2006 11:20:22 AM|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1)|WinXP |
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/10/2006 11:20:22 AM | 11/10/2006 11:20:26 AM | WWWWSTL45 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---------|------|-----------|-------------|----------|-------------|--------------|
| 70611570 | /myaccount/ACHFrameSet.aspx | 24.90.135.144 | 11/10/2006 11:17:42 AM | 11/10/2006 11:17:43 AM | WWWSTL45 | |
| 70611570 | /myaccount/Balances.aspx | 24.90.135.144 | 11/10/2006 11:17:37 AM | 11/10/2006 11:17:38 AM | WWWSTL45 | |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/10/2006 11:17:30 AM | 11/10/2006 11:17:30 AM | WWWSTL45 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/10/2006 11:17:30 AM | 11/10/2006 11:17:30 AM | WWWSTL45 | 12601939\|24.90.135.144\|11/10/2006 11:17:30 AM\|Mozilla/5.0 (Windows; U; Windows NT 5.1; en-US; rv:1.8.0.8) Gecko/20061025 Firefox/1.5.0.8\|WinXP |
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/10/2006 11:17:30 AM | 11/10/2006 11:17:30 AM | WWWSTL45 | |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/9/2006 1:25:14 PM | 11/9/2006 1:25:22 PM | WWWSTL37 | |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/9/2006 1:15:24 PM | 11/9/2006 1:39:47 PM | WWWSTL18 | |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/9/2006 1:15:19 PM | 11/9/2006 1:39:39 PM | WWWSTL18 | 3=8&4=Symbol or Name&5=8&6=2291273& |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---------|------|-----------|-------------|----------|-------------|--------------|
| 70611570 | VeriSign | 24.90.135.144 | 11/9/2006 1:15:19 PM | 11/9/2006 1:39:39 PM | WWWST L18 | 12601939|24.90.135.144|11/9/2006 1:15:19 PM|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1)|WinXP |
| 70611570 | /LoginPro cess.aspx | 24.90.135.144 | 11/9/2006 1:15:19 PM | 11/9/2006 1:39:39 PM | WWWST L18 | |
| 70611570 | /myaccou nt/ACHFra meSet.as px | 24.90.135.144 | 11/9/2006 1:10:19 PM | 11/9/2006 1:36:18 PM | WWWST L18 | |
| 70611570 | /myaccou nt/Balance s.aspx | 24.90.135.144 | 11/9/2006 1:10:12 PM | 11/9/2006 1:36:16 PM | WWWST L18 | |
| 70611570 | /home/def ault.aspx | 24.90.135.144 | 11/8/2006 1:28:16 PM | 11/8/2006 1:28:28 PM | WWWST L35 | 3=&4=Symbol or Name&5=8&6=2291273&7=14&8=10& |
| 70611570 | /home/def ault.aspx | 24.90.135.144 | 11/8/2006 1:28:02 PM | 11/8/2006 1:28:25 PM | WWWST L35 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/8/2006 1:28:02 PM | 11/8/2006 1:28:25 PM | WWWST L35 | 12601933|24.90.135.144|11/8/2006 1:28:02 PM|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1)|WinXP |
| 70611570 | /LoginPro cess.aspx | 24.90.135.144 | 11/8/2006 1:28:02 PM | 11/8/2006 1:28:25 PM | WWWST L35 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---------|------|-----------|-------------|----------|-------------|--------------|
| 70611570 | /myaccount/ACHFrameSet.aspx | 172.129.77.98 | 11/7/2006 5:25:17 PM | 11/7/2006 5:25:17 PM | WWWST L40 | |
| 70611570 | /myaccount/Balances.aspx | 172.129.77.98 | 11/7/2006 5:25:14 PM | 11/7/2006 5:25:14 PM | WWWST L40 | |
| 70611570 | /myaccount/Balances.aspx | 172.129.77.98 | 11/7/2006 5:25:14 PM | 11/7/2006 5:25:14 PM | WWWST L40 | |
| 70611570 | /home/Default.aspx | 172.129.77.98 | 11/7/2006 5:24:58 PM | 11/7/2006 5:24:58 PM | WWWST L40 | |
| 70611570 | /home/Default.aspx | 172.129.77.98 | 11/7/2006 5:24:58 PM | 11/7/2006 5:24:58 PM | WWWST L40 | |
| 70611570 | EntryEquityOrderEntry | 172.129.77.98 | 11/7/2006 5:24:55 PM | 11/7/2006 5:24:55 PM | WWWST L40 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/StockOrderEntry.aspx | 172.129.77.98 | 11/7/2006 5:24:55 PM | 11/7/2006 5:24:55 PM | WWWST L40 | |
| 70611570 | EntryEquityOrderEntry | 172.129.77.98 | 11/7/2006 5:24:55 PM | 11/7/2006 5:24:55 PM | WWWST L40 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---------|------|------------|-------------|----------|-------------|--------------|
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 172.129.77.98 | 11/7/2006 5:24:55 PM | 11/7/2006 5:24:55 PM | WWWST L40 | |
| 70611570 | EntryEqui tyOrderEn try | 172.129.77.98 | 11/7/2006 5:24:45 PM | 11/7/2006 5:24:45 PM | WWWST L40 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 172.129.77.98 | 11/7/2006 5:24:45 PM | 11/7/2006 5:24:45 PM | WWWST L40 | |
| 70611570 | EntryEqui tyOrderEn try | 172.129.77.98 | 11/7/2006 5:24:45 PM | 11/7/2006 5:24:45 PM | WWWST L40 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 172.129.77.98 | 11/7/2006 5:24:45 PM | 11/7/2006 5:24:45 PM | WWWST L40 | |
| 70611570 | /myaccou nt/Balance s.aspx | 172.129.77.98 | 11/7/2006 5:24:42 PM | 11/7/2006 5:24:42 PM | WWWST L40 | |
| 70611570 | /myaccou nt/Balance s.aspx | 172.129.77.98 | 11/7/2006 5:24:42 PM | 11/7/2006 5:24:42 PM | WWWST L40 | |
| 70611570 | /home/def ault.aspx | 172.129.77.98 | 11/7/2006 5:24:33 PM | 11/7/2006 5:24:38 PM | WWWST L40 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---------|------|-----------|-------------|----------|-------------|--------------|
| 70611570 | VeriSign | 172.129.77.98 | 11/7/2006 5:24:33 PM | 11/7/2006 5:24:38 PM | WWWSTL40 | 12601939\|172.129.77.98\|11/7/2006 5:24:33 PM\|Mozilla/4.0 (compatible; MSIE 7.0; America Online Browser 1.1; rev1.2; Windows NT 5.1; .NET CLR 1.0.3705; .NET CLR 1.1.4322; Media Center PC 4.0)\|WinXP |
| 70611570 | /LoginProcess.aspx | 172.129.77.98 | 11/7/2006 5:24:33 PM | 11/7/2006 5:24:38 PM | WWWSTL40 | |
| 70611570 | /home/default.aspx | 172.129.77.98 | 11/7/2006 5:24:33 PM | 11/7/2006 5:24:38 PM | WWWSTL40 | |
| 70611570 | VeriSign | 172.129.77.98 | 11/7/2006 5:24:33 PM | 11/7/2006 5:24:38 PM | WWWSTL40 | 12601939\|172.129.77.98\|11/7/2006 5:24:33 PM\|Mozilla/4.0 (compatible; MSIE 7.0; America Online Browser 1.1; rev1.2; Windows NT 5.1; .NET CLR 1.0.3705; .NET CLR 1.1.4322; Media Center PC 4.0)\|WinXP |
| 70611570 | /LoginProcess.aspx | 172.129.77.98 | 11/7/2006 5:24:33 PM | 11/7/2006 5:24:38 PM | WWWSTL40 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 70.5.205.232 | 11/7/2006 5:01:12 PM | 11/7/2006 5:01:12 PM | WWWSTL7 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 70.5.205.232 | 11/7/2006 5:01:12 PM | 11/7/2006 5:01:12 PM | WWWSTL7 | |
| 70611570 | /myaccount/Balances.aspx | 70.5.205.232 | 11/7/2006 5:00:57 PM | 11/7/2006 5:01:00 PM | WWWSTL7 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /myaccount/Balances.aspx | 70.5.205.232 | 11/7/2006 5:00:57 PM | 11/7/2006 5:01:00 PM | WWWST L7 | |
| 70611570 | /home/default.aspx | 70.5.205.232 | 11/7/2006 5:00:13 PM | 11/7/2006 5:00:13 PM | WWWST L7 | |
| 70611570 | VeriSign | 70.5.205.232 | 11/7/2006 5:00:12 PM | 11/7/2006 5:00:12 PM | WWWST L7 | 12601939|70.5.205.232|11/7/2006 5:00:12 PM|Mozilla/4.0 (compatible; MSIE 4.01; Windows CE; Sprint:PPC-6700; PPC; 240x320)|WinCE |
| 70611570 | /LoginProcess.aspx | 70.5.205.232 | 11/7/2006 5:00:12 PM | 11/7/2006 5:00:12 PM | WWWST L7 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 68.246.172.185 | 11/7/2006 4:44:34 PM | 11/7/2006 4:44:34 PM | WWWST L15 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 68.246.172.185 | 11/7/2006 4:44:34 PM | 11/7/2006 4:44:34 PM | WWWST L15 | |
| 70611570 | /myaccount/Balances.aspx | 68.246.172.185 | 11/7/2006 4:44:29 PM | 11/7/2006 4:44:29 PM | WWWST L15 | |
| 70611570 | /myaccount/Balances.aspx | 68.246.172.185 | 11/7/2006 4:44:29 PM | 11/7/2006 4:44:29 PM | WWWST L15 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---------|------|------------|-------------|----------|-------------|--------------|
| 70611570 | EntryEqui tyOrderEn try | 68.246.172.185 | 11/7/2006 4:44:25 PM | 11/7/2006 4:44:26 PM | WWWST L15 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 68.246.172.185 | 11/7/2006 4:44:25 PM | 11/7/2006 4:44:26 PM | WWWST L15 | |
| 70611570 | EntryEqui tyOrderEn try | 68.246.172.185 | 11/7/2006 4:44:25 PM | 11/7/2006 4:44:26 PM | WWWST L15 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 68.246.172.185 | 11/7/2006 4:44:25 PM | 11/7/2006 4:44:26 PM | WWWST L15 | |
| 70611570 | /home/def ault.aspx | 68.246.172.185 | 11/7/2006 4:44:10 PM | 11/7/2006 4:44:10 PM | WWWST L15 | |
| 70611570 | /home/def ault.aspx | 68.246.172.185 | 11/7/2006 4:44:10 PM | 11/7/2006 4:44:10 PM | WWWST L15 | |
| 70611570 | VeriSign | 68.246.172.185 | 11/7/2006 4:43:51 PM | 11/7/2006 4:43:51 PM | WWWST L15 | 1260193968.246.172.185\|11/7/2006 4:43:51 PM\|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1)\|WinXP |
| 70611570 | /LoginPro cess.aspx | 68.246.172.185 | 11/7/2006 4:43:51 PM | 11/7/2006 4:43:51 PM | WWWST L15 | 1 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | VeriSign | 68.246.172.185 | 11/7/2006 4:43:51 PM | 11/7/2006 4:43:51 PM | WWWSTL15 | 12601939\|68.246.172.185\|11/7/2006 4:43:51 PM\|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1)\|WinXP |
| 70611570 | /LoginProcess.aspx | 68.246.172.185 | 11/7/2006 4:43:51 PM | 11/7/2006 4:43:51 PM | WWWSTL15 | |
| 70611570 | /ExchangeAgreements/Opra_Agreemen | 68.246.172.185 | 11/7/2006 4:42:13 PM | 11/7/2006 4:42:13 PM | WWWSTL15 | 0=1&1=beth&2=rothstein&3=868 1 st ave apt 11&4=&5=new york&6=NY&7=10017&8=US&9=retiree&10=na&11=868 1 st ave apt 11&12=&13=new york&14=NY&15=10017&16=US&17=retiree&18=retiree&19=1&20=1&2 |
| 70611570 | /ExchangeAgreements/Opra_Agreemen | 68.246.172.185 | 11/7/2006 4:42:13 PM | 11/7/2006 4:42:13 PM | WWWSTL15 | 0=1&1=beth&2=rothstein&3=868 1 st ave apt 11&4=&5=new york&6=NY&7=10017&8=US&9=retiree&10=na&11=868 1 st ave apt 11&12=&13=new york&14=NY&15=10017&16=US&17=retiree&18=retiree&19=1&20=1&2 |
| 70611570 | /ExchangeAgreements/NYSE_Agreeme | 68.246.172.185 | 11/7/2006 4:39:16 PM | 11/7/2006 4:39:16 PM | WWWSTL15 | 0=0&1=beth rothstein&2=beth rothstein&3=11/7/2006&4=&5=&6=Signature Confirmed&7=11/7/2006&8=& |
| 70611570 | /ExchangeAgreements/NYSE_Agreeme | 68.246.172.185 | 11/7/2006 4:39:16 PM | 11/7/2006 4:39:16 PM | WWWSTL15 | 0=0&1=beth rothstein&2=beth rothstein&3=11/7/2006&4=&5=&6=Signature Confirmed&7=11/7/2006&8=& |
| 70611570 | /ExchangeAgreements/Nasdaq_Agreem | 68.246.172.185 | 11/7/2006 4:37:30 PM | 11/7/2006 4:37:30 PM | WWWSTL15 | |
| 70611570 | /ExchangeAgreements/Nasdaq_Agreem | 68.246.172.185 | 11/7/2006 4:37:30 PM | 11/7/2006 4:37:30 PM | WWWSTL15 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---------|------|-----------|-------------|----------|-------------|--------------|
| 70611570 | /Exchange Agreements/Agreel nfo.aspx | 68.246.172.185 | 11/7/2006 4:37:29 PM | 11/7/2006 4:37:30 PM | WWWWST L15 | |
| 70611570 | /Exchange Agreements/Agreel nfo.aspx | 68.246.172.185 | 11/7/2006 4:37:29 PM | 11/7/2006 4:37:30 PM | WWWWST L15 | 1=Continue to Subscriber Agreements& |
| 70611570 | /Exchange Agreements/Agreel nfo.aspx | 68.246.172.185 | 11/7/2006 4:37:27 PM | 11/7/2006 4:37:27 PM | WWWWST L15 | 1=Continue to Subscriber Agreements& |
| 70611570 | VeriSign | 68.246.172.185 | 11/7/2006 4:37:27 PM | 11/7/2006 4:37:27 PM | WWWWST L15 | 12601939|68.246.172.185|11/7/2006 4:37:27 PM|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1)|WinXP |
| 70611570 | /LoginProcess.aspx | 68.246.172.185 | 11/7/2006 4:37:27 PM | 11/7/2006 4:37:27 PM | WWWWST L15 | |
| 70611570 | /Exchange Agreements/Agreel nfo.aspx | 68.246.172.185 | 11/7/2006 4:37:27 PM | 11/7/2006 4:37:27 PM | WWWWST L15 | |
| 70611570 | VeriSign | 68.246.172.185 | 11/7/2006 4:37:27 PM | 11/7/2006 4:37:27 PM | WWWWST L15 | 12601939|68.246.172.185|11/7/2006 4:37:27 PM|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1)|WinXP |
| 70611570 | /LoginProcess.aspx | 68.246.172.185 | 11/7/2006 4:37:27 PM | 11/7/2006 4:37:27 PM | WWWWST L15 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---------|------|-----------|-------------|----------|-------------|--------------|
| 70611570 | /myaccount/Balances.aspx | 24.90.135.144 | 11/19/2006 4:07:09 PM | 11/19/2006 4:07:10 PM | WWWWST L37 | |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/19/2006 4:06:51 PM | 11/19/2006 4:06:51 PM | WWWWST L37 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/19/2006 4:06:50 PM | 11/19/2006 4:06:51 PM | WWWWST L37 | 1260\|939\|24.90.135.144\|11/19/2006 4:06:50 PM\|Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; IEMB3; IEMB3)\|WinXP |
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/19/2006 4:06:50 PM | 11/19/2006 4:06:51 PM | WWWWST L37 | |
| 70611570 | /home/Default.aspx | 24.90.135.144 | 11/15/2006 12:29:34 PM | 11/15/2006 12:30:08 PM | WWWWST L41 | 3=&4=Symbol or Name&5=8&6=2291273&7=26&8=6& |
| 70611570 | /home/Default.aspx | 24.90.135.144 | 11/15/2006 12:29:29 PM | 11/15/2006 12:30:04 PM | WWWWST L41 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 24.90.135.144 | 11/15/2006 12:22:46 PM | 11/15/2006 12:22:47 PM | WWWWST L41 | |
| 70611570 | /myaccount/Balances.aspx | 24.90.135.144 | 11/15/2006 12:22:42 PM | 11/15/2006 12:22:42 PM | WWWWST L41 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/15/2006 12:22:28 PM | 11/15/2006 12:22:29 PM | WWWSTL41 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/15/2006 12:22:28 PM | 11/15/2006 12:22:29 PM | WWWSTL41 | 12601939\|24.90.135.144\|11/15/2006 12:22:28 PM\|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1)\|WinXP |
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/15/2006 12:22:28 PM | 11/15/2006 12:22:29 PM | WWWSTL41 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 24.90.135.144 | 11/10/2006 11:20:36 AM | 11/10/2006 11:20:37 AM | WWWSTL45 | |
| 70611570 | /myaccount/Balances.aspx | 24.90.135.144 | 11/10/2006 11:20:33 AM | 11/10/2006 11:20:33 AM | WWWSTL45 | |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/9/2006 1:09:57 PM | 11/9/2006 1:36:11 PM | WWWSTL18 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/9/2006 1:09:57 PM | 11/9/2006 1:36:11 PM | WWWSTL18 | 12601939\|24.90.135.144\|11/9/2006 1:09:57 PM\|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.1; SV1)\|WinXP |
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/9/2006 1:09:57 PM | 11/9/2006 1:36:11 PM | WWWSTL18 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /myaccount/ACHFrameSet.aspx | 172.129.77.98 | 11/7/2006 5:25:17 PM | 11/7/2006 5:25:17 PM | WWWSTL40 | |
| 70611570 | /home/default.aspx | 70.5.205.232 | 11/7/2006 5:00:13 PM | 11/7/2006 5:00:13 PM | WWWSTL7 | |
| 70611570 | VeriSign | 70.5.205.232 | 11/7/2006 5:00:12 PM | 11/7/2006 5:00:12 PM | WWWSTL7 | 12601939\|70.5.205.232\|11/7/2006 5:00:12 PM\|Mozilla/4.0 (compatible; MSIE 4.01; Windows CE; Sprint:PPC-6700; PPC; 240x320)\|WinCE |
| 70611570 | /LoginProcess.aspx | 70.5.205.232 | 11/7/2006 5:00:12 PM | 11/7/2006 5:00:12 PM | WWWSTL7 | |
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/20/2006 8:48:14 AM | 11/20/2006 8:48:14 AM | WWWSTL4 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/20/2006 8:48:14 AM | 11/20/2006 8:48:14 AM | WWWSTL4 | 12601939\|24.90.135.144\|11/20/2006 8:48:14 AM\|Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; IEMB3; IEMB3)\|WinXP |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/20/2006 8:48:14 AM | 11/20/2006 8:48:14 AM | WWWSTL4 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 24.90.135.144 | 11/19/2006 4:07:23 PM | 11/19/2006 4:07:23 PM | WWWSTL37 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | EntryEquityOrderConfirm | 24.90.135.144 | 11/21/2006 9:30:26 AM | 11/21/2006 9:30:27 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=BTIMW&TRADETYPE=Limit&LIMITPRICE=.03&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XFB039020061121&COMMISSION=8.5 |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:34:47 AM | 11/21/2006 9:34:47 AM | WWWSTL17 | |
| 70611570 | CancelEquityOrderConfirm | 24.90.135.144 | 11/21/2006 9:35:03 AM | 11/21/2006 9:35:03 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=BTIMW&TRADETYPE=Limit&LIMITPRICE=0.03&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XBB571720061121&COMMISSION=8.5 |
| 70611570 | /home/Default.aspx | 24.90.135.144 | 11/21/2006 9:35:15 AM | 11/21/2006 9:35:15 AM | WWWSTL17 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:35:16 AM | 11/21/2006 9:35:17 AM | WWWSTL17 | |
| 70611570 | /myaccount/Balances.aspx | 24.90.135.144 | 11/21/2006 9:35:22 AM | 11/21/2006 9:35:22 AM | WWWSTL17 | |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:35:29 AM | 11/21/2006 9:35:45 AM | WWWSTL17 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:35:33 AM | 11/21/2006 9:35:47 AM | WWWSTL17 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 10:24:44 AM | 11/20/2006 10:24:44 AM | WWWSTL34 | 3=&4=Symbol or Name&5=0&6=Buy&7=10000&8=Iphcw&9=Limit&10=.01&11=&12=&13=Select.-&14=Today (Good until 4:00 PM EST)&15=24&16=16& |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 9:35:33 AM | 11/21/2006 9:35:47 AM | WWWSTL17 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:35:56 AM | 11/21/2006 9:35:58 AM | WWWSTL17 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:35:56 AM | 11/21/2006 9:35:58 AM | WWWSTL17 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:17:05 PM | 11/20/2006 7:17:05 PM | WWWSTL13 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/20/2006 7:17:05 PM | 11/20/2006 7:17:05 PM | WWWSTL13 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /home/Default.aspx | 24.90.135.144 | 11/20/2006 7:18:45 PM | 11/20/2006 7:18:45 PM | WWWSTL13 | 3=&4=Symbol or Name&5=8&6=229127&7=33&8=7& |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/21/2006 9:35:56 AM | 11/21/2006 9:35:58 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=20000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.006&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7,6 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | EntryEquityOrderConfirm | 24.90.135.144 | 11/21/2006 9:36:01 AM | 11/21/2006 9:36:01 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=20000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.006&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XJB078220061121&COMMISSION=7.6 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:24:30 PM | 11/20/2006 7:24:30 PM | WWWSTL13 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/20/2006 7:24:30 PM | 11/20/2006 7:24:30 PM | WWWSTL13 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:32:23 PM | 11/20/2006 7:32:23 PM | WWWSTL13 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:32:23 PM | 11/20/2006 7:32:23 PM | WWWSTL13 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/20/2006 7:32:23 PM | 11/20/2006 7:32:23 PM | WWWSTL13 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=APUX&TRADETYPE=Limit&LIMITPRICE=.01&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7.5 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:28:07 AM | 11/21/2006 9:28:07 AM | WWWSTL17 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 9:28:07 AM | 11/21/2006 9:28:07 AM | WWWSTL17 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 9:28:22 AM | 11/21/200 6 9:28:23 AM | WWWST L17 | 3=&4=Symbol or Name&5=0&6=Buy&7=10000&8=btimw&9=Limit&10=.02&11=&12=&13 =.Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 9:28:23 AM | 11/21/200 6 9:28:23 AM | WWWST L17 | 7.00 * |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 9:28:23 AM | 11/21/200 6 9:28:23 AM | WWWST L17 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEqui tyOrderRe view | 24.90.135.144 | 11/21/200 6 9:28:23 AM | 11/21/200 6 9:28:23 AM | WWWST L17 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=BTIMW&T RADETYPE=Limit&LIMITPRICE=.02&TIF=Today (Good until 4:00 PM EST)&COMMISSION=8 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 9:28:36 AM | 11/21/200 6 9:28:36 AM | WWWST L35 | |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 9:28:36 AM | 11/21/200 6 9:28:37 AM | WWWST L35 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 9:30:18 AM | 11/21/200 6 9:30:19 AM | WWWST L17 | 3=&4=Symbol or Name&5=0&6=Change Order& |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 9:30:18 AM | 11/21/200 6 9:30:19 AM | WWWST L17 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=BTIMW&T RADETYPE=Limit&LIMITPRICE=.02&TIF=Today (Good until 4:00 PM EST)&COMMISSION=8 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:30:23 AM | 11/21/2006 9:30:23 AM | WWWST L17 | 3=&4=Symbol or Name&5=0&6=Buy&7=10000&8=btimw&9=Limit&10=.03&11=.12=&13=. Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:30:23 AM | 11/21/2006 9:30:23 AM | WWWST L17 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:30:23 AM | 11/21/2006 9:30:23 AM | WWWST L17 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/21/2006 9:30:23 AM | 11/21/2006 9:30:23 AM | WWWST L17 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=BTIMW&TRADETYPE=Limit&LIMITPRICE=.03&TIF=Today (Good until 4:00 PM EST)&COMMISSION=8.5 |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:50:40 AM | 11/21/2006 9:50:40 AM | WWWST L17 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:30:26 AM | 11/21/2006 9:30:26 AM | WWWST L17 | 3=&4=Symbol or Name&5=0&6=Place Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:50:59 AM | 11/21/2006 9:50:59 AM | WWWST L17 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:50:59 AM | 11/21/2006 9:50:59 AM | WWWST L17 | * If the price is under $1 at the time of execution, commission is $7 1/2 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 9:34:57 AM | 11/21/2006 9:34:58 AM | WWWSTL17 | |
| 70611570 | CancelEquityOrderReview | 24.90.135.144 | 11/21/2006 9:34:58 AM | 11/21/2006 9:34:58 AM | WWWSTL17 | &ACTION=Buy&AON=False&SYMBOL=BTIMW&TRADETYPE=Limit&LIMITPRICE=&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XFB0390020061121&COMMISSION=8.5 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:50:59 AM | 11/21/2006 9:50:59 AM | WWWSTL17 | This order appears to be a duplicate of an existing open order. |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 9:50:59 AM | 11/21/2006 9:50:59 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.1&TIF=Today (Good until 4:00 PM EST)&COMMISSION=57 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:51:06 AM | 11/21/2006 9:51:06 AM | WWWSTL17 | 3=&4=Symbol or Name&5=2&6=Buy&7=100000&8=atom&9=Limit&10=.1&11=&12=&13=-Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:51:06 AM | 11/21/2006 9:51:06 AM | WWWSTL17 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:51:06 AM | 11/21/2006 9:51:06 AM | WWWSTL17 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/21/2006 9:51:07 AM | 11/21/2006 9:51:07 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.1&TIF=Today (Good until 4:00 PM EST)&COMMISSION=57 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 10:24:13 AM | 11/20/2006 10:24:13 AM | WWWSTL34 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/20/2006 10:24:13 AM | 11/20/2006 10:24:13 AM | WWWSTL34 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 10:24:31 AM | 11/20/2006 10:24:31 AM | WWWSTL34 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 10:24:31 AM | 11/20/2006 10:24:31 AM | WWWSTL34 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 10:24:31 AM | 11/20/2006 10:24:31 AM | WWWSTL34 | CR1: Buys are not allowed for this security. Please call your local branch to place the order. |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/20/2006 10:24:31 AM | 11/20/2006 10:24:31 AM | WWWSTL34 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=LPHCW&TRADETYPE=Limit&LIMITPRICE=.01&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7.5 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:35:56 AM | 11/21/2006 9:35:58 PM | WWWSTL17 | 3=&4=Symbol or Name&5=1&6=Buy&7=20000&8=atom&9=Limit&10=.006&11=&12=&13=Select-&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/20/2006 7:15:44 PM | 11/20/2006 7:15:44 PM | WWWSTL13 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---------|------|------------|-------------|----------|-------------|--------------|
| 70611570 | VeriSign | 24.90.135.144 | 11/20/200 6 7:15:44 PM | 11/20/200 6 7:15:44 PM | WWWST L13 | 12601939|24.90.135.144|11/20/2006 7:15:44 PM|Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; IEMB3; IEMB3)|WinXP |
| 70611570 | /home/def ault.aspx | 24.90.135.144 | 11/20/200 6 7:15:45 PM | 11/20/200 6 7:15:44 PM | WWWST L13 | |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/20/200 6 7:17:36 PM | 11/20/200 6 7:17:36 PM | WWWST L13 | |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/20/200 6 7:17:36 PM | 11/20/200 6 7:17:36 PM | WWWST L13 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /myaccou nt/Balance s.aspx | 24.90.135.144 | 11/20/200 6 7:17:45 PM | 11/20/200 6 7:17:45 PM | WWWST L13 | |
| 70611570 | /home/De fault.aspx | 24.90.135.144 | 11/20/200 6 7:18:37 PM | 11/20/200 6 7:18:36 PM | WWWST L13 | |
| 70611570 | /LoginPro cess.aspx | 24.90.135.144 | 11/20/200 6 7:23:58 PM | 11/20/200 6 7:23:58 PM | WWWST L13 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/20/200 6 7:23:58 PM | 11/20/200 6 7:23:58 PM | WWWST L13 | 12601939|24.90.135.144|11/20/2006 7:23:58 PM|Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; IEMB3; IEMB3)|WinXP |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /home/def ault.aspx | 24.90.135.144 | 11/20/200 6 7:23:58 PM | 11/20/200 6 7:23:58 PM | WWWST L13 | |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/20/200 6 7:24:03 PM | 11/20/200 6 7:24:03 PM | WWWST L13 | |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/20/200 6 7:24:03 PM | 11/20/200 6 7:24:03 PM | WWWST L13 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/20/200 6 7:32:23 PM | 11/20/200 6 7:32:23 PM | WWWST L13 | 3=&4=Symbol or Name&5=0&6=Buy&7=10000&8=apux&9=Limit&10=.01&11=&12=&13=- Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /myaccou nt/ACHFra meSet.as px | 24.90.135.144 | 11/20/200 6 7:17:49 PM | 11/20/200 6 7:17:49 PM | WWWST L13 | |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 9:36:01 AM | 11/21/200 6 9:36:01 AM | WWWST L17 | 3=&4=Symbol or Name&5=1&6=Place Order& |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 9:50:44 AM | 11/21/200 6 9:50:44 AM | WWWST L17 | |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 9:50:44 AM | 11/21/200 6 9:50:44 AM | WWWST L17 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:50:58 AM | 11/21/2006 9:50:59 AM | WWWSTL17 | 3=&4=Symbol or Name&5=2&6=Buy&7=100000&8=atom&9=Limit&10=-.1&11=&12=&13=--Select-&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 9:35:03 AM | 11/21/2006 9:35:03 AM | WWWSTL17 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 9:35:16 AM | 11/21/2006 9:35:17 AM | WWWSTL17 | 3=&4=Symbol or Name&5=Cancel Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:51:08 AM | 11/21/2006 9:51:13 AM | WWWSTL17 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | EntryEquityOrderConfirm | 24.90.135.144 | 11/21/2006 9:51:09 AM | 11/21/2006 9:51:21 AM | WWWSTL17 | 3=&4=Symbol or Name&5=2&6=Place Order& |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:52:02 AM | 11/21/2006 9:52:03 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.1&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XTA927320061121&COMMISSION=57 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:24:21 PM | 11/20/2006 7:24:21 PM | WWWSTL13 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:24:21 PM | 11/20/2006 7:24:21 PM | WWWSTL13 | 7.00 * |

* If the price is under $1 at the time of execution, commission is $7 1/2

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/20/2006 7:24:21 PM | 11/20/2006 7:24:21 PM | WWWSTL13 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=ACLR&TRADETYPE=Limit&LIMITPRICE=.005&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7.25 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:32:28 PM | 11/20/2006 7:32:28 PM | WWWSTL13 | 3=&4=Symbol or Name&5=0&6=Change Order& |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/20/2006 7:32:28 PM | 11/20/2006 7:32:28 PM | WWWSTL13 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=APUX&TRADETYPE=Limit&LIMITPRICE=.01&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7.5 |
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/21/2006 9:08:16 AM | 11/21/2006 9:08:17 AM | WWWSTL35 |  |
| 70611570 | VeriSign | 24.90.135.144 | 11/21/2006 9:08:16 AM | 11/21/2006 9:08:17 AM | WWWSTL35 | 126019939\|24.90.135.144\|11/21/2006 9:08:16 AM\|Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1)\|WinXP |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/21/2006 9:08:16 AM | 11/21/2006 9:08:17 AM | WWWSTL35 |  |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:55:55 AM | 11/21/2006 9:55:55 AM | WWWSTL17 | This order appears to be a duplicate of an existing open order. |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 10:24:31 AM | 11/20/2006 10:24:31 AM | WWWSTL34 | 3=&4=Symbol or Name&5=0&6=Buy&7=10000&8=Iphcw&9=Limit&10=.01&11=&12=&13==Select-&14=Today (Good until 4:00 PM EST)&15=Review Order& |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 2:51:04 PM | 11/20/2006 2:51:04 PM | WWWST L46 | 3=&4=Symbol or Name&5=0&6=34&7=12& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:17:34 PM | 11/20/2006 7:17:33 PM | WWWST L13 | 3=&4=Symbol or Name&5=0&6=Buy&7=10000&8=wmdb&9=Limit&10=.02&11=-&12=&13=-.Select-&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:17:34 PM | 11/20/2006 7:17:34 PM | WWWST -L13 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:17:34 PM | 11/20/2006 7:17:34 PM | WWWST L13 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/20/2006 7:17:34 PM | 11/20/2006 7:17:34 PM | WWWST L13 | CR1: Buys are not allowed for this security. Please call your local branch to place the order. |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:24:21 PM | 11/20/2006 7:24:20 PM | WWWST L13 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=WMDB&TRADETYPE=Limit&LIMITPRICE=.02&TIF=Today (Good until 4:00 PM EST)&COMMISSION=8 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 7:24:21 PM | 11/20/2006 7:24:20 PM | WWWST L13 | 3=&4=Symbol or Name&5=0&6=Buy&7=10000&8=aclr&9=Limit&10=.005&11=-&12=&13=-.Select-&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:55:55 AM | 11/21/2006 9:55:55 AM | WWWST L17 | 3=&4=Symbol or Name&5=4&6=Buy&7=10000&8=atom&9=Limit&10=.25&11=&12=&13=-.Select-&14=Today (Good until 4:00 PM EST)&15=Review Order& |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:55:55 AM | 11/21/2006 9:55:55 AM | WWWSTL17 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:55:55 AM | 11/21/2006 9:55:55 AM | WWWSTL17 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/20/2006 10:24:08 AM | 11/20/2006 10:24:10 AM | WWWSTL34 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:55:59 AM | 11/21/2006 9:56:00 AM | WWWSTL17 | 3=&4=Symbol or Name&5=4&6=Place Order& |
| 70611570 | EntryEquityOrderConfirm | 24.90.135.144 | 11/21/2006 9:56:00 AM | 11/21/2006 9:56:00 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.25&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XOA124020061121&COMMISSION=132 |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:56:06 AM | 11/21/2006 9:56:07 AM | WWWSTL17 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/20/2006 10:24:08 AM | 11/20/2006 10:24:10 AM | WWWSTL34 | 1260193924.90.135.144|11/20/2006 10:24:08 AM|Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; IEMB3; IEMB3)|WinXP |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/20/2006 10:24:08 AM | 11/20/2006 10:24:10 AM | WWWSTL34 | - |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /LoginProcess.aspx | 24.90.135.144 | 11/20/2006 2:49:29 PM | 11/20/2006 2:49:29 PM | WWWSTL46 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/20/2006 2:49:29 PM | 11/20/2006 2:49:29 PM | WWWSTL46 | 12601939\|24.90.135.144\|11/20/2006 2:49:29 PM\|Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1; IEMB3; IEMB3)\|WinXP |
| 70611570 | /home/default.aspx | 24.90.135.144 | 11/20/2006 2:49:29 PM | 11/20/2006 2:49:29 PM | WWWSTL46 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 2:49:57 PM | 11/20/2006 2:49:57 PM | WWWSTL46 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/20/2006 2:49:57 PM | 11/20/2006 2:49:57 PM | WWWSTL46 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 2:50:38 PM | 11/20/2006 2:50:48 PM | WWWSTL46 | 3=&4=Symbol or Name&5=0&6=Buy&7=10000&8=jphcw&9=Limit&10=.002&11=&12=&13 =-.Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 2:50:39 PM | 11/20/2006 2:50:48 PM | WWWSTL46 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 2:50:39 PM | 11/20/2006 2:50:48 PM | WWWSTL46 | * If the price is under $1 at the time of execution, commission is $7 1/2 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 2:50:39 PM | 11/20/2006 2:50:48 PM | WWWSTL46 | CR1: Buys are not allowed for this security. Please call your local branch to place the order. |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/20/2006 2:50:39 PM | 11/20/2006 2:50:48 PM | WWWSTL46 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=LPHCW&TRADETYPE=Limit&LIMITPRICE=.002&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7.1 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 2:50:54 PM | 11/20/2006 2:50:55 PM | WWWSTL46 | 3=&4=Symbol or Name&5=0&6=Buy&7=10000&8=magla&9=Limit&10=.0003&11=&12=&13=-. Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 2:50:54 PM | 11/20/2006 2:50:55 PM | WWWSTL46 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/20/2006 2:50:54 PM | 11/20/2006 2:50:55 PM | WWWSTL46 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/21/2006 9:58:41 AM | 11/21/2006 9:58:55 PM | WWWSTL46 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=MAGLA&TRADETYPE=Limit&LIMITPRICE=.0003&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7.015 |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:58:42 AM | 11/21/2006 9:58:42 AM | WWWSTL14 | |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 9:58:48 AM | 11/21/2006 9:58:48 AM | WWWSTL14 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | CancelEquityOrder Review | 24.90.135.144 | 11/21/2006 9:58:48 AM | 11/21/2006 9:58:48 AM | WWWST L14 | &ACTION=Buy&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XJB078220061121&COMMISSION=7.6 |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:58:56 AM | 11/21/2006 9:58:56 AM | WWWST L14 | |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:53:54 AM | 11/21/2006 9:54:14 AM | WWWST L17 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:54:02 AM | 11/21/2006 9:54:18 AM | WWWST L17 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 9:54:02 AM | 11/21/2006 9:54:18 AM | WWWST L17 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:54:26 AM | 11/21/2006 9:54:29 AM | WWWST L17 | 3=&4=Symbol or Name&5=3&6=Buy&7=100000&8=atom&9=Limit&10=2&11=&12=&13=-.Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:54:26 AM | 11/21/2006 9:54:29 AM | WWWST L17 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:54:26 AM | 11/21/2006 9:54:29 AM | WWWST L17 | * If the price is under $1 at the time of execution, commission is $7 1/2 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 9:54:26 AM | 11/21/200 6 9:54:29 AM | WWWST L17 | This order appears to be a duplicate of an existing open order. |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 9:54:26 AM | 11/21/200 6 9:54:29 AM | WWWST L17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&T RADETYPE=Limit&LIMITPRICE=.2&TIF=Today (Good until 4:00 PM EST)&COMMISSION=107 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 9:54:29 AM | 11/21/200 6 9:54:30 AM | WWWST L17 | 3=&4=Symbol or Name&5=3&6=Buy&7=100000&8=atom&9=Limit&10=.2&11=&12=&13=- Select-&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 9:55:34 AM | 11/21/200 6 9:55:43 AM | WWWST L17 | |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 9:55:34 AM | 11/21/200 6 9:55:44 AM | WWWST L17 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /myaccou nt/OrderSt atus.aspx | 24.90.135.144 | 11/21/200 6 9:51:43 AM | 11/21/200 6 9:51:46 AM | WWWST L17 | |
| 70611570 | /myaccou nt/OrderSt atus.aspx | 24.90.135.144 | 11/21/200 6 9:52:26 AM | 11/21/200 6 9:52:26 AM | WWWST L17 | |
| 70611570 | /myaccou nt/OrderSt atus.aspx | 24.90.135.144 | 11/21/200 6 9:53:12 AM | 11/21/200 6 9:53:13 AM | WWWST L17 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:54:29 AM | 11/21/2006 9:54:30 AM | WWWSTL17 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:54:36 AM | 11/21/2006 9:54:30 AM | WWWSTL17 | 7.00 * |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/21/2006 9:54:29 AM | 11/21/2006 9:54:30 AM | WWWSTL17 | * If the price is under $1 at the time of execution, commission is $7 1/2<br>&ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=2&TIF=Today (Good until 4:00 PM EST)&COMMISSION=107 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:54:35 AM | 11/21/2006 9:54:36 AM | WWWSTL17 | 3=&4=Symbol or Name&5=3&6=Place Order& |
| 70611570 | EntryEquityOrderConfirm | 24.90.135.144 | 11/21/2006 9:54:36 AM | 11/21/2006 9:54:36 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=2&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XVB937020061121&COMMISSION=107 |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:54:42 AM | 11/21/2006 9:54:43 AM | WWWSTL17 | |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:55:29 AM | 11/21/2006 9:55:41 AM | WWWSTL17 | |
| 70611570 | /home/Default.aspx | 24.90.135.144 | 11/21/2006 10:04:14 AM | 11/21/2006 10:04:15 AM | WWWSTL14 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 9:59:09 AM | 11/21/2006 9:59:09 AM | WWWSTL14 | CR1: Buys are not allowed for this security. Please call your local branch to place the order. |
| 70611570 | CancelEquityOrderReview | 24.90.135.144 | 11/21/2006 9:59:09 AM | 11/21/2006 9:59:09 AM | WWWSTL14 | &ACTION=Buy&QUANTITY=55000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=0.10&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XTA927320061121&COMMISSION=34.5 |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 9:55:55 AM | 11/21/2006 9:55:55 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.25&TIF=Today (Good until 4:00 PM EST)&COMMISSION=132 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:55:57 AM | 11/21/2006 9:55:57 AM | WWWSTL17 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:55:57 AM | 11/21/2006 9:55:57 AM | WWWSTL17 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/21/2006 9:55:57 AM | 11/21/2006 9:55:57 AM | WWWSTL17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.25&TIF=Today (Good until 4:00 PM EST)&COMMISSION=132 |
| 70611570 | /home/Default.aspx | 24.90.135.144 | 11/21/2006 9:59:49 AM | 11/21/2006 9:59:53 AM | WWWSTL14 | |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:52:47 AM | 11/21/2006 9:52:58 AM | WWWSTL17 | - |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 9:57:19 AM | 11/21/2006 9:57:19 AM | WWWSTL17 | |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 9:59:04 AM | 11/21/2006 9:59:04 AM | WWWSTL14 | CR1: Buys are not allowed for this security. Please call your local branch to place the order. |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 9:58:58 AM | 11/21/2006 9:58:58 AM | WWWSTL14 | |
| 70611570 | CancelEquityOrder Review | 24.90.135.144 | 11/21/2006 9:59:04 AM | 11/21/2006 9:59:04 AM | WWWSTL14 | &ACTION=Buy&QUANTITY=55000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=0.10&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XTA92732006112 1&COMMISSION=34.5 |
| 70611570 | CancelEquityOrder Review | 24.90.135.144 | 11/21/2006 9:58:58 AM | 11/21/2006 9:58:58 AM | WWWSTL14 | &ACTION=Buy&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XTA92732006112 1&COMMISSION=34.5 |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 9:59:04 AM | 11/21/2006 9:59:04 AM | WWWSTL14 | 3=&4=Symbol or Name&5=Cancel Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:04:14 AM | 11/21/2006 10:04:15 AM | WWWSTL14 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 10:04:14 AM | 11/21/2006 10:04:15 AM | WWWSTL14 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 10:23:37 AM | 11/21/2006 10:23:53 AM | WWWSTL16 | |
| 70611570 | CancelEquityOrderReview | 24.90.135.144 | 11/21/2006 10:23:37 AM | 11/21/2006 10:23:53 AM | WWWSTL16 | &ACTION=Buy&AON=False&SYMBOL=ARVXQ&TRADETYPE=Limit&LIMITPRICE=&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XJA016620061121&COMMISSION=7.3 |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 10:23:46 AM | 11/21/2006 10:23:57 AM | WWWSTL16 | |
| 70611570 | CancelEquityOrderReview | 24.90.135.144 | 11/21/2006 10:23:46 AM | 11/21/2006 10:23:57 AM | WWWSTL16 | &ACTION=Buy&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XTA927320061121&COMMISSION=22 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:03:19 AM | 11/21/2006 10:03:20 AM | WWWSTL14 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 10:21:11 AM | 11/21/2006 10:21:12 AM | WWWSTL16 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 10:03:19 AM | 11/21/2006 10:03:20 AM | WWWSTL14 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 9:59:09 AM | 11/21/2006 9:59:09 AM | WWWSTL14 | 3=&4=Symbol or Name&5=Cancel Order& |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 10:23:41 AM | 11/21/2006 10:23:55 AM | WWWSTL16 | 3=&4=Symbol or Name&5=Cancel Order& |
| 70611570 | /home/Default.aspx | 24.90.135.144 | 11/21/2006 9:59:39 AM | 11/21/2006 9:59:49 AM | WWWSTL14 | |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 10:23:44 AM | 11/21/2006 10:23:56 AM | WWWSTL16 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:56:38 AM | 11/21/2006 9:56:58 AM | WWWSTL17 | 3=&4=Symbol or Name&5=5&6=Buy&7=1000000&8=atom&9=Limit&10=25&11=&12=&13=- Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 10:23:49 AM | 11/21/2006 10:23:59 AM | WWWSTL16 | 3=&4=Symbol or Name&5=Cancel Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:56:38 AM | 11/21/2006 9:56:58 AM | WWWSTL17 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:56:38 AM | 11/21/2006 9:56:58 AM | WWWSTL17 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:21:11 AM | 11/21/2006 10:21:12 AM | WWWSTL16 | * If the price is under $1 at the time of execution, commission is $7 1/2 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:56:38 AM | 11/21/2006 9:56:58 AM | WWWST L17 | This order appears to be a duplicate of an existing open order. |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 9:56:38 AM | 11/21/2006 9:56:58 AM | WWWST L17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.25&TIF=Today (Good until 4:00 PM EST)&COMMISSION=132 |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 10:23:49 AM | 11/21/2006 10:23:59 AM | WWWST L16 | CR1: Buys are not allowed for this security. Please call your local branch to place the order. |
| 70611570 | CancelEquityOrderReview | 24.90.135.144 | 11/21/2006 10:23:49 AM | 11/21/2006 10:23:59 AM | WWWST L16 | &ACTION=Buy&QUANTITY=30000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=0.10&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XTA9273200611218COMMISSION=22 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:22:49 AM | 11/21/2006 10:22:49 AM | WWWST L16 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:22:49 AM | 11/21/2006 10:22:49 AM | WWWST L16 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/21/2006 10:22:49 AM | 11/21/2006 10:22:49 AM | WWWST L16 | &ACTION=Buy&QUANTITY=20000&AON=False&SYMBOL=ARVXQ&TRADETYPE=Limit&LIMITPRICE=.003&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7.3 |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 9:58:51 AM | 11/21/2006 9:58:52 AM | WWWST L14 | 3=&4=Symbol or Name&5=Cancel Order& |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | CancelEquityOrderConfirm | 24.90.135.144 | 11/21/2006 9:58:52 AM | 11/21/2006 9:58:52 AM | WWWSTL14 | &ACTION=Buy&QUANTITY=20000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=0.006&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XZA0480200611121&COMMISSION=7.6 |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 10:23:31 AM | 11/21/2006 10:23:51 AM | WWWSTL16 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:55:57 AM | 11/21/2006 9:55:57 AM | WWWSTL17 | 3=&4=Symbol or Name&5=4&6=Buy&7=1000000&8=atom&9=Limit&10=.25&11=&12=&13=. Select - &14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | CancelEquityOrderConfirm | 24.90.135.144 | 11/21/2006 10:23:41 AM | 11/21/2006 10:23:55 AM | WWWSTL16 | &ACTION=Buy&QUANTITY=200000&AON=False&SYMBOL=ARVXQ&TRADETYPE=Limit&LIMITPRICE=0.003&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XBA9035200611121&COMMISSION=7.3 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:59:47 AM | 11/21/2006 9:59:52 AM | WWWSTL14 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:56:26 AM | 11/21/2006 9:56:27 AM | WWWSTL17 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 9:56:26 AM | 11/21/2006 9:56:27 AM | WWWSTL17 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:56:40 AM | 11/21/2006 9:56:59 AM | WWWSTL17 | 3=&4=Symbol or Name&5=5&6=Buy&7=100000&8=atom&9=Limit&10=.25&11=&12=&13=. Select - &14=Today (Good until 4:00 PM EST)&15=Review Order& |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:56:40 AM | 11/21/2006 9:56:59 AM | WWWST L17 | 7.00 * |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 9:59:47 AM | 11/21/2006 9:59:53 AM | WWWST L14 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:56:40 AM | 11/21/2006 9:56:59 AM | WWWST L17 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:26:32 AM | 11/21/2006 10:26:46 AM | WWWST L16 | |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 10:26:32 AM | 11/21/2006 10:26:46 AM | WWWST L16 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/21/2006 9:56:40 AM | 11/21/2006 9:56:59 AM | WWWST L17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.25&TIF=Today (Good until 4:00 PM EST)&COMMISSION=132 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 9:56:42 AM | 11/21/2006 9:56:59 AM | WWWST L17 | 3=&4=Symbol or Name&5=5&6=Place Order& |
| 70611570 | EntryEquityOrderConfirm | 24.90.135.144 | 11/21/2006 9:56:42 AM | 11/21/2006 9:56:59 AM | WWWST L17 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=.25&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XEB627320061121&COMMISSION=132 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:22:49 AM | 11/21/2006 10:22:49 AM | WWWSTL16 | 3=&4=Symbol or Name&5=0&6=Buy&7=20000&8=arvxq&9=Limit&10=.003&11=&12=&13=.Select.-&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderModify.aspx | 24.90.135.144 | 11/21/2006 10:35:26 AM | 11/21/2006 10:35:30 AM | WWWSTL16 | |
| 70611570 | ModifyEquityOrderEntry | 24.90.135.144 | 11/21/2006 10:35:26 AM | 11/21/2006 10:35:30 AM | WWWSTL16 | &ACTION=Buy&AON=False&SYMBOL=CMDCQ&TRADETYPE=Limit&LIMITPRICE=&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XGA668220061121&COMMISSION=7.5 |
| 70611570 | ModifyEquityOrderReview | 24.90.135.144 | 11/21/2006 10:35:31 AM | 11/21/2006 10:35:32 AM | WWWSTL16 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=CMDCQ&TRADETYPE=Limit&LIMITPRICE=0.02&TIF=Today (Good until 4:00 PM EST)&COMMISSION=8 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:03:49 AM | 11/21/2006 10:04:06 AM | WWWSTL14 | 3=&4=Symbol or Name&5=0&6=Buy&7=20000&8=atom&9=Limit&10=.11&11=&12=&13=.Select.-&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:03:49 AM | 11/21/2006 10:04:06 AM | WWWSTL14 | 7.00 * |
| 70611570 | /trade/StockOrderModify.aspx | 24.90.135.144 | 11/21/2006 10:35:34 AM | 11/21/2006 10:35:34 AM | WWWSTL16 | 3=&4=Symbol or Name&5=2&6=Place Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:03:49 AM | 11/21/2006 10:04:06 AM | WWWSTL14 | * If the price is under $1 at the time of execution, commission is $7 1/2 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:03:49 AM | 11/21/200 6 10:04:06 AM | WWWST L14 | CR1: Buys are not allowed for this security. Please call your local branch to place the order. |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 10:03:49 AM | 11/21/200 6 10:04:06 AM | WWWST L14 | &ACTION=Buy&QUANTITY=20000&AON=False&SYMBOL=ATOM&T RADETYPE=Limit&LIMITPRICE=.11&TIF=Today (Good until 4:00 PM EST)&COMMISSION=18 |
| 70611570 | /trade/Sto ckOrderM odify.aspx | 24.90.135.144 | 11/21/200 6 10:35:30 AM | 11/21/200 6 10:35:32 AM | WWWST L16 | 3=&4=Symbol or Name&5=2&6=100000&7=Limit&8=0.02&9=&10=&11=-Select-&12=Today (Good until 4:00 PM EST)&13=Review Order& |
| 70611570 | /trade/Sto ckOrderM odify.aspx | 24.90.135.144 | 11/21/200 6 10:35:30 AM | 11/21/200 6 10:35:32 AM | WWWST L16 | 7.00 * |
| 70611570 | /trade/Sto ckOrderM odify.aspx | 24.90.135.144 | 11/21/200 6 10:50:34 AM | 11/21/200 6 10:50:34 AM | WWWST L16 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:52:38 AM | 11/21/200 6 10:50:34 AM | WWWST L16 | 3=&4=Symbol or Name&5=4&6=Select&7=100000&8=cmdcq&9=Limit&10=.1&11=&12=& 13=-Select-&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/Sto ckOrderM odify.aspx | 24.90.135.144 | 11/21/200 6 10:52:48 AM | 11/21/200 6 10:52:48 AM | WWWST L16 | CR1: Buys are not allowed for this security. Please call your local branch to place the order. |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:50:34 AM | 11/21/200 6 10:50:34 AM | WWWST L16 | Unable to enter the order because the Buy/Sell action specified is invalid. |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | ModifyEq uityOrderE ntry | 24.90.135.144 | 11/21/200 6 10:52:38 AM | 11/21/200 6 10:52:48 AM | WWWST L16 | &ACTION=Buy&QUANTITY=90000&AON=False&SYMBOL=CMDCQ& TRADETYPE=Limit&LIMITPRICE=0.2&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XTA025520061121&COMMISSION=97 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:50:34 AM | 11/21/200 6 10:50:34 AM | WWWST L16 | 7.00 * |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:50:34 AM | 11/21/200 6 10:50:34 AM | WWWST L16 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 10:50:34 AM | 11/21/200 6 10:50:34 AM | WWWST L16 | &QUANTITY=100000&AON=False&SYMBOL=CMDCQ&TRADETYPE =Limit&LIMITPRICE=.1&TIF=Today (Good until 4:00 PM EST)&COMMISSION=57 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:50:40 AM | 11/21/200 6 10:50:41 AM | WWWST L16 | 7.00 * |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:54:06 AM | 11/21/200 6 10:54:16 AM | WWWST L16 | |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 10:54:06 AM | 11/21/200 6 10:54:16 AM | WWWST L16 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | ModifyEq uityOrderE ntry | 24.90.135.144 | 11/21/200 6 10:52:30 AM | 11/21/200 6 10:52:46 AM | WWWST L16 | &ACTION=Buy&AON=False&SYMBOL=CMDCQ&TRADETYPE=Limit& LIMITPRICE=&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XTA025520061121&COMMISSION=52 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /myaccount/Balances.aspx | 209.144.55.6 | 11/21/2006 11:18:57 AM | 11/21/2006 11:19:20 AM | WWWST L8 | |
| 70611570 | /trade/StockOrderCancel.aspx | 24.90.135.144 | 11/21/2006 10:26:28 AM | 11/21/2006 10:26:45 AM | WWWST L16 | |
| 70611570 | /trade/StockOrderModify.aspx | 24.90.135.144 | 11/21/2006 10:26:28 AM | 11/21/2006 10:26:45 AM | WWWST L16 | 3=&4=Symbol or Name&5=Change Order& |
| 70611570 | ModifyEquityOrderEntry | 24.90.135.144 | 11/21/2006 10:26:28 AM | 11/21/2006 10:26:45 AM | WWWST L16 | &ACTION=Buy&AON=False&SYMBOL=ATOM&TRADETYPE=Limit&LIMITPRICE=&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XTA927320061121&COMMISSION=22 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:50:40 AM | 11/21/2006 10:50:41 AM | WWWST L16 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:48:24 AM | 11/21/2006 10:48:30 AM | WWWST L16 | 3=&4=Symbol or Name&5=3&6=Buy&7=10000&8=cmdcq&9=Limit&10=.05&11=&12=&1 3=- Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderModify.aspx | 24.90.135.144 | 11/21/2006 10:52:38 AM | 11/21/2006 10:52:48 AM | WWWST L16 | 7.00 * |
| 70611570 | EntryEquityOrderConfirm | 24.90.135.144 | 11/21/2006 10:26:56 AM | 11/21/2006 10:26:56 AM | WWWST L16 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=CMDCQ&TRADETYPE=Limit&LIMITPRICE=.01&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XGA668220061121&COMMISSION=7.5 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderModify.aspx | 24.90.135.144 | 11/21/2006 10:52:38 AM | 11/21/2006 10:52:48 AM | WWWSTL16 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:48:24 AM | 11/21/2006 10:48:30 AM | WWWSTL16 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:50:40 AM | 11/21/2006 10:50:41 AM | WWWSTL16 | This order appears to be a duplicate of an existing open order. |
| 70611570 | EntryEquityOrderEntry | 24.90.135.144 | 11/21/2006 10:50:40 AM | 11/21/2006 10:50:41 AM | WWWSTL16 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=CMDCQ&TRADETYPE=Limit&LIMITPRICE=.1&TIF=Today (Good until 4:00 PM EST)&COMMISSION=57 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:48:24 AM | 11/21/2006 10:48:30 AM | WWWSTL16 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEquityOrderConfirm | 24.90.135.144 | 11/21/2006 10:22:51 AM | 11/21/2006 10:22:52 AM | WWWSTL16 | &ACTION=Buy&QUANTITY=20000&AON=False&SYMBOL=ARVXQ&TRADETYPE=Limit&LIMITPRICE=.003&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XJA01662006112182COMMISSION=7.3 |
| 70611570 | /trade/StockOrderModify.aspx | 24.90.135.144 | 11/21/2006 10:52:38 AM | 11/21/2006 10:52:48 AM | WWWSTL16 | Unable to enter the order because your account does not have enough fund to place this order for a non marginable stock |
| 70611570 | ModifyEquityOrderConfirm | 24.90.135.144 | 11/21/2006 10:35:34 AM | 11/21/2006 10:35:35 AM | WWWSTL16 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=CMDCQ&TRADETYPE=Limit&LIMITPRICE=0.02&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XVB00352006112182COMMISSION=8 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | EntryEqui tyOrderCo nfirm | 24.90.135.144 | 11/21/200 6 10:50:45 AM | 11/21/200 6 10:51:13 AM | WWWST L16 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=CMDCQ &TRADETYPE=Limit&LIMITPRICE=.1&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XTA0255200611218COMMISSION=57 |
| 70611570 | EntryEqui tyOrderRe view | 24.90.135.144 | 11/21/200 6 10:48:24 AM | 11/21/200 6 10:48:30 AM | WWWST L16 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=CMDCQ &TRADETYPE=Limit&LIMITPRICE=.05&TIF=Today (Good until 4:00 PM EST)&COMMISSION=32 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:50:17 AM | 11/21/200 6 10:50:17 AM | WWWST L16 | |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 10:50:17 AM | 11/21/200 6 10:50:18 AM | WWWST L16 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 10:48:16 AM | 11/21/200 6 10:48:27 AM | WWWST L16 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=CMDCQ &TRADETYPE=Limit&LIMITPRICE=.05&TIF=Today (Good until 4:00 PM EST)&COMMISSION=32 |
| 70611570 | /trade/Sto ckOrderM odify.aspx | 24.90.135.144 | 11/21/200 6 10:52:30 AM | 11/21/200 6 10:52:46 AM | WWWST L16 | |
| 70611570 | /trade/Sto ckOrderM odify.aspx | 24.90.135.144 | 11/21/200 6 10:52:37 AM | 11/21/200 6 10:52:48 AM | WWWST L16 | 3=&4=Symbol or Name&5=5&6=90000&7=Limit&8=0.2&9=&10=&11=-. Select -&12=Today (Good until 4:00 PM EST)&13=Review Order& |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:50:40 AM | 11/21/200 6 10:50:41 AM | WWWST L16 | 3=&4=Symbol or Name&5=4&6=Buy&7=100000&8=cmdcq&9=Limit&10=.1&11=&12=&13 =- Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /LoginPro cess.aspx | 209.144.55.6 | 11/21/200 6 11:18:54 AM | 11/21/200 6 11:19:19 AM | WWWST L8 | |
| 70611570 | VeriSign | 209.144.55.6 | 11/21/200 6 11:18:54 AM | 11/21/200 6 11:19:19 AM | WWWST L8 | 12601939|209.144.55.6|11/21/2006 11:18:54 AM|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.0; .NET CLR 1.1.4322)|Win2000 |
| 70611570 | /home/def ault.aspx | 209.144.55.6 | 11/21/200 6 11:18:54 AM | 11/21/200 6 11:19:19 AM | WWWST L8 | |
| 70611570 | /myaccou nt/ACHFra meSet.as px | 209.144.55.6 | 11/21/200 6 11:19:13 AM | 11/21/200 6 11:19:24 AM | WWWST L8 | |
| 70611570 | /myaccou nt/OnlineP rofile.aspx | 209.144.55.6 | 11/21/200 6 11:21:59 AM | 11/21/200 6 11:22:19 AM | WWWST L8 | |
| 70611570 | /myaccou nt/Balance s.aspx | 209.144.55.6 | 11/21/200 6 11:49:03 AM | 11/21/200 6 11:49:13 AM | WWWST L8 | |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 209.144.55.6 | 11/21/200 6 11:49:06 AM | 11/21/200 6 11:49:14 AM | WWWST L8 | |
| 70611570 | EntryEqui tyOrderEn try | 209.144.55.6 | 11/21/200 6 11:49:06 AM | 11/21/200 6 11:49:14 AM | WWWST L8 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:26:53 AM | 11/21/2006 10:26:53 AM | WWWSTL16 | 3=&4=Symbol or Name&5=1&6=Buy&7=10000&8=cmdcq&9=Limit&10=.01&11=&12=&13=. Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:26:53 AM | 11/21/2006 10:26:53 AM | WWWSTL16 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:26:53 AM | 11/21/2006 10:26:53 AM | WWWSTL16 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/21/2006 10:26:53 AM | 11/21/2006 10:26:53 AM | WWWSTL16 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=CMDCQ&TRADETYPE=Limit&LIMITPRICE=.01&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7.5 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:26:55 AM | 11/21/2006 10:26:56 AM | WWWSTL16 | 3=&4=Symbol or Name&5=1&6=Place Order& |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 10:35:21 AM | 11/21/2006 10:35:28 AM | WWWSTL16 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 209.144.55.6 | 11/21/2006 11:51:29 AM | 11/21/2006 11:51:30 AM | WWWSTL8 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:22:51 AM | 11/21/2006 10:22:51 AM | WWWSTL16 | 3=&4=Symbol or Name&5=0&6=Place Order& |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:50:43 AM | 11/21/2006 10:50:43 AM | WWWST L16 | 3=&4=Symbol or Name&5=4&6=Buy&7=100000&8=cmdcq&9=Limit&10=.1&11=&12=&13=.-Select-&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /home/Default.aspx | 209.144.55.6 | 11/21/2006 12:50:46 PM | 11/21/2006 12:50:46 PM | WWWST L23 | |
| 70611570 | /myaccount/Balances.aspx | 209.144.55.6 | 11/21/2006 12:50:51 PM | 11/21/2006 12:50:51 PM | WWWST L23 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:50:44 AM | 11/21/2006 10:50:50 AM | WWWST L16 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:50:44 AM | 11/21/2006 10:50:50 AM | WWWST L16 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | EntryEquityOrderReview | 24.90.135.144 | 11/21/2006 10:50:44 AM | 11/21/2006 10:50:50 AM | WWWST L16 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=CMDCQ&TRADETYPE=Limit&LIMITPRICE=.1&TIF=Today (Good until 4:00 PM EST)&COMMISSION=57 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:50:45 AM | 11/21/2006 10:51:13 AM | WWWST L16 | 3=&4=Symbol or Name&5=4&6=Place Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:47:46 AM | 11/21/2006 10:47:47 AM | WWWST L16 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 10:47:46 AM | 11/21/200 6 10:47:47 AM | WWWST L16 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:48:16 AM | 11/21/200 6 10:48:27 AM | WWWST L16 | 3=&4=Symbol or Name&5=3&6=Buy&7=100000&8=cmdcq&9=Limit&10=.05&11=&12=&1 3=- Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /myaccou nt/OrderSt atus.aspx | 24.90.135.144 | 11/21/200 6 10:51:28 AM | 11/21/200 6 10:51:28 AM | WWWST L16 | |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:48:16 AM | 11/21/200 6 10:48:27 AM | WWWST L16 | 7.00 * |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:48:28 AM | 11/21/200 6 10:48:27 AM | WWWST L16 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 10:48:31 AM | 11/21/200 6 10:48:32 AM | WWWST L16 | 3=&4=Symbol or Name&5=3&6=Place Order& |
| 70611570 | EntryEqui tyOrderCo nfirm | 24.90.135.144 | 11/21/200 6 10:48:37 AM | 11/21/200 6 10:48:33 AM | WWWST L16 | &ACTION=Buy&QUANTITY=100000&AON=False&SYMBOL=CMDCQ &TRADETYPE=Limit&LIMITPRICE=.05&TIF=Today (Good until 4:00 PM EST)&ORDERNUMBER=XYB217420061121&COMMISSION=32 |
| 70611570 | /myaccou nt/OrderSt atus.aspx | 24.90.135.144 | 11/21/200 6 10:48:38 AM | | WWWST L16 | - |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 10:49:32 AM | 11/21/2006 10:49:50 AM | WWWSTL16 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 10:48:16 AM | 11/21/2006 10:48:27 AM | WWWSTL16 | This order appears to be a duplicate of an existing open order. |
| 70611570 | /myaccount/OrderStatus.aspx | 24.90.135.144 | 11/21/2006 10:51:43 AM | 11/21/2006 10:51:43 AM | WWWSTL16 | |
| 70611570 | /LoginProcess.aspx | 209.144.55.6 | 11/21/2006 2:48:46 PM | 11/21/2006 2:48:59 PM | WWWSTL32 | |
| 70611570 | VeriSign | 209.144.55.6 | 11/21/2006 2:48:46 PM | 11/21/2006 2:48:59 PM | WWWSTL32 | 12601939|209.144.55.6|11/21/2006 2:48:46 PM|Mozilla/4.0 (compatible; MSIE 6.0; Windows NT 5.0; .NET CLR 1.1.4322)|Win2000 |
| 70611570 | /home/default.aspx | 209.144.55.6 | 11/21/2006 2:48:46 PM | 11/21/2006 2:48:59 PM | WWWSTL32 | |
| 70611570 | /myaccount/Balances.aspx | 209.144.55.6 | 11/21/2006 2:48:48 PM | 11/21/2006 2:48:59 PM | WWWSTL32 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 209.144.55.6 | 11/21/2006 2:48:49 PM | 11/21/2006 2:48:59 PM | WWWSTL32 | |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | /myaccount/Balances.aspx | 209.144.55.6 | 11/21/2006 11:49:07 AM | 11/21/2006 11:49:14 AM | WWWSTL8 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 209.144.55.6 | 11/21/2006 11:50:22 AM | 11/21/2006 11:50:39 AM | WWWSTL8 | |
| 70611570 | /myaccount/ACHFrameSet.aspx | 209.144.55.6 | 11/21/2006 12:50:52 PM | 11/21/2006 12:50:52 PM | WWWSTL23 | |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 3:59:05 PM | 11/21/2006 3:59:38 PM | WWWSTL6 | 3=&4=Symbol or Name&5=0&6=Buy&7=1000&8=cmdcq&9=Limit&10=.008&11=&12=&13=- Select -&14=Today (Good until 4:00 PM EST)&15=Review Order& |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 3:59:05 PM | 11/21/2006 3:59:38 PM | WWWSTL6 | 7.00 * |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 3:59:05 PM | 11/21/2006 3:59:38 PM | WWWSTL6 | * If the price is under $1 at the time of execution, commission is $7 1/2 |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 3:59:05 PM | 11/21/2006 3:59:38 PM | WWWSTL6 | CR1: Buys are not allowed for this security. Please call your local branch to place the order. |
| 70611570 | /trade/StockOrderEntry.aspx | 24.90.135.144 | 11/21/2006 3:59:05 PM | 11/21/2006 3:59:38 PM | WWWSTL6 | Unable to enter the order because your account is not setup for trading online. |

| Account | Page | IP Address | Action Time | Log Time | Server Name | Query String |
|---|---|---|---|---|---|---|
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 3:59:05 PM | 11/21/200 6 3:59:38 PM | WWWST L6 | &ACTION=Buy&QUANTITY=10000&AON=False&SYMBOL=CMDCQ& TRADETYPE=Limit&LIMITPRICE=.008&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7.4 |
| 70611570 | /home/De fault.aspx | 24.90.135.144 | 11/21/200 6 3:59:20 PM | 11/21/200 6 3:59:45 PM | WWWST L6 | |
| 70611570 | /trade/Sto ckOrderE ntry.aspx | 24.90.135.144 | 11/21/200 6 3:58:45 PM | 11/21/200 6 3:59:27 PM | WWWST L6 | |
| 70611570 | /LoginPro cess.aspx | 24.90.135.144 | 11/21/200 6 3:58:19 PM | 11/21/200 6 3:59:12 PM | WWWST L6 | |
| 70611570 | VeriSign | 24.90.135.144 | 11/21/200 6 3:58:19 PM | 11/21/200 6 3:59:12 PM | WWWST L6 | 1260193924.90.135.144\|11/21/2006 3:58:19 PM\|Mozilla/4.0 (compatible; MSIE 7.0; Windows NT 5.1)\|WinXP |
| 70611570 | /home/def ault.aspx | 24.90.135.144 | 11/21/200 6 3:58:19 PM | 11/21/200 6 3:59:13 PM | WWWST L6 | |
| 70611570 | EntryEqui tyOrderEn try | 24.90.135.144 | 11/21/200 6 3:58:46 PM | 11/21/200 6 3:59:27 PM | WWWST L6 | &AON=False&TRADETYPE=Market&TIF=Today (Good until 4:00 PM EST)&COMMISSION=7 |

BEGIN FORM - Terms and Conditions Effective Wednesday, December 27, 2006 at 15:32:21



| For Internal Use Only | |
| --- | --- |
| Account Number: | 785-934062 |
| Type: | Individual |
| Registration: | Cash & Margin |
| Branch ID: | NYC 92392 |
| Referrer: | direct |
| Ad Code: | WEB |
| Offer Code: | 170 |

**Mailing Address**
Standard Delivery:         PO Box 2760, Omaha, NE 68103-2760
Overnight:                 1005 N. Ameritrade Place, Bellevue, NE 68005
Fax:                       816-243-3769

**New Account Information**
Type:                                  Individual
Registration:                          Cash & Margin
Receive Corp. Communications:          Yes
E-mail Address:                        BETHSMOKER1@GOOWY.COM
Account Statement:                     Monthly Electronic
Trade Confirmation:                    Electronic
Funding:                               Express Funding
Sweep Vehicle:                         TD AMERITRADE Cash (Protected by SIPC)

**Account Owner**
Name:                      BETH ROTHSTEIN
Street Address:            ██████████
                           NEW YORK, NY 10017
                           UNITED STATES OF AMERICA
Marital Status:            Married
Home Phone:                ██████████
Social Security Number:    ██████████
Date of Birth:             ██████████
Mother's Maiden Name:      ██████████
Citizenship:               US Citizen/Permanent Resident
Employment Status:         Retired
Corporate Affiliation:     No
NASD Affiliation:          No

**Financial Questionnaire**
Income:                    $100,000+
Networth:                  $100,000 - 499,999
Liquid Networth:           $50,000 - 99,999
Number of Dependents:      1

**ACH Information**
Deposit Amount:            85500.00
Bank Account Name:         BETH ROTHSTEIN
Bank Name:                 CITI BANK
Bank Nickname:
Bank City:                 NEW YORK
Bank State:                NY
ABA Routing Number:        ██████████
Bank Account Number:       ████3714
Bank Account Type:         S
EFT Tracking Number:       7859340621335301
EFT Transaction Date:      11/13/2006 13:53:31

## CASH & MARGIN AGREEMENT

Under penalties of perjury, I certify (1) that the Social Security Number shown on this form is my correct taxpayer identification number and (2) that I am not subject to backup withholding and (3) I am a U.S. person (including a resident alien); provided, however, if I am a non-resident alien as disclosed in this application, I do not certify that I am a U.S. person and I understand that I must submit a W-8BEN Form. If I have been notified by the IRS that I am subject to backup withholding as a result of dividend or interest underreporting, I must cross out (2) in this certification.

I have received and read the terms and conditions, which are incorporated by this reference, that will govern my account. I agree to be bound by these terms and conditions, as amended from time to time, and request an account to be opened in the names(s) set forth below.

**The Terms and Conditions applicable to this Brokerage Account Agreement contain pre-dispute arbitration clauses. I agree to be bound by the terms of the agreement including the arbitration agreement located at paragraphs 92 - 94 of the Terms and Conditions.**

All securities, dividends and proceeds will be held at Ameritrade Clearing, Division of Ameritrade, Inc. unless otherwise instructed.

I understand that non-deposit investments purchased through TD AMERITRADE are not insured by the FDIC (Federal Deposit Insurance Corporation), are not obligations of or guaranteed by any financial institution and are subject to investment risk and loss that may exceed the principal invested.

I understand my available cash balance will earn interest in my brokerage account as TD AMERITRADE Cash (Covered by SIPC) based on current rates and policies, which may be changed without prior notice.

Important Information about procedures for opening a new account:
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account.

What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also utilize a third-party information provider for verification purposes and/or ask for a copy of your driver's license or other identifying documents.

I understand that TD AMERITRADE may relate information regarding this account, including account delinquency and voluntary closures, to consumer or credit-reporting agencies. Upon my request, TD AMERITRADE shall inform me of each consumer or credit-reporting agency from which they have obtained and/or reported my consumer or credit report. TD AMERITRADE agrees to notify the consumer or credit-reporting agencies if I dispute the completeness or accuracy of the information furnished by TD AMERITRADE. By my signature below, I authorize TD AMERITRADE to obtain consumer or credit reports for the name(s) set forth below.

**Account Owner(s) must sign.**

_____     X_____
        Date                    BETH  ROTHSTEIN
                             Account Number: 785-934062

**For *Ameritrade Clearing*  use only**
Margin account approval (initial & date):        New Accounts Opened By (initial & date):

_____                        _____

Account Number: 785-934062

**END FORM - Terms and Conditions Effective Wednesday, December 27, 2006 at 15:32:21**

| General Inquiry | Account History | Account Detail | Account Detail |
| --- | --- | --- | --- |

| 785-934062: ROTHSTEIN BETH | | Margin: Yes | Option: None | |
| --- | --- | --- | --- | --- |
| Account Closed - BKR ALRT - KEEP CLSD (12/13/2006) | | | | |

### Restriction Summary

| RESTR - FD3 - FDIC ACCT OPTED OUT |
| --- |
| RESTR - PR - PREMIER ACCOUNT |
| RESTR - GK - GAINSKEEPER ACCESS |
| NO$OUT - |
| LTONLY - |
| RESTR - BC - BOUNCED CHECK |
| RESTR - U - UNDESIRABLE ACCOUNT |
| CLOSED - |

### Demographics

| | | | |
| --- | --- | --- | --- |
| Short Name | ROTHSTEIN BETH | Account Type | C  CUSTOMER |
| Mailing Address | BETH ROTHSTEIN | Owner Type | R  INDIVIDUAL |
| | ▬▬▬▬▬ | Sub Owner Type | |
| | NEW YORK NY 10017 | Tax Identification | ▬▬▬▬ |
| | | Nickname | |
| | | Email | E-MAIL |
| Physical Address | | Representative | FF  TD AMERITRADE |
| | | Branch ID | NYC92392 |
| | | Commission Schedule | TDA |
| Primary Phone | ▬▬▬▬ | Withholding Instructions | SHHH |
| Secondary Phone | | Date Opened | 11/13/2006 |
| Other Phone | | Date Changed | 12/14/2006 |
| Fax Phone | | Date Active | 12/19/2006 |
| | | Date Deceased | |
| | | W-8 Expiration Date | |
| | | W-8 Signature Date | |
| | | ACH Bank | ▬▬▬▬ |
| | | ACH Acct/Type | ▬▬▬3714 |

### Additional Information

| | |
| --- | --- |
| Employer | RETIRED |
| Option Approval | |
| Margin Approval | 11/13/2006 |
| ECA OK | Y |
| Day Trader | N |
| Prime Money Acct | N |
| ASD | N |
| ATS? | W |
| Acct Desig | A |
| Legal Fee | Y |
| Alternate Address | N |
| Account Source | 170 - |
| Birth Date | ▬▬▬▬ |
| Spouse Birth Date | |
| Deceased Birth Date | |
| Deceased Death Date | |
| Foreign Codes | |

**Comments**

ACCOUNT CLOSED FRAUD

12/14/2006 Added to UL per Corp Risk

Pending LP research. JZ x 5293

**First Trades**
Option -
Margin - 11/17/2006



```
+-------------+  +-------------------+
|ACCOUNT NO. |  | YOUR REPRESENTATIVE |
+-------------+  +-------------------+
|E785-934062 | |FF                  |
+-------------+  +-------------------+
```

*100171*
BETH ROTHSTEIN
NEW YORK, NY 10017

```
+----------------+  +------+
|STATEMENT PERIOD|  | PAGE |
+----------------+  +------+
|10/28/06-11/24/06|  | 1-6  |
+----------------+  +------+
```

TD AMERITRADE

IMPROVED TD AMERITRADE WEB SITE.
THE WAY YOU TRADE AND CHECK YOUR
BALANCES IS THE SAME, BUT YOU'LL
FIND NEW MENU CHOICES, EXPANDED
RESEARCH AND SHORTCUTS LOG ON
AND CHECK OUT THE CHANGES TODAY!

ACCOUNT SUMMARY   AS OF 11/24/06       CUSTOMER ACCOUNTS PROTECTED UP TO $150,000,000.

PORTFOLIO SUMMARY

| | Current Month Value | % of Long Value |
|---|---|---|
| Stocks | $32,694 | 77.1 |
| Warrants/Rights | 9,692 | 22.9 |
| *Long Market Value | $42,386 | 100.0 |
| Margin Account (2) Balance | $95 | |
| *Net Account Value | $42,481 | |
| *Total Equity | $42,481 | |

*Excludes unpriced securities(NP)

Money Balance Summary

| Account Type | Opening Balance | Closing Balance |
|---|---|---|
| Margin Account (2) | $0.00 | $94.90 |
| Net Cash Balance | $0.00 | $94.90 |
| Total Money Balance | $0.00 | $94.90 |

Security Positions

| Type | Quantity | Description | Symbol | Mkt. Price | Mkt. Value |
|---|---|---|---|---|---|
| 2 | 326,600 | Accom Inc Com | ACMM | $.0047 | $1,535 |
| 2 | 807,700 | Locateplus Holdings Corp | LPHCW | .012 | 9,692 |
| | | Warrant Class A Exp 04/12/2007 | | | |
| 2 | 3,647 | Oneworld Systems Inc Com | OWLD | .03 | 109 |
| 2 | 207,000 | Wendt Bristol Health Svcs Corp | WNDB | .15 | 31,050 |
| | | Com N/C 10-92 Was Temco Natl | | | |

TOTAL ACCOUNT VALUE                                            $42,386
```

| ACCOUNT NO. | | CUSTOMER NAME | | STATEMENT PERIOD | | PAGE |
|---|---|---|---|---|---|---|
| |E785-934062| | |BETH ROTHSTEIN| | |10/28/06-11/24/06| | 2-6 |

TD AMERITRADE

## Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| 11/13/06 | 11/14/06 | OPENING BAL CASH ACCOUNT | | | | $0.00 |
| 11/14/06 | 11/14/06 | Electronic Funding JOURNAL | | | | 85,500.00 |
| | | Ef 11/14 Move Cash to Margin CLOSING BAL CASH ACCOUNT | | | 85,500.00 | $0.00 |
| 11/13/06 | | OPENING BAL MARGIN ACCOUNT JOURNAL | | | | $0.00 |
| 11/14/06 | | Cash Award JOURNAL | | | | 100.00 |
| 11/17/06 | | Ef 11/14 Move Cash to Margin BUY | | | | 85,500.00 |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl BUY | 150000 | .050 | 7,500.00 | |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl SELL | 50000 | .050 | 2,500.00 | |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl SELL | 20000 | .060 | | 1,199.96 |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl BUY | 30000 | .040 | | 1,199.96 |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 170000 | .10 | 17,000.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 5000 | .090 | 450.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 50000 | .0950 | 4,750.00 | |
| 11/17/06 | 11/22/06 | Accom Inc Com BUY | 25000 | .020 | 500.00 | |
| 11/17/06 | 11/22/06 | Accom Inc Com BUY | 75000 | .0195 | 1,462.50 | |
| 11/17/06 | 11/22/06 | Accom Inc Com BUY | 200000 | .030 | 6,000.00 | |
| 11/17/06 | 11/22/06 | Accom Inc Com BUY | 150000 | .0250 | 3,750.00 | |
| 11/17/06 | 11/22/06 | Accom Inc Com BUY | 200000 | .0250 | 5,000.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 BUY | 100000 | .020 | 2,000.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 BUY | 120000 | .030 | 3,600.00 | |
| 11/17/06 | 11/22/06 | BUY | 5000 | .0150 | 75.00 | |

--CONTINUED ON NEXT PAGE--

| ACCOUNT NO. |
| E785-934062 |

| CUSTOMER NAME |
| BETH ROTHSTEIN |

| STATEMENT PERIOD |
| 10/28/06-11/24/06 |

PAGE
3-6

TD AMERITRADE

## Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl BUY | 15000 | .020 | 300.00 | |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl BUY | 15000 | .050 | 750.00 | |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl BUY | 22000 | .050 | 1,100.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 5000 | .040 | 200.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 5000 | .050 | 250.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 5000 | .060 | 300.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 5000 | .070 | 350.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 5000 | .0650 | 325.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 98647 | .090 | 8,878.23 | |
| 11/17/06 | 11/22/06 | Accom Inc Com BUY | 51600 | .020 | 1,032.00 | |
| 11/17/06 | 11/22/06 | Accom Inc Com BUY | 125000 | .0250 | 3,125.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 BUY | 63000 | .020 | 1,260.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 BUY | 105000 | .0250 | 2,625.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 BUY | 115000 | .030 | 3,450.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 BUY | 75000 | .0350 | 2,625.00 | |
| 11/20/06 | 11/24/06 | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 SELL | 80000 | .0250 | 2,000.00 | |
| 11/20/06 | 11/24/06 | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 SELL | 100000 | .0030 | | 299.99 |
| | | Accom Inc Com | 10000 | .0150 | | 149.99 |

--CONTINUED ON NEXT PAGE--

| ACCOUNT NO. | CUSTOMER NAME | STATEMENT PERIOD | PAGE |
|---|---|---|---|
| E785-934062 | BETH ROTHSTEIN | 10/28/06-11/24/06 | 4-6 |

TD AMERITRADE

## Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| 11/20/06 | 11/24/06 | SELL Accom Inc Com | 60000 | .0050 | | 299.99 |
| 11/20/06 | 11/24/06 | SELL Accom Inc Com | 430000 | .0030 | | 1,289.96 |
| 11/20/06 | 11/24/06 | SELL Accom Inc Com | 20000 | .030 | | 599.98 |
| 11/20/06 | 11/24/06 | SELL Oneworld Systems Inc Com | 25000 | .020 | | 499.98 |
| 11/20/06 | 11/24/06 | SELL Oneworld Systems Inc Com | 285000 | .010 | | 2,849.91 |
| 11/20/06 | 11/24/06 | BUY Oneworld Systems Inc Com | 200000 | .020 | 4,000.00 | |
| 11/20/06 | 11/24/06 | BUY Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 500000 | .0180 | 9,000.00 | |
| 11/20/06 | 11/24/06 | SELL Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 15000 | .040 | | 599.98 |
| 11/20/06 | 11/24/06 | SELL Oneworld Systems Inc Com | 20300 | .010 | | 202.99 |
| 11/20/06 | 11/24/06 | SELL Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 10000 | .0070 | | 69.99 |
| 11/20/06 | 11/24/06 | SELL Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 65000 | .0050 | | 324.99 |
| 11/20/06 | 11/24/06 | SELL Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 105000 | .0030 | | 314.99 |
| 11/20/06 | 11/24/06 | SELL Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 250000 | .0030 | | 749.97 |
| | | CLOSING BAL MARGIN ACCOUNT | | | | |
| | | TOTAL ACCOUNT BALANCE | | | $94.90 | $94.90 |

## Trades Pending Settlement

| Description | Type | Trade Date | Settle Date | Quantity | Market Price | Amount Charged | Amount Credited |
|---|---|---|---|---|---|---|---|
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0070 | | 34.99 |

-CONTINUED ON NEXT PAGE-

| ACCOUNT NO. |
|-------------|
| E785-934062 |

| CUSTOMER NAME |
|---------------|
| BETH ROTHSTEIN |

| STATEMENT PERIOD |
|------------------|
| 10/28/06-11/24/06 |

| PAGE |
|------|
| 5-6 |

TD AMERITRADE

## Trades Pending Settlement

| Description | Type | Trade Date | Settle Date | Quantity | Market Price | Amount Charged | Amount Credited |
|-------------|------|-----------|------------|----------|--------------|----------------|-----------------|
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0060 | | 29.99 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 15000 | .0050 | | 74.99 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0045 | | 22.49 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0043 | | 21.49 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0041 | | 20.49 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 10000 | .0040 | | 39.99 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0037 | | 18.49 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 150000 | .0034 | | 509.98 |
| SELL Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | MGN | 11/22/06 | 11/28/06 | 121600 | .0032 | | 389.10 |
| SELL Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | MGN | 11/22/06 | 11/28/06 | 10000 | .030 | | 299.99 |
| SELL Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | MGN | 11/22/06 | 11/28/06 | 5000 | .0250 | | 124.99 |
| BUY Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | MGN | 11/22/06 | 11/28/06 | 192000 | .010 | 3,500.00 | |
| Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | MGN | 11/22/06 | 11/28/06 | 100000 | .0350 | | 1,919.94 |

## TD Ameritrade Cash Interest Credited

| Beg. Date | Credit Balance | Nbr./Days | Int. Rate | Interest Credited |
|-----------|----------------|-----------|-----------|-------------------|
| 11/14/06 | $85,600.00 | 8 | 1.0500 | $19.70 |
| 11/22/06 | 4,842.19 | 2 | 0.1000 | 0.03 |
| TOTAL INTEREST TO BE CREDITED | | | | $19.73 |

| ACCOUNT NO. | CUSTOMER NAME | STATEMENT PERIOD | PAGE |
|---|---|---|---|
| E785-934062 | BETH ROTHSTEIN | 10/28/06-11/24/06 | 6-6 |

TD AMERITRADE

## Important Information

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

THE ABOVE PRICES ARE PROVIDED ONLY AS A GENERAL GUIDE TO VALUE YOUR PORTFOLIO. CURRENT QUOTATIONS ARE AVAILABLE THROUGH YOUR BROKER. CERTIFICATES OF DEPOSIT ARE PRICED AT PAR. SALE PRIOR TO MATURITY MAY RESULT IN A LOSS OF PRINCIPAL. MORTGAGE BACKED POSITIONS ARE VALUED USING THE REMAINING BALANCE AND THE CURRENT MARKET PRICE.

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT, INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY. AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES INVESTOR PROTECTION CORPORATION (SIPC).

| ACCOUNT NO.: | | STATEMENT PERIOD : | PAGE | TD AMERITRADE |
|---|---|---|---|---|
| 8765-934666 | YOUR REPRESENTATIVE | 10/28/06-11/24/06 | 1-6 | |
| | FS | | | |

*100017
BETH ROTHSTEIN
NEW YORK, NY 10017

IMPROVED TD AMERITRADE WEB SITE.
THE WAY YOU TRADE AND CHECK YOUR
BALANCES IS THE SAME, BUT YOU'LL
FIND NEW MENU CHOICES, EXPANDED
RESEARCH AND SHORTCUTS LOG ON
AND CHECK OUT THE CHANGES TODAY!

ACCOUNT SUMMARY AS OF 11/24/06    CUSTOMER ACCOUNTS PROTECTED UP TO $150,000,000.

### PORTFOLIO SUMMARY

| | Current Month Value | % of Long Value |
|---|---|---|
| Stocks | $32,694 | 77.1 |
| Warrants/Rights | 9,692 | 22.9 |
| "Long Market Value | $42,386 | 100.0 |
| Margin Account (2) Balance | $95 | |
| "Net Account Value | $42,481 | |
| "Total Equity | $42,481 | |
| "Excludes unpriced securities(NP) | | |

### Money Balance Summary

| Account Type | Opening Balance | Closing Balance |
|---|---|---|
| Margin Account (2) | $0.00 | $94.90 |
| Net Cash Balance | $0.00 | $94.90 |
| Total Money Balance | $0.00 | $94.90 |

### Security Positions

| Type | Quantity | Description | Symbol | Mkt. Price | Mkt. Value |
|---|---|---|---|---|---|
| 2 | 325,600 | Accom Inc Com | ACOM | $.0047 | $1,535 |
| 2 | 807,700 | Lernaplus Holdings Corp | LPHCW | .012 | 9,692 |
| 2 | | Warrant Class A Exp 04/13/2007 | | | |
| 2 | 3,647 | Oneworld Systems Inc Com | ONSID | .03 | 109 |
| 2 | 207,000 | Wendt Bristol Health Svcs Corp | WMCB | .15 | 31,050 |
| | | Cm N/C 10-92 Was Temco Natl | | | |
| | | TOTAL ACCOUNT VALUE | | | $42,386 |

| ACCOUNT NO.: | CUSTOMER NAME | | STATEMENT PERIOD | PAGE | TD AMERITRADE |
|---|---|---|---|---|---|
| 0785-934062 | BETH ROTHSTEIN | | 10/28/06-11/24/06 | 2-6 | |

## Account Activity

| Trade Date | Settle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| | | OPENING BAL CASH ACCOUNT | | | | $0.00 |
| 11/13/06 | 11/14/06 | Electronic Funding | | | | 85,500.00 |
| 11/14/06 | | JOURNAL | | | | |
| | | Ef 11/14 Move Cash to Margin | | | 85,500.00 | |
| | | CLOSING BAL CASH ACCOUNT | | | | $0.00 |
| 11/13/06 | 11/13/06 | OPENING BAL MARGIN ACCOUNT | | | | $0.00 |
| 11/14/06 | 11/14/06 | JOURNAL | | | | |
| | | Cash Award | | | | 100.00 |
| 11/14/06 | | JOURNAL | | | | |
| | | Ef 11/14 Move Cash to Margin | | | | 85,500.00 |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp BUY | 150000 | .050 | 7,500.00 | |
| | | Cm N/C 10-92 Was Temco Natl | | | | |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp BUY | 50000 | .050 | 2,500.00 | |
| | | Cm N/C 10-92 Was Temco Natl | | | | |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp SELL | 20000 | .060 | | 1,199.96 |
| | | Cm N/C 10-92 Was Temco Natl | | | | |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp SELL | 30000 | .040 | | 1,199.96 |
| | | Cm N/C 10-92 Was Temco Natl | | | | |
| 11/17/06 | 11/22/06 | Wendt Bristol Health Svcs Corp BUY | 170000 | .10 | 17,000.00 | |
| | | Cm N/C 10-92 Was Temco Natl | | | | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 5000 | .090 | 450.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 50000 | .0950 | 4,750.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com BUY | 25000 | .020 | 500.00 | |
| 11/17/06 | 11/22/06 | Arcoon Inc Com BUY | 75000 | .0195 | 1,462.50 | |
| 11/17/06 | 11/22/06 | Arcoon Inc Com BUY | 200000 | .030 | 6,000.00 | |
| 11/17/06 | 11/22/06 | Arcoon Inc Com BUY | 150000 | .0250 | 3,750.00 | |
| 11/17/06 | 11/22/06 | Arcoon Inc Com BUY | 200000 | .0250 | 5,000.00 | |
| 11/17/06 | 11/22/06 | Arcoon Inc Com BUY | 100000 | .020 | 2,000.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 BUY | 120000 | .030 | 3,600.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 BUY | 5000 | .0150 | 75.00 | |

--CONTINUED ON NEXT PAGE--

| ACCOUNT NO. | CUSTOMER NAME | | STATEMENT PERIOD | PAGE |
|---|---|---|---|---|
| 8785-5340062 | BETH ROTHSTEIN | | 10/28/06-11/24/06 | 1-6 |

TO AMERITRADE

## Account Activity

| Trade Date | Setle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| 11/17/06 | 11/22/06 | Xendi Bristol Health Svcs Corp<br>Cm N/C 10-92 Was Temco Natl<br>BUY | 15000 | .020 | 300.00 | |
| 11/17/06 | 11/22/06 | Xendi Bristol Health Svcs Corp<br>Cm N/C 10-92 Was Temco Natl<br>BUY | 15000 | .050 | 750.00 | |
| 11/17/06 | 11/22/06 | Xendi Bristol Health Svcs Corp<br>Cm N/C 10-92 Was Temco Natl<br>BUY | 22000 | .050 | 1,100.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com<br>BUY | 5000 | .040 | 200.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com<br>BUY | 5000 | .050 | 250.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com<br>BUY | 5000 | .060 | 300.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com<br>BUY | 5000 | .070 | 350.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com<br>BUY | 5000 | .0650 | 325.00 | |
| 11/17/06 | 11/22/06 | Oneworld Systems Inc Com<br>BUY | 98647 | .090 | 8,878.23 | |
| 11/17/06 | 11/22/06 | Accom Inc Com.<br>BUY | 51600 | .020 | 1,032.00 | |
| 11/17/06 | 11/22/06 | Accom Inc Com.<br>BUY | 125000 | .0250 | 3,125.00 | |
| 11/17/06 | 11/22/06 | Accom Inc Com.<br>BUY | 63000 | .020 | 1,260.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp<br>Warrant Class A Exp 04/12/2007<br>BUY | 105000 | .0250 | 2,625.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp<br>Warrant Class A Exp 04/12/2007<br>BUY | 115000 | .030 | 3,450.00 | |
| 11/17/06 | 11/22/06 | Locateplus Holdings Corp<br>Warrant Class A Exp 04/12/2007<br>BUY | 75000 | .0350 | 2,625.00 | |
| 11/20/06 | 11/22/06 | Locateplus Holdings Corp<br>Warrant Class A Exp 04/12/2007<br>BUY | 80000 | .0250 | 2,000.00 | |
| 11/20/06 | 11/24/06 | Locateplus Holdings Corp<br>Warrant Class A Exp 04/12/2007<br>SELL | 100000 | .0030 | | 299.99 |
| 11/20/06 | 11/24/06 | Accom Inc Com | 13000 | .0150 | | 149.99 |

---CONTINUED ON NEXT PAGE---

| ACCOUNT NO. | CUSTOMER NAME | STATEMENT PERIOD | PAGE |
|---|---|---|---|
| E745-934061 | BETH ROTHSTEIN | 10/28/06 - 11/24/06 | 4-6 |

TO AMERITRADE

## Account Activity

| Trade Date | Sttle Date | Description | Quantity | Price/Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| 11/20/06 | 11/24/06 | SELL Ascom Inc Com | 60000 | .0050 | | 299.99 |
| 11/20/06 | 11/24/06 | SELL Ascom Inc Com | 430000 | .0030 | | 1,289.96 |
| 11/20/06 | 11/24/06 | SELL Ascom Inc Com | 20000 | .030 | | 599.98 |
| 11/20/06 | 11/24/06 | SELL Oneworld Systems Inc Com | 25000 | .020 | | 499.93 |
| 11/20/06 | 11/24/06 | SELL Oneworld Systems Inc Com | 285000 | .010 | | 2,849.91 |
| 11/20/06 | 11/24/06 | BUY Oneworld Systems Inc Com | 200000 | .020 | 4,000.00 | |
| 11/20/06 | 11/24/06 | BUY Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 500000 | .0180 | 9,000.00 | |
| 11/20/06 | 11/24/06 | SELL Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 15000 | .040 | | 599.98 |
| 11/20/06 | 11/24/06 | SELL Oneworld Systems Inc Com | 20300 | .010 | | 202.99 |
| 11/20/06 | 11/24/06 | SELL Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 10000 | .0070 | | 69.99 |
| 11/20/06 | 11/24/06 | SELL Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 65000 | .0050 | | 324.99 |
| 11/20/06 | 11/24/06 | SELL Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 105000 | .0030 | | 314.99 |
| 11/20/06 | 11/24/06 | SELL Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | 250000 | .0030 | | 749.97 |
| | | CLOSING BAL MARGIN ACCOUNT | | | | |
| | | TOTAL ACCOUNT BALANCE | | | | $94.90 |
| | | | | | | $94.90 |

## Trades Pending Settlement

| Description | Type | Trade Date | Settle Date | Quantity | Market Price | Amount Charged | Amount Credited |
|---|---|---|---|---|---|---|---|
| SELL Ascom Inc Com | WAX | 11/22/06 | 11/28/06 | 5000 | .0070 | | 34.99 |

CONTINUED ON NEXT PAGE

TD AMERITRADE

| ACCOUNT NO.: | | STATEMENT PERIOD | PAGE |
|---|---|---|---|
| 2735-9340631 | | 10/28/06-11/24/06 | 5-6 |

CUSTOMER NAME
BETH ROTHSTEIN

**Trades Pending Settlement**

| Description | Type | Trade Date | Settle Date | Quantity | Market Price | Amount Charged | Amount Credited$ |
|---|---|---|---|---|---|---|---|
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0050 | | 29.99 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 15000 | .0050 | | 74.99 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0045 | | 22.49 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0043 | | 21.49 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0041 | | 20.43 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 10000 | .0040 | | 39.99 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 5000 | .0037 | | 18.49 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 150000 | .0034 | | 508.98 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 121600 | .0032 | | 389.10 |
| SELL Accom Inc Com | MGN | 11/22/06 | 11/28/06 | 10000 | .030 | | 299.99 |
| SELL Wendt Bristol Health Svcs Corp Cm N/C 10-93 Was Temco Natl | MGN | 11/22/06 | 11/28/06 | 5000 | .0250 | | :24.99 |
| SELL Wendt Bristol Health Svcs Corp Cm N/C 10-93 Was Temco Natl | MGN | 11/22/06 | 11/28/06 | 192000 | .010 | | 1,919.94 |
| BUY Wendt Bristol Health Svcs Corp Cm N/C 10-93 Was Temco Natl | MGN | 11/22/06 | 11/28/06 | 100000 | .0350 | 3,500.00 | |

**TD Ameritrade Cash Interest Credited**

| Beg. Date | Credit Balance | Nbr./Days | Int. Rate | Interest Credited |
|---|---|---|---|---|
| 11/16/06 | $85,600.00 | 8 | .0500 | $19.70 |
| 11/22/06 | 4,862.29 | 2 | 0.1000 | 0.03 |
| | | TOTAL INTEREST TO BE CREDITED | | $19.73 |

```
+-------------+   +--------------+   +-------------------+
| ACCOUNT NO. |   | CUSTOMER NAME|   | STATEMENT PERIOD | PAGE
|             |   |              |   |                  |
| ET985-934062|   | BETH ROTHSTEIN|  |10/28/06-11/24/06 |  6-6    TD AMERITRADE
+-------------+   +--------------+   +-------------------+
```

Important Information

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

THE ABOVE PRICES ARE PROVIDED ONLY AS A GENERAL GUIDE TO VALUE YOUR PORTFOLIO. CURRENT
QUOTATIONS ARE AVAILABLE THROUGH YOUR BROKER. CERTIFICATES OF DEPOSIT ARE PRICED AT
PAR. SALE PRIOR TO MATURITY MAY RESULT IN A LOSS OF PRINCIPAL. MORTGAGE BACKED
POSITIONS ARE VALUED USING THE REMAINING BALANCE AND THE CURRENT MARKET PRICE.

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT,
INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY.
AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE
VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN
ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE
ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE
THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES
INVESTOR PROTECTION CORPORATION (SIPC).

# Account Statement

account # 785-934062

report period: 11/25/06 - 12/29/06

## Account registration:

BETH ROTHSTEIN
NEW YORK, NY 10017

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

## Announcements:

*SHARE THE POWERFUL TOOLS, VALUE AND SERVICE OF TD AMERITRADE WITH YOUR FRIENDS AND EARN GREAT REWARDS. TO REFER A FRIEND, LOG ON TO YOUR ACCOUNT AND SELECT 'PROMOTIONS & OFFERS' FROM THE ACCOUNT MENU.*

### Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | $(5.27) | $94.90 | $(100.17) | (105.6%) | $236.76 | - | 100.0% |
| MMDA | - | - | - | - | - | - | - |
| Money Market | - | - | - | - | - | - | - |
| Short balance | - | - | - | - | - | - | - |
| Stocks | - | 32,694.43 | (32,694.43) | (100.0%) | - | - | - |
| Short stocks | - | - | - | - | - | - | - |
| Bonds | - | - | - | - | - | - | - |
| Options | - | - | - | - | - | - | - |
| Short options | - | - | - | - | - | - | - |
| Mutual funds | - | - | - | - | - | - | - |
| Other | - | 9,692.40 | (9,692.40) | (100.0%) | - | - | - |
| **Total** | **$(5.27)** | **$42,481.73** | **$(42,487.00)** | **(100.0%)** | **$236.76** | **(4492.8%)** | **100.0%** |
| **Margin equity** | **100.0%** | | | | | | |

### Income & Expense Summary

| | Current | YTD | Taxable | Non-taxable | YTD |
|---|---|---|---|---|---|
| **Income** | | | | | |
| Dividends | $0.00 | $0.00 | $ - | $ - | $ - |
| Interest | 19.73 | 106,810.36 | 19.73 | - | 19.73 |
| Other | - | 106,810.36 | - | - | - |
| **Expense** | | | | | |
| Interest | - | 85,600.00 | - | - | - |
| Fees | (125.00) | (85,500.00) | - | (125.00) | (125.00) |
| Other | - | 19.73 | - | - | - |
| **Net** | **$(5.27)** | **$(5.27)** | **$(105.27)** | **$0.00** | **$(105.27)** |

### Cash Activity Summary

| | Current | YTD |
|---|---|---|
| Opening balance | $94.90 | $0.00 |
| Securities purchased | (10,652.63) | (106,810.36) |
| Securities sold | 96,157.73 | 106,810.36 |
| Funds deposited | 85,600.00 | 85,600.00 |
| Funds disbursed | (85,500.00) | (85,500.00) |
| Income | 19.73 | 19.73 |
| Expense | (125.00) | (125.00) |
| Other | - | - |
| Closing balance | $(5.27) | $(5.27) |

Portfolio Allocation

Margin Loan 100.0%

### Performance Summary

| | YTD |
|---|---|
| **Cost basis as of - 12/29/06** | $0.00 |
| Realized gains* | - |
| Realized losses* | - |
| Unrealized gains | - |
| Unrealized losses | - |
| Funds deposited/(disbursed) | 100.00 |
| Income/(expense) | (105.27) |
| Securities received/(delivered) | 0.00 |

*Coming in 2006

ame103.smgs2007/0105.GW4/0LDX.cfs.0026634.004/7332

page 1 of 8

# Account Statement

account # 785-934062

report period: 11/25/06 - 12/29/06

## Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | | | | | | | | $94.90 |
| 11/27/06 | 11/27/06 | Margin | Divint | Interest Credit | | | $0.00 | $19.73 | 114.63 |
| 12/06/06 | 12/06/06 | Margin | | Payable: 11/24/2006 | | | | | |
| 12/06/06 | 12/06/06 | Margin | Journal | Ei Return - R10 - Customer Advises Not Authorized | | | 0.00 | (85,500.00) | (85,385.37) |
| 12/11/06 | 12/11/06 | Margin | Journal | Ach Return Charge (Customer Advises Not Authorized | | | 0.00 | (25.00) | (85,410.37) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Promo Adjustment | | | | (100.00) | (85,510.37) |
| | | | | Locateplus Holdings Corp | LPHCW | 100,000 | 0.003 | (299.99) | (85,810.36) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Warrant Class A Exp 04/12/2007 | | | | | |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Accom Inc Com | ACMM | 10,000 | 0.015 | (149.99) | (85,960.35) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Accom Inc Com | ACMM | 430,000 | 0.003 | (1,289.96) | (87,250.31) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Accom Inc Com | ACMM | 60,000 | 0.005 | (289.99) | (87,550.30) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Oneworld Systems Inc Com | OWLD | 20,000 | 0.03 | (599.98) | (88,150.28) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Oneworld Systems Inc Com | OWLD | 25,000 | 0.02 | (499.98) | (88,650.26) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Oneworld Systems Inc Com | OWLD | 285,000 | 0.01 | (2,849.91) | (91,500.17) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Locateplus Holdings Corp | LPHCW | 200,000- | 0.02 | 4,000.00 | (87,500.17) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Warrant Class A Exp 04/12/2007 | | | | | |
| | | | | Locateplus Holdings Corp | LPHCW | 500,000 | 0.018 | 9,000.00 | (78,500.17) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Warrant Class A Exp 04/12/2007 | | | | | |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Oneworld Systems Inc Com | OWLD | 15,000 | 0.04 | (599.98) | (79,100.15) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Locateplus Holdings Corp | LPHCW | 20,300 | 0.01 | (202.99) | (79,303.14) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Warrant Class A Exp 04/12/2007 | | | | | |
| | | | | Locateplus Holdings Corp | LPHCW | 10,000 | 0.007 | (69.99) | (79,373.13) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Warrant Class A Exp 04/12/2007 | | | | | |
| | | | | Locateplus Holdings Corp | LPHCW | 65,000 | 0.005 | (324.99) | (79,698.12) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Warrant Class A Exp 04/12/2007 | | | | | |
| | | | | Locateplus Holdings Corp | LPHCW | 105,000 | 0.003 | (314.99) | (80,013.11) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Warrant Class A Exp 04/12/2007 | | | | | |
| | | | | Locateplus Holdings Corp | LPHCW | 250,000 | 0.003 | (749.97) | (80,763.08) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Warrant Class A Exp 04/12/2007 | | | | | |
| | | | | Wendt Bristol Health Svcs Corp | WMDB | 150,000- | 0.05 | 7,500.00 | (73,263.08) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Cm N/C 10-92 Wes Temco Natl | | | | | |
| | | | | Wendt Bristol Health Svcs Corp | WMDB | 50,000- | 0.05 | 2,500.00 | (70,763.08) |
| | | | | Cm N/C 10-92 Wes Temco Natl | | | | | |

0009/015

# Account Statement

account # 785-934062

report period: 11/25/06 - 12/29/06

## Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | WMDB | 20,000 | 0.06 | (1,199.96) | (71,963.04) |
| 12/18/06 | 12/18/06 | Margin | Cancel sell | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | WMDB | 30,000 | 0.04 | (1,199.96) | (73,163.00) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Oneworld Systems Inc Com | OWLD | 170,000- | 0.10 | 17,000.00 | (56,163.00) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Oneworld Systems Inc Com | OWLD | 5,000- | 0.09 | 450.00 | (55,713.00) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Oneworld Systems Inc Com | OWLD | 50,000- | 0.095 | 4,750.00 | (50,963.00) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Accom Inc Com | ACMM | 25,000- | 0.02 | 500.00 | (50,463.00) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Accom Inc Com | ACMM | 75,000- | 0.0195 | 1,462.50 | (49,000.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Accom Inc Com | ACMM | 200,000- | 0.03 | 6,000.00 | (43,000.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Accom Inc Com | ACMM | 150,000- | 0.025 | 3,750.00 | (39,250.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Accom Inc Com | ACMM | 200,000- | 0.025 | 5,000.00 | (34,250.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | LPHCW | 100,000- | 0.02 | 2,000.00 | (32,250.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | LPHCW | 120,000- | 0.03 | 3,600.00 | (28,650.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | WMDB | 5,000- | 0.015 | 75.00 | (28,575.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | WMDB | 15,000- | 0.02 | 300.00 | (28,275.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | WMDB | 15,000- | 0.05 | 750.00 | (27,525.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Wendt Bristol Health Svcs Corp Cm N/C 10-92 Was Temco Natl | WMDB | 22,000- | 0.05 | 1,100.00 | (26,425.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Oneworld Systems Inc Com | OWLD | 5,000- | 0.04 | 200.00 | (26,225.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Oneworld Systems Inc Com | OWLD | 5,000- | 0.05 | 250.00 | (25,975.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Oneworld Systems Inc Com | OWLD | 5,000- | 0.06 | 300.00 | (25,675.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Oneworld Systems Inc Com | OWLD | 5,000- | 0.07 | 350.00 | (25,325.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Oneworld Systems Inc Com | OWLD | 5,000- | 0.065 | 325.00 | (25,000.50) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Oneworld Systems Inc Com | OWLD | 98,647- | 0.09 | 8,878.23 | (16,122.27) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Accom Inc Com | ACMM | 51,600- | 0.02 | 1,032.00 | (15,090.27) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Accom Inc Com | ACMM | 125,000- | 0.025 | 3,125.00 | (11,965.27) |

page 3 of 8

anet33.cmp.20070105.GW$R00.cfs.0006694 0047591

## Account Statement

account # 785-934062

report period: 11/25/06 - 12/29/06

### Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | LPHCW | 63,000- | 0.02 | 1,260.00 | (10,705.27) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | LPHCW | 105,000- | 0.025 | 2,625.00 | (8,080.27) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | LPHCW | 115,000- | 0.03 | 3,450.00 | (4,630.27) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | LPHCW | 75,000- | 0.035 | 2,625.00 | (2,005.27) |
| 12/18/06 | 12/18/06 | Margin | Cancel buy | Locateplus Holdings Corp Warrant Class A Exp 04/12/2007 | LPHCW | 80,000- | 0.025 | 2,000.00 | (5.27) |

Closing balance $(5.27)

### TD AMERITRADE Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|
| 12/06/05 | $84,985.74 | $ | 5 | 9.5000 | $112.13 | $ |
| 12/11/06 | 80,123.11 | | 7 | 9.5000 | 148.01 | |
| 12/18/06 | 5.27 | | 12 | 11.0000 | 0.02 | |

Total interest income/(expense) $260.16 $0.00

☑011/015

02/26/2007 MON 12:13 FAX

# Account Statement

account # 785-934062

report period: 11/25/06 - 12/29/06

## Important Information

ABSENT SPECIFIC CUSTOMER DIRECTION, STOCK AND OPTION ORDERS ARE ROUTED VIA AN ELECTRONIC MATRIX TO A LISTED, NASDAQ, OR OVER-THE-COUNTER AGENT, OR OPTIONS EXCHANGE, DEPENDING UPON THE SECURITY BEING TRADED. ADVANCED CLEARING OR THE INTRODUCING BROKER MAY RECEIVE CASH PAYMENT FOR ROUTING SUCH CUSTOMER STOCK OR OPTION ORDERS FOR EXECUTION TO CERTAIN AGENTS ON SPECIFIC LISTED, NASDAQ, OVER-THE-COUNTER, OR OPTION SECURITIES. BECAUSE THESE AGENTS ARE MARKET MAKERS, THEY CARRY INVENTORY IN THEIR SPECIFIC SECURITIES, ALLOWING FOR PRICE IMPROVEMENT TO THE RETAIL CUSTOMER BY TRADING THROUGH THEIR INVENTORY. ACCORDINGLY, FOR STOCKS, THE CUSTOMER'S ORDER IS ALWAYS EXECUTED AT THE "BEST OFFER", "BEST BID", OR AT A PRICE SUPERIOR TO EITHER. FOR OPTIONS, THE CUSTOMER'S ORDER IS ALWAYS EXECUTED WITHIN THE PREVAILING QUOTE AT ONE OF THE OPTIONS EXCHANGES.

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

THE MOST RECENT STATEMENT OF FINANCIAL CONDITION FOR AMERITRADE, INC. MAY BE OBTAINED AT NO COST, VIA THE INTERNET AT HTTP://WWW.TDAMERITRADE.COM/FINANCIALSTATEMENT.HTML OR BY CONTACTING CLIENT SERVICES AT 1-800-669-3900. AS OF SEPTEMBER 29, 2006 AMERITRADE, INC. HAD NET CAPITAL AND A NET CAPITAL REQUIREMENT OF $397,033,179 AND $88,891,436, RESPECTIVELY. A COPY OF THE REPORT AND COMMENTS IS CURRENTLY AVAILABLE FOR CLIENTS' INSPECTION AT THE PRINCIPAL OFFICE OF THE COMMISSION IN WASHINGTON DC AND THE DENVER, CO OFFICE OF THE COMMISSION.

# Account Statement

account # 785-934062

report period: 11/25/06 - 12/29/06

## Important Information

---------- ANTI-MONEY LAUNDERING REQUIREMENTS----------
---- THE USA PATRIOT ACT -- THE USA PATRIOT ACT IS DESIGNED TO DETECT, DETER, AND PUNISH TERRORIST IN THE UNITED STATES AND ABROAD. THE ACT IMPOSES ANTI-MONEY LAUNDERING REQUIREMENTS ON BROKERAGE FIRMS AND FINANCIAL INSTITUTIONS. ALL BROKERAGE FIRMS ARE REQUIRED TO HAVE COMPREHENSIVE ANTI-MONEY LAUNDERING PROGRAMS. TO HELP YOU UNDERSTAND THESE EFFORTS, WE WANT TO PROVIDE YOU WITH SOME INFORMATION ABOUT MONEY LAUNDERING AND OUR STEPS IMPLEMENTING THE USA PATRIOT ACT.

---- WHAT IS MONEY LAUNDERING? -- MONEY LAUNDERING IS THE PROCESS OF DISGUISING ILLEGALLY OBTAINED MONEY SO THAT THE FUNDS APPEAR TO COME FROM LEGITIMATE SOURCES OR ACTIVITIES. MONEY LAUNDERING OCCURS IN CONNECTION WITH A WIDE VARIETY OF CRIMES, INCLUDING ILLEGAL ARMS SALES, DRUG TRAFFICKING, ROBBERY, FRAUD, RACKETEERING, AND TERRORISM.
---- HOW BIG IS THE PROBLEM AND WHY IS IT IMPORTANT? -- THE USE OF THE U.S. FINANCIAL SYSTEM BY CRIMINALS TO FACILITATE TERRORISM OR OTHER CRIMES COULD WELL TAINT OUR FINANCIAL MARKETS. ACCORDING TO THE U.S. STATE DEPARTMENT, ONE RECENT ESTIMATE PUTS THE AMOUNT OF WORLDWIDE MONEY LAUNDERING ACTIVITY AT $1 TRILLION A YEAR.

**page 5 of 8**

# Account Statement

account # 785-934062

report period: 11/25/06 - 12/29/06

## Important Information

------- ANTI-MONEY LAUNDERING REQUIREMENTS CONTINUED -------
------ WHAT ARE WE REQUIRED TO DO TO ELIMINATE MONEY LAUNDERING? -- UNDER RULES REQUIRED BY THE USA PATRIOT ACT, OUR ANTI-MONEY LAUNDERING PROGRAM MUST DESIGNATE A SPECIAL COMPLIANCE OFFICER, SET UP EMPLOYEE TRAINING, CONDUCT INDEPENDENT AUDITS, AND ESTABLISH AND MAINTAIN POLICIES AND PROCEDURES TO DETECT AND REPORT SUSPICIOUS TRANSACTIONS AND ENSURE COMPLIANCE WITH THE NEW LAWS. TO HELP THE GOVERNMENT FIGHT THE FUNDING OF TERRORISM AND MONEY LAUNDERING ACTIVITIES, FEDERAL LAW REQUIRES ALL FINANCIAL INSTITUTIONS TO OBTAIN, VERIFY, AND RECORD INFORMATION THAT IDENTIFIES EACH PERSON WHO OPENS AN ACCOUNT. AS PART OF OUR REQUIRED PROGRAM, WE MAY ASK YOU TO PROVIDE VARIOUS IDENTIFICATION DOCUMENTS OR OTHER INFORMATION. UNTIL YOU PROVIDE THE INFORMATION OR DOCUMENTS WE NEED, WE MAY NOT BE ABLE TO OPEN AN ACCOUNT OR EFFECT ANY TRANSACTIONS FOR YOU. -------
------ WE THANK YOU FOR YOUR PATIENCE AND HOPE THAT YOU WILL SUPPORT US IN OUR EFFORTS TO DENY TERRORIST GROUPS ACCESS TO AMERICA'S FINANCIAL SYSTEM. ------
------ (C) 2002. NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. (NASD). ALL RIGHTS RESERVED

PURSUANT TO SEC RULE 11AC1-6 A WRITTEN COPY OF THE AMERITRADE, INC. ORDER ROUTING DISCLOSURES IS AVAILABLE UPON REQUEST.

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT, INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY. AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES INVESTOR PROTECTION CORPORATION (SIPC).

# Account Statement

account # 785-934062

report period: 11/25/06 - 12/29/06

**Important Information**

TRADING ON MARGIN POSES ADDITIONAL RISKS AND IS NOT SUITABLE FOR ALL
INVESTORS. A COMPLETE LIST OF THE RISKS ASSOCIATED WITH MARGIN TRADING IS
AVAILABLE IN THE MARGIN RISK DISCLOSURE DOCUMENT. YOU MAY OBTAIN A COPY OF
THIS DOCUMENT AT: WWW.TDAMERITRADE.COM, OR BY CONTACTING A TD AMERITRADE
REPRESENTATIVE AT 800-669-3900.

**page 8 of 8**

| Order Timestamp | Buy/Sell | Posted Size | Digital Symbol | Order Type | Limit Price | Security Num | Order Status | Action Timestamp | Action Qty | Exec Price | Street Qty | Mkt Maker |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006-11-29 15:24:27 | S | 807700 | LPHCW | LMT | 0.006 | 785934062 | L | 2006-11-29 15:24:36 | 500000 | 0.006 | 307700 | SBSH |
| 2006-11-29 15:24:27 | S | 807700 | LPHCW | LMT | 0.006 | 785934062 | L | 2006-11-29 15:25:15 | 57500 | 0.006 | 250200 | SBSH |
| 2006-11-29 15:24:27 | B | 807700 | LPHCW | LMT | 0.006 | 785934062 | F | 2006-11-29 15:26:42 | 250200 | 0.006 | 0 | SBSH |
| 2006-11-29 15:42:51 | B | 400000 | LPHCW | LMT | 0.012 | 785934062 | L | 2006-11-29 15:45:19 | -1667 | 0.011 | 398333 | SBSH |
| 2006-11-29 15:42:51 | B | 400000 | LPHCW | LMT | 0.012 | 785934062 | L | 2006-11-29 15:46:15 | 5000 | 0.012 | 393333 | SBSH |
| 2006-11-29 15:49:36 | B | 250000 | LPHCW | LMT | 0.012 | 785934062 | L | 2006-11-29 15:47:06 | 50000 | 0.012 | 343333 | SBSH |
| 2006-11-29 15:49:36 | B | 250000 | LPHCW | LMT | 0.015 | 785934062 | L | 2006-11-29 15:50:19 | 50000 | 0.015 | 200000 | SBSH |
| 2006-11-29 15:49:36 | B | 250000 | LPHCW | LMT | 0.015 | 785934062 | F | 2006-11-29 15:50:50 | 100000 | 0.015 | 100000 | SBSH |
| 2006-11-29 15:05:45 | S | 10000 | LPHCW | LMT | 0.015 | 785934062 | F | 2006-11-29 15:50:53 | 100000 | 0.015 | 0 | SBSH |
| 2006-12-06 11:08:30 | S | 20000 | LPHCW | LMT | 0.011 | 785934062 | L | 2006-12-06 11:06:35 | 10000 | 0.011 | 0 | SBSH |
| 2006-12-06 11:11:55 | S | 50000 | LPHCW | LMT | 0.011 | 785934062 | L | 2006-12-06 11:13:42 | 20000 | 0.011 | 49000 | SBSH |
| 2006-12-06 11:11:55 | S | 50000 | LPHCW | LMT | 0.011 | 785934062 | L | 2006-12-06 11:14:03 | 1000 | 0.011 | 24000 | SBSH |
| 2006-12-06 11:11:55 | S | 50000 | LPHCW | LMT | 0.011 | 785934062 | L | 2006-12-06 11:14:09 | 25000 | 0.011 | 24000 | SBSH |
| 2006-12-06 11:16:56 | S | 10000 | LPHCW | LMT | 0.012 | 785934062 | L | 2006-12-06 11:17:18 | 24000 | 0.012 | 0 | SBSH |
| 2006-12-06 11:17:45 | S | 10000 | LPHCW | LMT | 0.012 | 785934062 | F | 2006-12-06 11:18:35 | 10000 | 0.012 | 0 | SBSH |
| 2006-12-06 11:19:30 | S | 20000 | LPHCW | LMT | 0.012 | 785934062 | L | 2006-12-06 11:19:50 | 20000 | 0.012 | 0 | SBSH |
| 2006-12-06 11:22:45 | S | 50000 | LPHCW | LMT | 0.012 | 785934062 | F | 2006-12-06 11:22:52 | 50000 | 0.012 | 0 | SBSH |
| 2006-12-06 11:26:02 | S | 50000 | LPHCW | LMT | 0.012 | 785934062 | L | 2006-12-06 11:24:58 | 50000 | 0.012 | 0 | SBSH |
| 2006-12-06 11:26:02 | S | 50000 | LPHCW | LMT | 0.012 | 785934062 | F | 2006-12-06 11:26:11 | 50000 | 0.012 | 25000 | SBSH |
| 2006-12-06 11:27:00 | S | 50000 | LPHCW | LMT | 0.012 | 785934062 | L | 2006-12-06 11:26:35 | 25000 | 0.012 | 25000 | SBSH |
| 2006-12-06 10:51:16 | S | 26667 | LPHCW | LMT | 0.012 | 785934062 | F | 2006-12-06 11:27:21 | 26667 | 0.012 | 0 | SBSH |
| 2006-12-06 10:51:16 | S | 3647 | OWLD | MKT | | 0 | F | 2006-12-06 10:51:33 | 3647 | 0.02 | 0 | SBSH |
| 2006-12-06 11:33:06 | S | 5000 | WMDB | LMT | 0.01 | 785934062 | F | 2006-12-06 11:33:13 | 5000 | 0.03 | 0 | SBSH |
| 2006-12-06 11:34:18 | S | 10000 | WMDB | LMT | 0.01 | 785934062 | L | 2006-12-06 11:35:46 | 5000 | 0.03 | 5000 | SBSH |
| 2006-12-06 11:34:18 | B | 10000 | WMDB | LMT | 0.03 | 785934062 | L | 2006-12-06 11:35:52 | 5000 | 0.03 | 0 | SBSH |
| 2006-12-06 11:36:14 | B | 10000 | WMDB | LMT | 0.03 | 785934062 | L | 2006-12-06 11:36:38 | 5000 | 0.03 | 5000 | SBSH |
| 2006-12-06 11:40:06 | S | 10000 | WMDB | LMT | 0.02 | 785934062 | L | 2006-12-06 11:40:22 | 5000 | 0.02 | 5000 | SBSH |
| 2006-12-06 11:40:06 | S | 5000 | WMDB | LMT | 0.01 | 785934062 | F | 2006-12-06 11:40:23 | 5000 | 0.02 | 0 | SBSH |
| 2006-12-06 11:51:53 | S | 5000 | WMDB | LMT | 0.01 | 785934062 | F | 2006-12-06 11:51:59 | 5000 | 0.01 | 0 | SBSH |
| 2006-12-06 11:52:24 | S | 5000 | WMDB | LMT | 0.01 | 785934062 | F | 2006-12-06 11:52:55 | 5000 | 0.01 | 0 | SBSH |
| 2006-12-06 11:53:15 | S | 5000 | WMDB | LMT | 0.01 | 785934062 | F | 2006-12-06 11:54:07 | 5000 | 0.01 | 0 | SBSH |
| 2006-12-06 11:56:00 | S | 5000 | WMDB | LMT | 0.007 | 785934062 | F | 2006-12-06 11:56:08 | 5000 | 0.007 | 0 | SBSH |
| 2006-12-06 11:57:17 | S | 5000 | WMDB | LMT | 0.007 | 785934062 | F | 2006-12-06 11:56:42 | 5000 | 0.007 | 0 | SBSH |
| 2006-12-06 11:56:25 | S | 5000 | WMDB | LMT | 0.006 | 785934062 | F | 2006-12-06 11:57:44 | 5000 | 0.006 | 0 | SBSH |
| 2006-12-06 12:03:56 | S | 5000 | WMDB | LMT | 0.006 | 785934062 | F | 2006-12-06 12:06:13 | 5000 | 0.006 | 0 | SBSH |
| 2006-12-06 12:06:52 | S | 5000 | WMDB | LMT | 0.006 | 785934062 | F | 2006-12-06 12:07:16 | 5000 | 0.006 | 0 | SBSH |
| 2006-12-06 13:30:25 | S | 5000 | WMDB | LMT | 0.006 | 785934062 | F | 2006-12-06 12:30:52 | 5000 | 0.006 | 0 | SBSH |
| 2006-12-06 13:31:25 | S | 5000 | WMDB | LMT | 0.006 | 785934062 | F | 2006-12-06 13:30:52 | 5000 | 0.006 | 0 | SBSH |
| 2006-12-06 13:32:23 | S | 10000 | WMDB | LMT | 0.006 | 785934062 | F | 2006-12-06 13:31:39 | 10000 | 0.006 | 0 | SBSH |
| 2006-12-06 13:32:55 | S | 50000 | WMDB | LMT | 0.006 | 785934062 | F | 2006-12-06 13:33:15 | 10000 | 0.006 | 0 | SBSH |

| Client | | | | | | |
|---|---|---|---|---|---|---|
| 785-934062 | Beth Rothstein | | | | | |
| | | | | | | |
| Date and Time | UserID/Acct # | Auth ID | IP Address | Success or Fail | | ISP Provider |
| 11/13/06 12:55 PM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/16/06 12:48 PM | bethsmoker1 | A000000018308995 | 69.122.128.66 | S | | Optimum Online |
| 11/16/06 2:55 PM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/16/06 4:46 PM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/17/06 1:35 AM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/17/06 8:26 AM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/19/06 2:07 PM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/19/06 10:26 PM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/20/06 7:41 AM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/22/06 10:15 AM | bethsmoker1 | NULL | 24.90.135.144 | F | | Road Runner |
| 11/22/06 10:15 AM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/22/06 10:20 AM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/27/06 2:12 PM | bethsmoker1 | NULL | 67.102.52.250 | F | | Covad Communications |
| 11/27/06 2:12 PM | bethsmoker1 | A000000018308995 | 67.102.52.250 | S | | Covad Communications |
| 11/29/06 2:19 PM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/29/06 2:42 PM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 11/29/06 11:42 PM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |
| 12/1/06 10:48 PM | bethsmoker1 | A000000018308995 | 172.163.95.148 | S | | America Online |
| 12/1/06 10:50 PM | bethsmoker1 | A000000018308995 | 172.163.95.148 | S | | America Online |
| 12/5/06 8:40 AM | bethsmoker1 | NULL | 24.90.135.144 | F | | Road Runner |
| 12/5/06 8:40 AM | bethsmoker1 | A000000018308995 | 24.90.135.144 | S | | Road Runner |

**Ralph Saal**

# Data Archive for Account: NY3-064068
# Date: 01/03/2007 10:38:28

## Registration

### Registration

OSJ: NY3 - New York

Associate: DST - House Primary

Product Type: Standard Brokerage

Registration Type: Individual

Tax Status: U.S. Citizen

SSN: ▮▮▮▮▮▮

Check here if the client is a BofA employee: No

Legal Country of Residence: United States

Legal State of Residence: New York

Annuity Related Account: No

529 Related Account?: No

Collateral Account: No

Online Channel: Online

Channel Type: Online

## Account Parties

### PrimaryParty (Individual)

Inherent Risk Score: 

Tax Status: U.S. Citizen

SSN: ▮▮▮▮▮▮

Legal Country of Residence: United States

If a significant portion of the client's source of wealth/revenue/income is derived from a country other than those captured in the country of Citizenship or Residency, please select the country from the drop down.: N/A

### Name and Tax Information

Salutation: N/A

First Name: ralph

Middle Name: N/A

Last Name: saal

Title: N/A

Date of Birth: ▮▮▮▮▮

## Identification Information

Identity Verification Method: Drivers License

Confidential Treatment Requested by BAI under FOIA

**Driver's License/Government ID Number:** ▮▮▮▮▮

**Issuing State:** New York

**Expiration Date:** ▮▮▮/2008

**Date Of Issuance:** ▮▮▮/2000

**Did you physically review original ID?:** No

**Describe method of verification:** KYC - IC Exception

**Date of verification:** ▮▮▮/2007

**Describe verification discrepancy results:** KYC - IC Exception

## Legal Address

**Mailing Address Same as Legal Address:** Yes

**Attention:** N/A

**Street Address Line 1:** ▮▮▮▮▮

**Street Address Line 2:** N/A

**City:** new york

**Legal State of Residence:** New York

**ZIP Code:** 10021

## Employment Information

**Source of Income/Revenue:** Retirement Income

**Provide additional details on income:** IC Exception

**Employment Status:** Retired

**Previous Occupation/Employment:** Bouncer

## Contact Information

**E-mail Address:** Icemann70@hotmail.com

**Home Phone:** ▮▮▮▮▮

**Additional Contact:** No

**Work Phone:** N/A

**Additional Contact:** No

## Affiliation Information

**Are you employed by or related to an employee of Bank of America or any of its affiliates?:** No

**Director, Shareholder or Policy Making Officer of Publicly Traded Company:** No

**Affiliated with a Financial Institution:** No

## Know Your Customer Information

**Estimated Annual Income:** $120,000

**Comments (Explain any additional information or documentation, including source of funds for initial investment and source of net worth.):** IC Exception

**Are you, or any authorized signatories, beneficial owners, trustees, power of attorney or other individuals with authority to effect transactions, a Politically Exposed Person (PEP) also known as Senior Non U.S. Political Figure?:** No

Confidential Treatment Requested by BAI under FOIA

Is the client a 25% owner of the following business types?: DEFAULT - Individual

Is the client a 25% owner of the additional following business types?: N/A

# Instructions

## Instructions

### Trade Pending

Trade Pending: No

All account information and agreements sent to each account holder?: No

### Sweep Instructions

Preferred Sweep Vehicle: Money Market

Money Market: NSHXX

Link an Account: No

# Suitability

## Suitability

### General Suitability Information

Marital Status: S

Number of Dependents: 0

### Specific Investment Knowledge

Stocks: NA

Bonds: NA

Mutual Funds: NA

Options: NA

Other: NA

### Investment Objectives

Preservation of Capital: 1

Income: 4

Appreciation: 3

Speculation: 2

Other: No

Risk Tolerance: Moderate

Initial Portfolio Horizon: Intermediate (5 - 10 Years)

### Net Worth (Primary and Additional Account Holders)

Combined Annual Income: $120,000

Household net worth: $450,000

Describe source of net worth: KYC - IC Exception

How was Estimated Net Worth determined?: Other - Explain

Other/Discussion: UNKNOWN

Combined Investable Assets: $130,000

Federal Tax Bracket: Over 27.5%

## Know Your Customer Information

Initial Funding Amount: $130,000

Primary Source of funds for Initial Investment: Investment

Provide additional details: KYC - IC Exception

Purpose Of Account: Savings for retirement

Expected number of monthly deposits (including wire transactions): 6 - 10

Expected dollar amount of monthly deposits (including wire transactions): $50,001 - $250,000

Expected monthly wire activity (Incoming): 1 - 5

Select origin of expected wire activity: Domestic

Expected number of monthly withdrawals (including wire transactions): 1 - 5

Expected dollar amount of monthly withdrawals (including wire transactions): $10,001 - $50,000

Expected monthly wire activity (Outgoing): 1 - 5

Select destination of expected wire activity: Domestic

Expected Balance to be maintained in the account: $250,001 - $500,000

# Authorization / Referral

There are no Authorizations for this account.

# Referral Information

Referral

Referred Account: No

# Interested Party

There are no Interested Parties for this account.

# Beneficiary

There are no IRA Beneficiaries for this account.

# Submitted User

House Primary

# Principaled By

Eric Cutler

# Comments

Previous Comments

Confidential Treatment Requested by BAI under FOIA

44314972

NY3064068

**New Account Request Information.**

**Account Information**

**Account Type:**                    Standard Brokerage Account

**Registration Type:**               Individual

Print

Signature Card

Product Name:
Name: ralph saal
Social Security Number ▓▓▓▓▓▓▓▓
Address: ▓▓▓▓▓▓▓▓ new york, NY, 10021

Tracking Number: 44314972

I/we acknowledge that I/we have received, read, understand and agree to the
disclosures set forth in this application and the terms set forth in the separate
Customer Agreement, and agree to be bound by such terms and conditions as are
currently in effect and may be amended from time to time with or without prior
notice. The agreement shall cover individually and collectively all accounts which
I/we may open or reopen and shall inure to any successor (whether by merger,
consolidation, assignments, transfers, or otherwise) to Banc of America Investment
Services, Inc. I/we understand that telephone calls to Banc of America Investment
Services, Inc., National Financial Services LLC and Bank of America may be recorded
and I/we consent to such recording. All securities and other property now or
hereafter held in the brokerage account of the undersigned may be pledged,
repledged, hypothecated, either separately or together with
securities of other customers either for the amount due Banc of America Investment
Services, Inc. or for a greater sum. Interest on debit balances will be charged and
compounded in accordance with the Customer Agreement. I/we acknowledge that
information provided by me/us to Banc of America Investment Services, Inc.
(whether on this application, verbally or otherwise) may be used to verify my/our
identity. I/we acknowledge that you may share information regarding my activity
with you among Bank of America affiliates. I/we also agree that you may share
information which I/we have provided to you on applications or which you receive
from outside sources among the Bank of America affiliates, provided that I/we may
tell you that I/we prefer that you do not share this information as provided in the
Customer Agreement. I/we acknowledge that by signing the Signature Card, Bank of
America and its affiliates may transmit information about me to its brokerage
affiliate, Banc of America Investment Services, Inc.

Under the penalties of perjury, I certify that (1) the number shown on this
application is my correct taxpayer identification number and (2) I am exempt from
back-up withholding or I have not been notified by the IRS that I am subject to
back-up withholding as a result of failure to report all interest and dividends, or the
IRS notified me that I am no longer subject to back-up withholding and (3) I am a
U.S. person (including a U.S. resident alien). Please note: If the IRS notified you
that you are subject to back-up withholding because of underreporting (and notice
has not been terminated by the IRS), please disregard statement (2) above.

Investment products provided by Banc of America Investment Services, Inc. ®:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |
|---|---|---|

Banc of America Investment Services, Inc. is a registered broker-dealer,

Confidential Treatment Requested by BAI under FOIA

SEC_VPFEB07_000029

member NASD and SIPC and is a nonbank subsidiary of Bank of America, N.A. Banc of America Investment Services, Inc. is not a tax advisor. We suggest you consult your personal tax advisor before making tax-related investment decisions.

I/we understand that Section 16 on page 3 of the Customer Agreement contains a predispute arbitration clause requiring all disputes under this agreement to be settled by binding arbitration. By signing the Signature Card, I/we have received, read, understand and agree to such arbitration provisions and also acknowledge receiving a copy of the agreement.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.*

Electronic signature provided by applicant    01-03-2007
ralph saal                                    Date (MM-DD-YYYY)

Internal User Only

**Banc Of America Investment Services, Inc.**

Registered rep signature        Date (MM-DD-YYYY)

Registered rep name (print)

Registered rep number

Principal signature             Date (MM-DD-YYYY)

Account carried by National Financial Services LLC

https://admin.baisidirect.com/Shared/Modules/requestGet.php?tmpl=ReqStatus/ViewReque...  1/3/2007

Confidential Treatment Requested by BAI under FOIA

SEC_VPFEB07_000030

01/09/07  12:36 FAX 3477152789          QUICK COPY CENTER                          ☒001

# Banc of America
## Investment Services, Inc.®

### Electronic Funds Transfer
### (EFT) Link Request

Fax to:   704-428-1210 (Full Service Non-Northeast Accounts)
          877-798-1265 (Full Service Northeast/Mid-Atlantic Accounts)

**Please complete a separate form for each Electronic Funds Transfer (EFT) link request.**

This form will enable you to establish an Electronic Funds Transfer (EFT) link between your bank account and your Banc of America Investment Services, Inc. ("BAI") brokerage account. Note: This form cannot be used for any type of IRA. To establish an Investment type of account/CMA brokerage account, please contact your registered representative to appropriately facilitate a transfer of funds via an EFT link (i.e. complete and submit appropriate enrollment/account distribution form, Periodic Investment Plan (PIP) form, etc.)

For all UGMA/UTMA Accounts: The account title and registration of the brokerage and bank accounts MUST match exactly.

### ❶ Client Information

Print your name as it appears on your BAI brokerage account.

Name(s) on Account: **Ralph Saal**                    Account Number: **NY3064068**

Home Phone ▓▓▓▓▓▓▓▓▓▓                Work Phone: ▓▓▓▓▓▓▓▓▓▓

### ❷ Bank Information   (For routine money movements only - not for PIP EFT links)

Complete the following information. For all bank accounts that are NOT Bank of America accounts, a voided check is REQUIRED.

Establish EFT link for:   Account Type (check one):  ☒ Checking        ☐ Savings

Bank Name: **Citibank**

Name(s) on your Bank Account: **Ralph Saal**

Bank Account Number: ▓▓▓▓▓▓▓▓▓        Bank ABA/Routing Number: ▓▓▓▓0029

☐ For all amount/proceeds (ONLY available for non-advisory brokerage accounts)       ☐ For AdHoc transaction

☐ For retirement distribution

### ❸ Periodic Investment Plan (PIP) EFT Link Information  (For PIP EFT links only)

Complete the following information. For all bank accounts that are NOT Bank of America accounts, a voided check is REQUIRED.

☐ Debit my (our) Bank of America bank account.

Bank Account Number: _____        Bank ABA/Routing Number: _____          State: _____

Check type of bank account (check one):   ☒ Checking        ☐ Savings

☒ Debit other banking institution account. (Voided check is REQUIRED)

Bank Name: **Citibank**

Bank Account Number: ▓▓▓▓▓▓▓▓▓        Bank ABA/Routing Number: ▓▓▓▓0029         State: **NY**

Check type of bank account (check one):   ☒ Checking        ☐ Savings

Passbook savings accounts are not eligible and your bank must be a member of the Automated Clearing House (ACH) system.

### ❹ Authorization

**Ralph Saal**                                                   **1/9/07**
BAI Brokerage Account Owner/Authorized Agent Signature                    Date

_____               _____
Signature(s) of Brokerage/Bank Account Co-Owner(s)  (if applicable)        Date

We want you to know: Investment products such as stocks, bonds and mutual funds provided by Banc of America Investment Services, Inc.'s

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |
|---|---|---|

Banc of America Investment Services, Inc. is a registered broker-dealer, member NASD and SIPC, and a nonbank subsidiary of Bank of America, NA. Banc of America Investment Services, Inc. is not a bank or thrift. We suggest you consult your personal tax advisor before adopting or implementing an Investment Product.
00.23-1707309  04/2005

CMM
1/9/07

Confidential Treatment Requested by BAI under FOIA



Confidential Treatment Requested by BAI under FOIA

| Account Number | Account Short Name | Activity Id | Order Entry Time | Activity Date | Activity Time | Event | Action | Quantity | Symbol/CUSIP | Security Price | Price Type | Electronic Order | Execution Price | Execution Quantity | Order Condition | Time in Force | Security Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NY3064608 | SAAL RALPH | 133582552 | 1/24/2007 22:04 | 1/25/2007 | 0:31:15 | VERIFIED CANCELED | BUY | 10 | GOOG | 499.07 | LMIT | 02470646 | n/a | n/a | UNSOLICITED | DAY ORDER | GOOGLE INC CL A |
| NY3064608 | SAAL RALPH | 133582552 | 1/24/2007 22:04 | 1/25/2007 | 0:31:14 | HELD | BUY | 10 | GOOG | 499.07 | LMIT | 02470646 | n/a | n/a | UNSOLICITED | DAY ORDER | GOOGLE INC CL A |

Confidential Treatment Requested by BAI under FOIA

BAI-SEC-WBH000168

**Alexis Ampudia**

## ACKNOWLEDGEMENT PAGE

DEC 0 6 2005

By _____ KC

**TDSC**
Track Data Securities Corp.

myTrack

**Margin Account -** If you would like a margin account, please read the paragraph below and initial the box.  If not, please skip to the next paragraph.

| If I initial in the box to the right, you are hereby specifically authorized to lend, either separately or with other customers, to either yourself as broker or to others, any securities held by you on margin or as collateral for margin accounts or as collateral therefore, or maintain a margin account.  This agreement shall continue until signed notice of revocation is received by or from me and, in case of such revocation, it shall continue in effect as to transactions entered into prior thereto.  By signing this agreement I acknowledge that my securities may be loaned to you or loaned out to others. **"INITIAL THIS BOX IF YOU HAVE OR WANT A MARGIN ACCOUNT. →** | *Initials* |
|---|---|

Paragraph 19 of the Customer Agreement relates to margin accounts, and the lending agreement only becomes operative when transactions are effected on a general/margin account basis.

**TAX CERTIFICATION** (substitute W-9): Under penalties of perjury, by signing below I certify that:
1.)   The number shown below on this form is my correct tax identification number (or I am waiting for a number to be issued to me); and
2.)   I am not subject to back up withholding because (a) I am exempt from backup withholding, (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all dividends or interest, or (c) the Internal Revenue Service has notified me that I am no longer subject to backup withholding.
3.)   I am a U.S. person (including a U.S. resident alien).
       I understand that I must cross out item (2) above if I am currently subject to backup withholding because of under-reporting of dividends and interest on my tax return.

| NOTICE: The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding. | |
|---|---|

*ALL INFORMATION BELOW THIS LINE MUST BE FILLED IN.*

| The following is the applicant's | |
|---|---|
| ☒ Social Security No. | _____2913 |
| ☐ Tax Identification No. | |

| PLEASE PRINT BELOW THE NAME BELONGING TO SS # OR TAX I.D. # WHICH IS PROVIDED ON THE RIGHT. |
|---|
| **Alexis    Ampudia** |

All communications for this account are to be mailed to:

| *Name* |
|---|
| **Alexis    Ampudia** |

| *Address* |
|---|
| |

| *City* | *State* | *Zip Code* |
|---|---|---|
| **BROOKLYN** | **NY** | **11238** |

| *Country* |
|---|
| **USA** |

X **Alexis    Ampudia**                          12/6/2005
Applicant's Signature                                  Date

X _____                 12/6/2005
Co-applicant's Signature                              Date

**Authorization to Earn Interest on Funds Awaiting Investment.**  This is to confirm my intention to reinvest cash balances held by you in my name, and I further confirm that this cash credit balance is being maintained with you solely for the purpose of reinvestment.  I understand that cash balances of up to $100,000 are protected by the Securities Investor Protection Corporation (SIPC), but that SIPC is not available for funds maintained solely for the purpose of earning interest.

**Disclosure to Issuers.**  Under rule 14b-1(c) of the Securities Exchange Act of 1934, Penson is required to disclose to an issuer the name, address, and securities position of its customers who are beneficial owners of that issuer's securities unless the customer objects.  Unless the Customer notifies Penson of such objection by initialing the statement below, Penson will make such disclosures to issuers.

I object to the disclosure of such information. ☐

I agree to promptly satisfy all margin and maintenance calls and understand and acknowledge that debit balances in all of my account(s) shall be charged with interest as required by all applicable statutes, rules, regulations, and procedures or as deemed necessary by Penson Financial Services, Inc.  I understand that I am liable for payment upon demand of any obligations owed relating to my account and that my margin account can and may be liquidated at any time in order to meet margin requirements without demand or notice to me.  I acknowledge that I have read and agree to be bound by all terms and provisions set forth in the Customer and Margin Agreements, which can be found at www.mytrack.com/Penson/agreement.htm, and those set forth in the "About Trading" section located at www.mytrack.com, including the Margin Disclosure Statement and the Penson Financial Services, Inc. and Track Data Securities Corp. Privacy Policy statements.  I understand that the company may unilaterally change the terms and conditions of the customer agreement at any time by posting such terms or conditions on our web site located at www.mytrack.com Continued use of Track Data Securities after such notice will constitute acknowledgment and acceptance of the revised terms and conditions. Please note that confirmations are online in lieu of US mail.

THE FOLLOWING ARBITRATION AGREEMENT SHOULD BE READ IN CONJUNCTION WITH THESE DISCLOSURES:
a.   ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED;
b.   ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.
c.   THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS;
d.   THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.
e.   THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
f.   THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION.  IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.
g.   THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.
ARBITRATION AGREEMENT.  ANY AND ALL CONTROVERSIES, DISPUTES OR CLAIMS BETWEEN THE UNDERSIGNED AND YOU, OR THE INTRODUCING BROKER, OR YOUR AGENTS, REPRESENTATIVES, EMPLOYEES, DIRECTORS, OFFICERS OR CONTROL PERSONS OR THE STAFF, REPRESENTATIVES, EMPLOYEES, DIRECTORS, OFFICERS OR CONTROL PERSONS  OF THE INTRODUCING BROKER, ARISING OUT OF, IN CONNECTION WITH, FROM OR WITH RESPECT TO (a) ANY PROVISIONS OF OR THE VALIDITY OF THIS AGREEMENT OR ANY RELATED AGREEMENTS, (b) THE RELATIONSHIP OF THE PARTIES HERETO, OR (c) ANY CONTROVERSY ARISING OUT OF YOUR BUSINESS, THE INTRODUCING BROKER'S BUSINESS OR THE UNDERSIGNED'S ACCOUNTS, SHALL BE CONDUCTED PURSUANT TO THE CODE OF ARBITRATION PROCEDURE OF THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.  ARBITRATION MUST BE COMMENCED BY SERVICE OF A WRITTEN DEMAND FOR ARBITRATION OR A WRITTEN NOTICE OF INTENTION TO ARBITRATE.  IF YOU ARE A PARTY TO SUCH ARBITRATION, TO THE EXTENT PERMITTED BY THE RULES OF THE APPLICABLE ARBITRATION TRIBUNAL, THE ARBITRATION SHALL BE CONDUCTED IN DALLAS, TEXAS.  THE DECISION AND AWARD OF THE ARBITRATOR(S) SHALL BE CONCLUSIVE AND BINDING UPON ALL PARTIES, AND ANY JUDGMENT UPON ANY AWARD RENDERED MAY BE ENTERED IN A COURT HAVING JURISDICTION THEREOF, AND NEITHER PARTY SHALL OPPOSE SUCH ENTRY.

| Must be completed for "entity" accounts only (Corporate, Sole Proprietorship, Partnership, Investment Club, Trust) |
|---|
| Is this account for a foreign bank? ☐ Yes or ☐ No    If YES, please list agent for service of process _____ |
| If your entity is a Corporation or Partnership:    Does it offer services to a shell bank? ☐Yes or ☐No.    Does it offer services to a foreign bank? ☐ Yes or ☐ No. |
| If you answered yes to any of the above questions, you'll need to complete a Certification Regarding Correspondent Accounts. Call 1-800-698-7225 to request this form. |
| **Must be completed for Partnership Accounts only:** |
| The Partnership is formed to engage in the business of _____ and represents that it ☐IS or ☐IS NOT a commodity pool operator. |

X _____        12/6/2005                X _____        12/6/2005
Applicant's Signature                    Date                          Co-applicant's Signature              Date

**Please ensure that the Applicant and Co-applicant have each signed twice (once in each designated area).**



# New Account Application

RECEIVED DEC 0 6 2005 By KC

☐ Cash
☒ Margin
☒ Options

| Office | Na...t | Cash/Cr. | Mgr/Cr. | A.E. |
|---|---|---|---|---|
| | 2971 | | | |

Applicant ☐ Tax I.D. or ☒ S.S.# _____2913
Co-Applicant

myTrack    WEB

**Instructions:**
1. Review the information that you have previously supplied to ensure that it is complete and correct.
2. **Do not** fill in the shaded areas. These areas are for firm use only.
3. If primary applicant has a spouse, provide all spousal information.
4. You must sign and date below. If there is a co-applicant, that individual must also sign and date below.
5. Complete the Acknowledgement page.
6. Complete other forms as needed. For example, Option Agreement, IRA, etc.

**Hold is currently selected. Please check a box if instruction is *other* than Hold.**

| 0 Cfm  1 Stm | Money | Securities | Dividends |
|---|---|---|---|
| | ☐ (1) Pay | ☐ (1) T&S | ☐ (1) Pay |

Investment Objectives: ☐ Growth (capital appreciation with risk)  ☒ Speculative (long-term high risk)  ☐ Trading Profits (short-term high risk)
☐ Income (use proceeds of Account as a source of income)  ☐ Safety of Principal (long-term appreciation with limited risk)

Enter the Legal Name and Mailing Address on the next 6 lines

| Prefix | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| Mr. | Alexis | | Ampudia | |

☒ This is the HOME Address
☐ This is the BUSINESS Address (be sure to include the home address in "Comments")

| Prefix | First Name | Middle Name | Last Name | Suffix |

Street Address
_____

Street Address

City...or for international accounts, City, Country, etc.
**Brooklyn**
State/City **NY**
Zip Code **11238**

Home Tel. No. _____    Business Tel. No. _____    Date of Birth ____1985

| Employee of Person? | Employee Related? | Name of Employee and Relationship | U.S. Citizen? | If No, specify country of citizenship |
|---|---|---|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☐ No | | ☒ Yes  ☐ No | |

Employment:
Employer's Name **Alexis ampudia**
Employer's Address **BROOKLYN NY 11238**
Nature of Business
Occupation **furniture repairma**  ☐ RETIRED (indicate former occupation and employer)
Est. Annual Income **$25K - $50K**  Years Employed

Co-Applicant:
Co-Applicant's Name
Co-Applicant's Occupation
Co-Applicant's Date of Birth
Co-Applicant's Address
U.S. Citizen? ☐ Yes  ☐ No  If No, specify country of citizenship
City or for international accounts, City, Country, etc.
State/City
Zip Code
Co-Applicant's Employer
Address of Co-Applicant's Employer

References:
Bank Name and Address **Commerce bank SW prospect park, br**
☐ Checking  ☐ Check if verified
☐ Savings
Does client have accounts with other brokerage firms?  ☐ Yes  ☐ No  If YES, which firm?
If client or members of household have other accounts with us, give nos.

General:
Marital Status: ☐ Married  ☐ Divorced  ☒ Single  ☐ Widowed
No. of Dependents
☐ Own Home  ☐ Rent
Net Worth (excl home) **$50K - $75K**
Net Liquid Assets **$25K - $50K**

Tax:
Federal Tax Bracket: ____%  (Omission indicates voluntary refusal to supply)
Annual Income **$25K - $50K**
Other Tax Consideration

Interested Party:
Line 1  Line 2  Line 3
City...or for international accounts, City, Country, etc.
State/City
Zip Code

DISCRETIONARY AUTHORIZATION: ☒ None  ☐ Limited AE  ☐ Limited 3rd Party
If granted, Agent's Name and Address

Special Instructions:

Applicant Signature
X _____    Date: / /    Initial Deposit $

Co-applicant Signature (If applicable)
X _____    Date: / /

A03-8900

### ACCOUNT CATEGORY
Check one or more boxes as appropriate
- ☒ Individual Acct.
- ☐ Joint Acct. (WROS) (Except in Louisiana)
- ☐ Joint Acct. (Tenants-in-Common)
- ☐ Community Property Acct.
- ☐ Corporation
- ☐ Partnership
- ☐ Investment Club
- ☐ Sole Proprietorship
- ☐ Custodian Acct. (U.G.T.M.A.)
- ☐ Non-Profit/Charitable Organization
- ☐ Recognized Religious Group
- ☐ Numbered Acct.
- ☐ Conservatorship Acct.
- ☐ Guardianship Acct.
- ☐ ERISA (Pension, Profit Sharing)
- ☐ Living Trust (Intervivos)
- ☐ Testamentary Trust (u/w/o)
- ☐ Estate Acct.
- ☐ Committee
- ☐ IRA
- ☐ Keogh
- ☐ SEP
- ☐ Other

Are you now or have you ever been a corporate officer or do you own more than 10% of any corporation stock?
☐ YES  ☒ NO

If YES, what corporation?

Are you an officer, director, partner, employee, or agent of any NASD member firm; or a buyer or employee of the Securities Department of an institutional investor, bank or other fiduciary organization; or a member of the immediate family of any such person?
☐ YES  ☒ NO

If yes, specify the relationship or affiliation?

## Track Data Securities Corp., Member NASD/SIPC
### 691 Fulton Street, Brooklyn, NY 11217 • Telephone – 1-800-698-7225

# OPTION CUSTOMER ACCOUNT INFORMATION

RECEIVED
DEC 0 6 2005
By _____ YC

**PLEASE COMPLETE ALL ITEMS (EXCEPT IN SHADED AREA), CHECK ALL APPLICABLE BOXES, SIGN AND RETURN.**

1. Account Holder: **Mr. Alexis Ampudia**       Co-Account Holder: _____

2. Address: ▮▮▮▮▮▮ **BROOKLYN NY 11238 USA**

3. Telephone: Bus: ▮▮▮▮▮   Res: ▮▮▮▮▮

4. Date of Birth: ▮▮**/1985**   Marital Status: **Single**   Number of Dependents (Including Self): _____

5. Employer(s): **alexis ampudia**

6. Employer's Address: **BROOKLYN NY 11238**

7. Occupation: **furniture repairman**   Approximate Annual Income: **$25K - $50K**

8. Estimated Net Worth (excluding family residence): **$50K - $75K**
   20-25K ☐   25-50K ☐   50-75K ☒   75-100K ☐   100-200K ☐   Over 200K ☐

9. Estimated Liquid Net Worth (cash, marketable securities, other): **$25K - $50K**
   20-25K ☐   25-50K ☒   50-75K ☐   75-100K ☐   100-200K ☐   Over 200K ☐

10. Past Investment Experience:

| | Years of Trading Experience | Average Amount Invested | Estimated Frequency of Transactions* | Knowledge of the Investment** | Type of Account (check applicable boxes) | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Cash | Margin | Long | Short |
| Options | | $20K - $25K | | | ☒ | ☐ | ☐ | ☐ |
| Stocks | 2 | $20K - $25K | | | ☒ | ☐ | ☐ | ☐ |
| Bonds | | $20K - $25K | | | ☒ | ☐ | ☐ | ☐ |
| Commodities | | $20K - $25K | | | ☒ | ☐ | ☐ | ☐ |
| Other | | | | | | ☐ | ☐ | ☐ |

Specify "Other": _____
*A = Annually;   S = Semi-annually;   M = Monthly or more frequently
**1 = Extensive;   2 = Good;   3 = Nominal

11. Investment Objective: ☐ Safety of Principal (long-term appreciation with limited risk)   ☐ Income (use proceeds of Account as a source of income)
    ☐ Growth (capital appreciation with risk)   ☒ Trading Profits (short-term high risk)   ☒ Speculative (long-term high risk)
    ☐ Other (specify) _____

12. Past Option Experience:   ☐ Option Purchases   ☐ Option Writing   ☐ None

13. Anticipated Options Activity:   ☐ Purchasing   ☐ Covered Writing   ☐ Spreading   ☐ Uncovered Writing

14. Has customer affirmatively refused to provide any of above information:
    If Yes, numbers: _____   ☐ Yes   ☐ No

I HAVE RECEIVED FROM YOU THE RISK DISCLOSURE DOCUMENT AND ANY SUPPLEMENT ISSUED BY THE VARIOUS EXCHANGES AND THE OPTIONS CLEARING CORPORATION. I CONFIRM THAT I HAVE READ AND THAT I UNDERSTAND THE INFORMATION CONTAINED IN THAT DOCUMENT. I AM AWARE OF THE SPECIAL RISKS AND OBLIGATIONS OF OPTIONS TRADING. I HAVE READ AND I UNDERSTAND BOTH SIDES OF THIS AGREEMENT AND I AM BOUND BY IT.

Date: _____

Signature(s): Acct. Holder _____   Co-Acct. Holder _____

Address ▮▮▮▮▮▮   Address _____
**BROOKLYN NY 11238 USA**
City, State Zip Code   City, State Zip Code

Date (Disclosure Document Furnished): **12/6/2005**

FOR OFFICE USE ONLY
I have received this application and believe the account suitable for:
☐ buying   ☐ covered writing   ☐ spreading
☐ uncovered writing   ☐ uncovered puts
Approved (Branch Manager)
Date
Restrictions, if any:
_____ (RR's Name)
Account Number
Approved (ROP)
Date

A03-8900

myTrack

In connection with any transactions in options which have been or may be purchased, sold, exercised or endorsed for the undersigned's accounts with an introducing broker(s) which clears through Penson Financial Services, Inc. the undersigned agrees as follows:

1. **Definitions.** "Introducing broker" means any brokerage firm which introduces security transactions on behalf of the undersigned's accounts with an introducing broker which clears through Penson I means all indebtedness, debit balances, liabilities or other obligations of any kind of the undersigned, whether now existing or hereafter arising. "Options" means all types of options, whether one or more. "Oblig index or otherwise. "Securities and other property" shall include, but shall not be limited to, money, securities, commodities or other property of every kind and nature and all contracts and options relating th whether for present or future delivery. "You" or "your" refers to Penson Financial Services, Inc.

2. **Limits.** The undersigned shall not, acting alone or in concert with others, exceed the position/exercise limits set forth by any exchange or market or by any other regulatory authority having jurisdiction.

3. **Authority. Execution of Orders. Security Interest.** The undersigned hereby authorizes you to purchase and sell short for the undersigned's account and risk, puts, calls or other forms of option and/or to buy, sell or sell short any part or all of the property of every kind and nature and all contracts and options relating th account. Any and all expenses incurred by you in connection with such transactions shall be reimbursed by the undersigned to you at the undersigned's behalf are to be executed in the market or by any other regulatory authority having jurisdiction. undersigned's behalf are to be executed and the options are traded in more than one marketplace you may use your discretion in selecting the market in which to enter the undersigned's order unless the undersign specifically instructs otherwise, all monies, securities, or other property which you may hold in any account of the undersigned or to the undersigned's account under this agreement or otherwise.

4. **Notice. Exercise. Random Allocation.** The undersigned is aware of your requirements and time limitations for taking action to exercise a valuable option. The undersigned understands and acknowledges that when random option not receive actual notice of exercise a valuable options contract by 3 p.m. Central Standard/Daylight Time on the last business day prior to the expiration date of the options contract, however, to the extent that the undersign introducing broker to exercise a valuable options contract by 3 p.m. Central Standard/Daylight Time on the last business day prior to the expiration date of the options contract, however, to the extent that the undersign sell valuable options on the undersigned's behalf within such time, the undersigned agrees that you may exercise the options contract on the undersigned's behalf. In the event of such exercise, the profit in excess o commission costs created thereby will be credited to the undersigned's account. The undersigned agrees that you may exercise the options contract on the undersigned's behalf. In the event of such exercise, the undersigned agree hereby relinquishing the undersigned's ownership in all option to you, and you may exercise such option on the undersigned's behalf, by way of a "give up" from another option for carrying uncovered options. The undersigned understands that the undersigned at by the date thereafter have against you arising out of the fact that the option was not exercised on the undersigned's behalf. If the undersigned does not instruct the introducing broker to exercise the valuable at any time thereafter have against you arising out of the fact that the option was not exercised. If the undersigned does not instruct the introducing broker to exercise the valuable Option Clearing Corporation. Exercise assignment notices for options contracts are allocated among all customers' short positions option for your own account. If the undersigned exercise assignment from among all customer short positions, including positions established on the day of assignment, the contracts which are subject to exercise. All short positions are liable for assignment. This is accomplished by a manual procedure which randomly selects understands that a more detailed description of this procedure is established on the day of assignment, the contracts which are subject to exercise. All short positions are liable for assignment at any time. The undersigned

5. **Uncovered Options.** The undersigned agrees that in cases such as any uncovered option for the undersigned's account, the undersigned will not sell, during the life of such option, the underlying securities collateralizing such options, including any cash or securities which may secure the writing of uncovered options. The contracts which are subject to exercise will be held at your discretion, may refuse any order to sell such established by you and the introducing broker for carrying uncovered options. The undersigned hereby waives any and all claims for damage or loss which the undersigned to apply the proceeds of such sale to such collateral requirements indebting securities received from the undersigned or by means of a "give up" from another option for carrying uncovered options. The undersigned hereby waives any and all claims for damage or loss which the undersigned might at the time introducing broker from the undersigned or by means of a "give up" from another option for carrying uncovered options. The undersigned hereby waives any and all claims for damage or loss which the undersigned to apply the proceeds of such sale to such collateral requirements

6. **Risks.** The undersigned is aware of the high degree of risk involved in options transactions and has given this undertaking in light of the undersigned's investment objectives, financial situation and needs, experience and knowledge. anticipated in connection therewith is not unsuitable for the undersigned in light of the undersigned's investment objectives, financial situation and has given this undertaking in light of the undersigned's investment objectives, financial situation and needs, experience and knowledge. introducing broker of any changes in the undersigned's investment objectives, financial situation or other circumstances that may be deemed to materially affect the suitability of executing options transactions for the undersigned's account.

7. **Options Account Form. Disclosure Document.** The undersigned has reviewed the contents of the options account form and represents that they are accurate. Although certain types of transactions are indicated as relating to options on the categories of underlying securities which the undersigned has been approved for trading. The undersigned agrees to advise the

8. **Orders Carried at Clearing Broker.** The undersigned understands that the undersigned has been introduced to you, carrying the accounts of the undersigned's instructions. The undersigned has received an Options Disclosure Document courtesy the account of the undersigned has been introduced to you, carrying the accounts of an undersigned as clearing broker by arrangement with the undersigned's introducing broker through whose or sale in said account of securities and other property, and (b) any other instructions concerning the undersigned as clearing broker by arrangement with the undersigned's introducing broker through whose concerning the undersigned's account are agents of the introduced to you, carrying the accounts of an undersigned as clearing broker by arrangement with the undersigned's introducing broker through whose introducing by the undersigned's introducing broker and (b) any other instructions concerning the undersigned's accounts. The undersigned represents that the undersigned understands that all representatives, employees or other agents with whom the undersigned communicates concerning the undersigned's account are agents of the introduced to you, and not your representatives, employees or other agents. The undersigned understands that all representatives, employees or other agents with whom the undersigned communicates have no responsibility for trades made in the undersigned's accounts. You shall not be responsible or liable for any acts or omissions of the introducing broker or its representatives, employees or other agents.

THE FOLLOWING ARBITRATION AGREEMENT SHOULD BE READ IN CONJUNCTION WITH THESE DISCLOSURES.
(a) ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORM IN WHICH A CLAIM IS FILED.
(b) ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.
(c) THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.
(d) THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.
(e) THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.
(f) THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.
(g) THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

9. **ARBITRATION AGREEMENT. ANY AND ALL CONTROVERSIES, DISPUTES OR CLAIMS BETWEEN THE UNDERSIGNED AND YOU, OR THE INTRODUCING BROKER, OR YOUR AGENTS, REPRESENTATIVES, EMPLOYEES, DIRECTORS, OFFICERS OR CONTROL PERSONS, OR OF THE INTRODUCING BROKER AND RELATED AGREEMENTS, (b) THE RELATIONSHIP OF THE PARTIES FROM OR WITH RESPECT TO (a) ANY PROVISIONS OF THIS AGREEMENT AND ANY RELATED AGREEMENTS, OR (b) THE RELATIONSHIP OF THE PARTIES HERETO, OR (c) ANY CONTROVERSY ARISING OUT OF THE VALIDITY OF THIS AGREEMENT OR ANY PART THEREOF, SHALL BE DETERMINED BY ARBITRATION BEFORE THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. ARBITRATION MUST BE CONDUCTED PURSUANT TO THE CODE OF ARBITRATION PROCEDURE OF THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. ARBITRATION MUST BE COMMENCED BY SERVICE OF A WRITTEN DEMAND FOR ARBITRATION OR A WRITTEN NOTICE OF INTENTION TO ARBITRATE. THE DECISION AND AWARD OF THE ARBITRATOR(S) SHALL BE CONCLUSIVE AND BINDING UPON ALL PARTIES, AND ANY JUDGMENT UPON ANY AWARD RENDERED MAY BE ENTERED IN A COURT HAVING JURISDICTION THEREOF, AND NEITHER PARTY SHALL OPPOSE SUCH ENTRY. No person shall bring a putative or certified class action to arbitration, nor seek to enforce any pre-dispute arbitration agreement against any person who has initiated in court a putative class action; or who is a member of a putative class who has not opted out of the class with respect to any claim encompassed by the putative class action until:
(i) the class certification is denied; or
(ii) the class is decertified; or
(iii) the customer is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this Agreement except to the extent stated herein.**

10. **Other Agreements.** The undersigned agrees to be bound by the terms of your Customer Account Agreement. If the undersigned trades on margin or short account, the undersigned agrees to be bound by the terms of these other agreements as in addition to the provisions of this Agreement and any other written agreements between you and to, the extent applicable, are incorporated by reference herein. The terms of your Customer Margin and Short Account Agreement.

11. **Data Not Guaranteed.** The undersigned expressly agrees that any data or online reports is provided as a service and the undersigned acknowledges that information could include technical or other inaccuracies, errors or omissions. In no event shall you or any of your officers, warranties of merchantability, fitness of a particular purpose or non-infringement. Such information could include technical or other inaccuracies, errors or omissions. In no event shall you or any of your affiliates be liable to the undersigned reliable that is not guaranteed as to the accuracy of completeness of its information provided through the undersigned without warranties of any kind, express or implied, including but not limited to, the implied or any other party for the accuracy, timeliness, or completeness of any information made available to the undersigned or for any decision made or taken by the undersigned in reliance upon such information. In no event shall you be liable to the undersigned possibility of damages, and on any theory of liability, arising out of or in connection with the delay or inability to use such data or profits, whether or not advised of the you as your affiliates be liable for any special, incidental, indirect or consequential damages whatsoever, including, without limitation, those to loss of use, data or profits, whether or not advised of the

12. **Credit Check.** You authorize the undersigned, at your discretion, should you for any reason deem it necessary for your protection to request and obtain a consumer credit report for the undersigned.

13. **Miscellaneous.** The undersigned agrees that the Agreement and all exchanges or other facilities upon which transactions in the undersigned's accounts are effected shall be governed by the constitution, rules, regulations, customs, usages and bylaws of the Options revision of this Agreement. The heading of each section of this Agreement and all transactions in the undersigned's accounts are effected shall be governed by the constitution, rules, regulations, customs, usages and bylaws of the Clearing Corporation and all exchanges or other facilities upon which transactions in the undersigned's accounts are effected shall be governed by the constitution, rules, regulations, customs, usages and bylaws of the law of the state of Texas and shall cover individually and collectively all options accounts that the undersigned may open or may open at any time. This Agreement and its enforcement shall be governed by the extent, current and future transactions in such accounts. Except as provided in this Agreement, no provision of this Agreement may be altered, modified or amended unless in writing signed by you and all others representative. This Agreement and all provisions shall insure to the benefit of you and your present and future successors and assigns, the undersigned's introducing broker, and all other otherwise specified in paragraph 9. You shall not be liable for losses caused directly or indirectly by any reason beyond your reasonable control, including without limitation, government restrictions, exchange or market rulings, session of trading or unusually heavy trading in securities, a general change in economic, political or financial conditions, war or strikes. You may transfer the accounts of the undersigned to your successors and assigns to Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the undersigned.

# Statement of Account

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

**Statement Period**
November 1,2006 to November 30,2006

**Office Serving You**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

**ALEXIS AMPUDIA**
**BROOKLYN NY 11238**

**Account Information**
Account Number: 32372971
Financial Advisor #: TQ00

**Your Financial Advisor**
TRACK DATA SECURITIES CORP

## Account Value

| Asset Category | Current Value 11/30/06 | Prior Value 10/31/06 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 3.39 | 11.39 | 0.01% | | |
| Margin Account Balance | 48,749.55 | 1,235.59 | 95.40% | | |
| Equities | 6.00 | 205.50 | 0.01% | | |
| Options, Rights, Warrants | 2,340.00 | 4,837.50 | 4.58% | | |
| Total: Portfolio Values | 51,098.94 | 6,289.98 | 100.00% | | |
| Total Account Value | 51,098.94 | 6,289.98 | 100.00% | | |

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Credit Interest | 3.39 | 100.02 |
| Margin Interest | (16.59) | (36.73) |
| Total: Income | (13.20) | 63.29 |

## Asset Allocation



OPTIONS
4.58%

CASH + MNYMKT
95.41%

Items less than 2% are not reflected on this pie chart.

The Account of the Customer is subject to the following terms and conditions ("Agreement") which the Customer agrees to, and accepts by use, maintenance and/or continuation of the Account notwithstanding any notice or statement of intention to You to the contrary.

**1. Definitions.** "Account" shall refer individually and collectively to all accounts which the Customer has previously opened, now has open or may open in the future, in which the Customer has any interest, with You or any Introducing Broker, whether on a principal, margin, cash or any other basis, and whether in such accounts. "Customer" refers to the individual(s) and/or entity(ies) in whose name(s) the Account is carried. An Account statement is carried or who may otherwise have any interest in an Account. "Introducing Broker" means any broker-dealer firm and/or individual(s) transactions on behalf of the Customer, which transactions are cleared through You, whether one or more. "Obligations" means all indebtedness, debit balances, liabilities or other obligations of any kind of the Customer to You, whether now existing or hereafter arising. "Securities and other property" shall mean all monies, securities, commodities or other property of every kind and nature and all contracts and options relating thereto, whether for present or future delivery. "You" or "Your" refers to Penson Financial Services, Inc.

**2. Payment of Indebtedness Upon Demand.** The Customer shall at all times be liable for the payment upon demand of any Obligations owing from the Customer to You, and the Customer shall be liable to You for any deficiency remaining in any Account in the event of the liquidation thereof, in whole or in part, by You, the Introducing Broker, or by the Customer, and the Customer shall pay such Obligations upon demand.

**3. Security Interest; Liquidation.** All Securities or other property now or hereafter held, carried or maintained by You in or for the Account shall be subject to a first and prior lien and security interest for the discharge of all of the Obligations of the Customer and are to be held by You as security for the payment of the Obligations of the Customer to You, to the fullest extent allowed by law. You shall have the right to transfer Securities or other property so held by You from or to any Account, Proprietary or otherwise, of the Customer whenever You so determine. Wherever the Customer deems it necessary for Your protection, and in the event of any distribution, You are authorized (a) until payment in full by the Customer of all Obligations of the Customer to You are unpaid, You are authorized (a) until payment or delivery is made, to pledge, repledge, hypothecate or rehypothecate, without notice to the Customer, all Securities or other property which You may hold for the Customer (either individually or jointly with others), separately or together with the property of others, either for less than or for a greater or lesser sum and without retaining in your possession and control for delivery a like amount of similar Securities or other property; (b) to sell any or all Securities or other property which You may hold for the Customer (either individually or jointly with others); (c) to buy any or all Securities or other property which may be short in such Account; and/or (d) to cancel any open orders and to close any or all outstanding contracts, all without demand for margin or additional margin, notice of sale or purchase, or other notice or advertisement, and that any prior demand or notice shall not be a waiver of Your rights provided herein. You shall have the discretion to determine which Securities or other property are to be sold and which contracts are to be closed. Any such sales or purchases may be made at Your discretion on any exchange, the over-the-counter market or any other market where such business is usually transacted, or at public auction or private sale, and You, Your affiliates or the Introducing Broker or its affiliates may be the purchaser or seller for any such person's own Account. You are authorized, in Your discretion, should You for any reason whatsoever deem it necessary for Your protection, without notice, to cancel any outstanding order, to close out the Account of the Customer, in whole or in part or to close out any commitment made on behalf of the Customer.

**4. Lending Agreement; Margin or Short Accounts.** With respect to any margin or short Account maintained by the Customer, You are authorized to lend to yourself, as principal or otherwise, or to others, any Securities or other Property held by You on margin for the Account or as collateral therefor, either separately or together with the Property of others, with all rights of ownership, and for an unlimited period of time and without notice to the Customer. The Customer will at all times maintain such Securities or other Property in the Account, without notice or demand from You, as required by You in Your sole discretion, on demand, in accordance with Your general policies regarding margin or maintenance requirements, as such may be modified from time to time, or at other times as You may require, and will be changed in Your discretion, which shall be at least as stringent as required by applicable law, and permitted by the laws of the State of Texas. With respect to any margin or short Account maintenance requirements, You may require, at any time and from time to time, in accordance with Your general policies regarding Your margin or maintenance requirements, as such may be modified from time to time, or at an earlier Point in time than called for by applicable law, in Your discretion, and for any reason in Your sole discretion: (a) to sell any or all Securities or other Property which You may hold for the Customer (either individually or jointly with others); (b) to buy any or all Securities or other Property which may be short in such Account, and/or (d) to cancel any open orders and to close any or all outstanding contracts, all without demand for margin or additional margin, notice of sale or purchase or other notice or advertisement, and that any prior demand or notice shall not be a waiver of Your rights provided herein. You shall have the discretion to determine which Securities or other property are to be sold and which contracts are to be closed. Any such sales or purchases may be made at Your discretion on any exchange, the over-the-counter market or any other market where such business is usually transacted, or at public auction or private sale, and You, Your affiliates or the Introducing Broker or its affiliates may be the purchaser or seller for any such person's own Account.

**5. Account Carried as Clearing Broker.** The Customer understands that You are carrying the Account of the Customer as clearing broker by arrangement with the Customer's Introducing Broker through whose courtesy the Account of the Customer has been introduced to You. The Customer understands that You act as custodian for funds and securities deposited with You, through the Customer's Introducing Broker, and as agent in execution of orders for the Customer's Account. Inquiries regarding the Customer's Account or the activity therein should be directed to the Introducing Broker. If Customer is unable to reach the Introducing Broker concerning account activity, or a complaint, the Introducing Broker may be contacted at 1700 Pacific Avenue, Suite 1400, Dallas, TX 75201, (214) 765-1100, and speak with the Compliance Department. The Customer understands and agrees that You are responsible for compliance with all applicable laws and regulations in connection with the Customer's Account. Until receipt by You from the Customer of written notice to the contrary, You may accept and rely upon from such Introducing Broker and its representatives any instructions given by You, (a) orders for the purchase or sale of Securities and other property on margin or otherwise, and (b) any other instructions concerning the Customer's Account or the Customer's Account of Securities or other Property and (c) any other instructions concerning the Customer's Account. The

**5. (continued)**
Customer understands that You act only to clear trades introduced by the Customer's Introducing Broker and to effect other any advice concerning the Customer's Account solely on the Customer's Introducing Broker. The Customer understands that You are not a principal of or partner with and do not control in any way the Introducing Broker or its representatives, employees or other agents. The Customer understands that You will not review the Customer's account and will have no responsibility for trades made in the Customer's account. The Customer understands that You and the Introducing Broker shall not be responsible or liable for any acts or omissions of the Introducing Broker or its representatives, employees or other agents.

**THE FOLLOWING ARBITRATION AGREEMENT SHOULD BE READ IN CONJUNCTION WITH THESE DISCLOSURES:**

a.  ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIMS FILED.

b.  ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.

c.  THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.

d.  THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.

e.  THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

f.  THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.

g.  THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIMS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

6.  ARBITRATION AGREEMENT. ANY AND ALL CONTROVERSIES, DISPUTES OR CLAIMS BETWEEN THE UNDERSIGNED AND YOU, OR THE INTRODUCING BROKER, OR THE AGENTS, REPRESENTATIVES, EMPLOYEES, DIRECTORS, OFFICERS OR CONTROL PERSONS OF YOU OR THE INTRODUCING BROKER, ARISING OUT OF, IN CONNECTION WITH, FROM OR WITH RESPECT TO (a) ANY PROVISIONS OF OR THE VALIDITY OF THIS AGREEMENT OR ANY RELATED AGREEMENTS, (b) THE RELATIONSHIP OF THE PARTIES HERETO, OR (c) ANY CONTROVERSY ARISING OUT OF YOUR BUSINESS, THE INTRODUCING BROKER'S BUSINESS OR THE UNDERSIGNED'S ACCOUNTS, SHALL BE CONDUCTED PURSUANT TO THE CODE OF ARBITRATION PROCEDURE OF THE NASD, INC. THE ARBITRATION WILL BE CONDUCTED BEFORE AND UNDER DEMAND FOR ARBITRATION OR A WRITTEN NOTICE OF INTENTION TO ARBITRATE SHALL BE COMMENCED BY SERVICE OF A WRITTEN ARBITRATOR (S) SHALL BE CONCLUSIVE AND BINDING UPON ALL PARTIES, AND ANY JUDGMENT UPON ANY AWARD RENDERED MAY BE ENTERED IN A COURT HAVING JURISDICTION THEREOF, AND WHETHER PARTY SHALL OPPOSE SUCH ENTRY.

No person shall bring a putative or certified class action to arbitration, nor seek to enforce any pre-dispute arbitration agreement against any person who has initiated in court a putative class action; or who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until: (i) the class certification is denied; or (ii) the class is decertified; or (iii) the customer is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein.

7.  Other Agreements; Option Transactions, Charges. The Customer agrees to be bound by the terms of Your Customer Account Agreement. If the Customer trades on margin or has short positions, the Customer agrees to be bound by the terms of Your Customer Margin and Short Account Agreement. If the Customer trades any options, the customer agrees to be bound by the terms of Your Customer Agreement applicable to such transactions that is a joint Account, the Customer agrees to be bound by Your Joint Account Agreement. The Customer understands that, subject to the acceptance of Your agreements with You, the Customer Account Agreement, the Customer understands that, subject to prior approval of the introducing Broker or any change in the extent applicable, are incorporated by reference herein. The terms of these other agreements are in addition to the provisions (now or hereafter in effect) of the constitution, rules and policies of the exchanges or markets (and their clearing houses) between You and the Customer. The Customer may charge the Customer commissions and other charges as Your fees, and other charges or fees as agreed between You and the Customer's Introducing Broker are independently established by You.

8.  Option Account, Assignment notices for option contracts are allocated among client short positions pursuant to a manual procedure which randomly selects from among all client short positions established on the day of assignment, those contracts which are subject to exercise. All American style positions subject to assignment at any time. A more detailed description of Your random allocation procedure is available upon request. In accordance with the customer's objectives or financial situation, the Customer must promptly notify the Introducing Broker of any change in included in the Customer's Confirmation; however, a summary of this information will be made available to the Customer upon request. The customer must promptly advise the introducing broker of any material change in the customer's investment objectives or financial situation.

9.  Miscellaneous. Your financial statement is available for personal inspection or will be mailed on the Customer's request. The headings of each section of the Agreement are descriptive only and do not modify or qualify any provision of this Agreement. This Agreement as provided in this Agreement, no provision of this Agreement may be altered, modified or amended unless in writing signed by Your authorized representative. This Agreement and its enforcement shall inure to the benefit of You and Your successors, Your assigns, the Customer's Introducing Broker, and all other persons specified in Paragraph 6 hereof, and shall be binding upon the undersigned and the estate, heirs, executors, administrators, successors and assigns to be used in Your business, subject to the provisions of this Account statement, such funds are not segregated and may The Customer may receive these funds in the normal course of business following demand on You. The Customer agrees that You may deal directly or indirectly by any events beyond Your reasonable control. The costs and expenses of collection of the debit balance, any unpaid deficiency in the accounts of the Customer with You, including but not limited to reasonable attorney fees and expenses, incurred and payable or paid by You, shall be paid by the Customer. The estimated annual income, estimated current yield, and market Value calculations are estimates. The estimated values are obtained or prepared from sources You consider to be reliable, but market value calculations are estimates. You make no assurance as to their accuracy.

# Statement of Account

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

| | |
|---|---|
| **Account Information** | |
| Account Number: | 32372971 |

**Statement Period**
November 1,2006 to November 30,2006

ALEXIS AMPUDIA

## Portfolio Positions

| Cash & Equivalents | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| Cash | | Cash | | | 3.39 | 0.01% | | |
| Margin Account Balance | | Margin | | | 48,749.55 | 95.40% | | |
| **Total: Cash & Equivalents** | | | | | **48,752.94** | **95.41%** | | |
| | | | | | | | | |
| **Equities** | | | | | | | | |
| PEARL ASIAN MINING INDUSTRIES | PAIM | Margin | 5,000 | .0012 | 6.00 | 0.01% | | |
| ISIN US7047551079 | | | | | | | | |
| **Total: Equities** | | | | | **6.00** | **0.01%** | | |
| | | | | | | | | |
| **Options** | | | | | | | | |
| LOCATEPLUS HOLDINGS-CW05_WTS | LPHCW | Margin | 130,000 | .018 | 2,340.00 | 4.58% | | |
| EXP 04/12/07 | | | | | | | | |
| STRIKE/SHARE 25.00 | | | | | | | | |
| **Total: Options** | | | | | **2,340.00** | **4.58%** | | |
| | | | | | | | | |
| **Total: Account Net Assets/Equity** | | | | | **51,098.94** | **100.00** | | |

Account value and totals are based only on priced securities. We may be unable to price all securities in your account. For municipal securities and some other fixed income securities, prices are approximate (not actual market bids) and are provided only as a general guide. They do not necessarily reflect actual market prices. For current prices, please contact your financial consultant.

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    • MEMBER NASD AND SIPC

Page 2 of 9

# Track Data Securities Corporation
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
November 1,2006 to November 30,2006

**Account Information**
Account Number:    32372971

**ALEXIS AMPUDIA**

## Account Activity

**Cash Account**

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Cash | | | OPENING BALANCE | | 11.39 |
| 11/24/06 | Cash | Journal | | To Margin | | (11.39) |
| 11/30/06 | Cash | Interest | | 1.500% 11/01-11/30    $2713 | | 3.39 |

**Total: Cash Account Balance** 3.39

**Margin Account**

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Margin | | | OPENING BALANCE | | 1,235.59 |
| 10/30/06 | Margin | Bought | 10,000 | MICROHELIX INC - WTS EXPIRE 11/16/06 N3759 | .02 | (212.95) |
| 10/30/06 | Margin | Bought | 10,000 | MICROHELIX INC - WTS EXPIRE 11/16/06 N3807 | .03 | (312.95) |
| 10/30/06 | Margin | Bought | 10,000 | MICROHELIX INC - WTS EXPIRE 11/16/06 N3908 | .025 | (262.95) |
| 10/30/06 | Margin | Bought | 12,200 | MICROHELIX INC - WTS EXPIRE 11/16/06 N3760 | .035 | (439.95) |
| 11/13/06 | Margin | Sold | -125,000 | MICROHELIX INC - WTS EXPIRE 11/16/06 NA0L5 | .00352 | 417.60 |
| 11/13/06 | Margin | Sold | -142,200 | MICROHELIX INC - WTS EXPIRE 11/16/06 NA0UW | .0005 | 54.39 |
| 11/13/06 | Margin | Sold | -400,000 | QUANTECH ELECTRONICS CORP N2261 US7479082007 | .00021 | 67.29 |
| 11/17/06 | Margin | Bought | 108,000 | WENDT BRISTOL HEALTH SVCS CORP NA07H | .005 | (552.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    • MEMBER NASD AND SIPC

# Statement of Account

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

| | |
|---|---|
| | **Statement Period** |
| | November 1,2006 to November 30,2006 |

**ALEXIS AMPUDIA**

**Account Information**
Account Number:      32372971

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/17/06 | Margin | Sold | -108,000 | WENDT BRISTOL HEALTH SVCS CORP<br>NA07I | .05 | 5,329.13 |
| 11/20/06 | Margin | Bought | 125,000 | LOCATEPLUS HOLDINGS-CW05_WTS<br>EXP 04/12/07<br>STRIKE/SHARE 25.00 | .018 | (2,262.95) |
| 11/20/06 | Margin | Bought | 100,000 | LOCATEPLUS HOLDINGS-CW05_WTS<br>EXP 04/12/07<br>STRIKE/SHARE 25.00 | .00975 | (987.95) |
| 11/20/06 | Margin | Bought | 360,000 | LOCATEPLUS HOLDINGS-CW05_WTS<br>EXP 04/12/07<br>STRIKE/SHARE 25.00 | .003 | (1,092.95) |
| 11/20/06 | Margin | Bought | 5,000 | LOCATEPLUS HOLDINGS-CW05_WTS<br>EXP 04/12/07<br>STRIKE/SHARE 25.00 | .01 | (62.95) |
| 11/20/06 | Margin | Sold | -460,000 | LOCATEPLUS HOLDINGS-CW05_WTS<br>EXP 04/12/07<br>STRIKE/SHARE 25.00 | .018 | 8,254.78 |
| 11/21/06 | Margin | Bought | 5,000 | ATOMIC BURRITO INC<br>N2796 | .01 | (62.95) |
| 11/21/06 | Margin | Bought | 5,000 | ATOMIC BURRITO INC<br>N3405 | .05 | (262.95) |
| 11/21/06 | Margin | Bought | 5,000 | ATOMIC BURRITO INC<br>N2363 | .03 | (162.95) |
| 11/21/06 | Margin | Bought | 50,000 | ATOMIC BURRITO INC<br>N3246 | .07 | (3,512.95) |
| 11/21/06 | Margin | Bought | 50,000 | ATOMIC BURRITO INC<br>N3042 | .088 | (4,412.95) |
| 11/21/06 | Margin | Sold | -50,000 | ATOMIC BURRITO INC<br>N3714 | 1/4 | 12,482.91 |
| 11/21/06 | Margin | Sold | -15,000 | ATOMIC BURRITO INC<br>N3715 | .12 | 1,785.87 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
November 1,2006 to November 30,2006

ALEXIS AMPUDIA

**Account Information**
Account Number: 32372971

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/21/06 | Margin | Sold | -50,000 | ATOMIC BURRITO INC<br>N3371 | 1/4 | 12,482.91 |
| 11/21/06 | Margin | Bought | 750 | CAREMATRIX CORPORATION<br>N3319 | .04 | (42.95) |
| 11/21/06 | Margin | Bought | 17,700 | CAREMATRIX CORPORATION<br>N3247 | .04 | (720.95) |
| 11/21/06 | Margin | Sold | -18,450 | CAREMATRIX CORPORATION<br>N3370 | .1 | 1,830.61 |
| 11/22/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 11/22/06 | Margin | Bought | 100,000 | WENDT BRISTOL HEALTH SVCS CORP<br>N5397 | .017 | (1,712.95) |
| 11/22/06 | Margin | Bought | 55,000 | WENDT BRISTOL HEALTH SVCS CORP<br>N4673 | .01 | (562.95) |
| 11/22/06 | Margin | Bought | 104,034 | WENDT BRISTOL HEALTH SVCS CORP<br>N5398 | .0271256 | (2,834.94) |
| 11/22/06 | Margin | Sold | -5,000 | WENDT BRISTOL HEALTH SVCS CORP<br>N5682 | .035 | 161.67 |
| 11/22/06 | Margin | Journal | | WIRE TRANSFER | | (20,000.00) |
| 11/24/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 11/24/06 | Margin | Journal | | From Cash | | 11.39 |
| 11/24/06 | Margin | Bought | 25,000 | WENDT BRISTOL HEALTH SVCS CORP<br>N2984 | .06 | (1,512.95) |
| 11/24/06 | Margin | Sold | -50,000 | WENDT BRISTOL HEALTH SVCS CORP<br>N5509 | .12 | 5,983.10 |
| 11/24/06 | Margin | Sold | -50,000 | WENDT BRISTOL HEALTH SVCS CORP<br>N4957 | .12 | 5,983.11 |
| 11/24/06 | Margin | Sold | -50,000 | WENDT BRISTOL HEALTH SVCS CORP<br>N5193 | .12 | 5,983.11 |
| 11/24/06 | Margin | Sold | -50,000 | WENDT BRISTOL HEALTH SVCS CORP<br>N5389 | .12 | 5,983.11 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    ● MEMBER NASD AND SIPC

# Statement of Account

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

**Statement Period**
November 1,2006 to November 30,2006

**Account Information**
Account Number: 32372971

ALEXIS AMPUDIA

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/24/06 | Margin | Sold | -50,000 | WENDT BRISTOL HEALTH SVCS CORP N4774 | .12 | 5,983.11 |
| 11/24/06 | Margin | Sold | -29,034 | WENDT BRISTOL HEALTH SVCS CORP N5510 | .12 | 3,468.84 |
| 11/24/06 | Margin | Journal | | WIRE TRANSFER | | (1,108.00) |
| 11/27/06 | Margin | Bought | 10,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4651 | .01 | (113.95) |
| 11/27/06 | Margin | Bought | 100,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4652 | .02 | (2,032.95) |
| 11/27/06 | Margin | Bought | 100,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4726 | .02 | (2,032.95) |
| 11/27/06 | Margin | Bought | 100,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4516 | .02 | (2,032.95) |
| 11/27/06 | Margin | Bought | 5,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4653 | .02 | (113.95) |
| 11/27/06 | Margin | Bought | 25,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N3857 | .04 | (1,022.95) |
| 11/27/06 | Margin | Bought | 40,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4727 | .05 | (2,032.95) |
| 11/27/06 | Margin | Bought | 30,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4654 | .06 | (1,830.95) |
| 11/27/06 | Margin | Bought | 65,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4655 | .09 | (5,921.45) |

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

| Statement Period |
| --- |
| November 1, 2006 to November 30, 2006 |

**Account Information**

Account Number: 32372971

**ALEXIS AMPUDIA**

*Account Activity*

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 11/27/06 | Margin | Sold | -50,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N3876 | .12 | 5,923.11 |
| 11/27/06 | Margin | Sold | -50,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4834 | .12 | 5,923.11 |
| 11/27/06 | Margin | Sold | -50,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4919 | .12 | 5,923.11 |
| 11/27/06 | Margin | Sold | -50,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4540 | .12 | 5,923.11 |
| 11/27/06 | Margin | Sold | -50,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4283 | .12 | 5,923.11 |
| 11/27/06 | Margin | Sold | -50,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4835 | .12 | 5,923.11 |
| 11/27/06 | Margin | Sold | -50,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4080 | .12 | 5,923.11 |
| 11/27/06 | Margin | Sold | -50,000 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4920 | .12 | 5,923.11 |
| 11/27/06 | Margin | Sold | -23,300 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE N4541 | .12 | 2,753.26 |
| 11/27/06 | Margin | Sold | -32,478 | CREDIT DEPOT CORP WORTHLESS/NON-TRANSFERABLE NAOQK | .1 | 3,199.83 |

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
November 1, 2006 to November 30, 2006

**Account Information**

ALEXIS AMPUDIA

Account Number: 32372971

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/27/06 | Margin | Sold | -4,222 | CREDIT DEPOT CORP | .04 | 153.92 |
| | | | | WORTHLESS/NON-TRANSFERABLE | | |
| | | | | NACG5 | | |
| 11/27/06 | Margin | Sold | -15,000 | CREDIT DEPOT CORP | .074 | 1,084.77 |
| | | | | WORTHLESS/NON-TRANSFERABLE | | |
| | | | | NACKW | | |
| 11/28/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 11/28/06 | Margin | Journal | | WIRE TRANSFER | | (4,000.00) |
| 11/29/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 11/29/06 | Margin | Journal | | WIRE TRANSFER | | (10,000.00) |
| 11/30/06 | Margin | Debit Interest | | 8.950% 11/01-11/30   $2224 | | (16.59) |
| 11/30/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 11/30/06 | Margin | Journal | | WIRE TRANSFER | | (9,000.00) |
| Total: Margin Account Balance | | | | | | 48,749.55 |

## Trades Pending Settlement

| Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 11/29/06 | Margin | Bought | 250,000 | LOCATEPLUS HOLDINGS-CW05_WTS | .02 | (5,012.95) |
| | | | | EXP 04/12/07 | | |
| | | | | STRIKE/SHARE 25.00 | | |
| 11/29/06 | Margin | Bought | 666 | TRIANGLE MULTI-MEDIA INC | .0001 | (13.02) |
| | | | | N6314 | | |

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
November 1,2006 to November 30,2006

**Account Information**

Account Number:     32372971

**ALEXIS AMPUDIA**

Settled Trades Summary:

| | | |
|---|---|---|
| TOTAL PURCHASED (USD): | 39,126.04 | |
| TOTAL SOLD (USD): | 130,828.20 | |
| TOTAL SHARES PURCHASED: | | 1,632,684.00 |
| TOTAL SHARES SOLD: | | 2,127,684.00 |

SIPC does not cover commodity contracts and options on futures.

DPP and REIT securities are generally illiquid and the estimated value of these securities may not be realized upon liquidation of the security. The value of the security will differ from the purchase price. In the event valuations are provided, they will be based upon estimated values obtained from the issuer's annual report. However, in some cases accurate valuation information is not available and will not be provided.

NASD has filed with the SEC a proposed rule change to amend NASD Rule 2340 to require that account statements include a statement that advises each customer to promptly report any inaccuracy or discrepancy in that person's account to his or her brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.  http://www.nasd.com/stellent/groups/rules_regs/documents/rule_filing/nasdw_011958.pdf

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution.  Please contact your broker if you have questions about electronic check collection or do not want your payments collected electronically.

Pursuant to SEC Rule 606, Penson Financial Services, Inc. is required to make publicly available a quarterly report with regard to its routing of non-directed orders.  For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance "Division of S3 Matching Technologies " to disclose all required information pertaining to this rule.  ftp://public.s3.com/11ac1-6/pfsi

THE NASD REQUIRES THAT WE NOTIFY YOU IN WRITING OF THE AVAILABILITY OF AN INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE NASD'S PUBLIC DISCLOSURE PROGRAM ("PROGRAM"). TO OBTAIN A BROCHURE OR MORE INFORMATION ABOUT THE PROGRAM OR NASD, CONTACT THE NASD PROGRAM HOTLINE AT (800) 289-9999 OR ACCESS THE NASD WEB SITE AT www.nasdbrokercheck.com

* End of Statement *

# Track Data Securities Corporation

691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
December 1,2006 to December 31,2006

**Account Information**
Account Number: 32372971
Financial Advisor #: TC000

**Your Financial Advisor**
TRACK DATA SECURITIES CORP

**Office Serving You**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

ALEXIS AMPUDIA
BROOKLYN NY 11238

## Account Value

| Asset Category | Current Value 12/31/06 | Prior Value 11/30/06 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 15.92 | 3.39 | 1.58% | | |
| Margin Account Balance | 0.00 | 48,749.55 | | | |
| Equities | 993.56 | 6.00 | 98.42% | | |
| Options, Rights, Warrants | 0.00 | 2,340.00 | | | |
| Total: Portfolio Values | 1,009.48 | 51,098.94 | 100.00% | | |
| Less: Margin Loan Balance | (1,085.34) | 0.00 | (107.51%) | | |
| Total Account Value | (75.86) | 51,098.94 | (7.51%) | | |

## Asset Allocation

EQUITIES
98.42%

Items less than 2% are not reflected on this pie chart.

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Credit Interest | 15.92 | 115.94 |
| Margin Interest | (6.09) | (42.82) |
| Total: Income | 9.83 | 73.12 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

Page 1 of 9

The Account of the Customer is subject to the following terms and conditions ("Agreement") which the Customer agrees to, and accepts by use, maintenance and/or continuation of the Account notwithstanding any notice or statement of intention to You to the contrary.

**1. Definitions.** "Account" shall refer individually and collectively to all accounts which the Customer has previously opened, now has open or may open in the future, in which the Customer has any interest, with You or any Introducing Broker now or in the future, and all future transactions in such accounts. "Customer" refers to the individual(s) and/or entity(ies), and their respective successors and/or assigns, in whose name this Account statement is carried or who may otherwise have any interest in an Account. "Introducing Broker" shall mean any broker on whose behalf the transactions on behalf of the Customer, which transactions are cleared through You. "Obligations" shall mean all indebtedness, debit balances, liabilities or other obligations of any kind of the Customer to You, whether now existing or hereafter arising. "Securities and other property" shall mean, but shall not be limited to, money, securities, commodities or other property of every kind and nature and all contracts and options relating thereto, whether for present or future delivery. "You" or "Your" refers to Penson Financial Services, Inc.

**2. Payment of Indebtedness Upon Demand.** The Customer shall at all times be liable for the payment upon demand of any Obligations owing from the Customer to You, and Customer shall be liable to You for any deficiency remaining in any Account in the event of the liquidation thereof, in whole or in part, by You, the Introducing Broker, or by the Customer, and the Customer shall pay such Obligations upon demand.

**3. Security Interest; Liquidation.** All Securities or other property now or hereafter held, carried or maintained by You in or for the Account shall be subject to a first and prior lien and security interest for the discharge of all of the Obligations of the Customer and such is to be held by You as security for the payment of the Obligations of the Customer to You, to the fullest extent allowed by law. You shall have the right, in accordance with Your general policies, regarding Your margin maintenance requirements, as such may be modified from time to time, or at other times as You may require, or whenever the Customer does not, so hold You to any other Account of the Customer whenever You deem it necessary for Your protection...

**4. Lending Agreement; Margin or Short Account.** With respect to any margin or short Account maintained by the Customer, You are authorized to lend to yourself, as principal or otherwise, or to others, any Securities or other Property held by You on margin for the Account or as collateral therefor...

**5. Account Carried as Clearing Broker.** The Customer understands that You are carrying the Account of the Customer as clearing broker by arrangement with the Customer's Introducing Broker through whose courtesy the Account of the Customer has been introduced to You. The Customer understands that You act as custodian for funds and securities deposited with You...

**5. (continued)** ...

**6. ARBITRATION AGREEMENT.** ARBITRATION AGREEMENT. ANY AND ALL CONTROVERSIES, DISPUTES OR CLAIMS BETWEEN THE UNDERSIGNED AND YOU, OR THE INTRODUCING BROKER, OR THE AGENTS, REPRESENTATIVES, EMPLOYEES, DIRECTORS, OFFICERS...

THE FOLLOWING ARBITRATION AGREEMENT SHOULD BE READ IN CONJUNCTION WITH THESE DISCLOSURES:

a. ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIM IS FILED;

b. ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.

c. THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS;

d. THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.

e. THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

f. THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.

g. THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIMS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

**7. Other Agreements; Option Transactions, Charges.** The Customer agrees to be bound by the terms of Your Customer Account Agreement. If the Customer trades on margin or has short option positions, the Customer agrees to be bound by the terms of Your Customer Margin and Short Account Agreement...

**8. Option Account.** Assignment notices for option contracts are allocated among client short positions pursuant to a manual procedure which randomly selects from all client short option positions, including positions established on the day of assignment, those contracts which are subject to exercise...

**9. Miscellaneous.** Your financial statement is available for personal inspection or will be mailed on the Customer's request. The headings of each section of the Agreement are descriptive only and do not modify or qualify any provision of this Agreement...

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

ALEXIS AMPUDIA

**Account Information**
Account Number: 32372971

**Statement Period**
December 1,2006 to December 31,2006

## Portfolio Positions

| Cash & Equivalents | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| Cash | | Cash | | | 15.92 | 1.58% | | |
| **Total: Cash & Equivalents** | | | | | **15.92** | **1.58%** | | |
| | | | | | | | | |
| **Equities** | | | | | | | | |
| LEXINGTON HEALTHCARE GROUP | LEXI | Margin | 11,000 | .09 | 990.00 | 98.07% | | |
| PEARL ASIAN MINING INDUSTRIES | PAIM | Margin | 5,000 | .0007 | 3.50 | 0.35% | | |
| ISIN US7047551079 | | | | | | | | |
| TRIANGLE MULTI-MEDIA INC | QBID | Margin | 666 | .0001 | .06 | 0.01% | | |
| **Total: Equities** | | | | | **993.56** | **98.42%** | | |
| | | | | | | | | |
| **Total: Portfolio Values** | | | | | **1,009.48** | **100.00** | | |
| | | | | | | | | |
| Less: Margin Loan Balance | | Margin | | | (1,085.34) | -107.51% | | |
| | | | | | | | | |
| **Total: Account Net Assets/Equity** | | | | | **(75.86)** | **-7.51%** | | |

*Account value and totals are based only on priced securities. We may be unable to price all securities in your account. For municipal securities and some other fixed income securities, prices are approximate (not actual market bids) and are provided only as a general guide. They do not necessarily reflect actual market prices. For current prices, please contact your financial consultant.*

# Statement of Account

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

ALEXIS AMPUDIA

| Account Information | |
|---|---|
| Account Number: | 32372971 |

**Statement Period**
December 1,2006 to December 31,2006

## Account Activity

### Cash Account

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Cash | | | OPENING BALANCE | | 3.39 |
| 12/27/06 | Cash | Journal | | To Margin | | (3.39) |
| 12/29/06 | Cash | Interest | | 1.500% 12/01-12/29  $13199 | | 15.92 |

**Total: Cash Account Balance**      15.92

### Margin Account

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Margin | | | OPENING BALANCE | | 48,749.55 |
| 11/29/06 | Margin | Bought | 250,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .02 | (5,012.95) |
| 11/29/06 | Margin | Bought | 666 | TRIANGLE MULTI-MEDIA INC N6314 | .0001 | (13.02) |
| 12/01/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 12/01/06 | Margin | Journal | | WIRE TRANSFER | | (5,000.00) |
| 12/04/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 12/04/06 | Margin | Journal | | WIRE TRANSFER | | (8,725.00) |
| 12/05/06 | Margin | Bought | 100,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .0181 | (1,822.95) |
| 12/05/06 | Margin | Bought | 50,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .02 | (1,012.95) |
| 12/05/06 | Margin | Bought | 20,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .02 | (412.95) |
| 12/05/06 | Margin | Bought | 10,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .018 | (192.95) |
| 12/05/06 | Margin | Bought | 95,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .016 | (1,532.95) |

# Track Data Securities Corporation
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
December 1,2006 to December 31,2006

ALEXIS AMPUDIA

**Account Information**
Account Number: 32372971

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/06/06 | Margin | Bought | 100,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .012 | (1,212.95) |
| 12/06/06 | Margin | Bought | 20,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .012 | (252.95) |
| 12/06/06 | Margin | Bought | 51,667 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .012 | (632.95) |
| 12/07/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 12/07/06 | Margin | Journal | | WIRE TRANSFER | | (9,500.00) |
| 12/12/06 | Margin | Bought | 55,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .02 | (1,112.95) |
| 12/12/06 | Margin | Bought | 10,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .019 | (202.95) |
| 12/12/06 | Margin | Sold | -75,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .019 | 1,407.86 |
| 12/13/06 | Margin | Bought | 10,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .025 | (262.95) |
| 12/13/06 | Margin | Bought | 50,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .03 | (1,512.95) |
| 12/13/06 | Margin | Bought | 5,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .018 | (102.95) |
| 12/13/06 | Margin | Bought | 5,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .024 | (132.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    ● MEMBER NASD AND SIPC

# Track Data Securities Corporation
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
December 1,2006 to December 31,2006

**Account Information**
Account Number: 32372971

ALEXIS AMPUDIA

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/13/06 | Margin | Bought | 5,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .025 | (137.95) |
| 12/13/06 | Margin | Bought | 777 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .029 | (35.48) |
| 12/14/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 12/14/06 | Margin | Bought | 50,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .03 | (1,512.95) |
| 12/14/06 | Margin | Journal | | WIRE TRANSFER | | (2,290.00) |
| 12/15/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 12/15/06 | Margin | Journal | | WIRE TRANSFER | | (2,472.00) |
| 12/18/06 | Margin | Bought | 100,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .02 | (2,012.95) |
| 12/18/06 | Margin | Bought | 100,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .02 | (2,000.00) |
| 12/19/06 | Margin | Bought | 52,700 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .018 | (961.55) |
| 12/22/06 | Margin | Sold | -200,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .025 | 4,979.39 |
| 12/22/06 | Margin | Sold | -200,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .023 | 4,579.40 |
| 12/22/06 | Margin | Sold | -200,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .025 | 4,979.39 |

# Track Data Securities Corporation
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

| | | | | Account Information | | | Statement Period | |
|---|---|---|---|---|---|---|---|---|
| | | | | Account Number: | 32372971 | | December 1,2006 to December 31,2006 | |

**ALEXIS AMPUDIA**

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/22/06 | Margin | Sold | -200,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .0225 | 4,479.40 |
| 12/22/06 | Margin | Sold | -200,000 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .025 | 4,979.38 |
| 12/22/06 | Margin | Sold | -195,144 | LOCATEPLUS HOLDINGS-CW05_WTS EXP 04/12/07 STRIKE/SHARE 25.00 | .0217679 | 4,223.53 |
| 12/26/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 12/26/06 | Margin | Bought | 10,000 | LEXINGTON HEALTHCARE GROUP N3744 | .04 | (412.95) |
| 12/26/06 | Margin | Bought | 5,000 | LEXINGTON HEALTHCARE GROUP N3745 | .1 | (512.95) |
| 12/26/06 | Margin | Bought | 50,000 | LEXINGTON HEALTHCARE GROUP N3808 | .185 | (9,262.95) |
| 12/26/06 | Margin | Bought | 36,000 | LEXINGTON HEALTHCARE GROUP N3746 | .2444444 | (8,812.95) |
| 12/26/06 | Margin | Sold | -40,000 | LEXINGTON HEALTHCARE GROUP N3624 | .35 | 13,983.61 |
| 12/26/06 | Margin | Sold | -50,000 | LEXINGTON HEALTHCARE GROUP N2398 | .32 | 15,982.80 |
| 12/26/06 | Margin | Journal | | WIRE TRANSFER | | (8,230.00) |
| 12/27/06 | Margin | Journal | | From Cash | | 3.39 |
| 12/28/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 12/28/06 | Margin | Journal | | WIRE TRANSFER | | (27,000.00) |
| 12/29/06 | Margin | Debit Interest | | 8.950% 12/01-12/29    $847 | | (6.09) |
| 12/29/06 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 12/29/06 | Margin | Journal | | WIRE TRANSFER | | (5,000.00) |
| **Total: Margin Account Balance** | | | | | | **(1,085.34)** |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    ● MEMBER NASD AND SIPC

# Statement of Account

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

| | | | Statement Period |
| --- | --- | --- | --- |
| | | | December 1,2006 to December 31,2006 |

**Account Information**
Account Number: 32372971

ALEXIS AMPUDIA

## Trades Pending Settlement

| Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 12/27/06 | Margin | Sold | -11,000 | LEXINGTON HEALTHCARE GROUP<br>N6975 | .1090909 | 1,174.19 |
| 12/27/06 | Margin | Bought | 65,000 | LODGIAN INC - WT<br>EXPIRE 11/25/07<br>NA0U2 | .065 | (4,237.95) |
| 12/27/06 | Margin | Bought | 10,000 | LODGIAN INC - WT<br>EXPIRE 11/25/07<br>NA0QN | .135 | (1,362.95) |
| 12/27/06 | Margin | Bought | 50,000 | LODGIAN INC - WT<br>EXPIRE 11/25/07<br>N68B2 | .194 | (9,712.95) |
| 12/27/06 | Margin | Bought | 25,000 | LODGIAN INC - WT<br>EXPIRE 11/25/07<br>NA0UZ | .1 | (2,512.95) |
| 12/27/06 | Margin | Sold | -50,000 | LODGIAN INC - WT<br>EXPIRE 11/25/07<br>NA0RJ | .22 | 10,982.94 |
| 12/27/06 | Margin | Sold | -50,000 | LODGIAN INC - WT<br>EXPIRE 11/25/07<br>NA10H | .22 | 10,982.96 |
| 12/27/06 | Margin | Sold | -40,000 | LODGIAN INC - WT<br>EXPIRE 11/25/07<br>NA0RK | .1125 | 4,483.90 |
| 12/27/06 | Margin | Sold | -10,000 | LODGIAN INC - WT<br>EXPIRE 11/25/07<br>NA0VE | .2 | 1,986.23 |
| 12/27/06 | Margin | Bought | 5,000 | MEDJET INC<br>N5868 | .05 | (262.95) |
| 12/27/06 | Margin | Bought | 5,000 | MEDJET INC<br>N5391 | .06 | (312.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    ● MEMBER NASD AND SIPC

Page 7 of 9

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

| | | | | | **Statement Period** | |
| | | | | | **December 1,2006 to December 31,2006** | |

ALEXIS AMPUDIA

**Account Information**
Account Number:    32372971

## Trades Pending Settlement

| Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/27/06 | Margin | Bought | 15,000 | MEDJET INC N5869 | .0966666 | (1,462.95) |
| 12/27/06 | Margin | Bought | 50,000 | MEDJET INC N5870 | .133 | (6,662.95) |
| 12/27/06 | Margin | Bought | 5,000 | MEDJET INC N5871 | .17 | (871.45) |
| 12/27/06 | Margin | Bought | 5,000 | MEDJET INC N6021 | .15 | (762.95) |
| 12/27/06 | Margin | Sold | -5,000 | MEDJET INC N6406 | .35 | 1,719.12 |
| 12/27/06 | Margin | Sold | -5,000 | MEDJET INC N6205 | .35 | 1,719.12 |
| 12/27/06 | Margin | Sold | -40,000 | MEDJET INC N6761 | .252375 | 10,078.73 |
| 12/27/06 | Margin | Sold | -35,000 | MEDJET INC NA0RL | .35 | 12,124.49 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

# Statement of Account

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

**Statement Period**
December 1,2006 to December 31,2006

**Account Information**

Account Number:    32372971

**ALEXIS AMPUDIA**

*Settled Trades Summary:*

TOTAL PURCHASED (USD):    41,089.95
TOTAL SOLD (USD):    59,594.76

TOTAL SHARES PURCHASED:    1,241,810.00
TOTAL SHARES SOLD:    1,360,144.00

Penson will be charging the 2007 annual fee for Retirement Accounts on Thursday, February 1st, 2006. If you prefer, you may send a check to cover this fee without affecting your contribution limit. Please include the Penson Deposit slip with the option "Fee Payment" clearly marked. Please forward your deposit to Penson at the following address:

Penson Financial Services, Inc.
1700 Pacific Avenue, Suite 1400
Dallas, TX 75201
ATTN: IRA Department

SIPC does not cover commodity contracts and options on futures.

DPP and REIT securities are generally illiquid and the estimated value of these securities may not be realized upon liquidation of the security. The value of the security will differ from the purchase price. In the event valuations are provided, they will be based upon estimated values obtained from the issuer's annual report. However, in some cases accurate valuation information is not available and will not be provided.

NASD has filed with the SEC a proposed rule change to amend NASD Rule 2340 to require that account statements include a statement that advises each customer to promptly report any inaccuracy or discrepancy in that person's account to his or her brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing. http://www.nasd.com/stellent/groups/rules_regs/documents/rule_filing/nasdw_011958.pdf

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution. Please contact your broker if you have questions about electronic check collection or do not want your payments collected electronically.

Pursuant to SEC Rule 606, Penson Financial Services, Inc. is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance " Division of S3 Matching Technologies * to disclose all required information pertaining to this rule. ftp://public.s3.com/11ac1-6/pfsi

THE NASD REQUIRES THAT WE NOTIFY YOU IN WRITING OF THE AVAILABILITY OF AN INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE NASD'S PUBLIC DISCLOSURE PROGRAM ("PROGRAM"). TO OBTAIN A BROCHURE OR MORE INFORMATION ABOUT THE PROGRAM OR NASD, CONTACT THE NASD PROGRAM HOTLINE AT (800) 289-9999 OR ACCESS THE NASD WEB SITE AT www.nasdbrokercheck.com

* End of Statement *

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    • MEMBER NASD AND SIPC

# Track Data Securities Corporation
691 Fulton Street
Brooklyn, NY  11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
January 1, 2007 to January 31, 2007

**Office Serving You**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

**Account Information**
Account Number:      32372971
Financial Advisor #:   TQ00

**Your Financial Advisor**
TRACK DATA SECURITIES CORP

ALEXIS AMPUDIA
BROOKLYN NY 11238

## Account Value

| Asset Category | Current Value 01/31/07 | Prior Value 12/31/06 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 8.61 | 15.92 | 0.01% | | |
| Margin Account Balance | 38.91 | 0.00 | 0.06% | | |
| Equities | 65,565.06 | 993.56 | 99.93% | | |
| Options, Rights, Warrants | 0.00 | 0.00 | | | |
| Total: Portfolio Values | 65,612.58 | 1,009.48 | 100.00% | | |
| Less: Margin Loan Balance | 0.00 | (1,085.34) | | | |
| Total Account Value | 65,612.58 | (75.86) | 100.00% | | |

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Credit Interest | 8.61 | 8.61 |
| Margin Interest | (9.43) | (9.43) |
| Total: Income | (0.82) | (0.82) |

## Asset Allocation

EQUITIES
99.93%

Items less than 2% are not reflected on this pie chart.

The Account of the Customer is subject to the following terms and conditions ("Agreement") which the Customer agrees to, and accepts by use, maintenance and/or continuation of the Account notwithstanding any notice or statement of intention to You to the contrary.

**1. Definitions.** "Account" shall refer individually and collectively to all accounts which the Customer has previously opened, now has open or may open in the future, in which the Customer has any interest, with Your or Your ("Introducing and/or entity(ies) in which the Customer has an interest in such accounts. "Customer" refers to the individual(s) otherwise have any interest in an Account. "Introducing Broker" refers to the person on the face of this Account statement is carried or who may existing or hereafter arising, debit balances, liabilities or other obligations of any kind of the Customer to You, whether now or means of all indebtedness, debit balances, liabilities or other obligations of any kind of the Customer to You, whether now or "Your" refers to Penson Financial Services, Inc.

**2. Payment of Indebtedness Upon Demand.** The Customer shall at all times be liable for the payment upon demand of any Obligations owing from the Customer to You, and Customer shall be liable for any deficiency remaining in any Account in the event of the liquidation thereof, in whole or in part, by You, the Introducing Broker, or by the Customer, and the Customer shall pay such Obligations upon demand.

**3. Security Interest; Liquidation.** All Securities or other property now or hereafter held, carried or maintained by You in Customer and/or as security for the payment of the Obligations of the Customer to You, to the fullest for the Account shall be subject to a first and prior lien and security interest for the discharge of all of the Obligations the extent allowed by law. You shall have the right to transfer Securities or other property so held by You from or to any payment or delivery is made, to pledge, repledge, hypothecate or rehypothecate, without notice, any and all Securities or with Property which You may hold for the Customer (either individually or jointly with others) or which may be in Your Securities and other Property, for the sum then due or for a greater or lesser sum and without retaining in Your possession and control any Securities and/or other property. You may sell any or all Securities or other Property and all outstanding contracts, all which may be short in such Account; and/or (ii) cancel any open orders and to close any or notice shall not be a waiver of Your rights provided herein. You further agree that any prior demand for margin or discretion on any exchange, the over-the-counter market or any other market where such business is usually transacted, or seller for any such person's own Account. You are authorized, in Your discretion, should You for any reason whatsoever deem it necessary for Your protection, without notice, to cancel any outstanding order, to close out the Account of the Customer, in whole or in part, or to close any and all commitment made on behalf of the Customer.

**4. Lending Agreement; Margin or Short Accounts.** With respect to any margin or short Account maintained by the held by You on deposit, and Customer agree to lend to yourself, any Securities or other Property will at all times maintain such Securities or other Property in the Customer's account or as You, and will at all times maintain such Securities or other Property that You hold the right to pledge, margin as required by You in Your sole discretion, on demand, in accordance with Your rules and regulations regarding such and will be charged, in accordance with Your usual custom and practice, interest at rates permitted by the laws of the State of Texas. With respect to any margin or otherwise determined by You with respect to such any reason in Your sole discretion: (a) to sell any or all Securities or other Property which may be short in time called for by said general policies regarding Your margin. In addition, You shall have the right in with You (either individually or jointly with others); (b) to sell any or all Securities or other Property in the Account of the Customer such Account, and/or (c) to cancel any open orders and to close any or all outstanding order, to close out the margin or additional margin, notice of sale or purchase or other notice of advertisement, whichever demand for other Property are in Your sole discretion if Your rights provided herein. You shall have the discretion to determine which Securities or discretion on any exchange, the over-the-counter market or any other market where such business is usually transacted, or seller for any such person's own Account.

**5. Account Carried as Clearing Broker.** The Customer understands that You are carrying the Account of the Customer as clearing broker by arrangement with the Customer's Introducing Broker through whose courtesy the Account of the Customer has been introduced to You. The Customer understands that You act as custodian for funds and securities deposited with You, through the Introducing Broker, on an as result of transactions You may process for the Introducing Broker. If Customer is unable to reach the Introducing Broker concerning account activity, Compliance Department. The Customer may contact You directly at the following address: Penson Financial Services, Inc. Attn: Compliance Department, 1700 Pacific Avenue, Suite 1400, Dallas, TX 75201, (214) 765-1100, and speak with the with all applicable laws and regulations in connection with the Customer's Account, You will not be liable for compliance as though the Introducing Broker were acting on its own behalf. The Customer agrees and the Customer acknowledges employees understand and agree that You do not control, audit or otherwise supervise the activities of the Introducing Broker or its Customer's Account of Securities or other Property and (b) any other instructions concerning the Customer's financial situation. The

**5. (continued)** Customer understands that You act only to clear trades introduced by the Customer's Introducing Broker and to effect other back-office functions for the Customer's Introducing Broker. The Customer confirms to You that the Customer is relying for that You are not a principal of or partner with and do not control, audit or otherwise supervise the Introducing Broker or its representatives, any advice concerning the Customer's Account from the Customer's Introducing Broker. The Customer understands employees or other agents. The Customer understands that You will not review the Customer's Account with respect to the appropriateness of trades made in the Customer's Account. The Customer agrees that You shall not be responsible or liable for any acts or omissions of the Introducing Broker or its representatives, employees or other agents.

**THE FOLLOWING ARBITRATION AGREEMENT SHOULD BE READ IN CONJUNCTION WITH THESE DISCLOSURES:**

a. ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIMS

b. ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.

c. THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.

d. THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.

e. THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

f. THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT. THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIM IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

g. **ARBITRATION AGREEMENT. ANY AND ALL CONTROVERSIES, DISPUTES OR CLAIMS BETWEEN THE UNDERSIGNED** AND YOU, OR THE INTRODUCING BROKER, OR THE AGENTS, REPRESENTATIVES, EMPLOYEES, DIRECTORS, OFFICERS OR CONTROL PERSONS OF YOU OR THE INTRODUCING BROKER, ARISING OUT OF, IN CONNECTION WITH INTRODUCING BROKER'S BUSINESS OR THE UNDERSIGNED'S ACCOUNTS, SHALL BE RESOLVED BY ARBITRATION. THE RELATIONSHIP OF THE PARTIES HERETO OR THE VALIDITY OF THIS AGREEMENT OR ANY RELATED AGREEMENTS, (b) COMMENCED BEFORE THE ARBITRATION PROCEDURE OF ANY SUCH SELF-REGULATORY ORGANIZATION. ARISING OUT OF YOUR BUSINESS, THE DEMAND FOR ARBITRATION MUST BE MADE WITHIN THE TIME PERIOD. ARBITRATION MUST BE COMMENCED BY SERVICE OF A WRITTEN ARBITRATOR(S) SHALL BE CONCLUSIVE AND BINDING UPON THE PARTIES, AND ANY JUDGMENT UPON ANY AWARD RENDERED MAY BE ENTERED IN A COURT HAVING JURISDICTION THEREOF, AND NEITHER PARTY SHALL OPPOSE SUCH ENTRY.

No person shall bring a putative or certified class action to arbitration, nor seek to enforce any pre-dispute arbitration agreement against any person who has initiated in court a putative class action; or who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until: (i) the class certification is denied; or (ii) the class is de-certified; or (iii) the customer is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein.

**7. Other Agreements; Option Transactions, Charges.** The Customer agrees to be bound by the terms of Your Customer Account Agreement. If the Customer trades options, the Customer agrees to be bound by the terms of Your Customer Margin and Short Account Agreement. If the options transaction, the Customer agrees to be bound by the provisions of the terms of Your Customer Option Agreement. If this is a joint Account, the Customers agree to be bound by the provisions of this Agreement and any other written agreements that copies of these agreements are available from You and, to the extent applicable, are incorporated by reference herein. You agree to be subject to the terms, conditions and provisions of this Agreement and any other written agreements between You and the Introducing Broker. You agree to charge the maintenance account maintenance fees, security transfer fees and account transfer fees, and other charges or fees as agreed between You and the Customer's Introducing Broker or as independently established by You.

**8. Option Account. Assignment notices for option contracts are allocated among client short positions pursuant to a** manual FIFO procedure which randomly selects from all client short option positions, including positions established on the day of assignment, those contracts which are subject to exercise. All American short option positions are subject to assignment at any time. A more detailed description of Your random allocation procedure is available upon request. The Customer understands that if applicable, the Customer must promptly notify the Introducing Broker of any such exercise. If the Customer fails to provide such notice, the Customer acknowledges that You may, in accordance with included in the Customer's Confirmation. Individual options commissions and other related charges have been upon request. The customer must promptly advise the Introducing broker of any material change in the customer's investment objectives or financial situation.

**9. Miscellaneous.** Your financial statement is available for personal inspection or will be mailed on the Customer's request. Agreement. Except as provided in this Agreement, no provision of this Agreement may be altered, modified or amended The headings of each section of the Agreement are descriptive only and do not modify or qualify any provision of this unless in writing signed by Your authorized representative. This Agreement and all provisions shall inure to the benefit of You and Your successors, Your assigns, the Customer's Introducing Broker, and all other persons specified in Paragraph 6 above. With respect to any free credit balance included on the Account statement, such funds are payable to the Customer for losses caused directly or indirectly by any events beyond Your control, including but not limited to be liable in the State of Texas subject to the limitations of 17 CFR Section 240.15c3-3 of the Securities Exchange Act of 1934, respectively. You shall not be liable for the estimated annual income, expenses incurred and payable or paid by You shall be payable to You by the Customer, obtained or prepared from sources You consider to be reliable, but You make no assurance as to their accuracy.

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

| | Account Information | |
|---|---|---|
| | Account Number: | 32372971 |

| | Statement Period |
|---|---|
| | January 1, 2007 to January 31, 2007 |

ALEXIS AMPUDIA

## Portfolio Positions

| Cash & Equivalents | Symbol/Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| Cash | | Cash | | | 8.61 | 0.01% | | |
| Margin Account Balance | | Margin | | | 38.91 | 0.06% | | |
| **Total: Cash & Equivalents** | | | | | 47.52 | 0.07% | | |
| | | | | | | | | |
| **Equities** | | | | | | | | |
| MICRO-INTEGRATION CORP | MINT | Margin | 133,800 | .49 | 65,562.00 | 99.92% | | |
| PEARL ASIAN MINING INDUSTRIES | PAIM | Margin | 5,000 | .0006 | 3.00 | | | |
| ISIN US7047551079 | | | | | | | | |
| TRIANGLE MULTI-MEDIA INC | QBID | Margin | 666 | .0001 | .06 | | | |
| **Total: Equities** | | | | | 65,565.06 | 99.93% | | |
| | | | | | | | | |
| **Total: Account Net Assets/Equity** | | | | | 65,612.58 | 100.00 | | |

*Account value and totals are based only on priced securities. We may be unable to price all securities in your account. For municipal securities and some other fixed income securities, prices are approximate (not actual market bids) and are provided only as a general guide. They do not necessarily reflect actual market prices. For current prices, please contact your financial consultant.*

## Account Activity

| Cash Account | Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|---|
| Cash Account | | Cash | | | OPENING BALANCE | | 15.92 |
| | 01/29/07 | Cash | Journal | | To Margin | | (15.92) |
| | 01/31/07 | Cash | Interest | | 1.500% 12/30-01/31  $6272 | | 8.61 |
| **Total: Cash Account Balance** | | | | | | | 8.61 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

# Track Data Securities Corporation
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

| | |
|---|---|
| **Statement Period** | January 1, 2007 to January 31, 2007 |

**Account Information**

Account Number:  32372971

ALEXIS AMPUDIA

## Account Activity

### Margin Account

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Margin | | | OPENING BALANCE | | (1,085.34) |
| 12/27/06 | Margin | Sold | -11,000 | LEXINGTON HEALTHCARE GROUP N6975 | .1090909 | 1,174.19 |
| 12/27/06 | Margin | Bought | 65,000 | LODGIAN INC - WT EXPIRE 11/25/07 NA0U2 | .065 | (4,237.95) |
| 12/27/06 | Margin | Bought | 10,000 | LODGIAN INC - WT EXPIRE 11/25/07 NA0QN | .135 | (1,362.95) |
| 12/27/06 | Margin | Bought | 50,000 | LODGIAN INC - WT EXPIRE 11/25/07 N6882 | .194 | (9,712.95) |
| 12/27/06 | Margin | Bought | 25,000 | LODGIAN INC - WT EXPIRE 11/25/07 NA0UZ | .1 | (2,512.95) |
| 12/27/06 | Margin | Sold | -50,000 | LODGIAN INC - WT EXPIRE 11/25/07 NA0RJ | .22 | 10,982.94 |
| 12/27/06 | Margin | Sold | -50,000 | LODGIAN INC - WT EXPIRE 11/25/07 NA10H | .22 | 10,982.96 |
| 12/27/06 | Margin | Sold | -40,000 | LODGIAN INC - WT EXPIRE 11/25/07 NA0RK | .1125 | 4,483.90 |
| 12/27/06 | Margin | Sold | -10,000 | LODGIAN INC - WT EXPIRE 11/25/07 NA0VE | .2 | 1,986.23 |
| 12/27/06 | Margin | Bought | 5,000 | MEDJET INC N5868 | .05 | (262.95) |
| 12/27/06 | Margin | Bought | 5,000 | MEDJET INC N5391 | .06 | (312.95) |

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

| | Statement Period |
|---|---|
| | January 1, 2007 to January 31, 2007 |

**Account Information**
Account Number: 32372971

**ALEXIS AMPUDIA**

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 12/27/06 | Margin | Bought | 15,000 | MEDJET INC N5869 | .0966666 | (1,462.95) |
| 12/27/06 | Margin | Bought | 50,000 | MEDJET INC N5870 | .133 | (6,662.95) |
| 12/27/06 | Margin | Bought | 5,000 | MEDJET INC N5871 | .17 | (871.45) |
| 12/27/06 | Margin | Bought | 5,000 | MEDJET INC N6021 | .15 | (762.95) |
| 12/27/06 | Margin | Sold | -5,000 | MEDJET INC N6406 | .35 | 1,719.12 |
| 12/27/06 | Margin | Sold | -5,000 | MEDJET INC N6205 | .35 | 1,719.12 |
| 12/27/06 | Margin | Sold | -40,000 | MEDJET INC N6761 | .252375 | 10,078.73 |
| 12/27/06 | Margin | Sold | -35,000 | MEDJET INC NA0RL | .35 | 12,124.49 |
| 01/03/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 01/03/07 | Margin | Journal | | WIRE TRANSFER | | (3,500.00) |
| 01/04/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 01/04/07 | Margin | Journal | | WIRE TRANSFER | | (2,400.00) |
| 01/05/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 01/05/07 | Margin | Journal | | WIRE TRANSFER | | (9,000.00) |
| 01/11/07 | Margin | Bought | 25,000 | SYSTEMONE TECHNOLOGIES INC N4184 | .014 | (362.95) |
| 01/11/07 | Margin | Bought | 35,000 | SYSTEMONE TECHNOLOGIES INC N4079 | .05 | (1,762.95) |
| 01/11/07 | Margin | Bought | 5,000 | SYSTEMONE TECHNOLOGIES INC N4435 | .04 | (212.95) |
| 01/11/07 | Margin | Bought | 20,000 | SYSTEMONE TECHNOLOGIES INC N4185 | .09 | (1,812.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.　● MEMBER NASD AND SIPC

# Track Data Securities Corporation
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
January 1, 2007 to January 31, 2007

**Account Information**
**Account Number:** 32372971

ALEXIS AMPUDIA

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 01/11/07 | Margin | Bought | 50,000 | SYSTEMONE TECHNOLOGIES INC NA4315 | .12 | (6,012.95) |
| 01/11/07 | Margin | Bought | 12,500 | SYSTEMONE TECHNOLOGIES INC NA12A | .07 | (887.95) |
| 01/19/07 | Margin | Sold | -50,000 | SYSTEMONE TECHNOLOGIES INC NA25N | .2 | 9,982.95 |
| 01/19/07 | Margin | Sold | -50,000 | SYSTEMONE TECHNOLOGIES INC NA273 | .2 | 9,982.98 |
| 01/22/07 | Margin | Bought | 20,000 | METRO GLOBAL MEDIA INC NA0J5 | .12 | (2,412.95) |
| 01/22/07 | Margin | Bought | 1,400 | METRO GLOBAL MEDIA INC NA10V | .55 | (782.95) |
| 01/22/07 | Margin | Sold | -21,400 | METRO GLOBAL MEDIA INC NA1HF | 1/2 | 10,685.11 |
| 01/22/07 | Margin | Bought | 15,000 | MICRO-INTEGRATION CORP NA02K | .12 | (1,812.95) |
| 01/22/07 | Margin | Bought | 10,000 | MICRO-INTEGRATION CORP NA14B | .01 | (112.95) |
| 01/22/07 | Margin | Bought | 99,900 | MICRO-INTEGRATION CORP NA1EV | .05 | (5,007.95) |
| 01/22/07 | Margin | Bought | 9,000 | MICRO-INTEGRATION CORP NA0TO | .03 | (282.95) |
| 01/22/07 | Margin | Bought | 10,000 | MICRO-INTEGRATION CORP NA1BH | .13 | (1,312.95) |
| 01/22/07 | Margin | Bought | 24,900 | MICRO-INTEGRATION CORP NA0P7 | .1939759 | (4,891.25) |
| 01/22/07 | Margin | Bought | 15,000 | MICRO-INTEGRATION CORP NA0O3 | .2 | (3,042.95) |
| 01/22/07 | Margin | Sold | -25,000 | SYSTEMONE TECHNOLOGIES INC NA1G6 | .1 | 2,485.10 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

| | Statement Period |
|---|---|
| | January 1, 2007 to January 31, 2007 |

**Account Information**

ALEXIS AMPUDIA

Account Number: 32372971

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 01/22/07 | Margin | Sold | -2,500 | SYSTEMONE TECHNOLOGIES INC NA1HG | .07 | 161.86 |
| 01/22/07 | Margin | Sold | -20,000 | SYSTEMONE TECHNOLOGIES INC NA155 | .0825 | 1,635.49 |
| 01/23/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 01/23/07 | Margin | Journal | | WIRE TRANSFER | | (15,000.00) |
| 01/25/07 | Margin | Sold | -50,000 | MICRO-INTEGRATION CORP NA2IO | .1 | 4,983.14 |
| 01/26/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 01/26/07 | Margin | Journal | | WIRE TRANSFER | | (5,200.00) |
| 01/29/07 | Margin | Journal | | From Cash | | 15.92 |
| 01/31/07 | Margin | Debit Interest | | 8.950% 12/30-01/31    $1151 | | (9.43) |
| **Total: Margin Account Balance** | | | | | | **38.91** |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    ● MEMBER NASD AND SIPC

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY  11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
January 1, 2007 to January 31, 2007

**Account Information**
Account Number:    32372971

ALEXIS AMPUDIA

*Settled Trades Summary:*

| | |
|---|---|
| TOTAL PURCHASED (USD): | 58,875.55 |
| TOTAL SOLD (USD): | 95,168.31 |

| | |
|---|---|
| TOTAL SHARES PURCHASED: | 587,700.00 |
| TOTAL SHARES SOLD: | 464,900.00 |

SIPC does not cover commodity contracts and options on futures.

DPP and REIT securities are generally illiquid and the estimated value of these securities may not be realized upon liquidation of the security. The value of the security will differ from the purchase price.  In the event valuations are provided, they will be based upon estimated values obtained from the issuer's annual report. However, in some cases accurate valuation information is not available and will not be provided.

NASD has filed with the SEC a proposed rule change to amend NASD Rule 2340 to require that account statements include a statement that advises each customer to promptly report any inaccuracy or discrepancy in that person's account to his or her brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.  http://www.nasd.com/stellent/groups/rules_regs/documents/rule_filing/nasdw_011958.pdf

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution.  Please contact your broker if you have questions about electronic check collection or do not want your payments collected electronically.

Pursuant to SEC Rule 606, Penson Financial Services, Inc. is required to make publicly available a quarterly report with regard to its routing of non-directed orders.  For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance * Division of S3 Matching Technologies * to disclose all required information pertaining to this rule. ftp://public.s3.com/1 1ac1-6/pfsi

THE NASD REQUIRES THAT WE NOTIFY YOU IN WRITING OF THE AVAILABILITY OF AN INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE NASD'S PUBLIC DISCLOSURE PROGRAM ("PROGRAM").  TO OBTAIN A BROCHURE OR MORE INFORMATION ABOUT THE PROGRAM OR NASD, CONTACT THE NASD PROGRAM HOTLINE AT (800) 289-9999 OR ACCESS THE NASD WEB SITE AT www.nasdbrokercheck.com

* End of Statement *

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    ● MEMBER NASD AND SIPC

# Statement of Account

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

ALEXIS AMPUDIA
BROOKLYN NY 11238

**Statement Period**
February 1, 2007 to February 28, 2007

**Office Serving You**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

**Account Information**
Account Number:       32372971
Financial Advisor #:  TQ00

**Your Financial Advisor**
TRACK DATA SECURITIES CORP

## Account Value

| Asset Category | Current Value 02/28/07 | Prior Value 01/31/07 | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|
| Cash Account Balance | 15.14 | 8.61 | 0.02% | | |
| Margin Account Balance | 89,154.38 | 38.91 | 99.25% | | |
| Equities | 658.56 | 65,565.06 | 0.73% | | |
| Total Portfolio Values | 89,828.08 | 65,612.58 | 100.00% | | |
| Less: Margin Loan Balance | 0.00 | 0.00 | | | |
| Total Account Value | 89,828.08 | 65,612.58 | 100.00% | | |
| Short Account Balance | (43,965.20) | 0.00 | (48.94%) | | |

## Asset Allocation

CASH+ MNYMKT
99.51%

Items less than 2% are not reflected on this pie chart.

## Income Summary

| | This Period | Year to Date |
|---|---|---|
| Credit Interest | 15.14 | 23.75 |
| Margin Interest | (7.25) | (16.68) |
| Total Income | 7.89 | 7.07 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

The Account of the Customer is subject to the following terms and conditions ("Agreement") which the Customer agrees to, and accepts by use, maintenance and/or continuation of the Account notwithstanding any notice or statement of intention to You to the contrary.

**1. Definitions.** "Account" shall refer individually and collectively to all accounts which the Customer has previously opened, now has open or may open in the future, in which the Customer has any interest, with You or any Introducing Broker, and any and all previous, current and future transactions in such accounts. "Customer" refers to the individual(s) and/or entity(ies) who own the Account. Whenever the masculine gender is used herein, it shall include the feminine and/or neuter whenever applicable. To the extent that the face of this Account statement is carried or who may otherwise have any interest in an Account, "Introducing Broker" refers to the brokerage firm which introduces the Customer's securities transactions on behalf of the Customer, which transactions are cleared through You, whether one or more. "You" means all of the Customer's introducing brokers; securities or options positions arising. Introducing Broker's relationship with the Customer, all indebtedness, debit balances, liabilities or other obligations of any kind of the Customer to You, whether now or hereafter existing or hereafter arising. "Securities or other Property" shall mean all money, securities, commodities or other property of every kind and nature and all contracts and options relating thereto, whether for present or future delivery. "Your" or "Yours" refers to Penson Financial Services, Inc.

**2. Payment of Indebtedness Upon Demand.** The Customer shall at all times be liable for the payment upon demand of any Obligations owing from the Customer to You, and Customer shall be liable to You for any deficiency remaining in any Account in the event of the liquidation thereof, in whole or in part, by You, the Introducing Broker, or by the Customer, and the Customer shall pay such Obligations upon demand.

**3. Security Interest; Liquidation.** All Securities or other property now or hereafter held, carried or maintained by You in or for the Account shall be subject to a first and prior lien and security interest for the discharge of all of the Obligations of the Customer and are to be held as security for the payment of the Obligations of the Customer to You, to the fullest extent allowed by law. You shall have the right to transfer Securities or other Property so held by You from or to any Account of the Customer whenever You so determine. Whenever the Customer's pledges to You, or otherwise to any other Property for the Account of the Customer, or deliver any Securities or other payment or delivery is made of any other Obligations of the Customer to You are unpaid, You are authorized (a) until payment or delivery is made of any other Obligations of the Customer to You are unpaid, You are authorized (a) until other Property which You may hold for the Customer (either individually or jointly with others), and all Securities or with other Securities or other Property, for the sum due or for a greater or lesser sum and without retaining in your other Property which You may hold for the Customer (either individually or jointly with others), and all Securities or other Property in the Account of the Customer who You (either individually or jointly with others); (b) to sell any or all Securities which may be short in such Account; and/or (c) to cancel any open orders and to close any or all outstanding contracts; all as You shall deem necessary for Your protection. It is understood that a prior demand, or call, or prior notice of the time or place of sale or purchase shall not be considered a waiver of Your rights. You shall have the discretion to determine which Securities and property are to be sold and which contracts are to be closed. Any sale of purchases may be made at Your discretion on any exchange, the over-the-counter market or any other market where such business is usually transacted, or at public auction or private sale, and You, Your affiliates or the Introducing Broker or its affiliates may be the purchaser or seller for any such person's own Account.

**4. Lending Agreement; Margin or Short Accounts.** With respect to any margin or short Account maintained by the Customer, You are authorized to lend to yourself, or to others, any Securities or other Property held by You in the Account of the Customer as collateral therefor either separately or without others' Property which will at all times maintain as collateral security in the Account not less than the amount required by applicable law for such purposes as required by You in Your sole discretion, on demand. You may use certain of the Customer for margin and maintenance requirements, as such may be modified from time to time, or at other times as You may require, right at any time and from time to time, in accordance with Your general policies for Your protection. You shall have the discretion to determine which Securities or property are to be sold and which contracts are to be closed. Any such sales or purchases may be made at Your discretion on any exchange, the over-the-counter market or any other market where such business is usually transacted, or at public auction or private sale, and You, Your affiliates or the Introducing Broker or its affiliates may be the purchaser or seller for any such person's own Account.

**5. Account Carried as Clearing Broker.** The Customer understands that You are carrying the Account of the Customer as clearing broker by arrangement with the Customer's Introducing Broker through whom the Account of the Customer has been introduced to You. The Customer understands that You act as custodian for funds or Securities of the Customer which You, through the Customer's Introducing Broker, or as a result of transactions You may process for the Introducing Broker. Until receipt from the Introducing Broker of the written notice the Customer's Introducing Broker. If Customer is unable to reach the Introducing Broker, Customer may contact Penson at 1700 Pacific Avenue, Suite 1400, Dallas, TX 75201, (214) 765-1100, and speak with the Compliance Department. The Customer understands that the Introducing Broker and not You, is responsible for compliance with all applicable laws and regulations in connection with the Customer's Account. Unless otherwise agreed, You shall not be liable for losses caused directly or indirectly by any and such of the Customer with respect to any orders for the purchase or sale in the Customer's Account of Securities or other Property, and (b) any other instructions concerning the Customer's Account. The

**5. (continued)**
Customer understands that You act only to clear trades introduced by the Customer's Introducing Broker and to effect other back office functions for the Customer's Introducing Broker. The Customer confirms to You that the Customer is relying on the Customer's Introducing Broker and not You for any advice concerning the Customer's accounts, and with respect to any and all orders that You are not a principal of or partner with and do not control in any way, the Introducing Broker or the Customer understands that You will not be responsible for any acts or omissions of the Introducing Broker or its representatives, employees or other agents.

THE FOLLOWING ARBITRATION AGREEMENT SHOULD BE READ IN CONJUNCTION WITH THESE DISCLOSURES:

a. ALL PARTIES TO THIS AGREEMENT ARE GIVING UP THE RIGHT TO SUE EACH OTHER IN COURT, INCLUDING THE RIGHT TO A TRIAL BY JURY EXCEPT AS PROVIDED BY THE RULES OF THE ARBITRATION FORUM IN WHICH A CLAIMS IS FILED.

b. ARBITRATION AWARDS ARE GENERALLY FINAL AND BINDING; A PARTY'S ABILITY TO HAVE A COURT REVERSE OR MODIFY AN ARBITRATION AWARD IS VERY LIMITED.

c. THE ABILITY OF THE PARTIES TO OBTAIN DOCUMENTS, WITNESS STATEMENTS AND OTHER DISCOVERY IS GENERALLY MORE LIMITED IN ARBITRATION THAN IN COURT PROCEEDINGS.

d. THE ARBITRATORS DO NOT HAVE TO EXPLAIN THE REASON(S) FOR THEIR AWARD.

e. THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

f. THE RULES OF SOME ARBITRATION FORUMS MAY IMPOSE TIME LIMITS FOR BRINGING A CLAIM IN ARBITRATION. IN SOME CASES, A CLAIM THAT IS INELIGIBLE FOR ARBITRATION MAY BE BROUGHT IN COURT.

g. THE RULES OF THE ARBITRATION FORUM IN WHICH THE CLAIMS IS FILED, AND ANY AMENDMENTS THERETO, SHALL BE INCORPORATED INTO THIS AGREEMENT.

**6. ARBITRATION AGREEMENT. ANY AND ALL CONTROVERSIES, DISPUTES OR CLAIMS BETWEEN THE UNDERSIGNED AND YOU, OR THE INTRODUCING BROKER, OR THE AGENTS, REPRESENTATIVES, EMPLOYEES, DIRECTORS, OFFICERS OR CONTROL PERSONS OF YOU OR THE INTRODUCING BROKER, ARISING OUT OF, IN CONNECTION WITH, FROM OR WITH RESPECT TO (a) ANY PROVISIONS OF OR THE VALIDITY OF THIS AGREEMENT OR ANY RELATED AGREEMENTS, (b) THE RELATIONSHIP OF THE PARTIES HERETO, OR (c) ANY CONTROVERSY ARISING OUT OF YOUR BUSINESS, THE INTRODUCING BROKER'S BUSINESS OR THE UNDERSIGNED'S ACCOUNTS, SHALL BE CONDUCTED PURSUANT TO THE DEMAND FOR ARBITRATION OCCURS. IF THE MASD. ARBITRATION MUST BE COMMENCED BY SERVICE OF A WRITTEN ARBITRATOR (S) SHALL BE CONCLUSIVE AND BINDING UPON ALL PARTIES AND JUDGMENT UPON ANY AWARD RENDERED MAY BE ENTERED IN A COURT HAVING JURISDICTION THEREOF, AND NEITHER PARTY SHALL OPPOSE SUCH ENTRY.**

No person shall bring a putative or certified class action to arbitration, nor seek to enforce any pre-dispute arbitration agreement against any person who has initiated in court a putative class action or who is a member of a putative class who has not opted out of the class with respect to any claims encompassed by the putative class action until: (i) the class certification is denied; or (ii) the class is decertified; or (iii) the customer is excluded from the class by the court. Such forbearance to enforce an agreement to arbitrate shall not constitute a waiver of any rights under this agreement except to the extent stated herein.

**7. Other Agreements; Option Transactions, Charges.** The Customer agrees to be bound by the terms of Your Customer Account Agreement. If the Customer trades on margin or has a Short Account, the Customer agrees to be bound by the terms of Your Customer Margin and Short Account Agreement. If the Customer trades options, the Customer agrees to be bound by the terms of Your Customer Option Agreement. If this is a Joint Account, the Customers agrees to be bound by the terms of Your Joint Account Agreement. The Customer agrees that all copies of these agreements are available from You and, to the extent applicable, are incorporated by reference herein. The terms of these agreements are in addition to the provisions of this Agreement and any other written agreements between You and the Customer. You authorize transfer of funds between Your Account maintenance fees, security transfer fees and account transfer fees, and other charges or fees as agreed between You and the Customer's Introducing Broker or as independently established by You.

**8. Option Account.** Assignment notices for option contracts are allocated among client short positions pursuant to a manual procedure which randomly selects from all client short option positions, including positions established on the day of assignment, those contracts which are subject to exercise. A more detailed description of Your random allocation procedure is available to the Customer upon request. All short option positions are subject to assignment at any time, including positions established on the day upon which an option is assigned. The Customer must promptly advise the Introducing Broker of any change in included in the Customer's financial situation. Individual options commissions and other related charges have been upon request. The customer must promptly advise the Introducing Broker of any material change in the customer's investment objectives or financial situation.

**9. Miscellaneous.** Your financial statement is available for personal inspection or will be mailed in the Customer's request. The headings of each section of the Agreement are descriptive only and do not modify or qualify any provision of this Agreement. Except as provided in this Agreement, no provision of this Agreement may be altered, modified or amended unless in writing signed by You. Your authorized representative. This Agreement and all provisions shall inure to the benefit of You and Your successors, Your assigns and the Introducing Broker and their assigns and employees. The persons specified in Paragraph 6 above. With respect to any free credit balance included on the Customer statement, such balance is payable on demand and may be commingled with other amounts, pursuant to the limitations of 17 CFR Section 240.15c3-3 of the Securities Exchange Act of 1934. The estimated statement charges, fees and commissions following demand to You, You shall not be liable of the debit balance and any unpaid deficiency in the Account of the Customer with You. You acknowledges all reasonable costs of collection of the debit balance and any unpaid deficiency in the Account of the Customer with You, including but not limited to attorney's fees and expenses, incurred and payable or paid by You shall be payable by the Customer. The estimated or prepared from sources You consider to be reliable, but You make no assurance as to their accuracy.

# Track Data Securities Corporation
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

**ALEXIS AMPUDIA**

## Account Information
Account Number: 32372971

## Statement Period
February 1, 2007 to February 28, 2007

## Portfolio Positions

### Cash & Equivalents

| Cash & Equivalents | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| Cash | | Cash | | | 15.14 | 0.02% | | |
| Margin Account Balance | | Margin | | | 89,154.38 | 99.25% | | |
| **Total: Cash & Equivalents** | | | | | **89,169.52** | **99.27%** | | |

### Equities

| | Symbol/ Cusip | Account Type | Quantity | Current Price | Current Value | Percent of Acct Assets | Estimated Annual Income | Estimated Current Yield |
|---|---|---|---|---|---|---|---|---|
| B FAST CORP | BFTC | Margin | 10,000 | .05 | 500.00 | 0.56% | | |
| MICRO-INTEGRATION CORP | MINT | Margin | 10,400 | .015 | 156.00 | 0.17% | | |
| PEARL ASIAN MINING INDUSTRIES ISIN US7047551079 | PAIM | Margin | 5,000 | .0005 | 2.50 | | | |
| TRIANGLE MULTI-MEDIA INC | QBID | Margin | 666 | .0001 | .06 | | | |
| **Total: Equities** | | | | | **658.56** | **0.73%** | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total: Account Net Assets/Equity** | | | | | **89,828.08** | **100.00** | | |
| Short Account Balance | | Short | | | (43,965.20) | -48.94% | | |
| **Short Account Equity** | | | | | **(43,965.20)** | **-48.94%** | | |

*Account value and totals are based only on priced securities. We may be unable to price all securities in your account. For municipal securities and some other fixed income securities, prices are approximate (not actual market bids) and are provided only as a general guide. They do not necessarily reflect actual market prices. For current prices, please contact your financial consultant.*

# Track Data Securities Corporation

691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

**Statement of Account**

**Statement Period**
February 1, 2007 to February 28, 2007

ALEXIS AMPUDIA

**Account Information**
Account Number: 32372971

## Account Activity

### Cash Account

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Cash | | | OPENING BALANCE | | 8.61 |
| 02/02/07 | Cash | Journal | | TO2 | | (8.61) |
| 02/28/07 | Cash | Interest | | 1.500% 02/01-02/28  $12999 | | 15.14 |
| **Total: Cash Account Balance** | | | | | | **15.14** |

### Margin Account

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Margin | | | OPENING BALANCE | | 38.91 |
| 02/01/07 | Margin | Bought | 1,000 | MICRO-INTEGRATION CORP N4698 | .52 | (532.95) |
| 02/01/07 | Margin | Sold | -23,000 | MICRO-INTEGRATION CORP N6516 | .3 | 6,885.11 |
| 02/02/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 02/02/07 | Margin | Journal | | FROM1 | | 8.61 |
| 02/02/07 | Margin | Journal | | WIRE TRANSFER | | (6,384.68) |
| 02/09/07 | Margin | Sold | -5,000 | MICRO-INTEGRATION CORP NA0AM | .39 | 1,936.62 |
| 02/09/07 | Margin | Sold | -35,000 | MICRO-INTEGRATION CORP NA22R | .49 | 17,133.90 |
| 02/09/07 | Margin | Sold | -45,000 | MICRO-INTEGRATION CORP NA28L | .4 | 17,983.12 |
| 02/13/07 | Margin | Bought | 2,395 | TRANSAXIS INC NA1G3 | .45 | (1,090.70) |
| 02/14/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 02/14/07 | Margin | Journal | | WIRE TRANSFER | | (7,000.00) |
| 02/15/07 | Margin | Bought | 30,000 | MICRO-INTEGRATION CORP NA1T9 | .1 | (3,012.95) |
| 02/16/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 02/16/07 | Margin | Journal | | WIRE TRANSFER | | (1,200.00) |
| 02/20/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

# Statement of Account

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

**Statement Period**
February 1, 2007 to February 28, 2007

**Account Information**

**Account Number:** 32372971

ALEXIS AMPUDIA

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 02/20/07 | Margin | Sold | -50,000 | MICRO-INTEGRATION CORP<br>NA0FM | .4 | 19,982.68 |
| 02/20/07 | Margin | Sold | -2,395 | TRANSAXIS INC<br>NA0KJ | .55 | 1,304.08 |
| 02/20/07 | Margin | Journal | | WIRE TRANSFER | | (6,500.00) |
| 02/21/07 | Margin | Bought | 10,000 | B FAST CORP<br>N4289 | .03 | (312.95) |
| 02/21/07 | Margin | Bought | 10,000 | B FAST CORP<br>NA01K | .15 | (1,512.95) |
| 02/21/07 | Margin | Bought | 40,000 | B FAST CORP<br>NA0JI | .2 | (8,012.95) |
| 02/21/07 | Margin | Bought | 24,200 | B FAST CORP<br>NA0JJ | .2 | (4,852.95) |
| 02/21/07 | Margin | Bought | 30,000 | B FAST CORP<br>NA0JK | .29 | (8,712.95) |
| 02/21/07 | Margin | Sold | -5,000 | B FAST CORP<br>NA09O | .2 | 986.64 |
| 02/21/07 | Margin | Sold | -25,000 | B FAST CORP<br>NA0SP | .2 | 4,985.02 |
| 02/21/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 02/21/07 | Margin | Bought | 50,000 | MICRO-INTEGRATION CORP<br>NA09E | .27 | (13,512.95) |
| 02/21/07 | Margin | Bought | 14,800 | MICRO-INTEGRATION CORP<br>NA0JL | .27 | (4,008.95) |
| 02/21/07 | Margin | Bought | 17,200 | MICRO-INTEGRATION CORP<br>NA0K4 | .29 | (5,000.95) |
| 02/21/07 | Margin | Bought | 17,200 | MICRO-INTEGRATION CORP<br>NA0K5 | .29 | (5,000.95) |
| 02/21/07 | Margin | Bought | 11,500 | MICRO-INTEGRATION CORP<br>NA0K6 | .29 | (3,347.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

# Track Data Securities Corporation
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

**Statement Period**
February 1, 2007 to February 28, 2007

**Account Information**
Account Number: 32372971

ALEXIS AMPUDIA

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 02/21/07 | Margin | Bought | 16,100 | MICRO-INTEGRATION CORP NA0K7 | .31 | (5,003.95) |
| 02/21/07 | Margin | Sold | -17,200 | MICRO-INTEGRATION CORP NA0SF | 1/2 | 8,585.49 |
| 02/21/07 | Margin | Sold | -34,400 | MICRO-INTEGRATION CORP NA0SG | 1/2 | 17,183.94 |
| 02/21/07 | Margin | Sold | -14,800 | MICRO-INTEGRATION CORP NA0NX | 1/2 | 7,385.70 |
| 02/21/07 | Margin | Sold | -50,000 | MICRO-INTEGRATION CORP NA0SO | 1/2 | 24,982.53 |
| 02/21/07 | Margin | Sold | -6,800 | MICRO-INTEGRATION CORP NA0NZ | .4 | 2,706.45 |
| 02/21/07 | Margin | Journal | | WIRE TRANSFER | | (7,000.00) |
| 02/22/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 02/22/07 | Margin | Journal | | WIRE TRANSFER | | (15,000.00) |
| 02/23/07 | Margin | Bought | 50,000 | B FAST CORP NA2Q9 | .275 | (13,900.45) |
| 02/23/07 | Margin | Bought | 20,000 | B FAST CORP NA2C9 | .15 | (3,012.95) |
| 02/23/07 | Margin | Sold | -30,000 | B FAST CORP NA33I | .22 | 6,518.59 |
| 02/23/07 | Margin | Sold | -50,000 | B FAST CORP NA2NL | .45 | 22,257.60 |
| 02/23/07 | Margin | Sold | -14,200 | B FAST CORP NA2IB | .4 | 5,609.01 |
| 02/23/07 | Margin | Sold | -50,000 | B FAST CORP NA2R0 | .48 | 23,742.56 |
| 02/27/07 | Margin | Journal | | DOMESTIC WIRE FEE | | (15.00) |
| 02/27/07 | Margin | Mark to Market | | SHORT ACCT. MARK TO MARKET | | 33,965.20 |
| 02/27/07 | Margin | Journal | | WIRE TRANSFER | | (21,000.00) |

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

| Account Information | |
|---|---|
| Account Number: | 32372971 |

| Statement Period | |
|---|---|
| February 1, 2007 to February 28, 2007 | |

ALEXIS AMPUDIA

## Account Activity

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 02/28/07 | Margin | Debit Interest | | 8.950% 02/01-02/28   $1044 | | (7.25) |
| 02/28/07 | Margin | Mark to Market | | SHORT ACCT. MARK TO MARKET | | 10,000.00 |
| **Total: Margin Account Balance** | | | | | | **89,154.38** |

## Short Account

| Entry/Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| | Short | | | OPENING BALANCE | | 0.00 |
| 02/27/07 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (33,965.20) |
| 02/28/07 | Short | Mark to Market | | SHORT ACCT. MARK TO MARKET | | (10,000.00) |
| **Total: Short Account Balance** | | | | | | **(43,965.20)** |

## Trades Pending Settlement

| Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 02/26/07 | Margin | Bought | 50,000 | ZEGARELLI GROUP INTL INC WORTHLESS/NON-TRANSFERABLE NA2WC | .1 | (5,012.95) |
| 02/26/07 | Margin | Bought | 50,000 | ZEGARELLI GROUP INTL INC WORTHLESS/NON-TRANSFERABLE NA5HC | .1 | (5,012.95) |
| 02/26/07 | Margin | Bought | 50,000 | ZEGARELLI GROUP INTL INC WORTHLESS/NON-TRANSFERABLE NA56i | .1 | (5,012.95) |
| 02/26/07 | Margin | Bought | 5,000 | ZEGARELLI GROUP INTL INC WORTHLESS/NON-TRANSFERABLE NA4YX | .03 | (150.00) |
| 02/26/07 | Margin | Bought | 5,000 | ZEGARELLI GROUP INTL INC WORTHLESS/NON-TRANSFERABLE NA51A | .05 | (262.95) |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   • MEMBER NASD AND SIPC

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

# Statement of Account

| | **Statement Period** |
| --- | --- |
| | February 1, 2007 to February 28, 2007 |

**Account Information**
Account Number:   32372971

ALEXIS AMPUDIA

## Trades Pending Settlement

| Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 02/26/07 | Margin | Bought | 50,000 | ZEGARELLI GROUP INTL INC<br>WORTHLESS/NON-TRANSFERABLE<br>NA5EK | .1 | (5,012.95) |
| 02/27/07 | Margin | Sold | -10,000 | B FAST CORP<br>N5667 | .15 | 1,471.25 |
| 02/27/07 | Margin | Sold | -5,000 | MICRO-INTEGRATION CORP<br>N5330 | .26 | 1,273.64 |
| 02/27/07 | Margin | Sold | -5,000 | MICRO-INTEGRATION CORP<br>N5731 | .21 | 1,026.14 |
| 02/27/07 | Margin | Bought | 25,000 | VIDIKRON TECHNOLOGIES GROUP<br>WORTHLESS/NON-TRANSFERABLE<br>N5619 | .01 | (262.95) |
| 02/27/07 | Margin | Bought | 58,523 | VIDIKRON TECHNOLOGIES GROUP<br>WORTHLESS/NON-TRANSFERABLE<br>N5584 | .0334174 | (1,968.64) |
| 02/27/07 | Margin | Bought | 10,600 | VIDIKRON TECHNOLOGIES GROUP<br>WORTHLESS/NON-TRANSFERABLE<br>N5223 | .05 | (542.95) |
| 02/27/07 | Margin | Sold | -5,000 | ZEGARELLI GROUP INTL INC<br>WORTHLESS/NON-TRANSFERABLE<br>N5730 | .45 | 2,236.61 |
| 02/27/07 | Margin | Sold | -50,000 | ZEGARELLI GROUP INTL INC<br>WORTHLESS/NON-TRANSFERABLE<br>N5732 | .3 | 14,982.83 |
| 02/27/07 | Margin | Sold | -50,000 | ZEGARELLI GROUP INTL INC<br>WORTHLESS/NON-TRANSFERABLE<br>N4554 | .3 | 14,982.83 |
| 02/27/07 | Margin | Sold | -50,000 | ZEGARELLI GROUP INTL INC<br>WORTHLESS/NON-TRANSFERABLE<br>N5733 | .35 | 17,482.75 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.   ● MEMBER NASD AND SIPC

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

## Statement of Account

| | | Statement Period |
| --- | --- | --- |
| | | February 1, 2007 to February 28, 2007 |

**Account Information**
Account Number:    32372971

ALEXIS AMPUDIA

**Trades Pending Settlement**

| Trade Date | Account Type | Transaction | Quantity | Description | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 02/27/07 | Margin | Sold | -50,000 | ZEGARELLI GROUP INTL INC WORTHLESS/NON-TRANSFERABLE N5734 | .45 | 22,482.60 |
| 02/27/07 | Short | Sold | -50,000 | ZEGARELLI GROUP INTL INC WORTHLESS/NON-TRANSFERABLE N0995 | .45 | 22,482.60 |
| 02/27/07 | Short | Sold | -50,000 | ZEGARELLI GROUP INTL INC WORTHLESS/NON-TRANSFERABLE N5620 | .45 | 22,482.60 |

ACCOUNTS CARRIED BY PENSON FINANCIAL SERVICES, INC.    ● MEMBER NASD AND SIPC

# Statement of Account

**Track Data Securities Corporation**
691 Fulton Street
Brooklyn, NY 11217
(800) MY-TRACK

| Account Information | |
|---|---|
| Account Number: | 32372971 |

**Statement Period**
February 1, 2007 to February 28, 2007

ALEXIS AMPUDIA

*Settled Trades Summary:*

| | |
|---|---|
| TOTAL PURCHASED (USD): | 80,830.45 |
| TOTAL SOLD (USD): | 190,169.04 |

| | |
|---|---|
| TOTAL SHARES PURCHASED: | 344,395.00 |
| TOTAL SHARES SOLD: | 457,795.00 |

*Effective April 2007, a $15.00 first quarter custody fee will be charged to all non-IRA accounts holding physical securities at Penson. If you would like to avoid the fee, please notify your broker to mail the security to you.*

*SIPC does not cover commodity contracts and options on futures.*

*DPP and REIT securities are generally illiquid and the estimated value of these securities may not be realized upon liquidation of the security. The value of the security will differ from the purchase price. In the event valuations are provided, they will be based upon estimated values obtained from the issuer's annual report. However, in some cases accurate valuation information is not available and will not be provided.*

*NASD has filed with the SEC a proposed rule change to amend NASD Rule 2340 to require that account statements include a statement that advises each customer to promptly report any inaccuracy or discrepancy in that person's account to his or her brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing. http://www.nasd.com/stellent/groups/rules_regs/documents/rule_filing/nasdw_011958.pdf*

*When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution. Please contact your broker if you have questions about electronic check collection or do not want your payments collected electronically.*

*Pursuant to SEC Rule 606, Penson Financial Services, Inc. is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance * Division of S3 Matching Technologies * to disclose all required information pertaining to this rule. ftp://public.s3.com/11ac1-6/pfsi*

*THE NASD REQUIRES THAT WE NOTIFY YOU IN WRITING OF THE AVAILABILITY OF AN INVESTOR BROCHURE THAT INCLUDES INFORMATION DESCRIBING THE NASD'S PUBLIC DISCLOSURE PROGRAM ("PROGRAM"). TO OBTAIN A BROCHURE OR MORE INFORMATION ABOUT THE PROGRAM OR NASD, CONTACT THE NASD PROGRAM HOTLINE AT (800) 289-9999 OR ACCESS THE NASD WEB SITE AT www.nasdbrokercheck.com*

**\* End of Statement \***

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 514 | lexkartel03 | 68.246.54.158 | 2006-10-19 11:24:41.323 | | Oct 19 2006 11:24AM | |
| 515 | lexkartel03 | 24.90.135.144 | 2006-10-23 09:11:25.853 | | Oct 23 2006 9:11AM | |
| 516 | lexkartel03 | 200.46.232.26 | 2006-10-24 09:14:26.253 | | Oct 24 2006 9:14AM | |
| 517 | lexkartel03 | 200.46.232.26 | 2006-10-24 13:27:22.510 | | Oct 24 2006 1:27PM | |
| 518 | lexkartel03 | 200.46.232.26 | 2006-10-24 15:36:24.797 | | Oct 24 2006 3:36PM | |
| 519 | lexkartel03 | 200.46.232.26 | 2006-10-24 15:56:22.290 | | Oct 24 2006 3:56PM | |
| 520 | lexkartel03 | 200.46.232.26 | 2006-10-24 16:09:56.807 | | Oct 24 2006 4:09PM | |
| 521 | lexkartel03 | 200.46.232.26 | 2006-10-24 17:35:50.270 | | Oct 24 2006 5:35PM | |
| 522 | lexkartel03 | 200.46.232.26 | 2006-10-24 19:03:08.730 | | Oct 24 2006 7:03PM | |
| 523 | lexkartel03 | 200.46.232.26 | 2006-10-24 19:51:07.457 | | Oct 24 2006 7:51PM | |
| 524 | lexkartel03 | 200.46.232.26 | 2006-10-24 19:51:08.753 | | Oct 24 2006 7:51PM | |
| 525 | lexkartel03 | 200.46.232.26 | 2006-10-24 20:25:03.497 | | Oct 24 2006 8:25PM | |
| 526 | lexkartel03 | 200.46.232.26 | 2006-10-24 20:50:40.357 | | Oct 24 2006 8:50PM | |
| 527 | lexkartel03 | 200.46.232.26 | 2006-10-24 20:55:47.367 | | Oct 24 2006 8:55PM | |
| 528 | lexkartel03 | 200.46.232.26 | 2006-10-25 12:29:29.973 | | Oct 25 2006 12:29PM | |
| 529 | lexkartel03 | 200.46.232.26 | 2006-10-25 12:38:08.340 | | Oct 25 2006 12:38PM | |
| 530 | lexkartel03 | 200.46.232.26 | 2006-10-25 13:50:10.600 | | Oct 25 2006 1:50PM | |
| 531 | lexkartel03 | 200.46.232.26 | 2006-10-27 14:39:46.577 | | Oct 27 2006 2:39PM | |
| 532 | lexkartel03 | 200.46.232.26 | 2006-10-27 16:53:18.610 | | Oct 27 2006 4:53PM | |
| 533 | lexkartel03 | 200.46.232.26 | 2006-10-27 17:24:25.997 | | Oct 27 2006 5:24PM | |
| 534 | lexkartel03 | 200.46.232.26 | 2006-10-27 17:54:10.883 | | Oct 27 2006 5:54PM | |
| 535 | lexkartel03 | 200.46.232.26 | 2006-10-27 17:55:41.803 | | Oct 27 2006 5:55PM | |
| 536 | lexkartel03 | 200.46.232.26 | 2006-10-27 18:55:08.330 | | Oct 27 2006 6:55PM | |
| 537 | lexkartel03 | 200.46.232.26 | 2006-10-27 23:45:59.433 | | Oct 27 2006 11:45PM | |
| 538 | lexkartel03 | 68.246.1.82 | 2006-10-30 09:35:33.267 | | Oct 30 2006 9:35AM | |
| 539 | lexkartel03 | 24.90.135.144 | 2006-11-01 16:34:07.157 | | Nov 1 2006 4:34PM | |
| 540 | lexkartel03 | 24.90.135.144 | 2006-11-01 16:34:37.437 | | Nov 1 2006 4:34PM | |
| 541 | lexkartel03 | 24.90.135.144 | 2006-11-01 18:02:05.930 | | Nov 1 2006 6:02PM | |
| 542 | lexkartel03 | 24.90.135.144 | 2006-11-01 19:10:04.310 | | Nov 1 2006 7:10PM | |
| 543 | lexkartel03 | 24.90.135.144 | 2006-11-01 22:04:12.917 | | Nov 1 2006 10:04PM | |
| 544 | lexkartel03 | 24.90.135.144 | 2006-11-02 02:03:02.937 | | Nov 2 2006 2:03AM | |
| 545 | lexkartel03 | 24.188.12.72 | 2006-11-03 18:32:36.500 | | Nov 3 2006 6:32PM | |
| 546 | lexkartel03 | 70.23.46.27 | 2006-11-03 18:41:46.833 | | Nov 3 2006 6:41PM | |
| 547 | lexkartel03 | 70.107.232.90 | 2006-11-03 20:29:41.257 | | Nov 3 2006 8:29PM | |
| 548 | lexkartel03 | 66.108.15.211 | 2006-11-03 20:34:57.280 | | Nov 3 2006 8:34PM | |
| 549 | lexkartel03 | 66.108.15.67 | 2006-11-03 20:37:51.200 | | Nov 3 2006 8:37PM | |
| 550 | lexkartel03 | 67.102.52.250 | 2006-11-04 00:29:50.130 | | Nov 4 2006 12:29AM | |
| 551 | lexkartel03 | 67.102.52.250 | 2006-11-04 00:40:02.570 | | Nov 4 2006 12:40AM | |
| 552 | lexkartel03 | 24.90.135.144 | 2006-11-13 14:57:22.050 | | Nov 13 2006 2:57PM | |
| 553 | lexkartel03 | 69.122.128.66 | 2006-11-16 13:56:33.540 | | Nov 16 2006 1:56PM | |
| 554 | lexkartel03 | 24.90.135.144 | 2006-11-17 09:30:34.843 | | Nov 17 2006 9:30AM | |
| 555 | lexkartel03 | 24.90.135.144 | 2006-11-20 01:11:52.557 | | Nov 20 2006 1:11AM | |
| 556 | lexkartel03 | 24.90.135.144 | 2006-11-20 08:41:58.523 | | Nov 20 2006 8:41AM | |
| 557 | lexkartel03 | 24.90.135.144 | 2006-11-20 13:52:51.720 | | Nov 20 2006 1:52PM | |
| 558 | lexkartel03 | 24.90.135.144 | 2006-11-20 19:10:44.323 | | Nov 20 2006 7:10PM | |
| 559 | lexkartel03 | 24.90.135.144 | 2006-11-20 20:08:27.367 | | Nov 20 2006 8:08PM | |
| 560 | lexkartel03 | 24.90.135.144 | 2006-11-21 03:30:55.793 | | Nov 21 2006 3:30AM | |
| 561 | lexkartel03 | 24.90.135.144 | 2006-11-21 15:44:31.260 | | Nov 21 2006 3:44PM | |
| 562 | lexkartel03 | 24.90.135.144 | 2006-11-22 12:32:23.910 | | Nov 22 2006 12:32PM | |
| 563 | lexkartel03 | 24.90.135.144 | 2006-11-22 12:48:54.080 | | Nov 22 2006 12:48PM | |
| 564 | lexkartel03 | 24.90.135.144 | 2006-11-23 18:16:39.153 | | Nov 23 2006 6:16PM | |
| 565 | lexkartel03 | 24.90.135.144 | 2006-11-23 18:30:38.170 | | Nov 23 2006 6:30PM | |
| 566 | lexkartel03 | 24.90.135.144 | 2006-11-23 18:42:01.420 | | Nov 23 2006 6:42PM | |
| 567 | lexkartel03 | 24.90.135.144 | 2006-11-23 18:58:12.340 | | Nov 23 2006 6:58PM | |
| 568 | lexkartel03 | 24.90.135.144 | 2006-11-23 19:19:57.707 | | Nov 23 2006 7:19PM | |
| 569 | lexkartel03 | 24.90.135.144 | 2006-11-24 09:44:07.870 | | Nov 24 2006 9:44AM | |
| 570 | lexkartel03 | 24.90.135.144 | 2006-11-25 14:09:23.170 | | Nov 25 2006 2:09PM | |

IP log lexkartel03 3-06 3-07.xls

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 571 | lexkartel03 | 67.102.52.250    2006-11-27 09:43:02.987 | | | Nov 27 2006  9:43AM | |
| 572 | lexkartel03 | 24.90.135.144    2006-11-28 23:50:12.150 | | | Nov 28 2006 11:50PM | |
| 573 | lexkartel03 | 24.90.135.144    2006-11-29 09:37:03.920 | | | Nov 29 2006  9:37AM | |
| 574 | lexkartel03 | 24.90.135.144    2006-11-29 12:03:49.810 | | | Nov 29 2006 12:03PM | |
| 575 | lexkartel03 | 24.90.135.144    2006-11-30 00:57:31.147 | | | Nov 30 2006 12:57AM | |
| 576 | lexkartel03 | 24.90.135.144    2006-11-30 09:14:32.310 | | | Nov 30 2006  9:14AM | |
| 577 | lexkartel03 | 138.89.254.129   2006-12-01 02:15:12.167 | | | Dec  1 2006  2:15AM | |
| 578 | lexkartel03 | 24.90.135.144    2006-12-04 09:40:47.130 | | | Dec  4 2006  9:40AM | |
| 579 | lexkartel03 | 71.254.50.218    2006-12-06 11:13:04.777 | | | Dec  6 2006 11:13AM | |
| 580 | lexkartel03 | 71.254.50.218    2006-12-06 11:40:37.227 | | | Dec  6 2006 11:40AM | |
| 581 | lexkartel03 | 71.254.50.218    2006-12-06 15:52:48.330 | | | Dec  6 2006  3:52PM | |
| 582 | lexkartel03 | 71.254.50.218    2006-12-06 17:50:28.443 | | | Dec  6 2006  5:50PM | |
| 583 | lexkartel03 | 71.254.50.218    2006-12-06 19:00:16.380 | | | Dec  6 2006  7:00PM | |
| 584 | lexkartel03 | 71.254.50.218    2006-12-06 22:49:25.333 | | | Dec  6 2006 10:49PM | |
| 585 | lexkartel03 | 71.254.50.218    2006-12-06 23:14:02.493 | | | Dec  6 2006 11:14PM | |
| 586 | lexkartel03 | 71.254.50.218    2006-12-07 08:12:45.823 | | | Dec  7 2006  8:12AM | |
| 587 | lexkartel03 | 71.254.50.218    2006-12-07 10:02:56.010 | | | Dec  7 2006 10:02AM | |
| 588 | lexkartel03 | 71.254.50.218    2006-12-07 10:04:58.570 | | | Dec  7 2006 10:04AM | |
| 589 | lexkartel03 | 71.254.50.218    2006-12-07 13:17:37.973 | | | Dec  7 2006  1:17PM | |
| 590 | lexkartel03 | 67.102.52.250    2006-12-10 22:26:08.700 | | | Dec 10 2006 10:26PM | |
| 591 | lexkartel03 | 70.5.126.1    2006-12-12 15:28:15.457 | | | Dec 12 2006  3:28PM | |
| 592 | lexkartel03 | 24.90.135.144    2006-12-13 09:56:25.600 | | | Dec 13 2006  9:56AM | |
| 593 | lexkartel03 | 24.45.10.190    2006-12-13 13:29:45.217 | | | Dec 13 2006  1:29PM | |
| 594 | lexkartel03 | 24.45.10.190    2006-12-13 14:19:03.887 | | | Dec 13 2006  2:19PM | |
| 595 | lexkartel03 | 70.5.15.46    2006-12-14 13:30:52.050 | | | Dec 14 2006  1:30PM | |
| 596 | lexkartel03 | 70.5.126.196    2006-12-15 00:27:59.190 | | | Dec 15 2006 12:27AM | |
| 597 | lexkartel03 | 70.5.44.243    2006-12-15 00:40:29.690 | | | Dec 15 2006 12:40AM | |
| 598 | lexkartel03 | 70.5.118.15    2006-12-15 07:23:15.337 | | | Dec 15 2006  7:23AM | |
| 599 | lexkartel03 | 70.5.132.19    2006-12-15 17:45:06.573 | | | Dec 15 2006  5:45PM | |
| 600 | lexkartel03 | 24.90.135.144    2006-12-15 22:49:03.257 | | | Dec 15 2006 10:49PM | |
| 601 | lexkartel03 | 24.90.135.144    2006-12-16 01:24:59.217 | | | Dec 16 2006  1:24AM | |
| 602 | lexkartel03 | 24.90.135.144    2006-12-16 05:23:58.520 | | | Dec 16 2006  5:23AM | |
| 603 | lexkartel03 | 74.72.125.42    2006-12-16 14:32:49.327 | | | Dec 16 2006  2:32PM | |
| 604 | lexkartel03 | 70.5.0.238    2006-12-16 14:34:18.623 | | | Dec 16 2006  2:34PM | |
| 605 | lexkartel03 | 70.116.107.167   2006-12-18 12:26:03.920 | | | Dec 18 2006 12:26PM | |
| 606 | lexkartel03 | 70.116.107.167   2006-12-18 15:30:21.710 | | | Dec 18 2006  3:30PM | |
| 607 | lexkartel03 | 70.5.242.190    2006-12-19 15:33:30.157 | | | Dec 19 2006  3:33PM | |
| 608 | lexkartel03 | 70.5.119.247    2006-12-22 12:00:00.283 | | | Dec 22 2006 12:00PM | |
| 609 | lexkartel03 | 68.246.67.24    2006-12-22 21:05:15.187 | | | Dec 22 2006  9:05PM | |
| 610 | lexkartel03 | 68.246.67.24    2006-12-22 21:07:08.920 | | | Dec 22 2006  9:07PM | |
| 611 | lexkartel03 | 70.5.244.173    2006-12-26 09:46:39.050 | | | Dec 26 2006  9:46AM | |
| 612 | lexkartel03 | 70.5.159.171    2006-12-27 12:33:40.670 | | | Dec 27 2006 12:33PM | |
| 613 | lexkartel03 | 24.90.135.144    2006-12-28 13:58:41.397 | | | Dec 28 2006  1:58PM | |
| 614 | lexkartel03 | 70.5.231.78    2006-12-30 20:53:02.790 | | | Dec 30 2006  8:53PM | |
| 615 | lexkartel03 | 24.90.135.144    2007-01-03 12:40:41.330 | | | Jan  3 2007 12:40PM | |
| 616 | lexkartel03 | 68.246.30.140    2007-01-04 14:30:46.687 | | | Jan  4 2007  2:30PM | |
| 617 | lexkartel03 | 68.246.30.140    2007-01-04 14:32:42.277 | | | Jan  4 2007  2:32PM | |
| 618 | lexkartel03 | 24.90.135.144    2007-01-05 13:36:07.810 | | | Jan  5 2007  1:36PM | |
| 619 | lexkartel03 | 24.90.135.144    2007-01-05 15:11:45.307 | | | Jan  5 2007  3:11PM | |
| 620 | lexkartel03 | 24.90.135.144    2007-01-11 09:55:47.750 | | | Jan 11 2007  9:55AM | |
| 621 | lexkartel03 | 70.5.56.84    2007-01-11 15:14:38.880 | | | Jan 11 2007  3:14PM | |
| 622 | lexkartel03 | 69.114.217.133   2007-01-13 18:03:47.963 | | | Jan 13 2007  6:03PM | |
| 623 | lexkartel03 | 69.114.217.133   2007-01-13 20:50:52.270 | | | Jan 13 2007  8:50PM | |
| 624 | lexkartel03 | 67.102.52.250    2007-01-19 12:38:17.087 | | | Jan 19 2007 12:38PM | |
| 625 | lexkartel03 | 38.118.57.128    2007-01-19 23:03:48.867 | | | Jan 19 2007 11:03PM | |
| 626 | lexkartel03 | 68.246.109.83    2007-01-20 17:56:30.733 | | | Jan 20 2007  5:56PM | |
| 627 | lexkartel03 | 69.114.217.133   2007-01-21 21:53:41.770 | | | Jan 21 2007  9:53PM | |

IP_log_lexkartel03_3-06_3-07.xls

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 628 | lexkartel03 | 24.90.135.144  2007-01-22 09:34:08.760 | | | Jan 22 2007  9:34AM | |
| 629 | lexkartel03 | 24.90.135.144  2007-01-22 12:03:24.743 | | | Jan 22 2007 12:03PM | |
| 630 | lexkartel03 | 24.90.135.144  2007-01-22 13:45:05.597 | | | Jan 22 2007  1:45PM | |
| 631 | lexkartel03 | 24.90.135.144  2007-01-23 09:47:20.807 | | | Jan 23 2007  9:47AM | |
| 632 | lexkartel03 | 24.90.135.144  2007-01-24 11:00:17.030 | | | Jan 24 2007 11:00AM | |
| 633 | lexkartel03 | 68.246.101.36  2007-01-25 14:38:42.323 | | | Jan 25 2007  2:38PM | |
| 634 | lexkartel03 | 24.90.135.144  2007-01-26 10:59:06.250 | | | Jan 26 2007 10:59AM | |
| 635 | lexkartel03 | 24.90.135.144  2007-01-26 12:44:54.450 | | | Jan 26 2007 12:44PM | |
| 636 | lexkartel03 | 67.102.52.250  2007-01-29 14:46:16.687 | | | Jan 29 2007  2:46PM | |
| 637 | lexkartel03 | 67.102.52.250  2007-01-31 15:32:55.277 | | | Jan 31 2007  3:32PM | |
| 638 | lexkartel03 | 67.102.52.250  2007-02-01 10:22:43.490 | | | Feb  1 2007 10:22AM | |
| 639 | lexkartel03 | 67.102.52.250  2007-02-01 11:56:38.823 | | | Feb  1 2007 11:56AM | |
| 640 | lexkartel03 | 67.102.52.250  2007-02-02 10:10:19.887 | | | Feb  2 2007 10:10AM | |
| 641 | lexkartel03 | 69.114.217.133  2007-02-09 15:29:49.497 | | | Feb  9 2007  3:29PM | |
| 642 | lexkartel03 | 69.114.217.133  2007-02-09 15:34:06.273 | | | Feb  9 2007  3:34PM | |
| 643 | lexkartel03 | 69.114.217.133  2007-02-09 20:49:27.697 | | | Feb  9 2007  8:49PM | |
| 644 | lexkartel03 | 69.114.217.133  2007-02-11 15:44:42.437 | | | Feb 11 2007  3:44PM | |
| 645 | lexkartel03 | 24.90.135.144  2007-02-11 22:12:35.147 | | | Feb 11 2007 10:12PM | |
| 646 | lexkartel03 | 24.90.135.144  2007-02-11 23:59:03.273 | | | Feb 11 2007 11:59PM | |
| 647 | lexkartel03 | 71.246.111.239  2007-02-12 15:42:54.817 | | | Feb 12 2007  3:42PM | |
| 648 | lexkartel03 | 24.90.135.144  2007-02-13 12:04:48.693 | | | Feb 13 2007 12:04PM | |
| 649 | lexkartel03 | 24.90.135.144  2007-02-13 14:56:26.577 | | | Feb 13 2007  2:56PM | |
| 650 | lexkartel03 | 24.90.135.144  2007-02-13 17:19:23.890 | | | Feb 13 2007  5:19PM | |
| 651 | lexkartel03 | 24.90.135.144  2007-02-13 18:22:26.860 | | | Feb 13 2007  6:22PM | |
| 652 | lexkartel03 | 24.90.135.144  2007-02-13 18:46:58.757 | | | Feb 13 2007  6:46PM | |
| 653 | lexkartel03 | 24.90.135.144  2007-02-13 19:30:14.377 | | | Feb 13 2007  7:30PM | |
| 654 | lexkartel03 | 24.90.135.144  2007-02-13 20:30:30.387 | | | Feb 13 2007  8:30PM | |
| 655 | lexkartel03 | 24.90.135.144  2007-02-13 21:09:59.430 | | | Feb 13 2007  9:09PM | |
| 656 | lexkartel03 | 24.90.135.144  2007-02-13 22:10:15.860 | | | Feb 13 2007 10:10PM | |
| 657 | lexkartel03 | 24.90.135.144  2007-02-14 10:32:18.450 | | | Feb 14 2007 10:32AM | |
| 658 | lexkartel03 | 24.90.135.144  2007-02-14 10:32:33.623 | | | Feb 14 2007 10:32AM | |
| 659 | lexkartel03 | 68.163.73.222  2007-02-15 10:50:30.103 | | | Feb 15 2007 10:50AM | |
| 660 | lexkartel03 | 68.163.73.222  2007-02-15 10:51:41.443 | | | Feb 15 2007 10:51AM | |
| 661 | lexkartel03 | 68.163.73.222  2007-02-15 10:52:45.397 | | | Feb 15 2007 10:52AM | |
| 662 | lexkartel03 | 68.163.73.222  2007-02-15 10:58:03.090 | | | Feb 15 2007 10:58AM | |
| 663 | lexkartel03 | 68.163.73.222  2007-02-16 13:07:46.583 | | | Feb 16 2007  1:07PM | |
| 664 | lexkartel03 | 68.163.73.222  2007-02-16 20:18:42.640 | | | Feb 16 2007  8:18PM | |
| 665 | lexkartel03 | 68.163.73.222  2007-02-16 20:18:44.173 | | | Feb 16 2007  8:18PM | |
| 666 | lexkartel03 | 68.163.73.222  2007-02-20 09:21:28.980 | | | Feb 20 2007  9:21AM | |
| 667 | lexkartel03 | 70.91.5.49  2007-02-21 09:05:44.577 | | | Feb 21 2007  9:05AM | |
| 668 | lexkartel03 | 70.91.5.49  2007-02-21 09:48:52.090 | | | Feb 21 2007  9:48AM | |
| 669 | lexkartel03 | 70.91.5.49  2007-02-21 09:52:57.170 | | | Feb 21 2007  9:52AM | |
| 670 | lexkartel03 | 70.91.5.49  2007-02-21 10:04:39.497 | | | Feb 21 2007 10:04AM | |
| 671 | lexkartel03 | 70.91.5.49  2007-02-21 17:40:34.733 | | | Feb 21 2007  5:40PM | |
| 672 | lexkartel03 | 69.114.217.133  2007-02-22 15:47:54.323 | | | Feb 22 2007  3:47PM | |
| 673 | lexkartel03 | 69.114.217.133  2007-02-22 16:27:53.567 | | | Feb 22 2007  4:27PM | |
| 674 | lexkartel03 | 69.114.217.133  2007-02-22 17:36:26.537 | | | Feb 22 2007  5:36PM | |
| 675 | lexkartel03 | 69.114.217.133  2007-02-22 17:59:42.273 | | | Feb 22 2007  5:59PM | |
| 676 | lexkartel03 | 69.114.217.133  2007-02-22 19:33:07.463 | | | Feb 22 2007  7:33PM | |
| 677 | lexkartel03 | 69.143.139.165  2007-02-23 15:05:28.730 | | | Feb 23 2007  3:05PM | |
| 678 | lexkartel03 | 68.163.73.222  2007-02-23 15:44:22.657 | | | Feb 23 2007  3:44PM | |
| 679 | lexkartel03 | 69.143.139.165  2007-02-23 15:59:23.153 | | | Feb 23 2007  3:59PM | |
| 680 | lexkartel03 | 69.143.139.165  2007-02-24 04:13:29.460 | | | Feb 24 2007  4:13AM | |
| 681 | lexkartel03 | 68.163.73.222  2007-02-26 10:39:03.993 | | | Feb 26 2007 10:39AM | |
| 682 | lexkartel03 | 68.163.73.222  2007-02-26 15:53:05.087 | | | Feb 26 2007  3:53PM | |
| 683 | lexkartel03 | 68.163.73.222  2007-02-27 03:13:52.637 | | | Feb 27 2007  3:13AM | |
| 684 | lexkartel03 | 24.90.135.144  2007-02-27 21:16:43.830 | | | Feb 27 2007  9:16PM | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 685 | lexkartel03 | 24.90.135.144   2007-02-28 02:02:30.257 | | | Feb 28 2007  2:02AM | |
| 686 | lexkartel03 | 24.90.135.144   2007-02-28 07:57:03.160 | | | Feb 28 2007  7:57AM | |
| 687 | lexkartel03 | 68.245.125.182  2007-02-28 17:50:15.140 | | | Feb 28 2007  5:50PM | |
| 688 | lexkartel03 | 24.90.135.144   2007-03-01 11:34:40.390 | | | Mar  1 2007 11:34AM | |
| 689 | lexkartel03 | 24.90.135.144   2007-03-02 10:33:33.350 | | | Mar  2 2007 10:33AM | |
| 690 | lexkartel03 | 72.75.146.207   2007-03-02 23:53:33.600 | | | Mar  2 2007 11:53PM | |
| 691 | lexkartel03 | 70.165.230.202  2007-03-06 12:39:34.187 | | | Mar  6 2007 12:39PM | |
| 692 | lexkartel03 | 70.165.230.202  2007-03-06 12:40:11.653 | | | Mar  6 2007 12:40PM | |
| 693 | lexkartel03 | 69.114.217.133  2007-03-22 10:32:23.997 | | | Mar 22 2007 10:32AM | |
| 694 | lexkartel03 | 69.114.217.133  2007-03-22 11:32:52.477 | | | Mar 22 2007 11:32AM | |
| 695 | | | | | | |
| 696 | (692 row(s) affected) | | | | | |

IP_log_lexkartelo3_3-06_3-07.xls

# INCOMING WIRES

450.00 FED WIRE CREDIT FED 0032201340FF SAME 08:20 STRAIGHT
*YOUR REF: BLAT-6JSSTY*
*REC FROM: COMMERCE BANK, NATIONAL ASSOCATION NEW YORK NY*
*FED ID:* ████3673
*B/O CUSTOMER: /7917942109 ALEXIS G AMPUDIA MILCIADES A ROJAS POUGHKEEPSIE,*
*NY*
*12601-*
*REMARK: ALEXIS AMPUDIA ACCOUNT # 32372971*
*FED TIME: 08:17*
*REC GFP: 12061317*
*MRN SEQ: 051206081437XI00*
*FED REF: 1206 C1B76E1C 000084 **VIA FED***


1,000.00 FED WIRE CREDIT FED 0544503018FF SAME 15:26 STRAIGHT
*YOUR REF: O/B COMPASS BANK*
*REC FROM: COMPASS BANK PO BOX 10566 BIRMINGHAM AL 35296-0001*
*FED ID:* ████1186
*B/O CUSTOMER: /650018384442 NATHAN A HODGE* ████████████ *FORT WALTON*
*BEACH FL 32547*
*REMARK: ALEXIS AMPUDIA ACCT: 32372971*
*FED TIME: 15:23*
*REC GFP: 01182023*
*MRN SEQ: 060118135807HS00*
*FED REF: 0118 F2QCZ60C 000931 **VIA FED***


1,000.00 FED WIRE CREDIT FED 0597002125FF SAME 16:13 05/05/2006 STRAIGHT
*YOUR REF: O/B BANK UNITED*
*REC FROM: BANK UNITED, FSB CORAL GABLES FL*
*FED ID:* ████0594
*B/O CUSTOMER: /0192007637 TARA REDMOND* ████████████████ *CORAL SPRINGS*
*FL*
*33067*
*REMARK: FFC:ALEXIS AMPUDIA* ████████████ *NEW ROCHELLE, NEW YORK*
*10801 ACCOUNT 32372971*
*FED TIME: 16:07*
*REC GFP: 05052008*
*MRN SEQ: 20060505R978492*
*FED REF: 0505 F7B74M2C 000254 **VIA FED***

6,000.00 BOOK TRANSFER CREDIT BOOK 0045800174ET SAME 13:14 06/23/2006
STRAIGHT
*YOUR REF: CSB OF 06/06/23*
*REC FROM: 00000907418196065 ALEXIS AMPUDIA* ▓▓▓▓▓▓▓▓▓▓ *NEW
ROCHELLE NY 10801*
*REMARK: /BNF/ALEXIS AMPUDIA; ACCT. #32372971*
*REC GFP: 06231710*

**6,000.00** BOOK TRANSFER CREDIT BOOK 0142300212ET SAME 16:04 07/31/2006
STRAIGHT
*YOUR REF: CSB OF 06/07/31*
*REC FROM: 00000907418196065 ALEXIS AMPUDIA* ▓▓▓▓▓▓▓▓▓▓ *NEW
ROCHELLE NY 10801*
*REMARK: /BNF/ALEXIS AMPUDIA ACCOUNT: 32372971*
*REC GFP: 07312002*

195.00 FED WIRE CREDIT FED 0331814006FF SAME 13:14 STRAIGHT
*YOUR REF: LPAA-6KSMTY*
*REC FROM: COMMERCE BANK, NATIONAL ASSOCATION NEW YORK NY*
*FED ID:* ▓▓▓▓ *3673*
*B/O CUSTOMER: /7920933558 IMMANUEL L MATHIS* ▓▓▓▓▓▓▓ *BROOKLYN, NY
11225-*
*REMARK: TO ALEXIS AMPUDIA ACCNT# 32372971*
*FED TIME: 13:12*
*REC GFP: 01061812*
*MRN SEQ: 060106124351XI02*
*FED REF: 0106 C1B76E1C 001000 **VIA FED***

**• Wire Transfer •**

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $20000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ▓▓▓▓▓6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ████████████████ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

Quantity
CUSIP
Quantity 2
CUSIP2
Quantity 3
CUSIP3

## Other Information

| | |
|---|---|
| Process Date | 11/22/2006 |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          _____/_____/_____
Signature                                Date

### • Wire Transfer •

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $1108.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ██████████████ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

Quantity
CUSIP
Quantity 2
CUSIP2
Quantity 3
CUSIP3

## Other Information

| | |
|---|---|
| Process Date | 11/24/2006 |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

### Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          _____/_____/_____
Signature                                 Date

● **Wire Transfer** ●

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $4000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ▮▮▮▮6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ▮▮▮▮▮▮▮▮▮ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

Quantity
CUSIP
Quantity 2
CUSIP2
Quantity 3
CUSIP3

## Other Information

| | |
|---|---|
| Process Date | 11/28/2006 |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          _____/_____/_____
Signature                                                              Date

Page 1 of 1

● **Wire Transfer** ●

## Penson Account Information

| | |
|---|---|
| **Account** | 07-32372971 |
| **Account Name** | ALEXIS AMPUDIA |
| **Account Type** | 2 - Margin |
| **Account Balance** | No |
| **Amount** | $10000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| **Bank ABA Number** | 021000021 |
| **Foreign Wire** | No |

## Beneficiary Information

| | |
|---|---|
| **Bank Account Number** | ▓▓▓▓6065 |
| **Third Party** | No |
| **Beneficiary Name** | ALEXIS AMPUDIA |
| **Beneficiary Address Line 1** | ▓▓▓▓▓▓▓▓ |
| **Beneficiary Address Line2** | |

## For Further Credit To

| | |
|---|---|
| **Intermediate Account** | No |

## Security Detail

| | |
|---|---|
| **Quantity** | |
| **CUSIP** | |
| **Quantity 2** | |
| **CUSIP2** | |
| **Quantity 3** | |
| **CUSIP3** | |

## Other Information

| | |
|---|---|
| **Process Date** | 11/29/2006 |
| **Charge Domestic Wire Fee To** | Customer |

## Fee Summary

| | |
|---|---|
| **Domestic Wire Fee** | 15.00 |
| **Total Fees** | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____        _____/_____/_____
Signature                               Date

## • Wire Transfer •

### Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $9000.00 (USD) |

### Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

### Beneficiary Information

| | |
|---|---|
| Bank Account Number | ▆▆▆▆6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ▆▆▆▆▆▆▆▆▆▆▆ |
| Beneficiary Address Line2 | |

### For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

### Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

### Other Information

| | |
|---|---|
| Process Date | 11/30/2006 |
| Charge Domestic Wire Fee To | Customer |

### Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

_____/_____/_____
Date

● **Wire Transfer** ●

## Penson Account Information

| | |
|---|---|
| **Account** | 07-32372971 |
| **Account Name** | ALEXIS AMPUDIA |
| **Account Type** | 2 - Margin |
| **Account Balance** | No |
| **Amount** | $5000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| **Bank ABA Number** | 021000021 |
| **Foreign Wire** | No |

## Beneficiary Information

| | |
|---|---|
| **Bank Account Number** | ██████6065 |
| **Third Party** | No |
| **Beneficiary Name** | ALEXIS AMPUDIA |
| **Beneficiary Address Line 1** | ████████████████ |
| **Beneficiary Address Line2** | |

## For Further Credit To

| | |
|---|---|
| **Intermediate Account** | No |

## Security Detail

| | |
|---|---|
| **Quantity** | |
| **CUSIP** | |
| **Quantity 2** | |
| **CUSIP2** | |
| **Quantity 3** | |
| **CUSIP3** | |

## Other Information

| | |
|---|---|
| **Process Date** | 12/01/2006 |
| **Charge Domestic Wire Fee To** | Customer |

## Fee Summary

| | |
|---|---|
| **Domestic Wire Fee** | 15.00 |
| **Total Fees** | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          _____/_____/_____
Signature                                                  Date

Page 1 of 1

● **Wire Transfer** ●

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $8725.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ▆▆▆▆▆6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ▆▆▆▆▆▆▆▆▆▆▆ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

Quantity
CUSIP
Quantity 2
CUSIP2
Quantity 3
CUSIP3

## Other Information

| | |
|---|---|
| Process Date | 12/04/2006 |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____

Signature

_____/_____/_____

Date

● **Wire Transfer** ●

### Penson Account Information

| | |
|---|---|
| **Account** | 07-32372971 |
| **Account Name** | ALEXIS AMPUDIA |
| **Account Type** | 2 - Margin |
| **Account Balance** | No |
| **Amount** | $9500.00 (USD) |

### Recipient Bank Information

| | |
|---|---|
| **Bank ABA Number** | 021000021 |
| **Foreign Wire** | No |

### Beneficiary Information

| | |
|---|---|
| **Bank Account Number** | ████████6065 |
| **Third Party** | No |
| **Beneficiary Name** | ALEXIS AMPUDIA |
| **Beneficiary Address Line 1** | ████████████████ |
| **Beneficiary Address Line2** | |

### For Further Credit To

| | |
|---|---|
| **Intermediate Account** | No |

### Security Detail

| | |
|---|---|
| **Quantity** | |
| **CUSIP** | |
| **Quantity 2** | |
| **CUSIP2** | |
| **Quantity 3** | |
| **CUSIP3** | |

### Other Information

| | |
|---|---|
| **Process Date** | 12/07/2006 |
| **Charge Domestic Wire Fee To** | Customer |

### Fee Summary

| | |
|---|---|
| **Domestic Wire Fee** | 15.00 |
| **Total Fees** | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          _____/_____/_____
Signature                                          Date

● **Wire Transfer** ●

## Penson Account Information

| | |
|---|---|
| **Account** | 07-32372971 |
| **Account Name** | ALEXIS AMPUDIA |
| **Account Type** | 2 - Margin |
| **Account Balance** | No |
| **Amount** | $2290.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| **Bank ABA Number** | 021000021 |
| **Foreign Wire** | No |

## Beneficiary Information

| | |
|---|---|
| **Bank Account Number** | ▇▇▇▇6065 |
| **Third Party** | No |
| **Beneficiary Name** | ALEXIS AMPUDIA |
| **Beneficiary Address Line 1** | ▇▇▇▇▇▇▇▇ |
| **Beneficiary Address Line2** | |

## For Further Credit To

| | |
|---|---|
| **Intermediate Account** | No |

## Security Detail

| | |
|---|---|
| **Quantity** | |
| **CUSIP** | |
| **Quantity 2** | |
| **CUSIP2** | |
| **Quantity 3** | |
| **CUSIP3** | |

## Other Information

| | |
|---|---|
| **Process Date** | 12/14/2006 |
| **Charge Domestic Wire Fee To** | Customer |

## Fee Summary

| | |
|---|---|
| **Domestic Wire Fee** | 15.00 |
| **Total Fees** | 15.00 |

### Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

_____/_____/_____
Date

## • Wire Transfer •

### Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $2472.00 (USD) |

### Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

### Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ████████████ |
| Beneficiary Address Line2 | |

### For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

### Security Detail

Quantity
CUSIP
Quantity 2
CUSIP2
Quantity 3
CUSIP3

### Other Information

| | |
|---|---|
| Process Date | 12/15/2006 |
| Charge Domestic Wire Fee To | Customer |

### Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____    _____/_____/_____

Signature                                                         Date

• **Wire Transfer** •

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $8230.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ▉6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ▉▉▉▉▉ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

Quantity
CUSIP
Quantity 2
CUSIP2
Quantity 3
CUSIP3

## Other Information

| | |
|---|---|
| Process Date | 12/26/2006 |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____                    _____/_____/_____
Signature                                   Date

● **Wire Transfer** ●

## Penson Account Information

| | |
|---|---|
| **Account** | 07-32372971 |
| **Account Name** | ALEXIS AMPUDIA |
| **Account Type** | 2 - Margin |
| **Account Balance** | No |
| **Amount** | $27000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| **Bank ABA Number** | 021000021 |
| **Foreign Wire** | No |

## Beneficiary Information

| | |
|---|---|
| **Bank Account Number** | ████6065 |
| **Third Party** | No |
| **Beneficiary Name** | ALEXIS AMPUDIA |
| **Beneficiary Address Line 1** | ████████████ |
| **Beneficiary Address Line2** | |

## For Further Credit To

| | |
|---|---|
| **Intermediate Account** | No |

## Security Detail

| | |
|---|---|
| **Quantity** | |
| **CUSIP** | |
| **Quantity 2** | |
| **CUSIP2** | |
| **Quantity 3** | |
| **CUSIP3** | |

## Other Information

| | |
|---|---|
| **Process Date** | 12/28/2006 |
| **Charge Domestic Wire Fee To** | Customer |

## Fee Summary

| | |
|---|---|
| **Domestic Wire Fee** | 15.00 |
| **Total Fees** | 15.00 |

**Your request has been submitted successfully.**

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          _____/_____/_____
Signature                                                              Date

• **Wire Transfer** •

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $5000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ████████████████ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 12/29/2006 |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

### Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

_____/_____/_____
Date

## • Wire Transfer •

### Penson Account Information
| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $3500.00 (USD) |

### Recipient Bank Information
| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

### Beneficiary Information
| | |
|---|---|
| Bank Account Number | ▓▓▓▓6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ▓▓▓▓▓▓▓▓▓▓ |
| Beneficiary Address Line2 | |

### For Further Credit To
| | |
|---|---|
| Intermediate Account | No |

### Security Detail
Quantity
CUSIP
Quantity 2
CUSIP2
Quantity 3
CUSIP3

### Other Information
| | |
|---|---|
| Process Date | 01/03/2007 |
| Charge Domestic Wire Fee To | Customer |

### Fee Summary
| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          _____/_____/_____
Signature                                  Date

**• Wire Transfer •**

## Penson Account Information

| | |
|---|---|
| **Account** | 07-32372971 |
| **Account Name** | ALEXIS AMPUDIA |
| **Account Type** | 2 - Margin |
| **Account Balance** | No |
| **Amount** | $2400.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| **Bank ABA Number** | 021000021 |
| **Foreign Wire** | No |

## Beneficiary Information

| | |
|---|---|
| **Bank Account Number** | ██████6065 |
| **Third Party** | No |
| **Beneficiary Name** | ALEXIS AMPUDIA |
| **Beneficiary Address Line 1** | ████████████████ |
| **Beneficiary Address Line2** | |

## For Further Credit To

| | |
|---|---|
| **Intermediate Account** | No |

## Security Detail

| | |
|---|---|
| **Quantity** | |
| **CUSIP** | |
| **Quantity 2** | |
| **CUSIP2** | |
| **Quantity 3** | |
| **CUSIP3** | |

## Other Information

| | |
|---|---|
| **Process Date** | 01/04/2007 |
| **Charge Domestic Wire Fee To** | Customer |

## Fee Summary

| | |
|---|---|
| **Domestic Wire Fee** | 15.00 |
| **Total Fees** | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

Signature _____        _____/_____/_____
                                                                    Date

## ● Wire Transfer ●

### Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $9000.00 (USD) |

### Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

### Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ████████████ |
| Beneficiary Address Line2 | |

### For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

### Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

### Other Information

| | |
|---|---|
| Process Date | 01/05/2007 |
| Charge Domestic Wire Fee To | Customer |

### Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

_____/_____/_____
Date

Page 1 of 1

**• Wire Transfer •**

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $15000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ████████████ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 01/23/2007 |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____                    _____/_____/_____
Signature                                           Date

### • Wire Transfer •

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $5200.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ████████████████ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 01/26/2007 |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

### Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          _____/_____/_____
Signature                                                               Date

Page 1 of 1

**• Wire Transfer •**

**Penson Account Information**

| | |
|---|---|
| **Account** | 07-32372971 |
| **Account Name** | ALEXIS AMPUDIA |
| **Account Type** | 2 - Margin |
| **Account Balance** | Yes |
| **Amount** | $6384.68 (USD) |

**Recipient Bank Information**

| | |
|---|---|
| **Bank ABA Number** | 021000021 |
| **Foreign Wire** | No |

**Beneficiary Information**

| | |
|---|---|
| **Bank Account Number** | ▬▬▬6065 |
| **Third Party** | No |
| **Beneficiary Name** | ALEXIS AMPUDIA |
| **Beneficiary Address Line 1** | ▬▬▬▬▬▬▬ |
| **Beneficiary Address Line2** | |

**For Further Credit To**

| | |
|---|---|
| **Intermediate Account** | No |

**Security Detail**

| | |
|---|---|
| **Quantity** | |
| **CUSIP** | |
| **Quantity 2** | |
| **CUSIP2** | |
| **Quantity 3** | |
| **CUSIP3** | |

**Other Information**

| | |
|---|---|
| **Process Date** | 02/02/2007 |
| **Charge Domestic Wire Fee To** | Customer |

**Fee Summary**

| | |
|---|---|
| **Domestic Wire Fee** | 15.00 |
| **Total Fees** | 15.00 |

**Your request has been submitted successfully.**

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____       _____/_____/_____
Signature                                          Date

## • Wire Transfer •

### Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | Yes |
| Amount | $6384.68 (USD) |

### Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

### Beneficiary Information

| | |
|---|---|
| Bank Account Number | ▰▰▰▰▰6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ▰▰▰▰▰▰▰▰ |
| Beneficiary Address Line2 | |

### For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

### Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

### Other Information

| | |
|---|---|
| Process Date | 02/02/2007 |
| Charge Domestic Wire Fee To | Customer |

### Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          ____/____/____
Signature                                  Date

• **Wire Transfer** •

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $7000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ████████████ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 02/14/2007 |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          _____/_____/_____
Signature                                  Date

**• Wire Transfer •**

**Penson Account Information**

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $1200.00 (USD) |

**Recipient Bank Information**

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

**Beneficiary Information**

| | |
|---|---|
| Bank Account Number | ▇▇▇6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ▇▇▇▇▇▇▇ |
| Beneficiary Address Line2 | |

**For Further Credit To**

| | |
|---|---|
| Intermediate Account | No |

**Security Detail**

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

**Other Information**

| | |
|---|---|
| Process Date | 02/16/2007 |
| Charge Domestic Wire Fee To | Customer |

**Fee Summary**

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

**Your request has been submitted successfully.**

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____    _____/_____/_____

Signature    Date

MAR-15-2007 THU 02:33 PM PENSON FINANCIAL         FAX NO. 2007651242   P. 04
Case 1:07-cv-02762-HB   Document 5-8   Filed 04/09/2007   Page 25 of 37

Page 1 of 1

• **Wire Transfer** •

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $6500.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ▉▉▉6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ▉▉▉▉▉▉▉▉▉ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 02/20/2007 |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____        _____/_____/_____
Signature                               Date

## • Wire Transfer •

### Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $7000.00 (USD) |

### Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

### Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ██████████ |
| Beneficiary Address Line2 | |

### For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

### Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

### Other Information

| | |
|---|---|
| Process Date | 02/21/2007 |
| Charge Domestic Wire Fee To | Customer |

### Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____          _____/_____/_____
Signature                                Date

• **Wire Transfer** •

**Penson Account Information**

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $15000.00 (USD) |

**Recipient Bank Information**

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

**Beneficiary Information**

| | |
|---|---|
| Bank Account Number | ████████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ███████████████ |
| Beneficiary Address Line2 | |

**For Further Credit To**

| | |
|---|---|
| Intermediate Account | No |

**Security Detail**

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

**Other Information**

| | |
|---|---|
| Process Date | 02/22/2007 |
| Charge Domestic Wire Fee To | Customer |

**Fee Summary**

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

**Your request has been submitted successfully.**

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____    _____/_____/_____

Signature    Date

### • Wire Transfer •

### Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $21000.00 (USD) |

### Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

### Beneficiary Information

| | |
|---|---|
| Bank Account Number | ▓▓▓6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ▓▓▓▓▓▓ |
| Beneficiary Address Line2 | |

### For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

### Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

### Other Information

| | |
|---|---|
| Process Date | 02/27/2007 |
| Charge Domestic Wire Fee To | Customer |

### Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

### Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

_____/_____/_____
Date

## ● Wire Transfer ●

### Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $113285.00 (USD) |

### Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

### Beneficiary Information

| | |
|---|---|
| Bank Account Number | ████████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ████████████ |
| Beneficiary Address Line2 | |

### For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

### Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

### Other Information

| | |
|---|---|
| Process Date | 03/02/2007 |
| Charge Domestic Wire Fee To | Customer |

### Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the Introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to Instructions received from me in this request.

_____
Signature

_____/_____/_____
Date

## • Wire Transfer •

### Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $21000.00 (USD) |

### Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

### Beneficiary Information

| | |
|---|---|
| Bank Account Number | ██████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ████████████ |
| Beneficiary Address Line2 | |

### For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

### Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

### Other Information

| | |
|---|---|
| Process Date | 03/06/2007 |
| Charge Domestic Wire Fee To | Customer |

### Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

## Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

_____/_____/_____
Date

## • Wire Transfer •

### Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $21000.00 (USD) |

### Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

### Beneficiary Information

| | |
|---|---|
| Bank Account Number | ▪▪▪▪6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ▪▪▪▪▪▪▪▪ |
| Beneficiary Address Line2 | |

### For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

### Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

### Other Information

| | |
|---|---|
| Process Date | 03/06/2007 |
| Charge Domestic Wire Fee To | Customer |

### Fee Summary

| | |
|---|---|
| Domestic Wire Fee | 15.00 |
| Total Fees | 15.00 |

### Your request has been submitted successfully.

I agree to hold all parties acting on this request, including the Introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____
Signature

_____/_____/_____
Date

● Wire Transfer ●

## Penson Account Information

| | |
|---|---|
| Account | 07-32372971 |
| Account Name | ALEXIS AMPUDIA |
| Account Type | 2 - Margin |
| Account Balance | No |
| Amount | $12000.00 (USD) |

## Recipient Bank Information

| | |
|---|---|
| Bank ABA Number | 021000021 |
| Foreign Wire | No |

## Beneficiary Information

| | |
|---|---|
| Bank Account Number | ███████6065 |
| Third Party | No |
| Beneficiary Name | ALEXIS AMPUDIA |
| Beneficiary Address Line 1 | ████████████ |
| Beneficiary Address Line2 | |

## For Further Credit To

| | |
|---|---|
| Intermediate Account | No |

## Security Detail

| | |
|---|---|
| Quantity | |
| CUSIP | |
| Quantity 2 | |
| CUSIP2 | |
| Quantity 3 | |
| CUSIP3 | |

## Other Information

| | |
|---|---|
| Process Date | 03/27/2007 |
| Charge Prepay Fee To | Customer |
| Charge Domestic Wire Fee To | Customer |

## Fee Summary

| | |
|---|---|
| Pre-pay Fee | 20.00 |
| Domestic Wire Fee | 15.00 |
| Total Fees | 35.00 |

**Your request has been submitted successfully.**

I agree to hold all parties acting on this request, including the introducing broker and Penson Financial Services, Inc., and their respective agents and employees (hereinafter, collectively, "the parties") harmless from any and all claims, demands, proceedings, suits and actions and all liabilities, losses, and expenses including without limitation those asserted by me, associated with actions taken by the parties due to instructions received from me in this request.

_____                    _____/_____/_____
Signature                                          Date

Incoming Wire Transfer                    650.00
  REF1 : 2005111600000303
  REF2 : JTNI-6J6Q97
  SENDER          : ████2109
           : ALEXIS G AMPUDIA
           : MILCIADES A ROJAS
           : █████████
           : POUGHKEEPSIE, NY 12601
  SENDING BANK     : COMMERCE BANK, NA
           : CHERRY HILL, NJ
  BANK TO BANK INFO : /OBI/FFC
           : /BNF/████4221
           : ALEXIS G AMPUDIA
  VALUE DATE       : 051116
  CURRENCY CODE    : USD
  FED REFERENCE    : 00199


Incoming Wire Transfer                    500.00
  REF1 : 050714001345
  REF2 : 000114723
  SENDER         : SASHA ALLEYNE
  SENDING BANK    : US CENTRAL CREDIT UNION
          : LENEXA, KS
  BANK TO BANK INFO : /BNF█████4221
          : ALEXIS AMPUDIA
          : /REC/FFC
  VALUE DATE      : 050714

CURRENCY CODE    : USD
FED REFERENCE    : 00259


Incoming Wire Transfer                    220.00
REF1 : 050624000918
REF2 : 050624450021
SENDER          : /█████8710
                : SHALANA A ALLEYNE
    ██████████
    ████
                :
                : BLADENSBURG MD    20710
SENDING BANK    : WACHOVIA BANK NA OF CONNECTICUT
                : NEWARK, NJ
BANK TO BANK INFO : /OBI/FOR  FURTHER CREDIT TO ALEXIS AMPUD
                : IA 206 CREEK RD POUGHKEEPSIE NE 126
                : 01 ACCOUNT NO █████4221
VALUE DATE      : 050624
CURRENCY CODE    : USD
FED REFERENCE    : 00071


Incoming Wire Transfer                    400.00
REF1 : 050617001801
REF2 : 050617300044
SENDER          : /███████8308
                : SHALANA A ALLEYNE
    ██████████
    ███████
                : BLADENSBURG MD    20710
SENDING BANK    : WACHOVIA BANK NA OF MARYLAND
                : BETHESDA, MD
BANK TO BANK INFO : /OBI/FOR FURTHER CREDIT ALEXIS AMPUDIA F
                : OR ACC ████4221
VALUE DATE      : 050617
CURRENCY CODE    : USD
FED REFERENCE    : 00242

Incoming Wire Transfer                    400.00
  REF1 : 050517000818
  REF2 : DLOB 6CGHSR
  SENDER         : ▮▮▮▮2109
                 : ALEXIS G AMPUDIA
                 : MILCIADES A ROJAS
                 ▮▮▮▮▮▮▮▮▮▮
                 : POUGHKEEPSIE, NY 12601
  SENDING BANK    : COMMERCE BANK, NATIONAL ASSOCIATION
                 : NEW YORK, NY
  BANK TO BANK INFO : /REC/NO FFC
  VALUE DATE      : 050517
  CURRENCY CODE    : USD
  FED REFERENCE    : 00345


Incoming Wire Transfer                    200.00
  REF1 : 050502003449
  REF2 : BLAT 6BZMUK
  SENDER         : ▮▮▮▮2109
                 : ALEXIS G AMPUDIA
                 : MILCIADES A ROJAS
                 ▮▮▮▮▮▮▮▮▮▮
                 : POUGHKEEPSIE, NY 12601
  SENDING BANK    : COMMERCE BANK, NATIONAL ASSOCIATION
                 : NEW YORK, NY
  BANK TO BANK INFO : /OBI/FURTHER CREDIT TO ALEXIS AMPUDIA AC
                 : CT #▮▮▮▮4221 ADDRESS:▮▮▮▮▮▮▮▮
                 : POUGHKEEPSIE NY 12601
  VALUE DATE      : 050502
  CURRENCY CODE    : USD
  FED REFERENCE    : 01676

Incoming Wire Transfer             893.00
   REF1 : 2005100300003110
   REF2 : MBUT-6GTJB3
   SENDER      : ██████2109
            : ALEXIS G AMPUDIA
            : MILCIADES A ROJAS
            : ████████████
            : POUGHKEEPSIE, NY 12601
   SENDING BANK    : COMMERCE BANK, NATIONAL ASSOCIATION
            : NEW YORK, NY
   BANK TO BANK INFO : /OBI/FFC
            : /BNF/█████8011
            : ALEXIS AMPUDIA
   VALUE DATE     : 051003
   CURRENCY CODE    : USD
   FED REFERENCE    : 01529

Cash Disbursement : Display                                                                      Page 1 of 1

| ████3771: AMPUDIA ALEXIS | | Margin: No | Money Mkt: No | Approved |
|---|---|---|---|---|
| Account Closed - CUSTOMER REQUEST (03/22/2007) | | | | |

| Cash Disbursement: 3254553 | | | |
|---|---|---|---|
| Amount: | $1,500.00 | Requested On: | 03/16/2007 13:41:44 |
| Date To Send: | 03/16/2007 | Created By: | BURGJL / BOS |
| End Date : | | Send Now Flag: | No |
| Frequency: | One-Time | Money Mkt Redemp: | No |
| Transfer Type: | Wire | Charge Fees To: | ████3771 |
| Transfer Method: | Domestic: One Bank | Fee Ovr Initials: | |
| Bank ID: | FNB | Tracking #: | |
| Transaction Comments | | | |
| no comment entered | | no comment entered | |
| Contact Information | | | |
| Name: AMPUDIA ALEXIS | Phone: ████ | Email: ████ | |
| Street: ████ | | | |
| City: POUGHKEEPSIE | State: NY    Zip: 12601-1245 | Nation: | |
| Domestic: One Bank Information | | | |
| LOA on File: | No | AWD Number: | |
| Bank Name: | CHASE MANHATTAN | City: | BROOKLYN |
| ABA/Routing #: | 021000021 | State: | NY |
| For Benefit of: | ALEXIS AMPUDIA | Account Number: | ████6065 |
| Notes | | Fees | |
| | | WIRE FEE | $20.00 |
| | | Total Fees: | $20.00 |
| Pending Messages | | | |
| Cashiering Department: *Approved* by User BRO125 on 03/16/2007 13:42:08 - Send WIRE requests for Cashiering review | | | |

| Close Window | Print Cash Disb | Show W-4P | |
|---|---|---|---|

# EXHIBIT 2

### Declaration of Lisa A. Amador

I, Lisa A. Amador, pursuant to 28 U.S.C. §1746, declare as follows:

1.     I make this Declaration of my personal knowledge and am competent to testify thereto.

2.     I am an adult resident of the State of California.

3.     I am employed by Wells Fargo Investments, LLC ("Wells Fargo") as Senior Vice President, Compliance Manager.

4.     I have been employed by Wells Fargo since 1994.  I have been employed in the securities industry since 1979 and I hold Series 4, 7, 8, 24, 63 and 65 Registrations.

5.     Wells Fargo is a member broker-dealer of the National Association of Securities Dealers.  Its principal office is located in San Francisco, California.

6.     Wells Fargo customers are able to place orders to purchase or sell securities by accessing their brokerage accounts online.  A Wells Fargo brokerage account can only be accessed online by entering into the website a unique username and password that is assigned to each customer.

7.     Wells Fargo account number 6800-7022 ("Account"), titled in the name of John J. Murphy & Donna M. Murphy, as Joint Tenants, was initiated online on February 1, 2007, via an electronic deposit in the amount of $98,500.00 using funds from a Citibank bank account held by John J. Murphy.  Numerous trades in stocks with the ticker symbols MINT were placed in the Account via the Internet from the IP address 24.90.135.144 .  On February 9, 2007,  50,000 shares of MINT were purchased at .49 per share, and another 35,000 shares purchased at .3914 per share.

8.    Wells Fargo compliance personnel assessed the Account activity to determine whether fraudulent or manipulative activity had occurred in the Account

9.    We were contacted by the true John Murphy notifying us that his identity had been stolen and he had not authorized the transfer of $98,500 from his Citibank account, nor had he authorized the opening of the Account.

10.    Wells Fargo closed the Account on March 2, 2007. The unauthorized trades of MINT in the Account resulted in trading losses of $29,201.04 which were borne by Wells Fargo.

11.    Wells Fargo has provided to the Securities and Exchange Commission records relating to the unauthorized trades, including, but not limited to: (a) the aforementioned Account number and account opening documents; and (b) the IP addresses used to access the Account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    3/27, 2007
            San Francisco, California

_Lisa A. Amador_
Lisa A. Amador

EXHIBIT 3

## Declaration of Cynthia Temple

I, Cynthia Temple, pursuant to 28 U.S.C. §1746, declare as follows:

1.    I make this Declaration of my personal knowledge and am competent to testify thereto.

2.    I am an adult resident of the Commonwealth of Massachusetts.

3.    I am employed by Banc of America Investment Services, Inc. ("BAI") as Senior Vice President, Business Executive – Operations.

4.    I have been employed by BAI since June 1999.  My primary duties include operations and regulatory supervision.  I have been employed in the securities industry since 1994 and I hold Series 4, 6, 7, 24, 27, 28, 53, 63, and 65 Registrations.

5.    BAI is a member broker-dealer of the NASD, Inc.  BAI's principal office is located in Boston, Massachusetts.

6.    Certain BAI customers are able to place orders to purchase or sell securities by accessing their brokerage accounts online.  Such BAI brokerage accounts can only be accessed online by entering into the website a unique username and password.

7.    As part of its operations, BAI assesses account activity to determine whether fraudulent or manipulative activity has occurred in an account.  BAI also monitors for unauthorized trades using a multi-method approach, including, but not limited to: (i) data obtained from Internet Protocol ("IP") address monitoring, (ii) information sharing among other brokerage firms, (iii) utilizing BAI's trading system to identify manipulative trades and trades out of the client's normal pattern, (iv) the monitoring of spam e-mails, and (v) inquiries from clients.

8.   Further, as part of its operations, BAI, among other things, takes the following steps:

(a)   review accounts for suspicious or unusual behavior;

(b)   restrict from further trading any accounts identified as having a history of suspicious behavior;

(c)   contact clients to attempt to determine the validity of orders placed;

(d)   utilize IP addresses and other historical data to confirm the client's statements, should the client verifies that an order is unauthorized; and

(e)   cross-reference any suspicious IP address against BAI's account database to identify other accounts that may be connected to the intrusion, and take action to protect those accounts.

9.   BAI account number CV4-208256, titled in the name of Peter W. Morgan, was opened online on December 18, 2006. An online order was placed on December 20, 2006 to buy shares of a security with the ticker symbol LPHCW. On December 26, 2006, $1,995.00 was transferred into account number CV4-208256 from a Bank of America Corp. ("Bank of America") bank account held by Peter W. Morgan. BAI account number CV4-208256 was accessed via the Internet from the IP address 70.116.107.167. On December 27, 2006, Peter Morgan, a Bank of America account holder, and his Bank of America Premier Client Manager, Barbara Miller, notified BAI that Mr. Morgan did not open BAI account number CV4-208256, request the transfer of funds from his Bank of America account, or place any other orders to trade. BAI has closed account number CV4-208256. The unauthorized trades of LPHCW in account number CV4-208256 resulted in trading losses of $1,890.01, which were borne by BAI.

10.    BAI account number NY3-057860, titled in the name of John Murphy, was opened online on December 8, 2006.  On December 11, 2006, an individual who identified himself as John Murphy contacted BAI to set up an Automated Clearinghouse Debit (ACH) link between BAI account number NY3-057860 and a joint Citibank bank account held by John and Donna Murphy (which would allow the transfer of funds from the Citibank bank account to the brokerage account).  Upon receiving notification that a brokerage account had been opened in his name, on December 12, 2006, the true John and Donna Murphy contacted BAI, and Mr. Murphy confirmed that he did not open BAI account numbers NY3-057860.  On December 14, 2006, an online trade was placed in BAI account number NY3-057860 to purchase shares of a security with the ticker symbol DKGR, but was promptly rejected.  No funds were transferred from the Citibank bank account to BAI account number NY3-057860, which was subsequently closed.  BAI account number NY3-057860 was accessed via the Internet from the IP address 70.5.118.15.

11.    BAI account number NY3-056871, titled in the name of Donna Murphy, was opened online on December 6, 2006.  Upon receiving notification that a brokerage account had been opened in the name of Donna Murphy, on December 12, 2006, the true John and Donna Murphy contacted BAI, and Mrs. Murphy confirmed that she did not open BAI account number NY3-056871.  No funds were transferred from the Citibank bank account to BAI account number NY3-056871, which was subsequently closed.  BAI account number NY3-056871 was accessed via the Internet from the IP address 69.122.128.66.

12.    BAI account number NY3-060003, titled in the name of Larisa Korshak, was opened online on December 18, 2006. On December 19, 2006, an individual who identified herself as Larisa Korshak provided BAI with information and documentation to establish an electronic funds transfer link between BAI account number NY3-060003 and a Washington Mutual Inc. ("Washington Mutual") bank account held by Larisa Korshak. On December 20, 2006, a request was made to transfer $100,000.00 into BAI account number NY3-060003 from the Washington Mutual bank account. Online trades in securities with the ticker symbols LPHCW, LDGIW, LEXI, and MDJT were placed between December 21, 2006 and December 22, 2006 in the account via the Internet. BAI account number NY3-060003 was accessed via the Internet from the IP address 70.5.159.171. On December 22, 2006, an additional transfer of $100,000 was requested into BAI account number NY3-060003 from the Washington Mutual bank account. BAI identified suspicious trading activity in this account on December 27, 2006, and attempted to contact Ms. Korshak, but was unsuccessful. That same day, BAI suspended online access to the account. On December 29, 2006, Washington Mutual Bank notified BAI that a $100,000 transfer was returned due to insufficient funds. On January 4, 2007, BAI was notified by the true Korshak that she had not opened the account, authorized the funds transfers or ordered the trading in BAI account number NY3-060003. The unauthorized trades of LPHCW, LDGIW, LEXI, and MDJT in account number NY3-060003 resulted in trading losses of $179,582.00, which were borne by BAI.

13.    BAI account number NY3-064033, titled in the name of Peter Marshall, was opened online on January 4, 2007. On January 9, 2007, an individual who identified himself as Peter Marshall provided BAI with information and documentation to establish

an electronic funds transfer link between BAI account number NY3-064033 and a Citibank bank account held by Peter Marshall. On January 10, 2007, $250,000.00 was transferred into BAI account number NY3-064033 from the Citibank bank account. Online trades in securities with the ticker symbols TMOL and STEK were placed on January 11, 2007 in the account via the Internet. BAI account number NY3-064033 was accessed via the Internet from the IP address 24.90.135.144. BAI identified this activity as being similar to that of other fraudulently opened accounts and rejected the trades. BAI closed account number NY3-064033. The true Mr. Marshall contacted BAI and he verified that he did not open BAI account number NY3-064033 or request the transfer of funds from his Citibank bank account.

14.    BAI account number NY3-065714, titled in the name of Josefa Rosa, was opened online on January 8, 2007. On January 9, 2007, an individual who identified herself as Josefa Rosa provided BAI with information and documentation to establish an electronic funds transfer link between BAI account number NY3-065714 and a Washington Mutual bank account held by Josefa Rosa. On January 11, 2007, requests were placed to transfer $58,000 and $97,000, respectively, from Washington Mutual bank to BAI account number NY3-065714. That same day, online trades in securities with the ticker symbols GOOG, FCCN, DKGR, and STEK were placed in the account via the Internet. BAI account number NY3-065714 was accessed via the Internet from the IP address 24.90.135.144. The requested transfer of $97,000 was rejected due to insufficient funds. BAI identified this activity as being similar to that of other fraudulently opened accounts and rejected the trades. On January 18, 2007, Mrs. Rosa contacted BAI and confirmed that she did not open account number NY3-065714, or

request any transfers of money in connection with that account. BAI has closed account number NY3-065714 and returned the funds to Washington Mutual bank.

15.    BAI account number NY3-064068, titled in the name of Ralph Saal, was opened online on January 3, 2007. On January 9, 2007, an individual who identified himself as Ralph Saal provided BAI with information and documentation to establish an electronic funds transfer link between BAI account number NY3-064068 and a Citibank bank account held by Ralph Saal. On January 24, 2007, a request was made to transfer $103,550.00 from the Citibank bank account to BAI account number NY3-064068. On January 25, 2007, BAI identified this activity as being similar to that of other fraudulently opened accounts and did not initiate the cash transfer. No funds were transferred into BAI account number NY3-064068 and this account has been restricted. BAI account number NY3-064068 was accessed via the Internet from the IP address 24.90.135.144.

16.    The total losses incurred by BAI as a result of the aforementioned activity are approximately $180,000.00.

17.    BAI has provided to the U.S. Securities and Exchange Commission records relating to the unauthorized trades detailed in paragraphs 9 – 16 above, including, but not limited to (a) the aforementioned account numbers and account opening documents, and (b) the IP addresses used to access each of the accounts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    March 29, 2007
             Boston, Massachusetts

Cynthia Temple

- 6 -

# EXHIBIT 4

### Declaration of James M. Heeney

I, James M. Heeney, pursuant to 28 U.S.C. §1746, declare as follows:

1.     I make this Declaration of my personal knowledge and am competent to testify thereto.

2.     I am an adult resident of the State of Nebraska.

3.     I am employed by TD Ameritrade, Inc. ("TD Ameritrade") as Managing Director, Compliance Operations.

4.     I have been employed by TD Ameritrade since February 9, 1998.  My primary duties include day-to-day management of TD Ameritrade's Client and Regulatory Relations.

5.     I have been employed in the securities industry since February 1998 and I hold Series 63, 7 and 24 Registrations.

6.     TD Ameritrade is a broker-dealer and member of the National Association of Securities Dealers.  Its principal office is located in Bellevue, Nebraska.

7.     TD Ameritrade customers are able to place orders to purchase or sell securities by accessing their brokerage accounts online.  A TD Ameritrade brokerage account can only be accessed online by entering into the website a unique username and password that is assigned to each customer.

8.     TD Ameritrade has procedures reasonably designed to detect and prevent fraudulent or manipulative activity from occurring in client accounts.  TD Ameritrade Compliance and Fraud Analysts are responsible for the assessment of account activity to determine whether fraudulent or manipulative activity has occurred in an account.

9.　　TD Ameritrade account number 785-934062, titled in the name of Beth A. Rothstein,  was opened on November 13, 2006 via an electronic deposit in the amount of $85,500.00 with funds from a Citibank bank account held by Beth A. Rothstein. Between November 17, 2006 and November 29, 2006, trades for the purchase of 357,000 shares of WMDB; 348,647 shares of OWLD; 826,600 shares of ACMM; and 1,664,667 shares of LPHCW were placed in the account via the Internet from the IP address 24.90.135.144. . On December 6, 2006, TD Ameritrade contacted Citibank and confirmed that bank account holder, Ms. Rothstein, had not authorized the electronic funding deposit of $85,000.00 to open TD Ameritrade account number 785-934062. TD Ameritrade contacted Ms. Rothstein on December 7, 2006, and she verified that she did not open an account with TD Ameritrade or request the transfer of funds from her Citibank bank account. TD Ameritrade closed account number 785-934062. The unauthorized trades of WMDB, OWLD, ACMM and LPHCW in account number 785-934062 resulted in trading losses of $80,123.11, which were borne by TD Ameritrade.

10.　　TD Ameritrade account number 785-934420, titled in the name of Ronald S. Frankel, was opened November 13, 2006, via an electronic deposit in the amount of $95,750.00. On November 29, 2006, an Automated Clearinghouse Debit (ACH) deposit in the amount of $100,000.00 was posted to the account. Both deposits were funded by a Citibank bank account held by Ronald S. Frankel. Between the dates of November 24 and November 27, 2006, trades for purchases of 370,000 shares of WMDB and 428,300 shares of CDDJ  were placed in the account via the Internet from the IP addresses 24.90.135.144 and 67.102.52.250. On December 4, 2006, TD Ameritrade was notified by the Citibank bank account holder, Mr. Frankel, that he had not authorized the

- 2 -

electronic funding deposits to open and fund TD Ameritrade account number 785-934420. TD Ameritrade also contacted Mr. Frankel on December 8, 2006, and he again verified that he did not open an account with TD Ameritrade or request the transfer of funds from his Citibank bank account. TD Ameritrade closed account number 785-934420. The unauthorized trades of WMDB and CDDJ in account number 785-934420 resulted in trading losses of $89,263.07, which were borne by TD Ameritrade.

11.     TD Ameritrade account number 785-979281, titled in the name of Albert Melino, was opened November 20, 2006, via an electronic deposit in the amount of $55,000.00 using funds from a Citibank bank account held by Albert Melino. On November 21, 2006, TD Ameritrade contacted Citibank and confirmed the bank account identified had insufficient funds to cover the electronic funding deposit. TD Ameritrade attempted to contact Mr. Melino but was unsuccessful. TD Ameritrade closed account number 785-979281 and did not incur any losses in this account. This account was opened and funded via the internet by the IP address 24.90.135.144.

12.     TD Ameritrade account number 786-309355, titled in the name of Peter Marshall, was opened January 12, 2007, via an electronic deposit in the amount of $150,000.00 using funds from a Citibank bank account held by Peter Marshall. On January 19, 2007, TD Ameritrade was notified by Citibank Fraud Investigator, Louis Rapp that the Citibank bank account identified had been frozen. TD Ameritrade

- 3 -

contacted Mr. Marshall on January 19, 2007, and he verified that he did not open an account with TD Ameritrade. TD Ameritrade closed account number 785-309355 and did not incur any losses in this account.  This account was opened and funded via the internet by the IP address 24.90.135.144.

13.    The total losses incurred by TD Ameritrade as a result of the aforementioned activity is $169,386.18.

14.    TD Ameritrade has provided to the Securities and Exchange Commission records relating to the unauthorized trades, including, but not limited to: (a) the aforementioned account numbers and account opening documents; and (b) the IP addresses used to access each of the accounts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    _March 22_, 2007
             Bellevue, Nebraska

                                        James M. Heeney

# EXHIBIT 5

## Declaration of Ellis Hough

I, Ellis Hough, pursuant to 28 U.S.C. §1746, declare as follows:

1.    I make this Declaration of my personal knowledge and am competent to testify thereto.

2.    I am an adult resident of the State of Missouri.

3.    I am employed by Scottrade Inc. ("Scottrade") as the Risk Manager.

4.    I have been employed by Scottrade since March 7, 1997.   I have been employed in the securities industry since 1992 and I hold Series 63, 7 and 24 Registrations.

5.    Scottrade is a member broker-dealer of the National Association of Securities Dealers.  Its principal office is located in St Louis, Missouri.

6.    Scottrade customers are able to place orders to purchase or sell securities by accessing their brokerage accounts online.  A Scottrade brokerage account can only be accessed online by entering into the website a unique username and password that is assigned to each customer.

7.    Scottrade Risk Management personnel are responsible for the assessment of account activity to determine whether fraudulent or manipulative activity has occurred in an account.

8.    Scottrade account number 70611570, titled in the name of Beth Rothstein, was initiated online on November 7, 2006.  The account was funded via an Automated Clearinghouse Credit in the amount of $98,500.00 using funds from a Citibank bank account.  Numerous trades in stocks with the ticker symbols ATOM and CMDCQ were placed in the account via the Internet from the IP address 24.90.135.144 .

9.     Scottrade was notified of the fraudulent account opening by Ms. Rothstein

when funds from her Citibank account were transferred to her Scottrade account.

10.    Scottrade closed account number 70611570 on November 22, 2006.  The

unauthorized trades of ATOM and CMDCQ in account number 70611570 resulted in

trading losses of $71,116.50, which were borne by Scottrade.

11.    Scottrade has provided to the Securities and Exchange Commission records

relating to the unauthorized trades set forth above, including, but not limited to: (a)

account documents; and (b) the IP addresses used to access the account.


I declare under penalty of perjury that the foregoing is true and correct.



Executed:    March 27, 2007
                    St. Louis, Missouri

                                                    _____
                                                              Ellis Hough

# EXHIBIT 6

## Declaration of Peter Marshall

I, PETER MARSHALL, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am 59 years old and reside in New York, New York. I am currently self-employed as a private investor. I make this declaration based upon information and belief. The sources of my information and the bases of my belief are my own personal knowledge and documents obtained by and/or reviewed by me. Original or true and correct duplicates of these documents are annexed as exhibits to this declaration.

2.    I do not know of and have never met an individual named Alexis Ampudia.

3.    I am customer of Citibank and have a money market account with Citibank ("Citibank Account").

4.    I understand that on January 3, 2007, an online brokerage account was opened in my name at Banc of America Investment Services, Inc. (Account No. NY364033) ("Brokerage Account"). I did not open this Brokerage Account and I did not authorize anyone to open this account on my behalf. Attached as Exhibit A is a copy of the Brokerage Account opening information. The information contained in Exhibit A was not supplied by me and the email address (peterfs32@aol.com) and home telephone number (212-526-2920) provided under Contact Information do not belong to me. However, the social security number and date of birth contained in Exhibit A do belong to me.

5.    Attached as Exhibit B is a Banc of America Investment Services, Inc. Electronic Funds Transfer Link Request form ("Form"). This Form was not completed by me and I did not authorize anyone to complete the Form on my behalf. The signature at the bottom the Form does not belong to me.

6.     Page 2 of Exhibit B is a copy of a check bearing the name "Peter Marshall" with my Citibank Account number. My Citibank Account does not issue checks and I did not provide this check to Banc of America Investment Services, Inc.

7.     On January 11, 2007, $250,000 was wired from my Citibank Account to the Brokerage Account. I did not initiate this transfer and I did not authorize anyone to initiate this transfer on my behalf. Attached as Exhibit C is a copy of my Citibank Account transaction journal which indicates that on January 11, 2007, $250,000 was debited from my Citibank Account.

8.     I have been informed that on January 11, 2007, a buy order for 50,000 shares of Trimol Group Inc. and four separate buy orders for a total of 205,000 shares of Systemone Technologies Inc. were entered for the Brokerage Account. I did not place these orders and I did not authorize anyone to enter these orders on my behalf.

9.     Prior to January 11, 2007, I had never heard of Trimol Group Inc. (Ticker: TMOL). I have never purchased or authorized anyone to purchase on my behalf any stock of Trimol Group Inc.

10.    Prior to January 11, 2007, I had never heard of Systemone Technologies Inc. (Ticker: STEK). I have never purchased or authorized anyone to purchase on my behalf any stock of Systemone Technologies Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York
Date: March 23, 2007

Peter Marshall

# Exhibit A

# Data Archive for Account: NY3-064033
## Date: 01/03/2007 10:09:43

## Registration

### Registration

OSJ: NY3 - New York

Associate: DST - House Primary

Product Type: Standard Brokerage

Registration Type: Individual

Tax Status: U.S. Citizen

SSN: ⬛⬛⬛⬛⬛

Check here if the client is a BofA employee: No

Legal Country of Residence: United States

Legal State of Residence: New York

Annuity Related Account: No

529 Related Account?: No

Collateral Account: No

Online Channel: Online

Channel Type: Online

## Account Parties

### PrimaryParty (Individual)

Inherent Risk Score: ⬛⬛⬛

Tax Status: U.S. Citizen

SSN: ⬛⬛⬛⬛⬛

Legal Country of Residence: United States

If a significant portion of the client's source of wealth/revenue/income is derived from a country other than those captured in the country of Citizenship or Residency, please select the country from the drop down.: N/A

### Name and Tax Information

Salutation: N/A

First Name: Peter

Middle Name: N/A

Last Name: Marsha

Title: N/A

Date of Birth: ⬛⬛⬛⬛

### Identification Information

Identity Verification Method: Drivers License

Confidential Treatment Requested by BAI under FOIA

**Driver's License/Government ID Number:** ████████
**Issuing State: New York**
**Expiration Date:** ████████
**Date Of Issuance:** ████████
**Did you physically review original ID?: No**
**Describe method of verification: KYC - IC Exception**
**Date of verification: 01/03/2007**
**Describe verification discrepancy results: KYC - IC Exception**

**Legal Address**
    **Mailing Address Same as Legal Address: Yes**
    **Attention: N/A**
    **Street Address Line 1:** ████████
    **Street Address Line 2: N/A**
    **City: new york**
    **Legal State of Residence: New York**
    **ZIP Code:** ████████

**Employment Information**
    **Source of Income/Revenue: Investment Income**
    **Provide additional details on Income: IC Exception**
    **Employment Status: Not Employed**
    **Previous Occupation/Employment: Movie Director**

**Contact Information**
    **E-mail Address: peterfs32@aol.com**
    **Home Phone: (212) 526-2920**
    **Additional Contact: No**
    **Work Phone: N/A**
    **Additional Contact: No**

**Affiliation Information**
    **Are you employed by or related to an employee of Bank of America or any of its affiliates?: No**
    **Director, Shareholder or Policy Making Officer of Publicly Traded Company: No** ...
    **Affiliated with a Financial Institution: No**

**Know Your Customer Information**
    **Estimated Annual Income: $105,000**
    **Comments (Explain any additional information or documentation, including source of funds for initial investment and source of net worth.): IC Exception**
    **Are you, or any authorized signatories, beneficial owners, trustees, power of attorney or other individuals with authority to effect transactions, a Politically Exposed Person (PEP) also known as Senior Non U.S. Political Figure?: No**

Confidential Treatment Requested by BAI under FOIA

Is the client a 25% owner of the following business types?: DEFAULT - Individual
Is the client a 25% owner of the additional following business types?: N/A

# Instructions

## Instructions

### Trade Pending

Trade Pending: No

All account information and agreements sent to each account holder?: No

### Sweep Instructions

Preferred Sweep Vehicle: Money Market

Money Market: NSHXX

Link an Account: No

# Suitability

## Suitability

### General Suitability Information

Marital Status: S

Number of Dependents: 0

### Specific Investment Knowledge

Stocks: 1982

Bonds: NA

Mutual Funds: NA

Options: NA

Other: NA

### Investment Objectives

Preservation of Capital: 2

Income: 3

Appreciation: 1

Speculation: 4

Other: No

Risk Tolerance: Moderate

Initial Portfolio Horizon: Long (Over 10 Years)

### Net Worth (Primary and Additional Account Holders)

Combined Annual Income: $105,000

Household net worth: $1,230,000

Describe source of net worth: KYC - IC Exception

How was Estimated Net Worth determined?: Other - Explain
Other/Discussion: UNKNOWN
Combined Investable Assets: $500,000
Federal Tax Bracket: Over 27.5%

### Know Your Customer Information
Initial Funding Amount: $500,000
Primary Source of funds for Initial Investment: Savings
Provide additional details: KYC - IC Exception
Purpose Of Account: Children school/Ed Dally Exp
Expected number of monthly deposits (including wire transactions): 0
Expected monthly wire activity (Incoming): 0
Expected number of monthly withdrawals (including wire transactions): 0
Expected monthly wire activity (Outgoing): 0
Expected Balance to be maintained in the account: $500,001 - $1,000,000

## Authorization / Referral
There are no Authorizations for this account.

## Referral Information
### Referral
Referred Account: No

## Interested Party
There are no Interested Parties for this account.

## Beneficiary
There are no IRA Beneficiaries for this account.

## Submitted User
House Primary

## Principaled By
Thomas Fagan

## Comments
### Previous Comments
No comments have been logged to this account.

Confidential Treatment Requested by BAI under FOIA

# Exhibit B

01/09/2007 11:15    7166223860    PARK HEIGHTS STATION    PAGE 01/02

**Banc of America
Investment Services, Inc.®**

**Electronic Funds Transfer
(EFT) Link Request**

Fax to:  704-XXX-XXXX (Call Service Non-Managed Accounts)
         617-XXX-XXXX (Call Service Non-Managed/Self-Directed Accounts)

Please complete a separate form for each Electronic Funds Transfer (EFT) Link Request.

This form will enable you to establish an Electronic Funds Transfer (EFT) link between your bank account and your Banc of America Investment Service, Inc. ("BAI") brokerage account. Note: This form creates an EFT link ONLY. For investment link transactions into or out of a CMA brokerage account. Please contact your registered representative to request these services. Indicate a Priority of funds via an EFT link & BA.

Complete and submit appropriate subsequent account information form. Periodic Investment Plan (PIP) Box #2.

For all VISA®/POA Accounts: The account title and registration on the brokerage and bank accounts MUST match exactly.

**❶ Client Information**

Print your name as it appears on your BAI brokerage account.

Name(s) on Account _Peter Marshall_    Account Number _N78064023_

Home Phone _(212) 526 2920_    Work Phone _(212) 526 2920_

**❷ Bank Information**   EFT transfers directly move between BAI & BA PIP EFT links.

Complete the following information. For all bank accounts that are NOT Banc of America accounts, a voided check is REQUIRED.

Establish EFT link for:    Account Type (check one)    ☑ Checking    ☐ Savings

Bank Name _Citi bank_

Name(s) on your BANK Account _Peter Marshall_

Bank Account Number ▓▓▓▓▓    Bank ABA Routing Number ▓▓▓▓▓    ☐ For ACH transactions

☑ For all account proceeds (ONLY available for non-retirement brokerage accounts)

☐ For retirement distribution

**❸ Periodic Investment Plan (PIP) EFT Link Information** (For PIP EFT links only)

Complete the following information. For all bank accounts that are NOT Banc of America accounts, a voided check is REQUIRED.

☐ Debit my (our) Bank of America bank account.

Bank Account Number _____    Bank ABA Routing Number _____    State ___

Check type of bank account (check one)    ☐ Checking    ☐ Savings

☑ Debit other banking institution account. (Voided check is REQUIRED)

Bank Name _Citi bank_

Bank Account Number ▓▓▓▓▓    Bank ABA Routing Number ▓▓▓▓▓    State _NY_

Check type of bank account (check one)    ☑ Checking    ☐ Savings

Postmark savings accounts are not eligible and your bank must be a member of the Automated Clearing House (ACH) system.

**❹ Authorization**

_Peter Marshall_    Date _1/8/07_

BAI Brokerage Account Owner/Authorized Agent Signature

_____    Date _____

Signature(s) of Authorized Joint Account Holder(s) (if applicable)

We want you to know: Investment products such as stocks, bonds and mutual funds provided by Banc of America Investment Services, Inc®:

| Are Not FDIC Insured | May Lose Value | Are Not Bank Guaranteed |

Banc of America Investment Services, Inc. is registered broker-dealer, member NASD and SIPC, and a nonbank subsidiary of Bank of America, N.A.
Banc of America Investment Services, Inc. is not a bank and its "Managed your account" representatives are also not banking personnel.
09-01-2004091    05-2006

CMM
1/9/07

Confidential Treatment Requested by BAI under FOIA    SEC_VPFEB07_000016

01/09/2007 11:15    7185223868    PARK HEIGHTS STATION    PAGE 02/02



Confidential Treatment Requested by BAI under FOIA    SEC_VPFEB07_000017

# Exhibit C


# citibank

## Transaction Journal

**PETER MARSHALL**

**XXXXX452**
CITI(R) MMA

| Date | Description | Credit Amount | Debit Amount | Balance |
|------|-------------|---------------|--------------|---------|
| 01/11/2007 | Preauth debit NAT'L FIN SVC LLC EFT 00000000. | | $250,000.00 | |

EXHIBIT 7

## Declaration of Beth Rothstein

I, BETH ROTHSTEIN, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am 59 years old and reside in New York, New York. I am currently employed as a Financial Executive at Citicorp Investment Services. I make this declaration based upon information and belief. The sources of my information and the bases of my belief are my own personal knowledge and documents obtained by and/or reviewed by me. Original or true and correct duplicates of these documents are annexed as exhibits to this declaration.

2.    I do not know of and have never met an individual named Alexis Ampudia.

3.    I am a customer of Citibank and have a savings account with Citibank ("Citibank Account").

4.    It is my understanding that on November 7, 2006, an online brokerage account was opened in my name at Scottrade Inc. (Account No. 70611570) ("Scottrade Account"). I did not open this Scottrade Account and I did not authorize anyone to open this account on my behalf. Attached as Exhibit A is a copy of the Scottrade Account opening information. The information contained in Exhibit A was not supplied by me and the email address (bethstein1@yahoo.com), home phone (212-325-6944), and address (868 United Nations Plz, Apt 11F, New York, NY 10017) provided under Applicant Information do not belong to me. However, the social security number and date of birth contained in Exhibit A do belong to me.

5.    It is my understanding that on November 13, 2006, an online brokerage account was opened in my name at TD Ameritrade Inc. (Account No. 785-934062) ("TD

Ameritrade Account"). I did not open this TD Ameritrade Account and I did not authorize anyone to open this account on my behalf. Attached as Exhibit B is a copy of the TD Ameritrade Account opening information. The information contained in Exhibit B was not supplied by me and the email address (BETHSMOKER1@GOOWY.COM), address (866 1st Ave, Apt 11F, New York, NY 10017), telephone (212-723-4123) and mother's maiden name (Johnson) provided under New Account Information do not belong to me. However, the social security number and date of birth contained in Exhibit B do belong to me.

6.      On or about November 16, 2006, $98,500 was wired from my Citibank Account to the Scottrade Account. I did not initiate this transfer and I did not authorize anyone to initiate this transfer on my behalf. Attached as Exhibit C is a copy of my Citibank Account transaction journal which indicates that on November 16, 2006, $98,500 was transferred from my Citibank Account.

7.      On or about November 14, 2006, $85,500 was wired from my Citibank Account to the TD Ameritrade Account. I did not initiate this transfer and I did not authorize anyone to initiate this transfer on my behalf. See Exhibit C, which indicates that on November 14, 2006, $85,500 was transferred from my Citibank Account.

8.      I have been informed that between November 17, 2006 and December 6, 2006, buy and sell orders were entered in the Scottrade Account and TD Ameritrade Account for stocks in Wendt-Bristol Health Services Corp., OneWorld Systems, Inc., Accom, Inc., Atomic Burrito Inc., Carematrix Corp., and Locateplus Holdings Corp. warrants. I did not place these orders and I did not authorize anyone to enter these orders on my behalf.

9.     Prior to November 17, 2006, I had never heard of Wendt-Bristol Health Services

Corp. (Ticker: WMDB), OneWorld Systems, Inc. (Ticker: OWLD), Accom, Inc. (Ticker:

ACMM), Atomic Burrito Inc. (Ticker: ATOM), Carematrix Corp. (Ticker: CMDCQ), or

Locateplus Holdings Corp. warrants (Ticker: LPHCW).

       I declare under penalty of perjury that the foregoing is true and correct.

Executed: _____
Date:   March 22, 2007

                _Queens New York_          _Beth Rothstein_
                                            Beth Rothstein

# Exhibit A

Account Accepted by Scottrade Branch on 11/8/2006.
Account Accepted by Mark Finnegan on 11/8/2006.



**Scottrade®**

*More broker for your money.*



Account #:    70611570

# BROKERAGE ACCOUNT APPLICATION

| Branch Address: | 230 Park Ave Ground Floor (entrance on 45th St) | | Branch Phone Number: | 212-681-1980 |
|---|---|---|---|---|
| | New York NY 10169 | | Branch 800 Number: | 877-395-1980 |
| | | | Branch Fax Number: | 212-681-6114 |

| **Account Information** | |
|---|---|
| Account Type: | Individual |
| Trading Type: | Internet |
| Margin Borrowing: | Yes |
| Options Trading: | No |
| Referred By: | |

| **Applicant Information** | |
|---|---|
| Name: | beth ROTHSTEIN |
| E-mail Address: | bethstein1@yahoo.com |
| Home Phone: | 212-325-6944 (Primary) |
| Work Phone: | -- |
| Cell Phone: | |
| Fax Number: | |
| Date of Birth: | |
| Social Security Number: | |
| **Applicant Street Address** | 868 United Nations Plz Apt 11F |
| | New York NY 10017-1808 |
| **Applicant Mailing Address** | 868 United Nations Plz Apt 11F |
| | New York NY 10017-1808 |

| **Applicant Citizenship** | |
|---|---|
| Are you a U.S. Citizen? | Yes |
| Country of Citizenship: | USA |
| Are you a U.S. Permanent Resident? | NA |
| Alien Registration Number: | NA |
| Visa Type: | NA |

| **Applicant Employment Information** | |
|---|---|
| Status: | Retired |
| Occupation: | |
| Employer: | |
| Employer Address: | |
| City, State, Zip | |

**Applicant Regulatory Information**

Is any applicant employed by or affiliated with a securities firm, a securities    Yes [ ]    No [x]
exchange, or the NASD?
    Name and Address of Compliance

Is an applicant a "control person" or "affiliate" of a public company as defined    Yes [ ]    No [x]
by the SEC?
    Company Name:
    Trading Symbol:

| Is any applicant or member of immediate family or business associate a senior foreign political official? | Yes ☐ No ☒ |

**Electronic Delivery**

| Electronic Delivery of Account | Yes |
| Electronic Delivery of Trade | Yes |

| **Broker Assisted Trading** | (Traditional Accounts Only) |
| Mail or Hold Proceeds: | NA |
| Mail or Hold Dividends: | NA |

I certify under penalties of perjury (1) the number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien). The IRS does not require your consent to any provision of this Agreement other than the certification required to avoid backup withholding.

☐ I have been notified by the IRS that I am subject to backup withholding.

**By signing this agreement I acknowledge that I have received, read and agree to abide by the terms of the accompanying Brokerage Account Agreement which contains a pre-dispute arbitration clause at paragraph 29.**

Electronically Signed By beth ROTHSTEIN ON Nov 7 2006 4:35PM(Eastern)

Date                                      Applicant/Authorized Person's Signature

**MARGIN AGREEMENT - ALSO SIGN BELOW ONLY IF YOU DESIRE A MARGIN ACCOUNT**
By signing this agreement I acknowledge that I have received and read the accompanying Brokerage Account Agreement Paragraphs 53 through 58, and addendum 7, and agree to be bound by the terms and conditions described therein.

Electronically Signed By beth ROTHSTEIN ON Nov 7 2006 4:35PM(Eastern)

Date                                      Applicant/Authorized Person's Signature

# Exhibit B

BEGIN FORM - Terms and Conditions Effective Wednesday, December 27, 2006 at 15:32:21



 **AMERITRADE**

| For Internal Use Only | |
|---|---|
| Account Number: | 765-934062 |
| Type: | Individual |
| Registration: | Cash & Margin |
| Branch ID: | NYC 92392 |
| Referrer: | direct |
| Ad Code: | WEB |
| Offer Code: | 170 |

**Mailing Address**
Standard Delivery:
Overnight:
Fax:

PO Box 2760, Omaha, NE 68103-2760
1005 N. Ameritrade Place, Bellevue, NE 68005
816-243-3769

**New Account Information**
Type: Individual
Registration: Cash & Margin
Receive Corp. Communications: Yes
E-mail Address: BETHSMOKER1@GOOWY.COM
Account Statement: Monthly Electronic
Trade Confirmation: Electronic
Funding: Express Funding
Sweep Vehicle: TD AMERITRADE Cash (Protected by SIPC)

**Account Owner**
Name: BETH ROTHSTEIN
Street Address: 860 1ST AVE APT 11F
NEW YORK, NY 10017
UNITED STATES OF AMERICA
Marital Status: Married
Home Phone: (212) 7234123
Social Security Number:
Date of Birth:
Mother's Maiden Name: JOHNSON
Citizenship: US Citizen/Permanent Resident
Employment Status: Retired
Corporate Affiliation: No
NASD Affiliation: No

**Financial Questionnaire**
Income: $100,000+
Networth: $100,000 - 499,999
Liquid Networth: $50,000 - 99,999
Number of Dependents: 1

**ACH Information**
Deposit Amount: 85500.00
Bank Account Name: BETH ROTHSTEIN
Bank Name: CITI BANK
Bank Nickname:
Bank City: NEW YORK
Bank State: NY
ABA Routing Number:
Bank Account Number:
Bank Account Type:
EFT Tracking Number: 78593406213135301
EFT Transaction Date: 11/13/2006 13:53:31

# Exhibit C



citibank

U.S. Service Center    000
PO Box 769013
San Antonio, TX 78245-9013

FINAL                    3039/R1/04F000
000
CITIBANK, N. A.
Account

MS. BETH A ROTHSTEIN

Statement Period
Nov. 1 - Nov. 21, 2006

Page 1 of 2

## SAVINGS ACTIVITY

| Date  | Description                                | Amount    |
|-------|--------------------------------------------|-----------|
| 11/14 | Authorized Transfer<br>ADV CLEARING  SEC TR | 85,500.00 |
| 11/16 | Authorized Transfer<br>SCOTTRADE    MONEYDIRCT | 98,500.00 |

EXHIBIT 8

## TIME WARNER
### CABLE

120 East 23rd Street
New York, NY 10010
www.twcnyc.com

December 27, 2006

**VIA FACSIMILE (718) 330-1809**
**AND REGULAR MAIL**

Police Officer Andrew Shore
Identity Theft Squad
Police Department of the City of New York
300 Gold Street, 6th Floor
Brooklyn, New York 11201

RE:    SUBPOENA
       IP ADDRESS: 24.90.135.144 for the dates and times listed on the attached

Dear Officer Shore:

The above referenced Subpoena (copy enclosed) was served upon Time Warner Cable via facsimile, seeking certain records and other information for the address referenced above.

In response to this request, we are providing you with the following account record information regarding her Road Runner account, that we certify to be a true and accurate record maintained by our New York City division for this address.

NAME:       ALEXIS EMIAS
ADDRESS:    ███████████

            Brooklyn, New York 11238-1524

TELEPHONE:  ███████████

EMAIL ADDRESS: ███████████

METHOD OF PAYMENT: Check/Money Order

Mr. Emias was connected as a Residential Road Runner account on March 10, 2006 and is currently active as of this date.

We do not make any representations as to the identity of the individual who actually used the above IP address on the date and time in question.

If you need additional information in the future, please contact me at (212) 598-1707.

Very truly yours,

*Lori Sklover*

Lori Sklover
Director, Legal Affairs

P.S.    PcMac Address:    000ce54c25f9

**CABLE    +    HIGH-SPEED ONLINE    +    DIGITAL PHONE**

EXHIBIT 9

## AutoTrackXP Faces of the Nation

| Subject Information | | |
|---|---|---|
| Name: **ALEXIS G G AMPUDIA** | Age: | |
| SSN: ██████-2913 | DOB: | |
| **SSN WAS ISSUED IN NEW YORK BETWEEN 1985 AND 1987** | | |

| Address Information | | |
|---|---|---|
| Address: ██████████ **BROOKLYN NY 11238** | County:<br>Date Reported: | **KINGS**<br>**07/2006** |
| Address: ████████████ **BROOKLYN NY 11238** | County:<br>Date Reported: | **KINGS**<br>**05/2006** |
| Address: ██████████ **POUGHKEEPSIE NY 12601** | County:<br>Date Reported: | **DUTCHESS**<br>**11/2005** |

| Source Information | |
|---|---|
| Source: **Consumer Bureau 3** | |

EXHIBIT 10

## APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION
### SOLICITUD DE VISA DE INMIGRANTE Y REGISTRO DE EXTRANJERO

...orm must be filled out in DUPLICATE by typewriter, or if by hand in legible block letters. All questions must be answered, if applicable. Questions which are not applicable
...ed. If there is insufficient room on the form, answer on separate sheets, in duplicate, using the same numbers as appear on the form. Attach the sheets to the forms. DO NOT SIGN this
...ucted to do so by the consular officer. The fee for filing this application for an immigrant visa is $ 25.00. The fee should be paid in United States dollars or local currency equivalent or by
...when you appear before the consular officer.

_ARNING: Any false statement or concealment of a material fact may result in your permanent exclusion from the United States. Even though you should be admitted to the United States, a fraudulent entry could be grounds for your prosecution and/or deportation._

INSTRUCCIONES: Este formulario debe ser completado por duplicado a máquina de hacerlo a mano, en letras de imprenta legibles. Deben contestarse todas las preguntas si corresponden. Cuando una pregunta no es pertinente debe indicarse. Si no hay suficiente espacio en el formulario, conteste en hojas separadas, por duplicado, utilizando los mismos números tal como figuran en el formulario. Adjunte esas hojas a los formularios. No firme este formulario hasta que se lo indique el funcionario consular. La tarifa para presentar esta solicitud de visa de inmigrante es de US$ 25,00. La tarifa debe abonarse en dólares de los Estados Unidos o en su equivalente en moneda local, o por transferencia bancaria, cuando se presente al funcionario consular.

ADVERTENCIA: TODA DECLARACION FALSA O ENCUBRIMIENTO DE UN HECHO MATERIAL PUEDE RESULTAR EN SU EXCLUSION PERMANENTE DE LOS ESTADOS UNIDOS. AUN CUANDO USTED HAYA SIDO ADMITIDO A LOS ESTADOS UNIDOS, UNA DECLARACION FRAUDULENTA PUEDE SER CAUSA DE SU PROCESAMIENTO Y/O DEPORTACION.

| 1. Apellido(s) (Family name) | Nombre (First Name) | Segundo Nombre (Middle Name) |
|---|---|---|
| AMPUDIA NÁVALO | ALEXIS | GEANCARLOS |

2. Otros nombres por los cuales se le conozca (in es mujer casada, indique el apellido de soltera). (Other names used or by which known. If married woman, give maiden name)

3. Nombre completo en alfabeto nativo (si no se utilizan caracteres romanos).
   (Full name in native alphabet. If Roman letters not used).

| 4. Fecha de Nacimiento (Date of birth) Dia (Day) / Mes(Month) / Año (Year) | 5. Edad (Age) 5½ NEGRO | 6. Lugar de Nacimiento (Place of birth) Ciudad o pueblo (City or town) PANAMA | Provincia/Departamento/Estado (Province/State) PANAMA | País (Country) PANAMA |
|---|---|---|---|---|
| 85 | | | | |

7. Nacionalidad (Nationality) PANAMEÑO

8. Sexo (Sex) ☐ Masculino (Male) ☐ Femenino (Female)

9. Estado Civil (Marital Status)
☑ Soltera (Single) (Que nunca se ha casado) (Never married)
☐ Casado (Married)
☐ Viudo (Widowed)
☐ Divorciado (Divorced)
☐ Separado (Separated)
☐ Incluyendo mi matrimonio actual, me he casado ......... veces.
☐ Including my present marriage, I have been married ......... times.)

10. Ocupación (Occupation)

11. Domicilio actual (Present address) BROOKLYN N.Y 11238

12. Nombre, domicilio, fecha y lugar de nacimiento del/de la esposa/a (Name, address, date and place of birth of wife/husband).
(Der apellido de soltera de la esposa) (Give maiden name of wife)

Fecha y lugar de matrimonio. (Date and place of marriage)

13. Nombres, domicilios, fechas y lugares de nacimiento de todos los hijos (Names, addresses, dates and places of birth of all children.)
1986 · PANAMA REP DE PANAMA

14. La/s persona/s nombrada/s en 12 y 13 que me acompañarán o se reunirán conmigo en los Estados Unidos.
(Person/s named in 12 and 13 who will accompany me to the United States.)
AMPUDIA NÁVALO ALEXIS GEANCARLOS

15. Domicilio definitivo que tendré en los Estados Unidos.
(Final address in the United States.)
BROOK...

16. Persona con quien tiene intención de reunirse. Indique nombre, dirección y parentesco, si alguno.
(Person you intend to join. Give name, address and relationship.)
MS. BLANCA ...
BROOKLYN N.Y. 11238

17. Nombre y dirección de la persona u organización que es su fiador (garante). Si difiere del punto 16.
(Name and address of sponsoring person or organization - if different from 16.)
BROOKLYN N.Y 11238
MARIA SALOME ENRIAS MURILLO

18. Descripción personal (Personal description)
a) Color de cabello (Color of hair) NEGRO
b) Color de ojos (Color of eyes) CHOCOLATE
c) Altura (Height) Pies (Feet) 2.00 Pulgadas (Inches)
d) Tez (Complexion) NEGRO

19. Señas particulares (Marks of identification)

20. Propósito de ir a los Estados Unidos.
(Purpose in going to the United States.)
RESIDENCIA

21. Duración de su estadía propuesta - Si permanentemente, indíquelo.
(Length of intended stay - If permanently, so state)
PERMANENTE

22. Puerto de entrada propuesto.
(Intended port of entry)
NUEVA YORK

23. ¿Tiene Ud. pasaje para su destino final?
(Do you have a ticket to final destination?)
SI

24. Recursos financieros personales.
(Personal financial resources)
a) Efectivo (Cash)
b) Depósitos bancarios (Bank deposits)
c) Bienes Raíces - Valor (Real estate - Value)
Otros - Describa (Others - Describe)

ESTE FORMULARIO PUEDE OBTENERSE GRATIS EN LAS OFICINAS CONSULARES DE LOS ESTADOS UNIDOS DE AMERICA. No se puede utilizar la versión anterior.

BNS – 6/83.

THIS FORM MAY BE OBTAINED GRATIS AT CONSULAR OFFICES OF THE UNITED STATES OF AMERICA.
Previous edition not usable.

```
CIMIDN            IMMIGRATION AND NATURALIZATION SERVICE        01/19/07
COMMAND:          CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY     12:27:24

ID # (A/AA/AB/C/DA): ▮▮▮▮            A#: ▮▮▮▮      DOB: ▮▮▮1985
    (DL/FB/FP/I/PP/SS/TD)
    LAST: AMPUDIA                                  NATZ DATE:
    FIRST: ALEXIS GEANCARLOS                          COURT:
    MIDDLE: G                                       LOCATION:
    ALIASES: NAVALO              ,ALEXIS GEANCARLO

    SEX: M      POE: NYC   COB: PANAM    DOE: ▮▮▮1985
    FCO: NRC    COA: P23   COC:          FTC: 02142000   FATHER: ALEXIS AMPUDIA
    PFCO: NYC   SFCO:      DFO: 00000000 BIN:            MOTHER: JAPA NAVALO

          SSN:                  CONSOLIDATED A-NOS    --OTHER INFORMATION--
    I-94 ADM #:                                       CARD-X
    PASSPORT #:
        FBI #:
    DRIVER LIC:
    FINGER CD#:

    OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS  ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
    PF2 PRIOR CONS A#  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY
                                                        PF9 EAD PF11 EOIR
```

```
FSXMIAP3                      CLAIMS MAINFRAME SYSTEM               01/19/2007
                          CARD PRODUCTION UPDATE PROCESSING        16:19
                                                                   NYC2582B
FORM NBR: I90      RCPT NBR: EAC0405251344   REF NBR:              OWNER: EAC
   A-NBR: A0 ▓▓▓▓▓▓8   PART 2: A  RECEIVED DATE: 07/11/2003
    NAME: AMPUDIA                      ALEXIS               G
     C/O:
  STREET: ▓▓▓▓▓▓▓          CITY: BROOKLYN
   STATE: NY   PROVINCE:                CNTRY:            ZIP/POST: 11238
     DOB: ▓▓▓▓1985  COB: PANAM    SOC SEC NBR: ▓▓▓▓2813  PRIORITY DT:

CARD TYPE: 1          TRANSACT CODE: 7       REASON FOR APPL: J      SEX: M
             MOTHER'S FIRST NAME: JAPA NAVALO
             FATHER'S FIRST NAME: ALEXIS AMPUDIA
   CLASS: P23        CR EXPIRES:           ADM/ADJ DATE: 09291985
     POE: NYC             AMC:           I-89 EXEC LOC: NYC
OTHER FP:         TEMP RES DATE:          I-89 EXEC DATE: 10082003
 SIG WVR: N        PHOTO WVR: N             FNGPRNT WVR: N
                                         VIEW SPONSORS: N

  ACTION: MA     CARD PRODUCED
             INTERVIEW REASONS:
DC997961 - VIEW MODE
   PF1    PF2    PF3    PF4   PF5    PF6     PF7    PF8    PF9  PF10  PF11  PF12
CRD INFO  CIS  CANCEL BACK  RSN  MAIN MENU  CODES LOGOFF REMIT ATTY  STAT HIS REAS
```

14:54                          CIS DATA DISPLAY                    01/11/2007 T2MXDB01
TID= N0QC                                                                     T2PXDB01

                    LAST NAME    AMPUDIA
                    FIRST NAME   ALEXIS
                    MIDL NAME    G
                    DOB          ████████1985
                    DOC NBR      EAC0405251344
                    DOC TYPE     C    PERMANENT RESIDENT CARD
                    DOC CNTRY    USA
                    DOC ISS      07/19/2005
                    DOC EXP      07/18/2015
                    SEX          M
                    COB          PAN
                    REG NBR
                    TECS ID      CI000320939B16

                    MORE DATA - IMAGE : M


TO VIEW IMAGE TYPE OVER "M" WITH "X" AND PRESS PF8
(F1/F2=HELP) (F3=MAIN) (F4=PREV) (F10=SBJ QRY)
##