MARK K. SCHONFELD (MS-2798)
REGIONAL DIRECTOR
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center, Suite 400
New York, NY 10281
(212) 336-1020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             Plaintiff,<br><br>           -against-<br><br>ALEXIS AMPUDIA,<br><br>                             Defendant. | 07-CV-2762 (HB) |

## DECLARATION OF SERVICE

I, Valerie A. Szczepanik, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the bar of the State of New York and a member of the bar of this Court.

2.      In accordance with the Court's Order, dated April 5, 2007, I caused to be served by Federal Express Priority Overnight courier, sent April 5, 2007, the following documents:

- Order To Show Cause, Temporary Restraining Order, and Order Freezing Assets and Granting Other Relief, ordered by Judge Harold Baer, Jr. on April 5, 2007;

- Summons;

- Civil Action Cover Sheet;

- Complaint;

- Emergency *Ex Parte* Application For A Temporary Restraining Order, Order To Show Cause, Preliminary Injunction, Asset Freeze and Other Relief;

- Local Rule 6.1(d) Declaration of Sheldon Mui In Support of Plaintiff's Emergency *Ex Parte* Application For A Temporary Restraining Order, Order To Show Cause, Preliminary Injunction, Asset Freeze and Other Relief;

- Memorandum of Law in Support of Plaintiff's Emergency *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause, Preliminary Injunction, Asset Freeze and Other Relief;

- Declaration of Doreen Krause in Support of Plaintiff's Emergency *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause, Preliminary Injunction, Asset Freeze and Other Relief;

- Individual Practices of Judge Harold Baer, Jr.;

- Individual Practices of Magistrate Judge Henry Pitman; and

- Instructions, Procedures and Guidelines for ECF;

upon Alexis Ampudia at the following addresses:

770 Fulton Street
Apt. #4G
Brooklyn, NY 11238

274 Prospect Place
Brooklyn, NY 11238

3.   I received confirmations from Federal Express that each of the above referenced packages had been delivered to each of the above referenced addresses on April 6, 2007. Each package was delivered prior to 12:00 p.m. on April 6, 2007. (See Exhibit A.)

4.   Also, in accordance with the Court's Order, dated April 5, 2007, service of the documents listed above was made by personal delivery to Alexis Ampudia by New York City Police Officer Andrew Shore. (See Exhibit B.)

Upon information and belief, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 6, 2007

_____
Valerie A. Szczepanik

# EXHIBIT A

## Szczepanik, Valerie

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, April 06, 2007 11:08 AM |
| **To:** | Szczepanik, Valerie |
| **Subject:** | FedEx Shipment 792320516518 Delivered |

This tracking update has been requested by:

Company Name: SECURITIES AND EXCHANGE COMM'N

Name: Valerie Szczepanik

E-mail: SzczepanikV@sec.gov

---

Our records indicate that the following shipment has been delivered:

Tracking number:             792320516518
Ship (P/U) date:             Apr 6, 2007
Delivery date:               Apr 6, 2007 10:41 AM
Sign for by:                 M.EMEAS
Delivered to:                Residence
Service type:                FedEx Priority Overnight
Packaging type:              FedEx Box
Number of pieces:            1
Weight:                      10.00 lb.

Shipper Information                Recipient Information
Valerie Szczepanik                 Alexis Ampudia
SECURITIES AND EXCHANGE COMM'N     770 Fulton St.
NORTHEAST REGIONAL OFFICE          Apt. #4G
3 WORLD FINANCIAL CENTER           Brooklyn
NEW YORK                           NY
NY                                 US
US                                 11238
10281

Special handling/Services:
Deliver Weekday
Residential Delivery

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:47 AM  CDT
on 04/06/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of  the
request, the requestor's message, or the accuracy of this tracking update.  For
tracking results and fedex.com's terms of use, go to fedex.com.

4/6/2007

## Szczepanik, Valerie

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, April 06, 2007 9:44 AM |
| **To:** | Szczepanik, Valerie |
| **Subject:** | FedEx Shipment 798145831008 Delivered |

This tracking update has been requested by:

Company Name: SECURITIES AND EXCHANGE COMM'N

Name:  Valerie Szczepanik

E-mail:  SzczepanikV@sec.gov

Our records indicate that the following shipment has been delivered:

```
Tracking number:                   798145831008
Ship (P/U) date:                   Apr 6, 2007
Delivery date:                     Apr 6, 2007 9:35 AM
Sign for by:                       Signature Release on file
Delivered to:                      Residence
Service type:                      FedEx Priority Overnight
Packaging type:                    FedEx Box
Number of pieces:                  1
Weight:                            10.00 lb.

Shipper Information                Recipient Information
Valerie Szczepanik                 Alexis Ampudia
SECURITIES AND EXCHANGE COMM'N     274 Prospect Place
NORTHEAST REGIONAL OFFICE          Brooklyn
3 WORLD FINANCIAL CENTER           NY
NEW YORK                           US
NY                                 11238
US
10281
```

Special handling/Services:
Deliver Weekday
Residential Delivery

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:39 AM  CDT
on 04/06/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

4/6/2007

**EXHIBIT B**

# United States District Court

_____ DISTRICT OF _____

Securities and Exchange Commission

V.

Alexis Ampudia

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CV 2762**

**JUDGE BAER**

TO: (Name and address of defendant)

Alexis Ampudia
770 Fulton Street, Apt. #4G
Brooklyn, NY 11238

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark K. Schonfeld
Securities and Exchange Commission
Northeast Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**    APR 0 5 2007

CLERK                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/5/07 |
| NAME OF SERVER (PRINT) SHORE, A | TITLE Police Officer |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: US CUSTOMS NEWARK AIRPORT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/5/07  1900 hours           _____
                   Date                    Signature of Server

1 Police Plaza, N.Y., NY
Address of Server

RECIEVED BY: _____   SIGN: Alexis Ampadu
                      PRINT: Alexis Ampadu  4/5/07
                      7:10pm

WITNESSED BY: _____   ~~~ 04/05/07
                       SA Glenn Bove, USSS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.