AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission
v.
Alexis Ampudia

**APPEARANCE**

Case Number: 07 CV 2762 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Securities and Exchange Commission

I certify that I am admitted to practice in this court.

April 9, 2007
Date

*[Signature]*

Sheldon Mui — SM9321
Print Name — Bar Number

3 World Financial Center, Suite 400
Address

New York — NY — 10281
City — State — Zip Code

(212) 336-0138 — (212) 336-1320
Phone Number — Fax Number