# Drummond & Crawford, PC
ATTORNEYS AT LAW

Stephen L. Drummond**
Mark A. Crawford

JoAnn Squillace*

Medical Consultants
Dr. George Savage
Marsha Drummond, RN

of Counsel
John Messer
Oliver Storch

**Admitted NY, NJ, FL
*Admitted NY, NJ

April 24, 2007

**Via Facsimile: (212) 805-7901**

The Honorable Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/07

RECEIVED APR 25 2007 HAROLD BAER U.S. DISTRICT JUDGE S.D.N.Y.

Re: SEC v. Ampudia – 07cv2762

Dear Judge Baer,

We trust all is well with you.

As you are aware, the Law Firm of Drummond & Crawford, PC represents Mr. Alexis Ampudia on the above captioned action. Please be advised that Mr. Ampudia was extradited to New York County for Criminal Court arraignment yesterday evening, April 23, 2007, on charges based upon allegations related to those in the above captioned matter. Mr. Ampudia's bail application has been reserved and the matter is proceeding before the Grand Jury where it is currently scheduled for Mr. Ampudia to testify next Wednesday, May 2, 2007. Mr. Ampudia continues to be incarcerated.

As such, and in furtherance of Mr. Drummond's request during the conference call between himself, your Law Clerk and Ms. Szczepanik, we hereby request that the above captioned matter be stayed during the pendency of the criminal action with only third party discovery/demand for documents by the SEC to be permitted with notice of any and all such demands/notices/subpoenas by the SEC to be served upon this office. Earlier today I contacted Ms. Szczepanik regarding the foregoing and she has no objection to our request herein. No prior application for the foregoing has been made.

Thank you for your time and attention to this matter. Should you have any questions regarding the foregoing, kindly contact the undersigned or Mr. Stephen L. Drummond.



Very truly yours,

JOANN SQUILLACE (JS 4217)
JS/js
Court-02
CC:    (Via Fax) Valerie A. Szczepanik, Esq.

Queens Corporate Center • 221-10 Jamaica Avenue, Suite 106-108, Queens Village, NY 11428
tel: 718 776 0001 • fax: 718 776 1557
www.drumcraw-law.com

Endorsement:

    We will continue apace and hope the NY City DA will do the same in any event the PTC scheduled for 5/24 is to be held and at the very least we will get (I hope) an estimate of the timetable without indictment. It's far less likely I will put this on suspense and I'm not clear what should happen if there is one.