## Drummond & Crawford, PC
### Attorneys at Law

Stephen L. Drummond
Mark A. Crawford

JoAnn Squillace

Medical Consultants:
Dr. George Savage
Marsha Drummond, RN

of Counsel
Allan Nisson
Oliver Shurwitz

** Admitted W, NJ, FL
* Admitted NY, NJ



May 22, 2007

*Via Facsimile: (212) 805-7901*

The Honorable Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2230
New York, New York 10007

Re:   SEC v. Ampudia - 07cv2762

Dear Judge Baer,

We trust all is well with you.

As you are aware, the Law Firm of Drummond & Crawford, PC represents Mr. Alexis Ampudia on the above captioned action. Please be advised that, after a conference call with Jasmine and Ms. Szczepanik earlier this afternoon regarding an adjournment of the May 30, 2007 conference due to scheduling conflicts, we have rearranged our schedules for that day so that Mr. Drummond from our office can appear on behalf of Mr. Ampudia for said conference at 2:00pm. We have advised Ms. Szczepanik of the foregoing.

Thank you for your time and attention to this matter. We apologize for any inconvenience this may have caused. Should you have any questions regarding the foregoing, kindly contact the undersigned.

Very truly yours,

JOANN SQUILLACE (JS 4217)
JS/js
jsquillace@drumcraw-law.com
Court-04

CC:   (Via E-Mail) Valerie A. Szczepanik, Esq.

Queens Corporate Center • 221-10 Jamaica Avenue, Suite 106, Queens Village, NY 11428
tel: 718 776 0001 • fax: 718 776 1504
www.drumcraw-law.com



This matter is placed on my suspense calendar. There will be a PTC on 12/6/07 at 3PM if there is no earlier resolution of the matter. You need not appear sooner.

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 5/31/07

RECEIVED
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07

Endorsement:

    This matter is placed on my suspense calendar and will be resuscitated in December and there will be a PTC on 12/6/07 at 3 PM if there is any earlier resolution of the criminal case you will notify the Court promptly.