Case 1:07-cv-02762-HB  Document 14  Filed 05/31/2007  Page 1 of 3

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    -against-

                07-CV-2762 (HB)

ALEXIS AMPUDIA,
a/k/a ALEXIS GEANCARLOS AMPUDIA NAVALO,
a/k/a ALEXIS EMIAS, a/k/a ALEXIS ROJAS,

                Defendant.

## [REDACTED] ORDER MODIFYING ASSET FREEZE

**WHEREAS** on April 5, 2007, Plaintiff Securities and Exchange Commission filed a complaint for injunctive and other relief against Defendant Alexis Ampudia, a/k/a Alexis Geancarlos Ampudia Navalo, a/k/a Alexis Emias, a/k/a Alexis Rojas ("Ampudia" or "Defendant");

**WHEREAS** on April 5, 2007, the Commission filed an application for an order directing the Defendant to, among other things, show cause why an order should not be entered pending a final disposition of this action preliminarily enjoining the Defendant from violating the antifraud provisions of the federal securities laws, Section 17(a) of the Securities Act of 1933 ("Securities Act"), Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), and Exchange Act Rule 10b-5 thereunder, freezing all assets held by bim and granting other relief;

**WHEREAS** on April 5, 2007, the Court entered an Order to Show Cause, Temporary Restraining Order, And Order Freezing Assets and Granting Other Relief,

which, among other things, temporarily restrained the Defendant from violating the antifraud provisions of the federal securities laws; froze Defendant's assets; enjoined Defendant from the destruction, alteration or concealment of documents; and scheduled a hearing on the Commission's request for preliminary injunctive relief for April 16, 2007;

**WHEREAS** on April 13, 2007, the Court entered an Order Granting Preliminary Injunction and Other Relief on Consent;

**WHEREAS** Ampudia held discretionary trading authority over a brokerage account at OC Securities, account number 49103344, in the name of West 57 Capital LLC, and a brokerage account at Track Data Securities Corporation, account number 32410516, in the name of West 57 Capital LLC ("the Accounts");

**WHEREAS** the Accounts currently hold various securities, including the common stock of publicly traded companies;

**WHEREAS** West 57 Capital LLC now desires to liquidate the stock in the Accounts, which stock positions are losing value;

**WHEREAS** the Commission does not object to the sale of stock in the Accounts so long as the sales proceeds remain frozen;

**THEREFORE, IT IS HEREBY ORDERED** that the Court's April 13, 2007 Order is modified to allow authorized representatives of West 57 Capital LLC, other than the Defendant, to liquidate the securities held in its name at OC Securities (Acct. No. 49103344) and at Track Data Securities Corporation (Acct. No. 32410515), provided, however, that the proceeds of such liquidation orders may not be transferred or withdrawn from such accounts except on further Order of this Court, and all other restrictions and prohibitions contained in the Court's April 13, 2007 Order shall continue

and remain in full force and effect.

SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

_May 30_, 2007
New York, New York

3