```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,  :
:
         Plaintiff,  :
:
  -against-  :
:    07-CV-2762 (HB)
:
ALEXIS AMPUDIA,  :
a/k/a ALEXIS GEANCARLOS AMPUDIA NAVALO, :
a/k/a ALEXIS EMIAS, a/k/a ALEXIS ROJAS,  :
:
         Defendant.  :
:

---

## [PROPOSED] ORDER MODIFYING ASSET FREEZE

**WHEREAS** on April 5, 2007, Plaintiff Securities and Exchange Commission filed a complaint for injunctive and other relief against Defendant Alexis Ampudia, a/k/a Alexis Geancarlos Ampudia Navalo, a/k/a Alexis Emias, a/k/a Alexis Rojas ("Ampudia" or "Defendant");

**WHEREAS** on April 5, 2007, the Commission filed an application for an order directing the Defendant to, among other things, show cause why an order should not be entered pending a final disposition of this action preliminarily enjoining the Defendant from violating the antifraud provisions of the federal securities laws, Section 17(a) of the Securities Act of 1933 ("Securities Act"), Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), and Exchange Act Rule 10b-5 thereunder, freezing all assets held by him and granting other relief;

**WHEREAS** on April 5, 2007, the Court entered an Order to Show Cause, Temporary Restraining Order, And Order Freezing Assets and Granting Other Relief,

which, among other things, temporarily restrained the Defendant from violating the antifraud provisions of the federal securities laws; froze Defendant's assets; enjoined Defendant from the destruction, alteration or concealment of documents; and scheduled a hearing on the Commission's request for preliminary injunctive relief for April 16, 2007;

**WHEREAS** on April 13, 2007, the Court entered an Order Granting Preliminary Injunction and Other Relief on Consent;

**WHEREAS** on February 22, 2008, the Court entered a Judgment as to Defendant Alexis Ampudia, permanently enjoining him from violating the antifraud provisions of the federal securities laws, Section 17(a) of the Securities Act, Section 10(b) of the Exchange Act, and Exchange Act Rule 10b-5; and holding him liable for disgorgement and a civil penalty, but reserving a determination as to the amount of disgorgement and civil penalty;

**WHEREAS**, a certain account at JPMorgan Chase Bank, N.A., account number 907060922865, in the name Josefina W. Blackburn and Alexis Ampudia ("the Account") was frozen pursuant to the Court's April 13, 2007 Order;

**WHEREAS**, it has been determined that the Account does not hold proceeds of the fraud alleged herein and need no longer be frozen to preserve assets for judgment;

**THEREFORE, IT IS HEREBY ORDERED** that the freeze ordered in the Court's April 13, 2007 Order no longer applies to the Account, namely, the account at JPMorgan Chase Bank, N.A., account number 907060922865; and it is

**FURTHER ORDERED** that all other restrictions and prohibitions contained in the Court's April 13, 2007 Order shall continue and remain in full force and effect.

**SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

_____, 2008
New York, New York

3